ALTUS LAW FIRM
Andrew J. Jaramillo (198303)
andrew.jaramillo@altuslawfirm.com
Sean T. Nguyen (206245)
sean.nguyen@altuslawfirm.com
5 Park Plaza, Suite 200
Irvine, California 92614
(949) 346-3391

Attorneys for Plaintiff
WENDY CUNNING

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| WENDY CUNNING, an individual, | Case No.: 8:21-cv-00710-DOC-KES |
| Plaintiff, | **PLAINTIFF'S PROPOSED VERDICT FORMS** |
| vs. | **Final Pretrial Conference** |
| SKYE BIOSCIENCE, INC., a Nevada Corporation; and DOES 1-10, inclusive, | Date: October 27, 2022<br>Time: 12:00 P.m.<br>Location: Courtroom 10A |
| Defendant. | **Trial**<br>Date: November 1, 2022<br>Time: 8:30 a.m.<br>Location: Courtroom 10A |

Pursuant to Section IX.E. of this Court's Scheduling Order dated September 3, 2021 (Docket No. 21), Plaintiff Wendy Cunning ("Cunning") submits her proposed verdict forms.

# PLAINTIFF'S FIRST CLAIM FOR RELIEF
# RETALIATION IN VIOLATION OF THE SARBANES-OXLEY ACT,
# 18 U.S.C. § 1514A

1. Did Ms. Cunning prove that Skye violated SOX by terminating her employment? _____ (Yes/No).

   If you answered "Yes," proceed to question No. 2. If you answered, "No," stop here and proceed to Plaintiff's Second Claim for Relief.

2. Did Skye prove by clear and convincing evidence that it would have terminated Ms. Cunning's employment regardless of whether she engaged in protected activity? _____ (Yes/No).

   If you answered "No," proceed to question No. 3. If you answered, "Yes," stop here and proceed to Plaintiff's Second Claim for Relief.

3. Was Ms. Cunning harmed (e.g. suffered lost wages and/or emotional distress) by Skye's termination of her employment? _____ (Yes/No).

   If you answered "Yes," you will need to determine Ms. Cunning's damages in the section titled "Plaintiff's Damages." Before doing so, however, proceed to Plaintiff's Second Claim for Relief. If you answered "No," you will also proceed to Plaintiff's Second Claim for Relief.

PLAINTIFF'S PROPOSED VERDICT FORMS

## PLAINTIFF'S SECOND CLAIM FOR RELIEF
## RETALIATION IN VIOLATION OF THE WHISTLEBLOWER PROTECTION ACT, CAL. LAB. C. § 1102.5

1. Did Ms. Cunning prove that Skye violated the Whistleblower Protection Act by terminating her employment? _____ (Yes/No).
   If you answered "Yes," proceed to question No. 2. If you answered "No," proceed to question No. 4.

2. Did Skye prove by clear and convincing evidence that it would have terminated Ms. Cunning's employment regardless of whether she engaged in protected activity? _____ (Yes/No).
   If you answered "No," proceed to question No. 3. If you answered "Yes," proceed to question No. 4.

3. Was Ms. Cunning harmed (e.g. suffered lost wages and/or emotional distress) by Skye's termination of her employment? _____ (Yes/No).
   If you answered "Yes," proceed to the section titled "Plaintiff's Damages." If you answered "No," proceed to question No. 4.

4. Did you find in favor of Plaintiff on her First Claim for Relief? _____ (Yes/No).
   If you answered "Yes," proceed to the section titled "Plaintiff's Damages." If you answered "No," stop here, proceed to the last page, and have the foreperson date and sign the document.

# **PLAINTIFF'S DAMAGES**

1. What amount of economic damages (e.g. past and future lost earnings) do you award Ms. Cunning?

    a. Lost earnings (including benefits and pay increases) that Ms. Cunning would have earned up to today: $_____.

    b. Prejudgment interest on lost earnings up to today: $_____.

    c. Future lost earnings that Ms. Cunning would have earned for the length of time her employment with Skye was reasonably certain to continue: $_____.

Proceed to question No. 2.

2. What amount of non-economic damages (e.g. damages for emotional distress) do you award to Ms. Cunning?

    $_____.

Proceed to the section titled "Punitive Damages."

## **PUNITIVE DAMAGES**

1. Did one or more officers, directors, or managing agents of Skye Bioscience, Inc. engage in conduct constituting malice, oppression, or fraud? _____ (Yes/No). If you answered "Yes," proceed to question No. 2. If you answered "No," stop here, proceed to the last page, and have the foreperson date and sign the document.

2. What amount of punitive damages, if any, do you award Ms. Cunning?

   $_____

Proceed to the last page and have the foreperson date and sign the document.

SO SAY WE ALL.

DATED: _____                    _____
                                                 **FOREPERSON OF THE JURY**

*After all verdict forms have been signed, notify the court attendant that you are ready to present your verdict in the courtroom.*

PLAINTIFF'S PROPOSED VERDICT FORMS