1 | ALTUS LAW FIRM
Andrew J. Jaramillo (198303)
2 | andrew.jaramillo@altuslawfirm.com
Sean T. Nguyen (206245)
3 | sean.nguyen@altuslawfirm.com
5 Park Plaza, Suite 200
4 | Irvine, California 92614
(949) 346-3391
5 |
Attorneys for Plaintiff
6 | WENDY CUNNING

7 | RYAN H. CROSNER, CA Bar No. 278418
ryan.crosner@ogletree.com
8 | CHLOE S. CHANG, CA Bar No. 321007
chloe.chang@ogletree.com
9 | OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
10 | 400 South Hope Street, Suite 1200
Los Angeles, CA  90071
11 | Telephone:   213-239-9800
Facsimile:    213-239-9045
12 |
Attorneys for Defendants
13 | SKYE BIOSCIENCE, INC. and
EMERALD HEALTH SCIENCES, INC.
14 |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| WENDY CUNNING, an individual | Case No. 8:21-cv-00710-DOC-KES |
|---|---|
| Plaintiff, | **NOTICE OF LODGING AMENDED [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER** |
| v. | |
| SKYE BIOSCIENCE, INC., a Nevada Corporation; and DOES 1-10, inclusive, | Complaint Filed: April 16, 2021<br>Trial Date:      January 3, 2023<br>District Judge:  Hon. David O. Carter<br>Courtroom 10A,<br>Santa Ana |
| Defendants. | Magistrate Judge: Hon. Karen E. Scott<br>Courtroom 6D<br>Santa Ana |

1      Plaintiff Wendy Cunning ("Cunning") and defendant Skye Bioscience, Inc.

2  ("Skye") hereby jointly lodge the attached Amended [Proposed] Final Pretrial

3  Conference Order as exhibits.  This amends the Parties' Final Pretrial Conference

4  Order previously filed on July 28, 2022, ECF Doc Nos. 87 and 87.1.  The redlines

5  correspond to changes made since the last filing.

6

7      Exhibit A: Amended [Proposed] Final Pretrial Conference Order [Redline]

8      Exhibit B: Amended [Proposed] Final Pretrial Conference Order [Clean]

9

10  DATED: December 30, 2022          ALTUS LAW FIRM

11

12

13                                    By: /s/  Andrew T. Jaramillo
                                          Andew T. Jaramillo
                                          Sean T. Nguyen

14
                                      Attorneys for Plaintiff
15                                    WENDY CUNNING

16

17  DATED: December 30, 2022          OGLETREE, DEAKINS, NASH, SMOAK &
                                      STEWART, P.C.
18

19

20                                    By: /s/  Ryan H. Crosner
                                          Ryan H. Crosner
21                                        Chloe S. Chang

22                                    Attorneys for Defendants
                                      SKYE BIOSCIENCE, INC. and EMERALD
23                                    HEALTH SCIENCES, INC.

24

25

26

27

28