1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3      HONORABLE DAVID O. CARTER  JUDGE PRESIDING

4  WENDY CUNNING,                    )
                                     )
5                                    )
                                     )
6                   Plaintiff,       )
                                     )
7                                    )
                                     )
8         Vs.                        )   No. SACV21-00710-DOC
                                     )
9                                    )
                                     )
10  SKYE BIOSCIENCE, INC., ET AL.,   )
                                     )
11                                   )
                                     )
12                  Defendants.      )
                                     )
13  _____)

14

15

16       REPORTER'S TRANSCRIPT OF PROCEEDINGS

17            JURY TRIAL, DAY 1

18               VOLUME I

19          SANTA ANA, CALIFORNIA

20        TUESDAY, JANUARY 3, 2023

21

22

23       MIRIAM V. BAIRD, CSR 11893, CCRA
       OFFICIAL U.S. DISTRICT COURT REPORTER
24            350 WEST FIRST STREET
                 FOURTH FLOOR
25        LOS ANGELES, CALIFORNIA 90012
               MVB11893@aol.com

1                              **A P P E A R A N C E S**

2


3    **ON BEHALF OF THE PLAINTIFF,**         SEAN T. NGUYEN
     **WENDY CUNNING:**                       ANDREW JARAMILLO
4                                            ALTUS LAW FIRM
                                            5 PARK PLAZA SUITE 200
5                                            IRVINE, CA 91614

6

7

8

9

     **ON BEHALF OF THE DEFENDANTS,**        RYAN CROSNER
10   **SKY BIOSCIENCE, INC., ET AL.:**       CHLOE SUH-YON CHANG
                                            SUMMER YOUNG-AGRIESTI
11                                           OGLETREE DEAKINS NASH SMOAK
                                            AND STEWART PC
12                                           400 SOUTH HOPE STREET SUITE
                                            1200
13                                           LOS ANGELES, CA 90071

14

15

16

17

18

19

20

21

22

23

24

25

```
 1        SANTA ANA, CALIFORNIA; TUESDAY, JANUARY 3, 2023; 8:09 A.M.

 2                            ---

 3             THE COURT:  On the record in SACV-21-00710.

 4             Counsel, your appearances.

 5             MR. JARAMILLO:  Good morning, Your Honor.  Andrew

 6     Jaramillo on the behalf of the plaintiff.

 7             THE COURT:  Pleasure.  And on behalf of the

 8     defense, please.

 9             MR. NGUYEN:  Good morning, Your Honor.  Sean Nguyen

10     also on behalf of the plaintiff.

11             THE COURT:  All right.  Thank you.

12             MR. CROSNER:  Good morning, Your Honor.  Ryan

13     Crosner for defendant.

14             THE COURT:  Who is with you today?

15             MS. CHANG:  Good morning, Your Honor.  Chloe Chang

16     on behalf of the defendant.

17             THE COURT:  Okay.  Good morning.

18             MS. CHANG:  Good morning, Your Honor.  Summer

19     Young-Agriesti on behalf of defendant.

20             THE COURT:  Thank you very much.  Have a seat.

21             I want to go over the schedule again because I've

22     given the parties ten hours per side.  That doesn't count the

23     opening statement and the closing argument.  So walk through

24     where I think we may end up for just a moment.

25             I'm glad we could fit this civil matter in because
```

The timestamps in the left margin are: 08:09AM (line 5), 08:09AM (line 10), 08:09AM (line 15), 08:09AM (line 20), 08:10AM (line 25).

UNITED STATES DISTRICT COURT

|  | 1 | we start a criminal matter in the third week of January.  And |
|---|---|---|
|  | 2 | quite frankly, if you don't get the matter off the ground |
|  | 3 | today, it's going to be expensive to find in the future.  So |
|  | 4 | I'm pleased to see all of you here.  I hope you had a good |
| 08:10AM | 5 | holiday. |
|  | 6 | On January 3rd, Tuesday, we hope to get a jury.  We |
|  | 7 | hope to hear your opening statements, and we hope to hear |
|  | 8 | from a witness today.  In fact, we're planning on it.  I want |
|  | 9 | to assume that we actually get two hours of testimony, which |
| 08:10AM | 10 | is ambitious today, so keep track of your time carefully for |
|  | 11 | a moment.  Just write down two hours. |
|  | 12 | On Wednesday we hope to get six hours.  If we start |
|  | 13 | at 8:00 o'clock in the morning and we have a break or two, |
|  | 14 | we'll be lucky to get in three hours of testimony.  I take an |
| 08:10AM | 15 | hour for lunch, so we're back at 1:00 o'clock.  So hopefully |
|  | 16 | we have three hours of testimony in the afternoon. |
|  | 17 | If you average six hours of testimony a day in |
|  | 18 | trial work, you're doing well.  In fact, I've got a watch and |
|  | 19 | make sure that you're holding up. |
| 08:11AM | 20 | So six and two is what? |
|  | 21 | MR. NGUYEN:  Eight. |
|  | 22 | THE COURT:  Excellent. |
|  | 23 | Now, Thursday let's just assume that we get the |
|  | 24 | same six hours.  What's that? |
| 08:11AM | 25 | MR. NGUYEN:  Now we're up to 14. |

THE COURT:  Excellent.  Now let's assume Friday

when the jury wants to go home at 3:00 o'clock and avoid the

rain -- just kidding.  We get six hours also.  What's that?

MR. CROSNER:  20.

THE COURT:  All right.  Now, take out your

calendars for a moment.  I previously told you I'm gone the

week of the 9th to the 13th.  I will not be in session.  I

don't want to sit idly, and I don't want to continue your

case over three or four months or even longer.  This is my

best opportunity on this civil matter because the criminal

matters have lined up quite frankly because we closed the

courts previously.

All right.  The 16th is a holiday.  The 17th I have

to be in Los Angeles in the morning on a settlement involving

these homeless cases, but I think I can come back in the

afternoon.  So seeing how we're doing, if we don't finish

this case, in other words, you need time for argument and

instruction by the Court, which is minimally going to be

three or four hours, combining the two, I don't think you'll

finish if you use all 20 hours.

And I'm not going to cut you back in terms of time.

I'm giving you that time.  If we don't use it, great.  If we

do use it, fine.

I can take you the afternoon of Tuesday, and right

now I've got 100 or so jurors coming in on Wednesday, the

1    11th, to start a -- on the 18th.  I'm sorry.  I can take you

2    the afternoon of the 17th is what I am saying, I think.  And

3    I have got a hundred some jurors coming in on the 18th on a

4    criminal matter, an alleged terrorist case.  That's going to

08:13AM    5    take a couple weeks.

6         If we can instruct and argue on the 17th in the

7    afternoon, then I can turn the jury loose for deliberations,

8    keep you in session, and go on with the criminal matter.

9         So I'm thinking that you're going to end up

08:13AM    10    realistically arguing on the 17th.  I just don't see how you

11    finish by Friday, the 16th, because it means you would be

12    three or four hours short.  In other words, you really have a

13    16-hour, 17-hour trial.  I'm not going to do that to you.  I

14    want you to have as much time as possible.

08:13AM    15         So I think I need to tell the jury that they'll be

16    back the afternoon of the 17th.  And then if we really run

17    into trouble, I'm going to work with Karlen and Terri

18    downstairs and maybe bring our jury back in on the 19th on

19    the criminal matter to give us an extra day.  But I've got to

08:14AM    20    make that decision pretty quickly.  So hopefully that works

21    for all of you, but that's going to be our schedule.

22         You were filing over the weekend an amended --

23    first of all, I'm not going to bifurcate this matter.  I'm

24    not going to bring this jury back at a later time because I

08:14AM    25    don't know that I can hold them a significant period of time.

| | |
|---|---|
| 1 | I'm not going to start over with a different jury.  Also, |
| 2 | adding the defendant Skye Biosciences' list, you had ten and |
| 3 | a half hours.  It's a really good estimate.  I didn't -- I |
| 4 | don't recall getting a time estimate in hours from the |
| 08:14AM  5 | plaintiff, from Wendy Cunning; did I? |
| 6 | MR. NGUYEN:  We expect to use the full allotted |
| 7 | time, Your Honor. |
| 8 | THE COURT:  On your proposed voir dire questions in |
| 9 | document 115, I'm going to allow you to ask the following: |
| 08:15AM  10 | Number three -- |
| 11 | MR. NGUYEN:  Sorry, Your Honor.  Are you referring |
| 12 | to plaintiff's proposed voir dire? |
| 13 | THE COURT:  Document 115. |
| 14 | MR. NGUYEN:  Thank you. |
| 08:15AM  15 | THE COURT:  Filed October 25th, 2022.  You're going |
| 16 | to be allowed to ask question number three, number four, |
| 17 | number five, number seven, number eight, number nine, number |
| 18 | 13, number 21.  The rest I think are unduly consumptive of |
| 19 | time and prejudicial. |
| 08:16AM  20 | I'm going to give you 15 minutes per side to ask |
| 21 | questions.  You can ask some of the generalized questions, |
| 22 | but questions like their understanding of insider trading, et |
| 23 | cetera, I think that points to the evidence in the case, and |
| 24 | you're not going to educate them on that.  That remains for |
| 08:16AM  25 | the jury. |

|   |   |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 08:17AM | 5 |

The jury questionnaires we'll go over this evening -- strike that.  My apologies.  The proposed special verdict forms we'll go over this evening.

            MR. CROSNER:  And, Your Honor --

            THE COURT:  The defendant's proposed voir dire questions are document 113.  Put it this way.  I'm not restricting you to just the questions I enumerated for the defense, but they've got to be generalized questions about work in the pharmaceutical industry, if they're undergone trials.  But anything that touches on the law or words that may be coming up, even common definition terms, I'm going to preclude you from.

            You're going to have 15 minutes per side to question the jury in total.  I encourage you to make use of that in terms of finding out who they are, not necessarily try to precondition them like state court.  If you do, I'll cut you off immediately.  I just wanted that absolutely certain on the record that you've got about 15 minutes on both sides.  That gives you an idea to follow up on some of the questions that I've asked.

            We're going to go over the jury instructions tonight.  The joint statement of the case which is document 111 is absolutely satisfactory.  In fact, I want to compliment you on it.  It's an excellent rendition, unless there are any changes to it.

1    You've got my rulings in document 117 concerning

2    the motions in limine.  There's one remaining motion that

3    I'll hand down that's pending in just a moment.

4    If you want to display a document, that's perfectly

08:19AM    5    permissible from my standpoint, but the document has to be

6    received into evidence.  So if you have a tech coming in or

7    you're operating off of a computer, please don't put up that

8    document unless it's received by the Court.

9    MR. CROSNER:  Your Honor, we've agreed to

08:20AM    10    admissibility on all but a few documents.  What I would ask

11    the parties to stipulate to this is that at the beginning of

12    the case-in-chief, we move to admit all those exhibits that

13    we've stipulated to admissibility into evidence.

14    THE COURT:  You can do that outside the presence of

08:20AM    15    the jury if you want.  That's up to the two of you.  Just

16    tell me.  If you both agree, I'll probably do it.

17    MR. NGUYEN:  We'll have a discussion.  I think

18    we're mostly in agreement.

19    THE COURT:  I'll give you a couple minutes because

08:20AM    20    the jury will be coming up in just a moment.

21    I'm going to want some further comment about the --

22    let me get some of my notes.  Hold on.  Avtar Dhillon, is

23    this the gentleman you took the deposition of?

24    MR. NGUYEN:  That's correct, Your Honor.

08:21AM    25    THE COURT:  And he's still taking the Fifth?

|   |   |
|---|---|
| 1 | MR. NGUYEN:  He did two weeks ago when you ordered |
| 2 | him to appear here for deposition. |
| 3 | THE COURT:  How do you propose to call that |
| 4 | witness? |
| 08:22AM 5 | MR. NGUYEN:  Well, based upon the Court's comments |
| 6 | on the motion in limine, we had intended to call him live and |
| 7 | ask him the questions.  We've been already advised by his |
| 8 | counsel that he's going to continue to assert the Fifth |
| 9 | Amendment. |
| 08:22AM 10 | THE COURT:  But how are you going to get that in |
| 11 | front of the jury?  Show me what that looks like.  Are you |
| 12 | going to call him? |
| 13 | MR. NGUYEN:  We're going to call him -- |
| 14 | THE COURT:  In court? |
| 08:22AM 15 | MR. NGUYEN:  In court. |
| 16 | THE COURT:  He's going to then take the stand with |
| 17 | his counsel? |
| 18 | MR. NGUYEN:  Correct. |
| 19 | THE COURT:  And he's going to take the Fifth |
| 08:22AM 20 | Amendment? |
| 21 | MR. NGUYEN:  Yes. |
| 22 | THE COURT:  That's your understanding anyway? |
| 23 | MR. NGUYEN:  That is our understanding. |
| 24 | THE COURT:  And if he doesn't, then you would be of |
| 08:22AM 25 | course questioning why he previously took the Fifth |

1    Amendment?

2            MR. NGUYEN:  Well, we'd be wondering -- yeah, we

3    would be wondering that, but then we would also be unfair

4    surprise because we've never received any testimony from him,

08:22AM  5    which is why we brought the motion in limine to begin with,

6    because we would otherwise be going in the dark here if he

7    offers suddenly new testimony that is inconsistent with the

8    assertion of the Fifth Amendment privilege.

9            Perhaps counsel can address whether he intends to

08:23AM  10   assert the Fifth Amendment.

11           THE COURT:  Just a moment.  You have a videotaped

12   deposition according to document 70 of Dr. Feryan Ahmed and

13   James Heppell.  Are both these persons going to be presented

14   to the jury by way of a videotaped deposition, or are they

08:24AM  15   going to be here?

16           MR. NGUYEN:  They are being presented only by

17   videotape, Your Honor.

18           MR. CROSNER:  That's correct.

19           THE COURT:  And that's by stipulation of the

08:24AM  20   parties?

21           MR. CROSNER:  Yes.

22           THE COURT:  All right, as long as you both

23   stipulate it.  Otherwise I wouldn't have allowed it.  So

24   thank you for that.

08:24AM  25           Then we have our designations and

| | |
|---|---|
| 1 | cross-designations worked out between the two of you? |
| 2 | MR. CROSNER:  There's some objections to -- |
| 3 | THE COURT:  Then get the witnesses in here.  That's |
| 4 | my one bottom line.  I don't sit through sit through |
| 08:24AM 5 | designations and cross-designations.  If you don't have them, |
| 6 | both of them are required to be here. |
| 7 | MR. NGUYEN:  They're -- |
| 8 | THE COURT:  It's a waste of my time with that. |
| 9 | MR. NGUYEN:  One of them -- |
| 08:24AM 10 | THE COURT:  No, counsel.  You two decide. |
| 11 | Otherwise they're ordered in.  Get them here. |
| 12 | MR. NGUYEN:  Your Honor, just real quickly, one of |
| 13 | them is in Canada. |
| 14 | THE COURT:  Well, that's the person who was |
| 08:25AM 15 | unavailable before and wouldn't cooperate; is that right? |
| 16 | MR. NGUYEN:  No.  That's a different -- |
| 17 | THE COURT:  You two work that out.  I don't spend |
| 18 | my time haggling between designations and cross-designations. |
| 19 | It's really simple.  Everybody knows that or you should have |
| 08:25AM 20 | known that.  That's over 24 years.  Courts just don't waste |
| 21 | their time bickering over page by page.  So -- |
| 22 | MR. CROSNER:  Your Honor, one issue -- |
| 23 | THE COURT:  Thank you very much, counsel.  I'll be |
| 24 | with you in a moment. |
| 08:27AM 25 | Okay.  Counsel, any questions you have got, I'll |

1    start with the plaintiff.

2         MR. NGUYEN:  Yes, Your Honor.  There are a number

3    of issues actually.  So with respect to our opening

4    statements, we had previously brought a motion in limine

08:27AM    5    regarding evidence by Ms. Cunning for the after-acquired

6    evidence defense to be brought by defense counsel.  And that

7    is an equitable defense which is tried before the Court.  The

8    Court typically hears that.

9         THE COURT:  Well, it is, but it's relevant also to

08:27AM    10    the jury in the case-in-chief, counsel.

11         MR. NGUYEN:  Okay.  So this is what we wanted to

12    clarify because our request was -- and we would renew the

13    request -- to have her testify outside the presence of the

14    jury to that issue.

08:27AM    15         Then if that's the case, then we would request that

16    defense counsel not mention it in their opening statement

17    since that testimony won't be in front of the jury.

18         THE COURT:  Counsel.

19         MR. CROSNER:  Couple points on that, Your Honor.

08:28AM    20    One, there's a CACI instruction on the after-acquired

21    evidence defense.  We dispute that it's purely an equitable

22    issue for the Court to -- we -- this is an important issue to

23    the case-in-chief, and we believe we should be able to

24    mention it in opening and also present it to the jury.

08:28AM    25         THE COURT:  Denied.  Counsel, you made proceed with

1    that evidence.

2              What's your next issue, counsel, on behalf of the

3    plaintiff?

4              MR. NGUYEN:  With respect to Dr. Murphy's

08:28AM    5    testimony, Dr. Murphy is unavailable.  He is deceased, and we

6    did not videotape his deposition.

7              THE COURT:  Oh, my goodness.  You're absolutely

8    right.  Pardon me.  You're absolutely right.

9              That's Brian Murphy, correct?

08:29AM   10    MR. NGUYEN:  Correct.

11             THE COURT:  Are there issues concerning

12   designations and cross-designations from his deposition?

13             MR. CROSNER:  There are some, Your Honor.

14             MR. NGUYEN:  There are a few objections.

08:29AM   15             MR. CROSNER:  What I would suggest is after we're

16   done with today, we can -- this is not going to be presented

17   today.  We can work with plaintiff's counsel to work through

18   these issues.

19             THE COURT:  Try it tonight.

08:29AM   20             MR. NGUYEN:  Well, we were seeking instruction on

21   how the Court would like us to best approach this.  As of

22   right now defense counsel intends to have an attorney from

23   their firm come in and read the part of Dr. Murphy.  We would

24   be doing the same with another colleague of ours.

08:30AM   25             THE COURT:  That's fine.  You can each use counsel

UNITED STATES DISTRICT COURT

1    from your own firm as long as it's co-equal.

2                MR. NGUYEN:  Okay.  Thank you.

3                THE COURT:  What else do you have from the

4    plaintiff's perspective?

08:30AM  5                MR. NGUYEN:  I think we reached a resolution on how

6    we let the jury know about Dr. Murphy's status.  I believe

7    the resolution is --

8                THE COURT:  Well, if you reach a resolution, just

9    inform me what that is and I'll read that to the jury.  Just

08:30AM  10    draft it.  If he's deceased and you're going tell them that,

11    the Court can indicate that if you would like, or either

12    counsel can.

13                MR. NGUYEN:  That's what we agreed to as well.

14                THE COURT:  Thank you.  Counsel from the defense.

08:30AM  15                MR. CROSNER:  That's agreeable.  I'm going to

16    mention it in the opening statement as well.

17                THE COURT:  What other issues do you have now?

18                MR. CROSNER:  There's one other issue.  One of the

19    defendants in this case, Emerald Health Sciences, Inc. --

08:30AM  20    this is just a housekeeping issue -- has not formally been

21    dismissed yet.  So we've discussed with Ms. Cunning's

22    counsel, and we can do this on the record right now that

23    Emerald Health Sciences, Inc., will be dismissed with

24    prejudice from this action.  And then that was an exchange

08:31AM  25    for a mutual waiver of costs.

```
 1                    MR. NGUYEN:  We agreed to that, Your Honor.

 2                    THE COURT:  All right.  Karlen, do you have that?

 3               That's granted.  Thank you, counsel.

 4                    MR. CROSNER:  Thank you, Your Honor.

 5                    MR. NGUYEN:  Thank you, Your Honor.

 6               Everything else --

 7                    THE COURT:  Okay.  Well, then, relax for a moment.

 8          Get set up if you will.  The jury will be coming up in a

 9          couple minutes.  Okay?

10                    MR. NGUYEN:  Yes.  Thank you, Your Honor.

11                    THE COURT:  Thanks a lot.

12                    MR. NGUYEN:  Your Honor, do you believe we'll be

13          doing opening statements before lunch or after?

14                    THE COURT:  I don't know.

15               (Recess taken from 8:31 a.m. until 9:37 a.m.)

16                    THE COURT:  Counsel, the jury is on the way up.

17          Karlen said you wanted to go on the record?

18                    MR. CROSNER:  Yes, Your Honor, just two brief

19          issues.  One, with respect to the witness Mr. Cesario, we'd

20          like to just put on the record --

21                    THE COURT:  Where is that gentleman?  Oh, thank

22          you.

23                    MR. CROSNER:  He's appeared this morning pursuant

24          to subpoena.  We discussed with Mr. Cesario that he will

25          return on Thursday at 1:00 p.m.
```

08:31AM  (line 5)
08:31AM  (line 10)
08:31AM  (line 15)
09:37AM  (line 20)
09:37AM  (line 25)

|   |   |
|---|---|
| 1 | THE COURT:  We may move faster than that, counsel. |
| 2 | Have him a little bit earlier, okay? |
| 3 | Mr. Cesario, are you the CEO of the -- |
| 4 | MR. CESARIO:  Former CFO. |
| 5 | THE COURT:  We don't mean to inconvenience you, but |
| 6 | if we need you earlier, could we reach you by phone? |
| 7 | MR. CESARIO:  Yes, you can. |
| 8 | THE COURT:  Then let's just say 1:00 o'clock on |
| 9 | Thursday as a definite return date, but please be available |
| 10 | so if we move a little bit quicker, we can get you in and out |
| 11 | of here.  Okay? |
| 12 | MR. CESARIO:  Yes. |
| 13 | THE COURT:  Thank you very much, sir.  Sure |
| 14 | appreciate it. |
| 15 | MR. CESARIO:  Thank you. |
| 16 | MR. JARAMILLO:  Your Honor, we have one other |
| 17 | housekeeping issue, and that is -- |
| 18 | THE COURT:  Sure. |
| 19 | MR. JARAMILLO:  -- we had prepared a sheet of key |
| 20 | terms and stipulated facts.  We did run it by opposing |
| 21 | counsel. |
| 22 | THE COURT:  I saw the stipulated facts in your |
| 23 | pre-conference order. |
| 24 | MR. JARAMILLO:  Right.  So we pulled those and put |
| 25 | them on the sheet along with some key terms.  The defendant |

Timestamps in left margin:
09:37AM (line 5), 09:37AM (line 10), 09:37AM (line 15), 09:38AM (line 20), 09:38AM (line 25)

|  |    | here has gone through numerous iterations, name changes.  For |
|--|----|---|
|  | 1  |  |
|  | 2  | the jury's reference, we wanted to hand these out so that |
|  | 3  | they will have this document in front of them so they can |
|  | 4  | see -- |
| 09:38AM | 5  | THE COURT:  Why do they need -- |
|  | 6  | MR. JARAMILLO:  It's just as an aid. |
|  | 7  | THE COURT:  Is that acceptable? |
|  | 8  | MR. CROSNER:  No, Your Honor.  We believe that the |
|  | 9  | jury instruction with the stipulated facts is sufficient. |
| 09:38AM | 10 | THE COURT:  But eventually the jury is going to get |
|  | 11 | these stipulated facts.  In other words, it's how they get |
|  | 12 | them, and it comes in two ways.  First of all, they can be |
|  | 13 | laboriously read into the record.  When that occurs, if |
|  | 14 | there's a request for me to receive them, I'm going to |
| 09:38AM | 15 | receive them because they're stipulated. |
|  | 16 | The question is timing, when they're put into the |
|  | 17 | record, not if they're coming in.  So let me help both of |
|  | 18 | you. |
|  | 19 | MR. CROSNER:  Sure. |
| 09:39AM | 20 | THE COURT:  They're coming in. |
|  | 21 | MR. CROSNER:  Sure. |
|  | 22 | THE COURT:  They're stipulated.  It's just when. |
|  | 23 | MR. CROSNER:  And then there's some search terms |
|  | 24 | that we don't necessarily agree with, the -- sorry, not a |
| 09:39AM | 25 | search term but a term that I don't necessarily agree with |

```
 1    the language.  That should just come in through the
 2    testimony.
 3                 MR. JARAMILLO:  That's fine.  We thought it might
 4    be more helpful for the jury.
 5                 THE COURT:  I can't hear both of you at the same
 6    time.
 7                 MR. JARAMILLO:  That's fine.  They don't agree to
 8    the key terms.  There's two terms that we wanted to have the
 9    jury take a look at, but opposing counsel has not agreed to
10    them.  So --
11                 THE COURT:  So they're not stipulated?
12                 MR. JARAMILLO:  So they're not stipulated to.
13                 THE COURT:  I'm going to receive any stipulated
14    facts between the two of you.
15                 MR. JARAMILLO:  We have stipulated facts in the
16    final pretrial conference order.
17                 THE COURT:  Yeah, but the jury doesn't know that.
18                 MR. JARAMILLO:  Right.  I printed them out on this
19    sheet, so...
20                 THE COURT:  Okay.
21                 MR. JARAMILLO:  My suggestion was to give the jury
22    the stipulated facts.
23                 THE COURT:  Okay.  Let's make this simpler.  If you
24    have stipulated facts between the two of you, there's two
25    ways that they come into evidence.  They're read into
```

```
 1   evidence by the parties.  I'm going receive them.  I'm going
 2   to receive the document into evidence.
 3           If it's not stipulated, I'm not going to do that.
 4   So if there's some terms that you disagree with that are not
 5   stipulated, they should be taken out.  So now I'm back to
 6   square one, and then I'm going to go take a break because
 7   this is wasting my time.
 8           MR. CROSNER:  One last --
 9           THE COURT:  No, no.  I'm not done.  I don't care
10   when they come in.  When do you want them in?
11           MR. JARAMILLO:  We prefer that they come in as
12   early as possible.
13           THE COURT:  You two talk about that.  Okay?
14           MR. CROSNER:  Then the final issue, Your Honor, we
15   have common agreement on exhibits that everything is
16   reflected in the pretrial conference order that we stipulated
17   to admissibility on will be admitted into the record, and
18   everything that has been objected to --
19           THE COURT:  I'm going to have you keep track of
20   that.  I don't have a photographic memory.  And number two,
21   if you want me to look at a document, since I'm going to be
22   paying attention to your case, I don't want to be watching a
23   witness, writing handwritten notes, and then have to scramble
24   for a binder.
25           If there's a disagreement, bring that document to
```

```
 1    me by one of the two sides.  So if you get to document 134

 2    and there's an objection, just bring it up to me.  Okay?

 3              MR. JARAMILLO:  Okay.

 4              MR. CROSNER:  Thank you, Your Honor.

 5              THE COURT:  Now, have a seat.  We're going to get

 6    started.  This seems like a lot of minutia now.

 7              (Prospective jurors enter courtroom)

 8              THE COURT:  Folks, come on in.  Just be seated.  It

 9    doesn't matter where you're seated.  If you're on the end, go

10    all the way down to the end if you can.  That way people

11    don't have to walk over the top of you.

12              We've got plenty of room, so you don't have to

13    crowd.  Some of you can be seated in the center of the

14    courtroom.  There's lots of seating there.

15              All right, counsel, if you would be seated.  Thank

16    you.

17              First of all, ladies and gentlemen, good morning.

18    I hope all of you are well.  I know you got here very early,

19    and the jury commissioner stated that they were going through

20    a process downstairs.

21              I'm Judge Carter.  Welcome to our court.  This is

22    the matter entitled Wendy Cunning versus Skye Bioscience,

23    et al.

24              Counsel, is there any reason that the Court should

25    not proceed this morning?
```

09:41AM (line 5)
09:45AM (line 10)
09:46AM (line 15)
09:46AM (line 20)
09:46AM (line 25)

|     |     |
| --- | --- |
|     | 1 |
|     | 2 |
|     | 3 |
|     | 4 |
| 09:46AM | 5 |
|     | 6 |
|     | 7 |
|     | 8 |
|     | 9 |
| 09:47AM | 10 |
|     | 11 |
|     | 12 |
|     | 13 |
|     | 14 |
| 09:51AM | 15 |
|     | 16 |
|     | 17 |
|     | 18 |
|     | 19 |
| 09:51AM | 20 |
|     | 21 |
|     | 22 |
|     | 23 |
|     | 24 |
| 09:51AM | 25 |

1    MR. JARAMILLO:  Not from plaintiff, Your Honor.

2    MR. CROSNER:  Not from defendant either.

3    THE COURT:  I'm going to ask all of you to stand

4  for just a moment and if you would raise your right hand.

5  Karlen is the clerk.  She's going to administer an oath to

6  you.

7    (Prospective jurors sworn)

8    THE COURT:  We're going to call six of you

9  initially into the jury box.  And as we call your names, I'm

10  going to get you seated so that there won't be any confusion.

11    THE CLERK:  Ms. CLR.

12    THE COURT:  If you would be so kind, if you'd come

13  forward, please.  If I seat you correctly, things will go

14  smoothly.  If you come all the way through the double doors

15  all the way down to the end of the jury box.  Then if you

16  would go up to the top row.  Then would you go all the way

17  down to the seat closest to the audience.

18    And would you pronounce your last name for us.

19    THE PROSPECTIVE JUROR.  CLR.

20    THE COURT:  All right.  And if you would be seated.

21    First of all, good morning to you.

22    Call the second prospective juror, please.

23    THE CLERK:  Ms. VSF.

24    THE COURT:  If you'd come down also when your name

25  is called.  Bring all your personal belongings with you.  And

1    if you'd go up to the top row and take the third seat in.

2    It's got just a square white symbol of federal court.

3              If you would call the next prospective juror,

4    please.

09:52AM  5              THE CLERK:  Ms. TO.

6              THE COURT:  Ms. TO, if you'd come down also and if

7    you'd take the top row and the fifth seat in.  You'll see the

8    square on it.

9              Would you call the next prospective juror, please.

09:52AM 10              THE CLERK:  Mr. MCB.

11              THE COURT:  Mr. MCB, this is going to get tricky.

12    If you would take the bottom row and then go all the way down

13    to the seat closest to the audience, please.

14              Call the next prospective juror, please.

09:52AM 15              THE CLERK:  Ms. YL.

16              THE COURT:  Ms. YL, if you'd come down as well, and

17    if you'd take the bottom row and leave one seat between you

18    and Mr. MCB, please.

19              Call another prospective juror, please.

09:52AM 20              THE CLERK:  Ms. JYH.

21              THE COURT:  Ms. JYH, if you'd come down also and be

22    seated in the bottom row.  Ms. TO, if you'd come down into

23    the first row, please.  Then if you'd go all the way down and

24    be seated in that seat.  Thank you very much.

09:53AM 25              Ms. JYH, if you'd come down also.  No, sorry.

|   | |
|---|---|
| 1 | Ms. TO, my apologies.  If you'd go up to the top where you |
| 2 | were.  I miscalled your name.  I'm sorry.  That was Ms. YL. |
| 3 | My apologies.  I said Ms. TO.  Thank you. |
| 4 | Ms. JYH, if you would be seated in the seat closest |
| 5 | to me.  Perfect.  Thank you very much. |
| 6 | First of all, good morning to all of you.  Let me |
| 7 | explain a little bit why you're here.  This is a time for |
| 8 | trial.  It's a civil matter, and each side has a total of 10 |
| 9 | hours, so about 20 hours. |
| 10 | We expect that the evidence will conclude by |
| 11 | Friday.  If we get two hours of testimony today and six hours |
| 12 | tomorrow and six hours on Thursday and six hours on Friday, |
| 13 | we'll have all of the evidence.  The difficulty is that the |
| 14 | Court is not available the following week. |
| 15 | That following Monday is a holiday, so you'd |
| 16 | actually have a good chance, if we don't finish, returning |
| 17 | for half a day when we hear arguments right before you begin |
| 18 | your deliberations.  And we'll explain that to you. |
| 19 | So it's a very short case.  It's probably the |
| 20 | shortest case I've had in a couple years.  We just finished a |
| 21 | four- or five-month case, so you can imagine, yeah, four or |
| 22 | five months of your service. |
| 23 | So it's a pleasure to see you.  It's about the |
| 24 | shortest case you're going to get in federal court. |
| 25 | Let me explain to you why you're here.  Before we |

09:53AM — line 5
09:53AM — line 10
09:54AM — line 15
09:54AM — line 20
09:54AM — line 25

do that, I would like the counsel for the plaintiff, if you

would be kind enough to stand and introduce yourselves and

who is with you at the counsel table, please.

MR. JARAMILLO:  Good morning, everyone.  My name is

Andrew Jaramillo.  I am an attorney for our client, Ms. Wendy

Cunning.  She's the plaintiff in this matter.

MR. NGUYEN:  Good morning, ladies and gentlemen of

the jury.  My name is Sean Nguyen.  I'm also a counsel with

our client.  Standing next to me is Wendy Cunning.

THE COURT:  And I don't know the lady who is with

you, counsel.

MR. JARAMILLO:  She's the -- this is our client.

THE COURT:  Okay.  Would you introduce her, please.

MR. JARAMILLO:  Yes, of course.  This is Ms. Wendy

Cunning.  She is the plaintiff in this matter.

THE COURT:  All right.  Thank you very much.  If

you would be seated.

Counsel, would you do the same.  Would you be kind

enough to stand and introduce yourselves and your client,

please.

MR. CROSNER:  Good morning.  My name is Ryan

Crosner.  I represent defendant Skye Bioscience, Inc.

MS. CHANG:  Good morning.  My name is Chloe Chang,

and I also represent defendant Skye Bioscience, Inc.

MS. YOUNG-AGRIESTI:  Good morning.  Summer

1    Young-Agriesti on behalf of defendant Skye Bioscience, Inc.

2         THE COURT:  Be seated, please.  Thank you.

3         This is a civil matter.  It's not a criminal

4    matter.  And, as I said, it's a very short case, at least for

09:56AM    5    the federal court.  It's about four days including today, so

6    about three more days.

7         The problem is I'm not available the following

8    week, and I didn't want to waste the taxpayers' money and not

9    get started.  Time is valuable here in federal court.  So it

09:56AM   10    may go over to the following week for a day of argument.  And

11    if so, we'll know very quickly how fast we're proceeding by

12    Thursday.

13         This case is a case arising out of the former

14    employment of plaintiff Wendy Cunning, who is seated at the

09:56AM   15    counsel table, who just introduced herself to you, by

16    defendant Skye Bioscience, Inc.  Ms. Cunning contends that

17    Skye unlawfully terminated her employment because she

18    complained or refused to participate in actions by Skye and

19    its employees that she believes to be fraudulent and illegal.

09:57AM   20    As a result, she suffered emotional distress and lost wages

21    and benefits.

22         Skye denies that Ms. Cunning's employment was

23    terminated for any illegal reason.  Instead, it contends that

24    it terminated her employment for legitimate business reasons.

09:57AM   25    Skye further disputes the nature and extent of the damages

claimed by Ms. Cunning.

Now, that's an overview of what the case is about, but it's not evidence.  All the evidence we hear will eventually come from the witness stand from people under oath, but it gives you a reason why you're here.  It's not a criminal matter.  It's a civil matter.

So let me begin with just counsel and who they are. First of all, if you had a chance to talk to any of these counsel, you would enjoy them.  They're really decent and nice people.  The problem is you can't.  So when they come up in the elevator in the morning, if you're riding the elevator with them, they're trying to present that they're invisible.

It's almost funny to watch.  They can't talk to you.  They can't say a word to you.  So please don't say a word to them.  They're not being rude.  They're just under instruction not to discuss or have any conversation.  Why?

Well, the common sense reason is if you talk to any of these counsel, you would enjoy them.  They're nice people. And that gives a benefit, though, to that person because you can imagine the other attorney down the hallway wondering what you're talking about.  So it's not only justice.  It's the way we go about it.  It just looks unfair.

The second general rule is that all of the evidence we hear from the witness stand.  Eventually I'll instruct you on the law.  I promise you I'll try to get it right, okay?

But you're not to go to the internet and do any independent research about the law.  If so, I have to start the trial all over again.

In fact, once six of you are sworn to preside over this matter with a couple alternates, that means that you can't reach out and ask for any information or receive any information from anyone else because counsel truly are putting their faith and trust in all of you to judge the witness, the evidence, what you hear right from the witness stand, not from any outside research or sources.

I just had to start a patent case over after nine days of trial literally where -- involving earbuds, those things that go in your ear, worth about a hundred million dollars.  Somebody decided to go to the internet and do some independent research, and somebody decided to bring in a pair of earbuds and do a little experiment.  And guess what?  Nine days of wasted taxpayer money and the jury went home after two hours.  So please don't.  It's your money.  You're the taxpayers.

So when you get home, I think generally the third thing that I'm most concerned about is somebody who loves you.  And if they don't ask you what you're doing in federal court, they don't love you.  That's just natural.  You just can't tell them.  Just say:  Look, I'm in Judge Carter's court or the judge's court for a very short trial.  After

```
 1    it's over, I can talk to you about anything about the case.

 2    But until that time, I can't talk to you about anything about

 3    the case.  Don't even tell them it's a civil case or a

 4    criminal case.  Okay?

 5              Now, why does this system work so well?  And trust

 6    me, this system works.  I don't care what you hear in the

 7    news and the one out of a thousand cases.  This system works.

 8              I have the pleasure of traveling the world speaking

 9    to other judges especially in the area of counterterrorism in

10    other areas from Pakistan to Afghanistan to Indonesia, you

11    name it, post-Soviet countries like Kazakhstan, Tajikistan,

12    and the rest of the world has no idea about our system.

13              You see, judges solely determine guilt, innocence,

14    or liability.  Oftentimes they're just submitted on a report

15    and there are no witnesses who testify.  It's a piece of

16    paper.

17              The second oddity to us, although we think that

18    we're in the majority and we're not, is that most wisdom in

19    other systems they believe is handed down by a dictator,

20    literally a monarch, and it's very hard for people to

21    understand that we trust the American public.

22              In other words, We, the People, they really meant

23    it.  So we impanel people with common sense from the

24    community with your wisdom that far supplants any the judge

25    to weigh the facts of this matter and to try to reach a
```

 1   verdict if you can do so.

 2          That's much different in a system where we don't

 3   trust the people.  The best illustration of that was a guy

 4   named Alexander de Tocqueville about 180 years ago or so, I

 5   guess.  In 1835 he was wandering around on a donkey in

 6   America.  He was from France, a French judge, and he wrote a

 7   book called Politics in America.

 8          I met him.  He's a nice guy.  Just kidding you.

 9   But Alexander wrote this American book about this young

10   nation, and he said:  Two things that perplex me.  I don't

11   think that any judge on the European continent would

12   necessarily reach any different decision than you American

13   judges do, but I'm amazed at your system because it does two

14   things.

15          First of all, it empowers your people to be part of

16   your system, and therefore when the community is involved,

17   the community is much wiser and they participate.  And

18   second, that the public is more apt to accept a verdict from

19   people who sit as jurors than they are from one individual

20   person.

21          That's why the system works so well.  The best

22   illustration I can give to understand how important you are

23   is for 17 years when I was a state court judge, I used to

24   teach fact-finding and decision-making to judges.  So we

25   brought you to Bolt Hall at Berkeley after he had been on the

bench as a judge for seven years because we figured by that time you thought you knew everything about everything in the world.  It was a good time to catch you as a judge about seven years into your career.

10:03AM    We give you a problem, and it was a problem involving a criminal scenario.  A person walked into the room in front of 50 judges and read this hypothetical about a robbery, and he read it very quickly or she read it very quickly to the judges.

10:03AM    Then the first three of you in the first row, you became a jury.  And the three of you as judges in the back row, you sat individually and decided the matter.  In 14 years it never failed that the following happened.  You see, the first three of you who are acting as jurors were inefficient.  You took longer.  You actually discussed what you heard, but your accuracy rate was extraordinarily high in terms of recalling.

The three of you in the back sitting by yourself didn't have the benefit of talking to anybody, but you reached a verdict very quickly.  You were very efficient, and your accuracy rate was very low.

That is why the six of you sitting together really are the common sense of the community in terms of how you absorb the facts and what you hear.  But most importantly is you discuss these matters and try to reach a resolution.

1        I've got some general questions for you.  Just

2    raise your hand if any of these are applicable to you.  Have

3    any of you or close family members or close friends been

4    involved in a civil lawsuit as a plaintiff or defendant or a

10:04AM    5    witness?  If so, just raise your hand.  Okay.  All right.

6        And for all of you folks in the audience, I'm

7    simply going to ask when you come up here, if you take the

8    place of any of these prospective jurors in just a moment if

9    they're excused for some reason by either of the parties.

10:05AM   10   And they have a number of what we call peremptory challenges

11   that they can exercise without explanation, but it's very

12   limited.

13       I'm just going to ask if you've heard all the prior

14   questions and if there are any of those questions that I've

10:05AM   15   just asked that you can respond to.  I'm not going to repeat

16   these questions very often.

17       Have any of you worked at a pharmaceutical company

18   that develops or manufactures drugs, any of the six of you?

19   Have any of you ever been involved in what we call clinical

10:05AM   20   trials?  For instance, when the COVID vaccine came out, they

21   ran brief clinical trials through Moderna and Pfizer.  Any of

22   that kind of participation as a volunteer or paid for

23   clinical trials?

24       Have any of you worked in a position that required

10:06AM   25   you to deal with securities, public markets, or companies

that are regulated by the Securities and Exchange Commission?
Did any of you or have you worked with the SEC, the
Securities and Exchange Commission?

Have any of you ever been a person that has accused
a company of wrongdoing?  Sometimes you've heard the phrase
whistleblower.  Have any of you been in that position?  Okay.
Keep your hand -- they'll ask you questions further about
that.  Thank you.

The case is a fairly short case.  Afterwards if
you're selected, I just hope that you give me a little bit of
time to show you around the federal courthouse after you
reach your verdict or attempt to reach a verdict in this
matter.

I'd love to show you this courthouse behind the
scenes.  It would just be a pleasure.  I absolutely love this
place, and I'd like to show it off to you.  You're the
taxpayers who built it.  And I'll put this on the record.
You really spoil us, after state court especially.  This a
magnificent building, and I'd like you to see it.

If the president of the United States walked into
this courthouse and took the stand, I think initially I would
be very impressed.  Let me start with Biden, Trump, Obama --
how am I doing so far?  Bush, Clinton.  I'm getting there.  I
may have skipped one, but Bush, Clinton and beyond that,
going back in time -- until they open their mouth.  And I

1    don't say that facetiously.

2        Station and position and titles have very little to

3    do with credibility sometimes, and our country is built

4    usually upon the humblest of Americans because we're good

10:08AM    5    people and we lead good lives and you never hear about us.

6    It's as simple as that.  We go about every day doing our job.

7        So you may find the former president or secretary

8    of state or whoever we're dealing with -- I just use that by

9    way of example -- to be absolutely credible.  But I don't

10:08AM    10    want the position of a person who takes the stand to stand in

11    the way of you looking at what that person is saying in terms

12    of credibility, because America is truly built upon We, the

13    People, the citizens.

14        So I have to explain to my colleagues overseas that

10:08AM    15    what makes my country so great, so good, is that we're a

16    bottom-up society.  We believe that if we have good citizens,

17    somehow we continue to elect hopefully good people.  And

18    we're not top-down.  We're not a dictatorship who receives

19    wisdom from all above that flows to us.

10:09AM    20        That's what our system is all about, and that's why

21    you're critical.  That's why you're here for this period of

22    time.  Now, are you going to be inconvenienced?  Absolutely.

23    Every year I get a subpoena to go down to serve in state

24    court, and I don't get out of it.  I go down to harbor court

10:09AM    25    every year and I sit there until 4:30, and then they excuse

1    me.  That's happened for 14 years.

2            They figure out who I am by 4:30 and they don't

3    want a judge on the case and they kick me off.  So, yeah,

4    you're going to be inconvenienced, but I think it's a

10:09AM    5    patriotic duty.  We're not sending you to Afghanistan to

6    fight, et cetera.  This a patriotic duty.

7            So if I'm a little harsh in terms of excuses, it's

8    just because I believe that you're essential.  And I need a

9    cross-section of life.  It's a random draw, therefore I don't

10:09AM   10    take those people who just can't serve.  There will be

11    professional people who are inconvenienced, and I understand

12    that.

13            The last thing is that I'll start at 8:00 o'clock.

14    But if I can manipulate you into starting at 7:30, I'll try

10:10AM   15    to.  I'll probably fail.  I'll try to get you at 8:00 o'clock

16    each day, and I'll bear with 8:30, for an hour at lunch.

17    That's hopefully more than sufficient, not an hour and a

18    half.

19            And I like to get you all the way to 4:30 in the

10:10AM   20    afternoon and then try to get you out of the civic center

21    area before 5:00 o'clock and avoid the traffic every night.

22    Okay?  If we do that, I think we can accomplish an awful lot.

23            I'm going start with just a few questions.  And I'm

24    going to mispronounce your name although you pronounced it

10:10AM   25    for me.

1          Ms. CLR?  How am I doing?

2          THE PROSPECTIVE JUROR:  Pretty good.

3          THE COURT:  Okay.  It's nice meeting you.  Your

4     profession, what do you do by way of profession?

10:10AM 5          THE PROSPECTIVE JUROR:  I'm a teacher.

6          THE COURT:  Okay.  Have you ever been a juror

7     before?

8          THE PROSPECTIVE JUROR:  I have not.

9          THE COURT:  If you had reading material, if you had

10:10AM 10    spare time, what would you like to read in your spare time?

11         THE PROSPECTIVE JUROR:  This is going to sound

12    bad -- self-help books.

13         THE COURT:  Okay.  You don't know much about this

14    case.  I read a stipulation by both counsel that they agreed

10:11AM 15    to about the basic reason we're here, but we've got evidence

16    coming.  With what little you know, do you think you would be

17    fair and impartial to both sides in this matter?

18         THE PROSPECTIVE JUROR:  Yes.

19         THE COURT:  Would you follow the law?

10:11AM 20    THE PROSPECTIVE JUROR:  Yes.

21         THE COURT:  Now, I don't expect any of you to

22    disobey the law, but I'll tell you what.  I'll show you how

23    interesting things can get in America.  You see, if I'm up in

24    the state of Washington, I can grow marijuana, sell

10:11AM 25    marijuana.  I can do anything I want to.  The federal

```
 1        government says, oh, that's the state of Washington.  We
 2        don't quite agree with that across the country.
 3            I don't expect jury nullification, but you've got
 4        to follow the law that I instruct you on.  The Supreme Court
 5        can change that.  I'm a humble trial Court.  The Congress can
 6        pass new laws.  I'll obey them.  I'm a humble trial Court.
 7        By the same token, I promise you I'll get the law right.
 8        Okay?
 9            Would you be fair and impartial to both sides?
10        THE PROSPECTIVE JUROR:  Yes.
11        THE COURT:  Now, we all have biases -- trust me --
12        along the way.  It's recognizing those biases, something in
13        our personal lives.  The ultimate question will be, though,
14        if something comes up, we can put that aside.  We recognize
15        that.  We're fair to both of these parties.  Acceptable?
16        THE PROSPECTIVE JUROR:  Uh-huh.
17        THE COURT:  Any questions of me?
18        PROSPECTIVE JUROR:  No.
19        THE COURT:  It's nice meeting you.  I'll be back to
20        you.
21            You're Ms. VSF?
22        THE PROSPECTIVE JUROR:  Yes.
23        THE COURT:  Same question.  Your profession?
24        THE PROSPECTIVE JUROR:  New home sales.
25        THE COURT:  Have you ever been a juror before?
```

Timestamps (left margin): 10:11AM (line 5), 10:12AM (line 10), 10:12AM (line 15), 10:12AM (line 20), 10:12AM (line 25)

1          THE PROSPECTIVE JUROR:  No.

2          THE COURT:  What would you like to read in your

3  spare time?

4          THE PROSPECTIVE JUROR:  I usually like to read

5  material on health and fitness.

6          THE COURT:  Yeah.  You would be amazed.  That's

7  such a silly question except I presided over an eight-month

8  trial involving the Mexican Mafia with about 14 murders many

9  years ago.

10          During the jury selection one juror said:  I'm

11  reading a book called the EME and Me about the Mafia.  Of

12  course, that raised the government and the defense's

13  antennas.  Would you follow the law that I instruct you on?

14          THE PROSPECTIVE JUROR:  Yes.

15          THE COURT:  It's a simple question, but that's what

16  I'm asking and demanding of you.  With what little you know,

17  do you think you would be fair and impartial to both sides?

18          THE PROSPECTIVE JUROR:  Yes.

19          THE COURT:  Okay.  Any questions of me?

20          THE PROSPECTIVE JUROR:  No.

21          THE COURT:  If so, this is Karlen.  She's the court

22  clerk.  Everything kind of goes through her.  She runs the

23  court, but you can always speak to her and I'll try to

24  respond but not about the case once we're in session.

25          So then let me turn to Ms. TO.  And I apologize.  I

```
 1   switched you and Ms. YL around, so I put you down here.

 2   Here's a microphone for you.  What's your profession?

 3              THE PROSPECTIVE JUROR:  I'm also a teacher.

 4              THE COURT:  Have you ever been a juror before?

 5              THE PROSPECTIVE JUROR:  No.

 6              THE COURT:  What would you like to read in your

 7   spare time?

 8              THE PROSPECTIVE JUROR:  Also self-help books and

 9   books about mental health and emotional health.

10              THE COURT:  Okay.  Do you think you would be fair

11   and impartial to both sides in this case?

12              THE PROSPECTIVE JUROR:  I will try my best to.

13              THE COURT:  Okay.  Now, you raised your hand a

14   while ago when I talked about what is oftentimes called a

15   whistleblower, somebody who makes a complaint concerning some

16   activity.  Could you describe what happened in your matter.

17              THE PROSPECTIVE JUROR:  Yeah.  So I was working for

18   a corporate office based in L.A. and, you know, while working

19   there I was treated unfairly and, you know, paid under the

20   table and worked over hours but not compensated and where the

21   boss had mistreated me emotionally, things like that.  So I

22   had talked to all of the other workers about my mistreatment.

23              THE COURT:  Okay.  Did you end up having to sue in

24   that matter?

25              THE PROSPECTIVE JUROR:  No.
```

1          THE COURT:  Was this for some back pay, some

2    compensation for hours that you worked?

3          THE PROSPECTIVE JUROR:  No.

4          THE COURT:  Okay.  Would you be fair and impartial

10:14AM   5    in this matter?

6          THE PROSPECTIVE JUROR:  I would try to.

7          THE COURT:  Okay.  I'll let counsel question you

8    further, but that's I think what everybody is asking.  There

9    may be a point that it may not be the right fit, but let's

10:15AM  10    see right now.  As long as you recognize that past history,

11    you could judge this case individually?  Okay.

12          THE PROSPECTIVE JUROR:  Okay.

13          THE COURT:  Would you hand the microphone down to

14    Ms. JYH.  We'll go backwards for just a moment to Juror

10:15AM  15    No. 6.

16          Hi.  Your profession, please?

17          THE PROSPECTIVE JUROR:  I'm a student.

18          THE COURT:  Have you ever been a juror before?

19          THE PROSPECTIVE JUROR:  No.

10:15AM  20          THE COURT:  If you're a student, what would you

21    like to read, not what you have to read, if you had spare

22    time?

23          THE PROSPECTIVE JUROR:  I guess just self-help

24    books as well, something that could help me improve myself.

10:15AM  25          THE COURT:  Okay.

1            Do you think you would be fair and impartial to

2    both sides in this case?

3            THE PROSPECTIVE JUROR:  I'll try my best.

4            THE COURT:  Would you be fair?

10:15AM 5            THE PROSPECTIVE JUROR:  Yes.

6            THE COURT:  Okay.  Will you follow the law?

7            THE PROSPECTIVE JUROR:  Yes.

8            THE COURT:  Do you have any questions of me?

9            THE PROSPECTIVE JUROR:  No.

10:15AM 10            THE COURT:  Okay.  If you would pass the microphone

11    then to Ms. YL.  My apologies.  I turned you around for a

12    moment.  What is your profession?

13            THE PROSPECTIVE JUROR:  I'm an accounting clerk.

14            THE COURT:  Have you ever been a juror before?

10:16AM 15            THE PROSPECTIVE JUROR:  No.  In Orange County I

16    never got pick.

17            THE COURT:  What do you like to read if you have

18    spare time?

19            THE PROSPECTIVE JUROR:  Religion books and health.

10:16AM 20            THE COURT:  Would you follow the law in this case

21    that I instruct you on?

22            THE PROSPECTIVE JUROR:  Yes, I would.

23            THE COURT:  And do you believe you would be fair to

24    both sides?

10:16AM 25            THE PROSPECTIVE JUROR:  Yeah.

```
 1              THE COURT:  Okay.  Do you have any questions of me?
 2              THE PROSPECTIVE JUROR:  No.
 3              THE COURT:  If you would pass the microphone then
 4    to Mr. MCB.
 5              Mr. MCB, the same questions.  Your profession, sir?
 6              THE PROSPECTIVE JUROR:  I am the designated broker
 7    for a real estate company.
 8              THE COURT:  Okay.  Have you ever been a juror
 9    before?
10              THE PROSPECTIVE JUROR:  No.
11              THE COURT:  Do you think you would be fair and
12    impartial to both sides?
13              THE PROSPECTIVE JUROR:  Yes.
14              THE COURT:  Would you follow the law?
15              THE PROSPECTIVE JUROR:  Absolutely.
16              THE COURT:  Reading materials.  If you had spare
17    time, what would you like to read?
18              THE PROSPECTIVE JUROR:  I tend to read industry
19    articles with regards to contracts and law and ethics and so
20    forth.
21              THE COURT:  From your perspective, four or
22    five days would be a long time, but for federal court this
23    case is going to go very quickly.  It's probably the shortest
24    case I can remember having in almost 24 years here in federal
25    court.
```

1          Then, counsel, 15 minutes, please, questions by the

2     plaintiff.  So you'll conclude at 10:30, please.

3          MR. JARAMILLO:  I'm sorry.  Conclude when?

4          THE COURT:  Pardon me.  Conclude at 10:30.  You

10:17AM    5     have 15 minutes, counsel.

6          MR. JARAMILLO:  Thank you, Your Honor.

7          Good morning again, everybody.  My name is Andrew

8     Jaramillo, just to remind you.

9          THE COURT:  Pull that mic just a little closer.

10:17AM   10          MR. JARAMILLO:  Can you all hear me better?  Great.

11    This is the part of the trial that we call voir dire.  Voir

12    dire is just a fancy french term that means to see and to

13    speak.

14          We're going to speak right now.  This is our only

10:18AM   15    opportunity in this entire trial to speak with all of you

16    directly and one on one.  The purpose of this is to determine

17    whether, as the judge was just indicating, you can be a fair

18    and impartial juror in this action.

19          So I'm going to ask you some questions.  These are

10:18AM   20    going to be open general questions.  And then I might ask

21    some of you individually questions to follow up.  I'm not

22    picking on you.  If I'm doing that, I'm just simply trying to

23    get more information from you.

24          Again, the goal here is just to determine whether

10:18AM   25    you can be a fair and impartial juror.  You might be thinking

1    to yourself, well, of course.  I'm a fair and impartial

2    person.  And you probably are.  Nobody is doubting that.  But

3    there may be something about the circumstances of this case

4    that make it more difficult for you to decide fairly than

5    maybe somebody else might.

6              So there are no wrong or right answers here.  We

7    just simply ask that you not hold back, provide us as much

8    information as possible so that we can make an appropriate

9    determination.  And both sides are interested in doing this.

10   It's just not the plaintiff's side.

11             So earlier Judge Carter asked all of you about your

12   professions, and I have a good handle on this.  I know what

13   all of you do right now.  Have any of you changed professions

14   in the last ten years?

15             Ms. TO, what did you do?

16             THE PROSPECTIVE JUROR:  I used to work as a graphic

17   designer and marketing coordinator.

18             MR. JARAMILLO:  And how long ago was that?

19             THE PROSPECTIVE JUROR:  Maybe within ten years.

20             MR. JARAMILLO:  Within the last ten years?

21             THE PROSPECTIVE JUROR:  Yeah.

22             MR. JARAMILLO:  Thank you.  It's like a talk show

23   handing off the mic.  I know.  That was within the last ten

24   years, you said?

25             THE PROSPECTIVE JUROR:  Yes, within the last ten

 1    years.

 2          MR. JARAMILLO:  Okay.  Has anybody else been in a

 3    different profession than the one that you currently stated

 4    that you're in?

 5          How about any of your spouses, partners,

 6    significant others?  Have any of them been in any of the

 7    professions that Judge Carter asked you about?  In other

 8    words, legal profession, working in the pharmaceutical

 9    industry, those questions that he had asked you at the very

10    beginning.  Is anybody close to somebody in those

11    professions?

12          Okay.  How about human resources?  Have any of you

13    worked with somebody in human resources or are you close to

14    somebody in resources, or have you yourself been involved in

15    human resources?  Okay.

16          By a show of hands, how many of you think there are

17    too many lawsuits filed in this country?

18          Okay.  Mr. MCB, can you expand on that.  What is

19    your feeling about the number of lawsuits in this country?

20          THE PROSPECTIVE JUROR:  I think that there are

21    lawsuits that are filed for dubious reasons.  I think people

22    oftentimes abuse the system, sometimes looking for cash

23    payouts when they're not deserved.

24          MR. JAMARILLO:  Understood.

25          Could you hand the microphone to Ms. YSF, please.

1          THE PROSPECTIVE JUROR:  I second what he said.

2          MR. JAMARILLO:  Okay.  Would you hand that over to

3     Ms. TO, please.  I'm going to ask you the same question,

4     Ms. TO.

10:21AM 5          THE PROSPECTIVE JUROR:  I feel the same way.  I

6     feel like there are cases that are just but also those that

7     take advantage of, you know, lawsuits for the payout.

8          MR. JARAMILLO:  Understood.  And do you feel that

9     if someone resorts to filing a lawsuit, that that somehow

10:21AM 10    indicates that there was a breakdown at some point in trying

11    to resolve any issues that somebody might have had or the two

12    people who are sitting at the tables might have had?

13         THE PROSPECTIVE JUROR:  Yeah, I would say so.

14         MR. JAMARILLO:  Okay.

10:22AM 15         The next question I have for all of you is about

16    jury awards.  This sort of follows on the last question that

17    I asked of you.  Again by a show of hands, I want you to be

18    totally honest with yourselves.  Are any of you thinking how

19    in the world can losing a job be upsetting enough for anybody

10:22AM 20    to deserve compensation for emotional distress?  Anybody

21    thinking that to themselves?

22         And how many of you feel like someone who might

23    have been terminated from a position should just move on with

24    their lives instead of resorting to litigation?  Okay.

10:23AM 25         Now, earlier the judge asked you some questions

1    about the legal system, and I think none of you raised your

2    hands in response to the question of whether you've been a

3    plaintiff or a defendant in a civil lawsuit.  Have any of you

4    been a defendant in a criminal lawsuit, or a witness?  Has

10:23AM    5    anybody close to any of you been involved in a criminal

6    lawsuit either as a defendant or a witness?

7    THE PROSPECTIVE JUROR:  Could I ask for

8    clarification.

9    MR. JARAMILLO:  Yes, Mr. MCB.

10:23AM    10    THE PROSPECTIVE JUROR:  So as a designated broker,

11    oftentimes I'm named as the responsible party for my company.

12    But for me personally I answered no, but I thought I should

13    clarify that, yes, I am named as plaintiff fairly regularly

14    in my representation for my corporation.

10:23AM    15    MR. JARAMILLO:  I see.  In your capacity as a

16    corporate --

17    THE PROSPECTIVE JUROR:  As a designated broker, as

18    an officer, yes.

19    MR. JARAMILLO:  Understood.  Okay.  And are you

10:23AM    20    ever named as a defendant as well in that circumstance?

21    THE PROSPECTIVE JUROR:  Not personally.  Just as

22    the designated broker for my company, thankfully.

23    MR. JARAMILLO:  So both ways, plaintiff and

24    defendant?

10:24AM    25    THE PROSPECTIVE JUROR:  Yes.  Yes.

```
 1              MR. JARAMILLO:  Got it.  Understood.

 2              THE PROSPECTIVE JUROR:  Typically defendant.  Thank

 3     you for clarifying that.

 4              MR. JARAMILLO:  Sure.

 5              Has anyone been close to somebody -- when I say

 6     close, again I'm talking about family members, spouses who

 7     have been involved in any kind of civil lawsuit whether as a

 8     plaintiff, defendant, even a witness.  All right.

 9              Now, earlier Judge Carter asked you about

10     experience with clinical trials, and you may have been

11     thinking to yourself when he's asking you this question, is

12     he asking me if I'm involved as somebody who works on

13     clinical trials.  But that could have also applied to if you

14     were a participant in a clinical trial.

15              Have any of you been a participant in a clinical

16     trial of any sort?  All right.  And is anyone unfamiliar with

17     the term clinical trial?  Do you all feel that you have a

18     pretty good understanding of what that term means?  Is there

19     anybody that doesn't have a clear understanding of the term

20     clinical trial?

21              Has anybody here been tasked with investigating

22     employee misconduct at work?  Mr. MCB, tell us a little bit

23     more, please.

24              THE PROSPECTIVE JUROR:  Well, again in my capacity

25     with my company, I was responsible and am responsible for the
```

behavior of the licensees within the company.  So there have

been circumstances where we found that some agents were not

acting ethically or sometimes within the law, and I worked

with others in my corporation to investigate that internally.

10:26AM    MR. JARAMILLO:  Have you ever had to terminate

anybody?

THE PROSPECTIVE JUROR:  Yes.

MR. JARAMILLO:  How about anybody else?  Has

anybody ever had to terminate another employee's employment?

10:26AM  Okay.  Anybody here been terminated from a job that was

important to you?

Ms. VSF, go ahead.  Could you tell us about that,

please.

THE PROSPECTIVE JUROR:  It was a new team that came

10:26AM  in, and they decided to lay off existing employees to bring

in their new team members from their previous company that

they all worked together.  So I had been with the company for

about three years.  That was years ago.

MR. JARAMILLO:  Was this a real estate brokerage?

10:26AM    THE PROSPECTIVE JUROR:  No.  It was a new-home

construction company, yes.

MR. JARAMILLO:  Did you feel that was fair?

THE PROSPECTIVE JUROR:  No.

MR. JARAMILLO:  Why not?

10:27AM    THE PROSPECTIVE JUROR:  Because I had been there

 1    for, you know, three years, and because they brought a new

 2    executive team in -- new president, new team members that

 3    they all had worked together at their previous company -- and

 4    they decided to let some of the existing employees go.

 5         I didn't think that was fair because there was no

 6    reason to do that because there was nothing wrong with my

 7    performance except they were just making room for the people

 8    that they wanted to bring in.  So I didn't think that was

 9    fair to the existing employees.

10         MR. JARAMILLO:  Because they were favoring their

11    own effectively?

12         THE PROSPECTIVE JUROR:  Correct.  Yeah.

13         MR. JARAMILLO:  All right.  The next question I

14    have for all you -- oh, I'm sorry.  I apologize.

15         THE PROSPECTIVE JUROR:  This isn't really me, but I

16    just want to share this because I feel like it was kind of me

17    at the same time.  My mother lost her job during COVID.  She

18    was 75 years old, and she had been working for the company

19    for over 19 years.  And I truly feel that at that time during

20    COVID, it was just an excuse to get rid of her due to her

21    age.

22         They said that they were going to be moving part of

23    the office, like, from home.  So she said, well, I can work

24    from home.  And they said, well, we don't think you can

25    handle it.  Well, you can't tell me you can't handle it until

```
 1   she actually tries, I guess.  So it was based off performance

 2   that wasn't given to her, like, she wasn't allowed the

 3   chance.

 4          So they did -- they did fire her.  Then we did

 5   actually look into maybe suing the company because of

 6   everything, but my mom just kind of got scared, again being

 7   older.  So, you know, I told her, like, I can help you, but I

 8   can't do it for you.

 9          MR. JARAMILLO:  Did you get to the point where you

10   ever talked to any attorneys?

11          THE PROSPECTIVE JUROR:  I did, or we did.

12          MR. JARAMILLO:  What kind of company was it that

13   she worked for?

14          THE PROSPECTIVE JUROR:  She worked for a doctor's

15   office.

16          MR. JARAMILLO:  What did she do for them?

17          THE PROSPECTIVE JUROR:  She was just like the front

18   office.

19          MR. JARAMILLO:  Do you feel that not moving forward

20   with that lawsuit was the right or the wrong decision, either

21   way?

22          THE PROSPECTIVE JUROR:  I mean, talking to

23   different people, they said that it's really hard to prove

24   the age part due to based on her age.  So I feel like we

25   should have done it.  But again, my mom being older, she
```

|     |     |
| --- | --- |
| 1 | didn't really want to go through with it, and so we didn't. |
| 2 | MR. JARAMILLO:  Got it.  So you just mentioned |
| 3 | something that's kind of important, and that is the ability |
| 4 | to prove something or not prove something. |
| 10:29AM  5 | Often in trials it's the word of one person against |
| 6 | another.  Sometimes it's the word of maybe one person against |
| 7 | two or three people.  So I have a question.  Are any of you |
| 8 | of the opinion that if it's the word of one person against |
| 9 | maybe two or three, that the people with the numbers are |
| 10:30AM  10 | speaking the truth?  Anybody?  Raise your hand if you think |
| 11 | that's the case. |
| 12 | By a show of hands, have any of you ever been in a |
| 13 | situation where it was your word against maybe two or three |
| 14 | other people or any number, more than one person?  You have |
| 10:30AM  15 | been? |
| 16 | THE PROSPECTIVE JUROR:  I would imagine so at some |
| 17 | point, but I can't be specific. |
| 18 | MR. JARAMILLO:  How did that make -- |
| 19 | THE PROSPECTIVE JUROR:  I said, yes, I'm assuming |
| 10:30AM  20 | that would have happened at some point. |
| 21 | MR. JARAMILLO:  Okay.  And how did that make you |
| 22 | feel when it was your word against multiple people? |
| 23 | THE PROSPECTIVE JUROR:  Well, frustrating, because |
| 24 | I believe that I was correct. |
| 10:31AM  25 | MR. JARAMILLO:  And did you -- you felt that -- did |

1    you have anywhere to go in that circumstance?

2             THE PROSPECTIVE JUROR:  Well, things like this

3    happen at work.  So, yes, there are other managers or

4    executives or HR that I can go to, yes.

10:31AM  5             MR. JARAMILLO:  Does anybody feel that sometimes at

6    work there simply isn't any place to go where you can air a

7    grievance or mention a problem that you might have with a

8    co-worker?

9             THE PROSPECTIVE JUROR:  Not that there's nowhere to

10:31AM  10   go, but if you're really listened to or not.  I'm a teacher.

11   We have a union, and you go to a union rep.  A lot of times

12   those things -- it takes a lot for something to happen.

13            MR. JARAMILLO:  Okay.  So if I understand you

14   correctly, it's --

10:31AM  15            PROSPECTIVE JUROR:  Not that we don't have

16   somewhere to go and grieve, like air a grievance.  But I feel

17   like a lot of times there's so much and so many people

18   wearing so many hats that things are kind of pushed aside

19   unless it's something monumental.

10:32AM  20            MR. JARAMILLO:  So your feeling is, is that process

21   even going to be effective?

22            THE PROSPECTIVE JUROR:  Correct.

23            MR. JARAMILLO:  How about anybody else?  Does

24   anybody else ever feel that the official channels by which

10:32AM  25   you can complain may not really be all that effective or

1    helpful for employees?  Go ahead, Ms. VSF.

2            THE PROSPECTIVE JUROR:  No.  I do want to touch on

3    the previous question that you had, because you had asked

4    about have you ever been confronted by, say, two to three

5    people, say, with that same opinion of you.  So when we were

6    talking about when I was laid off from that one company at

7    that time because they brought in a new executive team, so I

8    was confronted with the new president of the division and

9    another director.

10           So they were both from the previous company, so

11   their words to me were, well, we don't feel -- you're no

12   longer a fit for the company.  So my response was, how could

13   that be when I've been here for three years and you just

14   walked in the door?  I have about been here for three years,

15   and you just walked into the door.

16           THE COURT:  Counsel, I'm going to extend the time,

17   another five minutes for both sides.  So instead of 15

18   minutes, another five minutes.

19           MR. JARAMILLO:  Thank you, Your Honor.

20           THE PROSPECTIVE JUROR:  I just wanted to clarify

21   that.

22           THE COURT:  So 20 minutes on both sides.

23           MR. JARAMILLO:  Okay.  So it was in a sense your

24   word against two other people even though you weren't --

25           THE PROSPECTIVE JUROR:  It was their opinion, you

```
 1    know, that I was no longer a fit for the company when they

 2    just arrived and I had been there for three years.

 3              MR. JARAMILLO:  Sure.

 4              THE PROSPECTIVE JUROR:  It was just an unfair

 5    assessment.

 6              MR. JARAMILLO:  In that situation did you have an

 7    avenue to complain?

 8              THE PROSPECTIVE JUROR:  No.  I -- no.  I did have a

 9    conversation with the owner of the company because they did

10    offer me a severance and the whole bit.  But prior to signing

11    anything, I did want to voice my opinion, concerns.  So I did

12    speak to the owner of the company directly about what took

13    place.

14              MR. JARAMILLO:  Gotcha.  Thank you.

15              So another question for all of you, then:  Is it

16    the case where if you feel that somebody owns the company

17    that you work for, that you can complain -- and you think

18    that person might be engaged in something that you don't

19    agree with, do any of you feel that it would be impossible

20    for you to complain directly to that person about their

21    behavior?

22              Ms. TO, you're nodding your head.  I see that.

23    Anybody else?  Can you show me your hands, because sometimes

24    I can't see you nodding your head necessarily.  Okay.  So for

25    those of you who didn't raise your hands, is it your feeling
```

|       |                                                                      |
|-------|----------------------------------------------------------------------|
| 1     | that if you have a problem with even the owner of the company        |
| 2     | or the people in charge, the high-level folks, that you can          |
| 3     | go directly to complain to them about something that they            |
| 4     | might have done or their behavior?  You think so, Mr. MCB?           |
| 10:35AM 5 | THE PROSPECTIVE JUROR:  Yes.                                      |
| 6     | MR. JARAMILLO:  How about you, Ms. YL?                               |
| 7     | THE PROSPECTIVE JUROR:  Yes, I will.                                 |
| 8     | MR. JARAMILLO:  You would go directly to somebody                   |
| 9     | and complain to them?                                               |
| 10:35AM 10 | THE PROSPECTIVE JUROR:  Yeah.                                    |
| 11    | MR. JARAMILLO:  Do any of you feel that if you                      |
| 12    | complain directly to someone about their behavior, that             |
| 13    | anything is going to change?                                        |
| 14    | THE PROSPECTIVE JUROR:  Say again.                                   |
| 10:35AM 15 | MR. JARAMILLO:  Sure.  So in a circumstance where              |
| 16    | you're complaining to your boss, for example, about their           |
| 17    | behavior with the idea that -- do you think that your boss in        |
| 18    | most circumstances would be willing to listen to your               |
| 19    | complaints and change?                                              |
| 10:35AM 20 | THE PROSPECTIVE JUROR:  It depends.                             |
| 21    | MR. JARAMILLO:  Some bosses, yes; some bosses, no?                  |
| 22    | THE PROSPECTIVE JUROR:  Right.                                       |
| 23    | MR. JARAMILLO:  All right.  You're going to hear in                 |
| 24    | this case about some individuals, and it's important to             |
| 10:36AM 25 | understand that we know what your attitude is toward these      |

```
 1    individuals.  There aren't many people in this lawsuit.  Skye
 2    is a very small company.
 3           Again, Judge Carter has made very clear that we
 4    can't talk to you about the facts of the case, so I'm not
 5    trying to do that.  But it is a small company.  It's made up
 6    of a small group of individuals.  You're going to find out
 7    that some individuals have had difficulty with the law.
 8           Would any of you have difficulty finding either for
 9    or against somebody who has had difficulty with the law or if
10    they're affiliated with one of the parties, like a company?
11    You would have difficulty being fair and impartial toward
12    those individuals?
13           THE PROSPECTIVE JUROR:  Can you define what you
14    mean by difficulty with the law.
15           THE COURT:  Counsel, that's the concern I had at
16    the beginning.
17           MR. JARAMILLO:  Yes.
18           THE COURT:  So thank you very much.  You have one
19    more minute, counsel.
20           MR. JARAMILLO:  Thank you, Your Honor.  Oh, I
21    didn't realize you were giving me another five minutes.  I
22    appreciate that.  I thought you were telling me to go sit
23    down.  Another minute.  All right.
24           So now I'm going to switch focus here, and I want
25    to get at your understanding and knowledge about certain
```

UNITED STATES DISTRICT COURT

1    topics.  Do any of you feel that you have a pretty good

2    understanding of statistics?  Ms. VSF, you're nodding your

3    head.  I see, Mr. MCB, you're nodding your head as well.

4    Anybody else?

10:37AM    5         The term statistical significance, does that have

6    any significance to any of you?  It does, Mr. MCB?  What does

7    it mean?

8         THE PROSPECTIVE JUROR:  It just means analyzing

9    data to determine whether something is valid based on results

10:37AM   10   as opposed to maybe an anomaly or something like that.

11        MR. JARAMILLO:  Got it.  And do you have any

12   familiarity with sample sizes?

13        THE PROSPECTIVE JUROR:  Like at a distance, yes.  I

14   work for a company that has a big analytics department, so I

10:38AM   15   interact with them.  That's my limited knowledge.

16        MR. JARAMILLO:  Got it.  Understood.

17        With respect to -- this is a question about

18   attitudes that you might have.

19        THE COURT:  Counsel, a couple more questions.

10:38AM   20        MR. JARAMILLO:  Okay.  I'll wrap it up, Your Honor.

21   Thank you.

22        So with respect to advertising, do any of you have

23   any feelings one way or the other about companies that

24   advertise their products and sometimes push the envelope a

10:38AM   25   little bit, sometimes talk about --

|   |   |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 10:38AM | 5 |

THE COURT:  Counsel, I want to thank you very much.

MR. JARAMILLO:  Okay.  Thank you, Your Honor.

THE COURT:  We're getting back into the facts now.

Counsel, 20 minutes, please.

MR. CROSNER:  Good morning, everyone.  Again my name is Ryan Crosner, counsel for defendant Skye Bioscience, Inc.  Does anyone here have any experience, positive or negative, with drug companies?

What about with respect to publicly traded companies?  Okay.

Ms. TO, I want to talk a little bit more with your previous experience that you mentioned earlier.  You mentioned you were treated unfairly, and I think you told others about it.  Can you give us a little more elaboration as to what you meant when you said you were treated unfairly.

THE PROSPECTIVE JUROR:  I felt like I was treated unfairly at that company around ten years ago, you know, being hired for a specific position and didn't get to do what that position was about.  It was kind of a runaround doing all kinds of different job titles.  So I kind of felt like I was almost bamboozled into the position.

And not only that, the boss had kind of had me going doing additional work beyond the eight hour, you know, no breaks.  Just little things like that that was done due to me being naive and young and things like that.

1    MR. CROSNER:  Okay.  And you mentioned that you

2    told others about it.  Can you tell us a little bit more

3    about what you meant by that.

4    THE PROSPECTIVE JUROR:  Yeah.  Just co-workers

10:40AM  5    around saying that, you know, it's like a normal thing.  You

6    know, a lot of my co-workers kind of said, yeah, it's kind of

7    how it's done, but you gotta speak up and you gotta kind of

8    fight for things and things like that.

9    So it wasn't -- there was no HR or anything like

10:40AM 10    that.  It was a very small company where it was just the boss

11    and us kind of working under her.

12    MR. CROSNER:  Got it.  Did you speak up?

13    THE PROSPECTIVE JUROR:  I tried to.  She was a very

14    strong woman, so intimidation kind of got in the way of me

10:41AM 15    wanting to do anything about it.  So I quit.

16    MR. CROSNER:  Okay.  And does that experience -- I

17    noticed when the Court asked if you could be fair and

18    impartial, you said you would try.  Is there a reason you

19    said try as opposed to yes?

10:41AM 20    THE PROSPECTIVE JUROR:  I guess I just kind of,

21    when I was hearing about what we're dealing with here, I kind

22    of immediately felt a little bias kind of creep in.  So I'm

23    trying my best not to feel like my personal experiences would

24    dictate my decisions.

10:41AM 25    MR. CROSNER:  And do you think you would be able to

prevent your bias from your duty to be fair and impartial?

THE PROSPECTIVE JUROR:  I will hope so.  Yes, I will try to.

MR. CROSNER:  Okay.  Thank you.  If you could pass it to Ms. JYH, the person right in front of you.

Good morning, Ms. JYH, a question for you.  I noticed when the Court asked if you could be fair and impartial, you said:  I will try.  Is there a reason you said I will try as opposed to yes?

THE PROSPECTIVE JUROR:  Yes.  I am not really employed yet because I'm still a student.  So I just felt like some sort of lack of experience in actually being employed under a company working alongside co-workers in, like, that whole work setting.  I just don't have the experience, especially with, like, COVID.  Like, even if I did work for internships and stuff, it just wasn't the same.  It was remote.

So just I guess overall the whole employee, company work setting, I just wasn't really confident enough that I could, like, truthfully -- I wasn't really sure if I could just put myself in the shoes of, like, one of the others there and attain what I presume to be valid.

MR. CROSNER:  And that's just because of your own experience in life?

THE PROSPECTIVE JUROR:  Yeah.

1          MR. CROSNER:  Am I hearing you correctly?  You have

2     not been an employee in your life of anyone?

3          THE PROSPECTIVE JUROR:  Yeah.  I wouldn't consider

4     myself being employed at any point in my life.

10:43AM    5          MR. CROSNER:  Okay.  Thank you, Ms. JYH.  If you

6     could pass it to Ms. VSF who is behind you.

7          Ms. VSF, in your current role in new home sales, do

8     you work for yourself or do you work for a company?

9          THE PROSPECTIVE JUROR:  So we had a company layoff

10:43AM   10     on October 3rd, so that was my last day of employment there.

11     But I worked with a partner, sales partner, so we worked in

12     the sales office selling an Irvine new-home community.

13          MR. CROSNER:  Got it.  If that is a recent company

14     layoff which is just a couple months ago, do you think that

10:44AM   15     will have an impact on how you view this case?

16          THE PROSPECTIVE JUROR:  No, not at all.  The layoff

17     was due to the increase in rates, and that stalled our sales.

18     I had been with the company for over six years.  There had

19     been many layoffs prior, and I survived all those in the

10:44AM   20     previous years.

21          But unfortunately this one really had an impact on

22     us, so therefore there was just a few of us sales agents that

23     were laid off.  But it doesn't impact my ability to be a fair

24     person or anything.

10:44AM   25          MR. CROSNER:  Thank you.

1            In your previous experience you talked about the

2    new executive team coming in.  I know that was a couple years

3    ago, but do you believe that experience would have an impact

4    on your ability to be fair in this case?

10:44AM    5            THE PROSPECTIVE JUROR:  No, not at all.  No.  No.

6    That happened to me.  That was, you know, years ago.  So --

7    but I'm a fair person and, you know, I wouldn't -- that's not

8    going to impact my opinion at all.

9            MR. CROSNER:  Thank you.

10:45AM    10            Does anyone in this group know anyone who has

11    brought an employment lawsuit before?  Mr. MCB?

12            THE PROSPECTIVE JUROR:  So again in my capacity

13    with my company, yes, we've had some employees and 1099

14    workers file lawsuits against the company that I work for.

10:45AM    15            MR. CROSNER:  Understood.  Any other experience?

16            THE PROSPECTIVE JUROR:  No.  That's it.

17            MR. CROSNER:  Okay.  Anyone else?  Okay.

18            I want to know a little bit more about some of you

19    and frankly all of you in a way.  Mr. MCB, we'll start with

10:45AM    20    you since you have the mic.  Why don't you tell us a little

21    bit about what a weekend day in your life is like.

22            THE PROSPECTIVE JUROR:  Well, I am married, so I

23    hang out with my wife.  We take our dogs down to the beach.

24    We'll take a drive down to San Diego if it's nice out, work

10:46AM    25    around the house a little bit -- I don't know, kind of

UNITED STATES DISTRICT COURT

```
 1    mellow.
 2              MR. CROSNER:  That's very good.  Why don't you pass
 3    it to Ms. CLR behind you.
 4              THE PROSPECTIVE JUROR:  Just hanging out with my
 5    husband.  We have no children.  Planning for -- I teach
 6    kindergarten, so planning for my students that week, always
 7    running around doing errands for them.  So, I don't know.
 8    That's about it.
 9              MR. CROSNER:  That's a good day.
10              Ms. VSF.
11              THE PROSPECTIVE JUROR:  Well, the typical weekend
12    now, Saturdays and Sundays are new for me because I've always
13    worked weekends, being in new home sales.  So my weekends
14    were Tuesdays and Wednesdays.  Those consisted of just
15    running errands, you know, doing housework, going to the gym
16    and working out.  Just typical, normal, everyday things.
17              MR. CROSNER:  Ms. TO.
18              THE PROSPECTIVE JUROR:  I usually hang out with my
19    fiance and our dog.  We're usually with a lot of group of
20    friends just hanging out and then making time to also work on
21    the lesson plan.  I teach sixth grade.
22              MR. CROSNER:  Okay.  What type of dog?
23              THE PROSPECTIVE JUROR:  Australian shepherd.
24              MR. CROSNER:  Ms. JYH.
25              THE PROSPECTIVE JUROR:  Currently I'm on break, so
```

10:46AM (line 5)
10:46AM (line 10)
10:46AM (line 15)
10:47AM (line 20)
10:47AM (line 25)

```
 1    I'm just at home chilling.  I don't really do much.  I'm just

 2    in my room most of the time.  When I'm at school, I catch up

 3    on assignments over the weekend.  I'm also pretty much just

 4    in my apartment getting ready for the new week.
```
10:47AM
```
 5                MR. CROSNER:  Of course.  Ms. YL.

 6                THE PROSPECTIVE JUROR:  I do, like, yard work, the

 7    garden work, and exercise and reading.

 8                MR. CROSNER:  Perfect.  What type of health books

 9    do you read?
```
10:48AM
```
10                THE PROSPECTIVE JUROR:  The religions, all kinds.

11                MR. CROSNER:  Great.  Ms. CLR, I'll go back to you

12    again.  You mentioned, you know, if you had time, you'd read

13    self-help books.  What type of books?

14                THE PROSPECTIVE JUROR:  Well, self help.  And then
```
10:48AM
```
15    because I have had a whole slew of actually, like, health

16    problems since 2020, I had two blood clots in my leg.  I lost

17    hearing in my left ear, so, like, a lot of weird things have

18    been happening.  So meditation, things like that, but then

19    also more on the side of, like, Eastern medicine, trying to
```
10:48AM
```
20    do different remedies from home because a lot of the things

21    that doctors have tried or given me haven't worked.

22                MR. CROSNER:  Great.

23                Ms. VSF, you mentioned health and fitness books?

24                THE PROSPECTIVE JUROR:  I just like to read women's
```
10:49AM
```
25    magazines and fitness, you know, those type of magazines and
```

articles.

     MR. CROSNER:  Great.  Does anyone here have a science background at all?  What about a background in finance?  Anyone --

     THE PROSPECTIVE JUROR:  A little real estate finance.

     MR. CROSNER:  Sure.  And business generally, anyone have a -- sure.  Anyone in this group ever been a supervisor?  And that's what you talked about kind of already, sure.  Anyone else?  Okay.

     Is there anything that anyone in this group feels that we don't know but that you would want us to know if you were in our shoes?

     THE PROSPECTIVE JUROR:  Again, obviously I know nothing about science or -- but with COVID happening and me being a teacher, a lot of times these last couple years things have come up about immunizations, things like that.  I myself don't have children, but I was fighting for my students and their families because a lot of them were being told at one point that maybe if the COVID vaccine was mandated, that they would have to go do that.

     So it's funny that you guys were asking about whistleblowers and things like that.  I technically wasn't a whistleblower when it came to my own job but something that I believed in, so I was going monthly to, like, our school

board meeting, speaking out, which was not liked upon a lot
people at work.  And it actually created a lot of division.
But -- so I guess I'm just saying, like, because it has to do
with some kind of health industry, that I have read a lot.
Does that make me knowledgeable?  No, because there's two
sides to every story, right?  But it's just something again
actually when you're talking about things I like to read,
that would be something else that I've really kind of delved
into.

        Really, I have to be honest.  When you guys are
asking, like, have you been part of a clinical trial, in my
eyes right now if you're saying that if you took the vaccine,
then that's a clinical trial, at one point when it was
beginning, even if there was a small group.  There's more.

        I'm being honest, and I'm in no position on what
you -- your beliefs are your beliefs, right?  I believe that
people should have that choice, and I think it was taken away
from a lot of people.

        MR. CROSNER:  Understood.

        Just for the sake of clarity, what were you
speaking out about?

        THE PROSPECTIVE JUROR:  The COVID vaccine for
children and for people for their jobs, because a lot
teachers lost their jobs if they didn't take that vaccine.

        MR. CROSNER:  Understood.  Anybody else have

```
  1    anything that they think that we would want to know?

  2            Thank you, everyone.

  3            THE COURT:  The first peremptory passes to the

  4    plaintiff.  Do you care to exercise one?

  5            MR. JARAMILLO:  Thank you, Your Honor.  Yes.  We

  6    would like to thank and excuse Juror No. 4, Mr. MCB.

  7            THE COURT:  Mr. MCB, thank you very much, sir.  Go

  8    back to the jury room.  Check with Terri.  I think that

  9    they're going to send you home, but maybe they've got a

 10    three-month trial waiting for you.  I'm just joking.  Thank

 11    you for coming today.

 12            Call another juror, please.

 13            THE CLERK:  Mr. JN.

 14            THE COURT:  Mr. JN, I'm going to have you take that

 15    seat that Mr. MCB was seated in.

 16            Sir, I'm going to keep my promise.  Did you hear

 17    all of the questions that I've asked and all of the questions

 18    that the attorneys have asked?

 19            THE PROSPECTIVE JUROR:  Yes.

 20            THE COURT:  Any questions that you would care to

 21    comment upon?

 22            THE PROSPECTIVE JUROR:  No.

 23            THE COURT:  I probably won't reask many, if any, of

 24    those, then.  Let me begin with your profession.  What do you

 25    do?
```

UNITED STATES DISTRICT COURT

```
 1              THE PROSPECTIVE JUROR:  I'm a full-time student.
 2              THE COURT:  Have you ever been a juror before?
 3              THE PROSPECTIVE JUROR:  No.
 4              THE COURT:  If you had leisure reading time, not
 5    what you have to read, what would you like to read?
 6              THE PROSPECTIVE JUROR:  I really like sci-fi and
 7    high fantasy.
 8              THE COURT:  Okay.  Do you think you would be fair
 9    and impartial to both sides?
10              THE PROSPECTIVE JUROR:  Yes.
11              THE COURT:  Would you follow the law?
12              THE PROSPECTIVE JUROR:  Yes.
13              THE COURT:  Do you have any questions of me?
14              THE PROSPECTIVE JUROR:  No.
15              THE COURT:  Excellent.  That's very definite, and I
16    thank you.  Counsel, on your part.  Just a few moments now.
17              MR. JARAMILLO:  Thank you, Your Honor.  I'm just
18    going to stand here since I have limited time.  Actually let
19    me go to the podium.
20              Mr. JN, we asked a lot of questions before.  Did
21    you find yourself having any opinions or answering in your
22    mind any of those questions?
23              THE PROSPECTIVE JUROR:  The only thing I have to
24    say is that I have a scientific background since I am a
25    chemistry major.
```

1          MR. JARAMILLO:  How long ago did you graduate?

2          THE PROSPECTIVE JUROR:  I'm still in school.  I'm

3    an undergraduate right now.

4          MR. JARAMILLO:  Where do you go?

10:54AM    5          THE PROSPECTIVE JUROR:  Biola University.

6          MR. JARAMILLO:  So as a chemistry student, you must

7    have some understanding of statistics and statistical

8    significance, correct?

9          THE PROSPECTIVE JUROR:  Yes.

10:54AM   10          MR. JARAMILLO:  Okay.  And have you ever dealt with

11   any clinical trials based on your experience in chemistry?

12          THE PROSPECTIVE JUROR:  No.

13          MR. JARAMILLO:  Are you familiar with the term?

14          THE PROSPECTIVE JUROR:  Yes.

10:55AM   15          MR. JARAMILLO:  Do you follow any news?

16          THE PROSPECTIVE JUROR:  I do, and I follow a few

17   scientific news.

18          MR. JARAMILLO:  Journals?

19          THE PROSPECTIVE JUROR:  Yes.

10:55AM   20          MR. JARAMILLO:  Which ones?

21          THE PROSPECTIVE JUROR:  Not any, like,

22   peer-reviewed, but I follow a few YouTube channels that do

23   science.

24          MR. JARAMILLO:  Like science experiments?

10:55AM   25          THE PROSPECTIVE JUROR:  Yes -- and talk about

```
 1    science news.

 2              MR. JARAMILLO:  For educational purposes?

 3              THE PROSPECTIVE JUROR:  Yes.

 4              MR. JARAMILLO:  Okay.  So these are the types of

 5    videos that you might show to students, for example?

 6              THE PROSPECTIVE JUROR:  Yes.

 7              MR. JARAMILLO:  Okay.  Any particular type of

 8    science that you're interested in besides being in chemistry?

 9              THE PROSPECTIVE JUROR:  I do like genetics and

10    linguistics.

11              MR. JARAMILLO:  Study of origin of words?

12              THE PROSPECTIVE JUROR:  Yes.

13              MR. JARAMILLO:  Got it.

14              I asked you before about news.  Where do you --

15    aside from watching educational videos, which I understand

16    you do on YouTube, do you follow any particular news sources?

17              THE PROSPECTIVE JUROR:  No.

18              MR. JARAMILLO:  Do you get any news through social

19    media?

20              THE PROSPECTIVE JUROR:  Not social media, no.

21              MR. JARAMILLO:  Okay.  So other than following

22    basically the science-related stuff, are you interested in

23    any type of world affairs or any other type of news,

24    politics, things of that sort?

25              THE PROSPECTIVE JUROR:  I do see videos on that on
```

UNITED STATES DISTRICT COURT

YouTube, and I do my own independent research.  And I always

make sure to look at several resources.

          MR. JARAMILLO:  Are you talking about particular

issues?

10:56AM           THE PROSPECTIVE JUROR:  Yes.  Like, for example,

the war against Ukraine, I do look at that a lot, but that's

really the only thing I can think of right now.

          MR. JARAMILLO:  What do you mean when you say you

do your own independent research?

10:57AM           THE PROSPECTIVE JUROR:  So I looked at several

websites just to, like, fact check and double-check

everything just so that I can see both sides of the

situation.

          MR. JARAMILLO:  Sure.  Any particular websites that

10:57AM you visit regularly?

          THE PROSPECTIVE JUROR:  Just like the major news

networks like CNN, Fox News, Washington Post.

          MR. JARAMILLO:  So you try to get a fair and

balanced opinion; is that true?

10:57AM           THE PROSPECTIVE JUROR:  Yes.

          MR. JARAMILLO:  And you feel that you look at news

sources from across the political spectrum, right or left,

wherever it may be?

          THE PROSPECTIVE JUROR:  Yes.  I try to remain in

10:57AM the center.

1          MR. JARAMILLO:  Understood.  Have you ever had any

2    problems -- I'm sorry.  Have you ever been disciplined at

3    work?

4          THE PROSPECTIVE JUROR:  Yes, kind of.  So I used to

10:57AM  5    work at a music studio.  I taught piano and music theory to

6    children from around four to adults, and I worked there for

7    about two years.  Around the second year they started to do a

8    few things I didn't agree with, and I felt a little

9    mistreated.  So I decided to just leave.  It was very

10:58AM  10   unceremonious.

11         MR. JARAMILLO:  Did you feel that you had any

12   option other than to leave?  So, for example, to try and

13   resolve it within the company?

14         THE PROSPECTIVE JUROR:  Yes.  It was a really small

10:58AM  15   music studio, so I grew up personally with all the teachers.

16   And I did talk to them, but I feel like we couldn't come to

17   an agreement that was suited for me.  So I just felt like I

18   just wanted to leave.

19         MR. JARAMILLO:  You wanted to move on?

10:58AM  20        THE PROSPECTIVE JUROR:  Yeah.

21         MR. JARAMILLO:  Earlier I asked about attitudes

22   about lawsuits.  Do you feel like there are too many lawsuits

23   filed in this country?

24         THE PROSPECTIVE JUROR:  Definitely.

10:58AM  25        MR. JARAMILLO:  And do you feel that some jury

```
 1    awards that you see are outrageous?
 2            THE PROSPECTIVE JUROR:  Not necessarily.  I do
 3    believe there are, like, fringe cases, but I think most of
 4    the time juries are just normal people.
 5            MR. JARAMILLO:  What makes you say that definitely
 6    there are too many lawsuits filed?
 7            THE PROSPECTIVE JUROR:  Well, I do see a lot videos
 8    shared on social media of just people filing lawsuits just
 9    for the heck of it or just to -- just for petty reasons.
10            MR. JARAMILLO:  Any particular type of lawsuits?
11    Go ahead.
12            THE PROSPECTIVE JUROR:  Just like small civil
13    lawsuits, like, against spouses or friends and all that.  Not
14    anything on the federal level.
15            MR. JARAMILLO:  I see.
16            And do you feel that if a case is in federal court
17    that it somehow has more importance than the cases that
18    you're talking about?
19            THE PROSPECTIVE JUROR:  Yes.
20            MR. JARAMILLO:  Hence the term making a federal
21    case out of something?
22            THE PROSPECTIVE JUROR:  Yes.
23            MR. JARAMILLO:  Okay.
24            Your Honor, may I ask if anybody else has that same
25    attitude?  Okay.
```

|   | |
|---|---|
| 1 | So do you have any sort of opinion on whether or |
| 2 | not if something -- if we get to this point, have you heard |
| 3 | that most cases settle before they go to trial? |
| 4 | THE PROSPECTIVE JUROR:  Could you repeat that. |
| 11:00AM 5 | MR. JARAMILLO:  Sure.  Have you ever heard that |
| 6 | most lawsuits settle before they go to trial? |
| 7 | THE COURT:  Counsel, thank you. |
| 8 | MR. JARAMILLO:  Yes. |
| 9 | THE COURT:  Thank you very much. |
| 11:00AM 10 | Counsel, questions, please.  A few minutes. |
| 11 | MR. CROSNER:  Mr. JN, do you think that businesses |
| 12 | and people should be treated differently in court? |
| 13 | THE PROSPECTIVE JUROR:  Yes, definitely. |
| 14 | MR. CROSNER:  And how is that? |
| 11:00AM 15 | THE PROSPECTIVE JUROR:  I believe businesses should |
| 16 | be under bigger scrutiny because it's a collection of people |
| 17 | as opposed to individuals. |
| 18 | MR. CROSNER:  What type of scrutiny do you mean? |
| 19 | THE PROSPECTIVE JUROR:  So I think in terms of, |
| 11:00AM 20 | like, investigation, it should be handled with more weight. |
| 21 | And I think that punishments should be a little bit more |
| 22 | severe if a business were to be found guilty as opposed to an |
| 23 | individual. |
| 24 | MR. CROSNER:  Understood. |
| 11:01AM 25 | And you heard the Court ask if, as a juror, you |

1    could be fair and impartial.  Do you believe you could be

2    fair and impartial to my client, which is a business?

3              THE PROSPECTIVE JUROR:  I do believe so.

4              MR. CROSNER:  Okay.  Can you tell us a little bit

5    more about your situation when you were disciplined at work.

6              THE PROSPECTIVE JUROR:  It wasn't anything too

7    major.  It was just more because I was young -- I'm still

8    young.  But at the time I was just freshly 18, and I thought

9    that they could take advantage of me.  They would just tell

10   me what to do, and I would go along with it.

11             But eventually I realized that they were trying to

12   take advantage of my situation, and I tried to push back

13   against it.  Instead they told me to just show up to work,

14   and I didn't like the way that they told me to do that.  So I

15   brought up that complaint, and they tried to compromise with

16   me.  But I felt that I was still being treated unfairly, so I

17   decided to leave.

18             MR. CROSNER:  Okay.  I'm paraphrasing what you said

19   earlier.  You said something along the lines that businesses

20   should, you know, get larger, you know, verdicts than an

21   individual would or something along those lines.  What did

22   you mean by that?

23             THE PROSPECTIVE JUROR:  Well, just because a

24   business has more resources as compared to an individual in

25   most cases.  For example, if a penalty was to pay a fine, I

         1    think businesses should pay a larger fine in comparison to an

         2    individual.

         3              THE COURT:  Counsel, a few more questions.

         4              MR. CROSNER:  Okay.

11:02AM  5              You talked earlier about, you know, looking at the

         6    war in Ukraine.  Can you give us an example of what you mean

         7    by that.  Is that just reading articles online, or what do

         8    you mean by that?

         9              THE PROSPECTIVE JUROR:  Yeah, I was just reading

11:02AM 10    articles online, following the war.  And especially because

        11    I'm taking a Russian class right now, I have a lot of

        12    Ukrainian people in my university talk about the war and the

        13    impact on them.  It's -- I just like to follow it.

        14              THE COURT:  Thank you, counsel.

11:03AM 15              The peremptory now passes to the defense.  If you

        16    care to exercise a peremptory, this would be your first

        17    peremptory.

        18              MR. CROSNER:  We'd like to thank and excuse Juror

        19    No. 1.

11:03AM 20              THE COURT:  Ms. CLR, thank you very much.  If you

        21    go back to the jury room, I think Terri is going to send you

        22    home -- just in case.  Thank you.  It's been a pleasure

        23    meeting you.

        24              Call another prospective juror, please.

11:03AM 25              THE CLERK:  Ms. JL.

1           THE COURT:  Ms. JL, the same questions to you that

2    I previously asked.  First of all, have you heard all the

3    prior questions by the parties and by the Court?

4           THE PROSPECTIVE JUROR:  Yes.

11:04AM  5           THE COURT:  Are there any of those questions that

6    you care to respond to, to answer?

7           THE PROSPECTIVE JUROR:  Okay, yeah.  I'll respond.

8           THE COURT:  Okay.  Any of those questions that

9    we've asked that you would like to answer?

11:04AM  10          THE PROSPECTIVE JUROR:  Like, my occupation and

11   stuff?

12          THE COURT:  Well, let's start with that.  What is

13   your occupation?

14          THE PROSPECTIVE JUROR:  I'm a full-time student.

11:04AM  15          THE COURT:  Have you ever been a juror before?

16          THE PROSPECTIVE JUROR:  Nope.

17          THE COURT:  Any familiarity with the pharmaceutical

18   industry?

19          THE PROSPECTIVE JUROR:  Nope.

11:04AM  20          THE COURT:  Have you ever been a juror before?

21          THE PROSPECTIVE JUROR:  No.

22          THE COURT:  Okay.  Do you think you would be fair

23   and impartial to both sides in this case?

24          THE PROSPECTIVE JUROR:  Yes.

11:04AM  25          THE COURT:  Would you follow the law?

1          THE PROSPECTIVE JUROR:  Yes.

2          THE COURT:  If you had leisure reading time, what

3   would you like to read?

4          THE PROSPECTIVE JUROR:  I like to read, like,

11:04AM  5   fiction, like Steven King novels.

6          THE COURT:  And what's your major in school?  What

7   are you majoring in?

8          THE PROSPECTIVE JUROR:  Psychology.

9          THE COURT:  Any questions of me?

11:04AM  10          THE PROSPECTIVE JUROR:  No.

11          THE COURT:  Let me turn you over to counsel.

12          Counsel, please.  Mr. Jaramillo.

13          MR. JARAMILLO:  Thank you, Your Honor.

14          Ms. JL, when do you graduate?

11:05AM  15          THE PROSPECTIVE JUROR:  This year, in June.

16          MR. JARAMILLO:  And from what university?

17          THE PROSPECTIVE JUROR:  UC Irvine.

18          MR. JARAMILLO:  Do you have any plans, career

19   plans, after that?

11:05AM  20          THE PROSPECTIVE JUROR:  I'm actually going to try

21   to get my accelerated bachelor's in nursing and become a

22   nurse.

23          MR. JARAMILLO:  What is it that attracts you to the

24   nursing field?

11:05AM  25          THE PROSPECTIVE JUROR:  Just helping people and

 1    getting a sense of fulfillment from that.

 2            MR. JARAMILLO:  Judge Carter asked you earlier

 3    about the stuff that you read.  Can you expand on that a

 4    little bit.

11:05AM   5            THE PROSPECTIVE JUROR:  Yeah.  Just, like, you

 6    know, horror mystery novels and sometimes self-help books as

 7    well, like everyone else said.

 8            MR. JARAMILLO:  Any particular area of self help?

 9            THE PROSPECTIVE JUROR:  Just, like, mindfulness,

11:05AM  10    meditation, stuff like that.

11            MR. JARAMILLO:  Okay.  Now, I asked a bunch of

12    questions earlier, and so did Mr. Crosner.  Judge Carter

13    earlier asked you if there was anything that you would like

14    to volunteer in response to those questions.

11:06AM  15            So I want you to search back to all the questions

16    that we asked.  Was there anything that you found yourself

17    particularly nodding your head to or identifying with?

18            THE PROSPECTIVE JUROR:  Not really.

19            MR. JARAMILLO:  Okay.  Have you ever worked

11:06AM  20    anywhere?

21            THE PROSPECTIVE JUROR:  Yeah, I have.

22            MR. JARAMILLO:  Where have you worked?

23            THE PROSPECTIVE JUROR:  I worked -- well, I stopped

24    working about since when COVID started, so I haven't worked

11:06AM  25    since, like, March of 2020.

|  | 1 |  | MR. JARAMILLO:  Okay. |
|--|---|--|---|

                    MR. JARAMILLO:  Okay.

                    THE PROSPECTIVE JUROR:  But I used to work at

Nekter Juice Bar.

                    MR. JARAMILLO:  Okay.  Do you currently live with

your parents?

                    THE PROSPECTIVE JUROR:  I live with my mom.

                    MR. JARAMILLO:  All right.  And what does she do

for a living?

                    THE PROSPECTIVE JUROR:  She's an accountant at a

dental lab.

                    MR. JARAMILLO:  You heard me ask Mr. JN earlier

about news sources.  Do you follow any particular news

sources?

                    THE PROSPECTIVE JUROR:  Not really.

                    MR. JARAMILLO:  Okay.  Do you get any news at all

through social media?

                    THE PROSPECTIVE JUROR:  I sometimes watch, like,

CNN.  That's about it.

                    MR. JARAMILLO:  Other than the job at Nekter Juice

Bar, have you worked anywhere else?

                    THE PROSPECTIVE JUROR:  I worked a week at a

medical office and then I quit.

                    MR. JARAMILLO:  Why did you quit?

                    PROSPECTIVE JUROR:  The doctor, like, berated me.

They didn't train me at all, but they berated me and just

```
 1    made me feel really little.
 2              MR. JARAMILLO:  Felt unfair to you?
 3              THE PROSPECTIVE JUROR:  Yeah, because the first day
 4    I went to work, they didn't teach me.  The doctor was busy
 5    doing his own thing.  Then other employees at the office were
 6    also busy doing their own thing, so I didn't get sufficient
 7    training.  Then I didn't do something right during my first
 8    week and I got yelled at and berated for it, so I just left.
 9              MR. JARAMILLO:  Got it.
10              As a psychology student at UCI, have you taken any
11    statistics courses?
12              THE PROSPECTIVE JUROR:  I took one at a community
13    college, but I don't really like statistics.  I still kind of
14    don't get it.  I passed, but...
15              MR. JARAMILLO:  Understood.
16              And have you had any exposure to psychological
17    clinical trials of any sort?
18              PROSPECTIVE JUROR:  No, I have not.
19              MR. JARAMILLO:  Ever read about them?
20              THE PROSPECTIVE JUROR:  Like, in my classes I've
21    read about them, but I've never, like, researched or, like,
22    been a researcher or anything like that.
23              MR. JARAMILLO:  Understood.  Do you have an
24    understanding of what the term clinical trial means?
25              THE PROSPECTIVE JUROR:  Yes.
```

1          MR. JARAMILLO:  What is your understanding?

2          THE PROSPECTIVE JUROR:  A clinical trial is like

3     basically like a trial where people volunteer to, like, get

4     vaccinated -- to see if the vaccine works or something like

11:08AM  5     that or just in that sense, I guess.

6          MR. JARAMILLO:  Okay.  And one last question

7     because I know Judge Carter wants us to keep it brief.  I've

8     asked earlier of other people if they think that litigation

9     is too much, too many lawsuits in this country?

11:09AM  10          THE PROSPECTIVE JUROR:  I kind of agree with

11     everyone else in the jury because I do feel some of the

12     lawsuits are, like, kind of unnecessary maybe, or it can be

13     settled before it goes to court, you know.

14          MR. JARAMILLO:  So some are frivolous?

11:09AM  15          THE PROSPECTIVE JUROR:  Yeah.

16          MR. JARAMILLO:  Okay.  Do you believe that there

17     are lawsuits that are meritorious as well?

18          THE PROSPECTIVE JUROR:  What does that word mean?

19          MR. JARAMILLO:  Sorry.  Some have merit, that they

11:09AM  20     are actually not frivolous?

21          THE PROSPECTIVE JUROR:  Oh, yeah, I believe so,

22     yes.  Some might be, but I feel like a lot of the time it's

23     like, you know...

24          THE COURT:  Thank you, counsel.

11:09AM  25          MR. JARAMILLO:  Thank you.

1        THE COURT:  Counsel on behalf of the defense.

2        MR. CROSNER:  Ms. JL, do you think that businesses

3    and people should be treated differently in court?

4        THE PROSPECTIVE JUROR:  Yes, because I feel like

11:09AM  5    businesses have more power than just one single individual

6    person.

7        MR. CROSNER:  What type of power do you mean?

8        THE PROSPECTIVE JUROR:  Just, you know, like a

9    company has multiple people just like, you know, in terms of

11:10AM  10   like -- just like a lot people, I guess, just against one

11   person.  Yeah.

12       MR. CROSNER:  Have you ever known anyone that has

13   brought a lawsuit before?

14       THE PROSPECTIVE JUROR:  Nope.

11:10AM  15   MR. CROSNER:  Okay.  Have -- what type of science

16   courses do you take for your degree?

17       THE PROSPECTIVE JUROR:  I'm actually a BA in psych,

18   so I haven't really taken any science courses.

19       MR. CROSNER:  Got it.

11:10AM  20   Do you have any issues with drug companies?

21       THE PROSPECTIVE JUROR:  Not really, I guess, but I

22   feel like a lot of pharmaceutical companies, like, price

23   gouge a lot of their medications, which I think is unfair.

24       MR. CROSNER:  Anything else?

11:11AM  25   THE PROSPECTIVE JUROR:  That's about it.

1          MR. CROSNER:  What about publicly traded companies?

2          THE PROSPECTIVE JUROR:  I'm unsure of that.

3          MR. CROSNER:  Okay.  Sure.  And you're still taking

4     some courses right now?

11:11AM    5          THE PROSPECTIVE JUROR:  Yes.

6          MR. CROSNER:  Okay.  So we just -- you just had

7     winter break presumably?

8          THE PROSPECTIVE JUROR:  I'm still on winter break.

9          MR. CROSNER:  So short of your fortune of being

11:11AM   10    here, what else did you do during winter break?

11         THE PROSPECTIVE JUROR:  I like to hang out with my

12    boyfriend.  We just watch movies and run some errands, that

13    type of stuff.

14         THE COURT:  Thank you, counsel.

11:11AM   15         Ladies and gentlemen, we're going to take about a

16    ten-minute break.  We're going to try to get a jury before

17    lunch so you know if you're sitting or not, and then we can

18    send the rest of you home or back down to the jury

19    commissioner room.

11:11AM   20         So, counsel, about ten minutes just so the jury

21    gets a break.  But let's get right back if we can and see if

22    we can get a jury before lunch if possible.

23         Now, don't discuss this matter or form or express

24    any opinion.  Go use the rest room.  It's down the hallway to

11:11AM   25    the right.  We'll open the doors again and have you back in

|         | 1  | in about ten minutes and see if we can get a jury before |
|---------|----|----|
|         | 2  | lunch.  Okay? |
|         | 3  | Counsel, thank you. |
|         | 4  | (Recess taken from 11:12 a.m. until 11:27 a.m.) |
| 11:27AM | 5  | THE COURT:  Counsel, we're back in session, then. |
|         | 6  | The prospective jurors are present. |
|         | 7  | The peremptory would now pass to the plaintiff. |
|         | 8  | This would be the second juror that the plaintiff chooses to |
|         | 9  | exercise a peremptory. |
| 11:28AM | 10 | MR. NGUYEN:  Thank you, Your Honor.  We're going to |
|         | 11 | pass.  We're not going to exercise. |
|         | 12 | THE COURT:  Okay.  The peremptory would now pass to |
|         | 13 | the defense.  This would be the second peremptory if the |
|         | 14 | defense chooses to exercise a peremptory. |
| 11:28AM | 15 | MR. CROSNER:  Thank you, Your Honor.  We'd like to |
|         | 16 | thank and excuse Juror No. 3, Ms. TO. |
|         | 17 | THE COURT:  Ms. TO, thank you so much.  Please go |
|         | 18 | back to the jury room.  I really believe Terri is going to |
|         | 19 | send you home.  I think we are the only court that got off to |
| 11:28AM | 20 | a jury trial after the holiday.  It's nice meeting you. |
|         | 21 | THE PROSPECTIVE JUROR:  Thank you, Judge. |
|         | 22 | Next prospective juror, please. |
|         | 23 | THE CLERK:  Ms. AJL. |
|         | 24 | THE COURT:  And you're AJL; is that correct? |
| 11:29AM | 25 | THE PROSPECTIVE JUROR:  Yes. |

|     |     |
| --- | --- |
| 1 | THE COURT:  And of course the obvious question is: |
| 2 | Are you related in any way to Juror No. 5, Ms. YL? |
| 3 | THE PROSPECTIVE JUROR:  No, I'm not. |
| 4 | THE COURT:  Okay.  Well, it's fine if you are. |
| 11:29AM  5 | THE PROSPECTIVE JUROR:  Not to my knowledge. |
| 6 | THE COURT:  Have you heard all the prior questions? |
| 7 | We have a microphone someplace for you.  Have you heard all |
| 8 | the prior questions that have been asked. |
| 9 | THE PROSPECTIVE JUROR:  Yes. |
| 11:29AM  10 | THE COURT:  Are there any questions that you care |
| 11 | to respond to that have been asked by any of us? |
| 12 | THE PROSPECTIVE JUROR:  No. |
| 13 | THE COURT:  Could I ask your profession. |
| 14 | THE PROSPECTIVE JUROR:  I'm a pharmacist. |
| 11:29AM  15 | THE COURT:  Have you ever been a juror before? |
| 16 | THE PROSPECTIVE JUROR:  No. |
| 17 | THE COURT:  If you had time for leisure reading, |
| 18 | not what you have to read but what you'd like to read, what |
| 19 | would you like to read? |
| 11:29AM  20 | THE PROSPECTIVE JUROR:  Typically self-help books. |
| 21 | THE COURT:  Okay.  Do you think with what little |
| 22 | you know about the case -- and there's been absolutely no |
| 23 | evidence thus far, just an indication of what the case is |
| 24 | about -- that you would be fair to both sides in this case? |
| 11:30AM  25 | THE PROSPECTIVE JUROR:  Yes. |

1          THE COURT:  Now, I think in human life we all have

2     some subtle biases.  Sometimes we don't recognize those.

3     Sometimes they're overt.  If something occurs during the case

4     for either side where all of a sudden you say, gee, you know,

11:30AM  5     I forgot to tell the attorneys that when they asked where I

6     want to make certain that you're willing to recognize that

7     but put that aside in a box.  Could you do that?

8          THE PROSPECTIVE JUROR:  Absolutely.

9          THE COURT:  Okay.  Would you follow the law that I

11:30AM 10     instruct you on?

11          THE PROSPECTIVE JUROR:  Yes.

12          THE COURT:  Let me turn you over to counsel, then.

13          Mr. Jaramillo, please.

14          MR. JARAMILLO:  Thank you, Your Honor.

11:30AM 15          Ms. AJL, you are a clinical pharmacist; is that

16     right?

17          THE PROSPECTIVE JUROR:  That's correct.

18          MR. JARAMILLO:  And how long have you been doing

19     that?

11:30AM 20          THE PROSPECTIVE JUROR:  Seven years.

21          MR. JARAMILLO:  Where do you work?

22          THE PROSPECTIVE JUROR:  I work at Optum Specialty

23     Pharmacy.

24          MR. JARAMILLO:  When you say specialty pharmacy,

11:30AM 25     what does that mean?

1          THE PROSPECTIVE JUROR:  It's just a pharmacy that

2     focuses on, like, high cost, high-tech drugs, the ones that

3     are classified more as specialty medications.  They're

4     usually injectables, oncology, those types of medications.

11:31AM  5          MR. JARAMILLO:  And are these medications that are

6     typically not covered by insurance?

7          THE PROSPECTIVE JUROR:  No.  They are, but

8     understand that sometimes insurance will not cover some of

9     these medications.

11:31AM  10          MR. JARAMILLO:  Where is Optum located?

11          THE PROSPECTIVE JUROR:  In Irvine.

12          MR. JARAMILLO:  Do you cater to patients that can

13     pay cash?

14          THE PROSPECTIVE JUROR:  Most of our patients do not

11:31AM  15     pay cash because they can't afford to with these medications.

16          MR. JARAMILLO:  Okay.  What does it mean to be a

17     clinical pharmacist?

18          THE PROSPECTIVE JUROR:  I've received residency

19     training, and I provide clinical counseling to our patients

11:31AM  20     and I do direct patient care.

21          MR. JARAMILLO:  Residency training, what does that

22     mean?

23          THE PROSPECTIVE JUROR:  So it's a one-year training

24     program.  Actually, I should clarify.  My residency training

11:32AM  25     was actually for our PPM side of the business, so pharmacy

1    benefit manager under Optum Rx.  So it's just a year of

2    training where I've rotated through several aspects of the

3    business and helped with existing projects.

4            MR. JARAMILLO:  Understood.  And you mentioned

11:32AM  5    clinical counseling as well.  What does that mean?

6            THE PROSPECTIVE JUROR:  Contacting patients that

7    are on specialty medications, teaching them how to use their

8    medications, coaching them on side effects, helping them with

9    adherence.

11:32AM  10           MR. JARAMILLO:  Do you ever work with any patients

11   that are undergoing clinical trials?

12           THE PROSPECTIVE JUROR:  Not for the medications we

13   dispense, but there may be medications that they are taking

14   that are part of a clinical trial that we don't directly

11:32AM  15   manage.

16           MR. JARAMILLO:  Understood.  What is your -- do you

17   have a Ph.D.?

18           THE PROSPECTIVE JUROR:  A Pharm.D, Doctorate in

19   Pharmacy.

11:32AM  20           MR. JARAMILLO:  The equivalent of a Ph.D.

21   effectively?

22           THE PROSPECTIVE JUROR:  No.

23           MR. JARAMILLO:  How much schooling does that

24   require?

11:33AM  25           THE PROSPECTIVE JUROR:  So that was six years

| | |
|---|---|
| 1 | total, two years of pre-pharmacy and four years of pharmacy. |
| 2 | MR. JARAMILLO:  Have you ever worked on clinical |
| 3 | trials? |
| 4 | THE PROSPECTIVE JUROR:  I have not, not directly. |
| 11:33AM  5 | MR. JARAMILLO:  Are you familiar with them? |
| 6 | THE PROSPECTIVE JUROR:  Yes. |
| 7 | MR. JARAMILLO:  Do you feel that you have a |
| 8 | particularly good understanding of what a clinical trial is? |
| 9 | THE PROSPECTIVE JUROR:  Yes. |
| 11:33AM  10 | MR. JARAMILLO:  If you can, in your own words, what |
| 11 | is a clinical trial? |
| 12 | THE PROSPECTIVE JUROR:  It's a scientific study to |
| 13 | determine the safety and efficacy of a product. |
| 14 | MR. JARAMILLO:  Do you read literature on clinical |
| 11:33AM  15 | trials? |
| 16 | THE PROSPECTIVE JUROR:  Not on my own time but only |
| 17 | for work. |
| 18 | MR. JARAMILLO:  Understood.  Speaking of your own |
| 19 | time, what types of things do you do in your free time? |
| 11:33AM  20 | THE PROSPECTIVE JUROR:  I go for hikes with my dog |
| 21 | and my partner, hang out with friends, eat good food. |
| 22 | MR. JARAMILLO:  All right.  I asked about news |
| 23 | sources earlier.  Where do you get your news? |
| 24 | THE PROSPECTIVE JUROR:  I don't usually follow the |
| 11:34AM  25 | news.  If anything, it's through Reddit. |

|  | 1 | MR. JARAMILLO:  So any other social media besides |
|---|---|---|

                    MR. JARAMILLO:  So any other social media besides
1

    Reddit?
2

                    THE PROSPECTIVE JUROR:  Instagram.
3

                    MR. JARAMILLO:  Have you ever had another career
4

11:34AM  5   besides being a pharmacist?

                    THE PROSPECTIVE JUROR:  No.
6

                    MR. JARAMILLO:  Did you work at any job prior to
7

    becoming a pharmacist?
8

                    THE PROSPECTIVE JUROR:  I was a pharmacy
9

11:34AM  10  technician.

                    MR. JARAMILLO:  And that was when you were an
11

    undergraduate?
12

                    THE PROSPECTIVE JUROR.  Yes, and prior to that as
13

    well.
14

11:34AM  15              MR. JARAMILLO:  And do you have any particularly

    strong feelings about biopharmaceutical companies?
16

                    THE PROSPECTIVE JUROR:  Not in particular.
17

                    MR. JARAMILLO:  Thank you.
18

                    THE COURT:  Counsel.
19

11:35AM  20              MR. CROSNER:  Good morning, Ms. AJL.  Do you know

    anyone who has ever brought a lawsuit before?
21

                    THE PROSPECTIVE JUROR:  No.
22

                    MR. CROSNER:  Do you know anyone who has ever been
23

    a party or witness to a lawsuit?
24

11:35AM  25              THE PROSPECTIVE JUROR:  No.

1          MR. CROSNER:  Okay.  You heard me ask some of the

2     other folks:  Do you believe you can treat businesses and

3     individuals -- well, it's a little different.  Do you believe

4     you can treat businesses and individuals fairly?

5          THE PROSPECTIVE JUROR?  Yes.

6          MR. CROSNER:  Outside of your pharmaceutical life,

7     what is your passion in life?

8          THE PROSPECTIVE JUROR:  Passion?  I honestly want

9     to retire early.  I'd like to travel and see the world.

10          MR. CROSNER:  Great.

11          No further questions.

12          THE COURT:  Peremptory would now pass back to the

13     plaintiff.  This would be the third peremptory if you decide

14     to exercise it.

15          MR. NGUYEN:  Thank you, Your Honor.  Could you give

16     us one second.

17          THE COURT:  Certainly.

18          MR. NGUYEN:  Plaintiff would like to thank and

19     excuse Juror No. 3, Ms. YL.

20          THE COURT:  Ms. YL, thank you very much.  If you

21     would go back to the jury room.  Once again, I think Terri is

22     going to send you home, but just in case.  Thank you.  It's

23     been a pleasure meeting you.

24          If you'd call another prospective juror.  Thanks,

25     Karlen.

1              THE CLERK:  Mr. BC.

2              THE COURT:  Thank you, Mr. BC.  We probably have a

3     microphone up there for you.  Have you heard all the prior

4     questions that have been asked?

11:36AM   5              THE PROSPECTIVE JUROR:  Yes.

6              THE COURT:  Are there any questions that you'd care

7     to respond to or to answer?

8              THE PROSPECTIVE JUROR:  No.

9              THE COURT:  Could I ask your profession.

11:37AM  10              THE PROSPECTIVE JUROR:  I'm a full-time student.

11              THE COURT:  Could I ask what you're majoring in.

12              THE PROSPECTIVE JUROR:  Computer science.

13              THE COURT:  Design?

14              THE PROSPECTIVE JUROR:  Computer science.

11:37AM  15              THE COURT:  All right.  Thank you.  And have you

16     been a juror before?

17              THE PROSPECTIVE JUROR:  No.

18              THE COURT:  If you had leisure time outside of your

19     school preparation, what would you like to read?

11:37AM  20              THE PROSPECTIVE JUROR:  I don't really read.

21              THE COURT:  Do you think you would be fair and

22     impartial to both sides in this case?

23              THE PROSPECTIVE JUROR:  I think so.

24              THE COURT:  Would you follow the law?

11:37AM  25              THE PROSPECTIVE JUROR:  Yes.

```
 1              THE COURT:  Do you have any questions of me?

 2              THE PROSPECTIVE JUROR:  No.

 3              THE COURT:  Thank you.

 4         Counsel.

 5              MR. JARAMILLO:  Thank you, Your Honor.

 6         Mr. BC, you mentioned you're a full-time student?

 7              THE PROSPECTIVE JUROR:  Yes.

 8              MR. JARAMILLO:  Where do you go to school?

 9              THE PROSPECTIVE JUROR:  I go to OCC.

10              MR. JARAMILLO:  What are you studying?

11              THE PROSPECTIVE JUROR:  Computer science.

12              MR. JARAMILLO:  Oh, I'm sorry.  You did say that.

13    I apologize.  Your questionnaire sheet indicates that you're

14    involved in customer service as well; is that correct?

15              THE PROSPECTIVE JUROR:  Yeah.  I was.

16              MR. JARAMILLO:  What did you do in customer

17    service?

18              THE PROSPECTIVE JUROR:  I worked as a cashier.

19              MR. JARAMILLO:  For what company?

20              THE PROSPECTIVE JUROR:  This small restaurant

21    called Boss Hogg's.

22              MR. JARAMILLO:  And how long did you do that?

23              THE PROSPECTIVE JUROR:  For less than a year.

24              MR. JARAMILLO:  And why are you no longer working

25    there?
```

Timestamps (left margin): 11:37AM (line 5), 11:37AM (line 10), 11:38AM (line 15), 11:38AM (line 20), 11:38AM (line 25)

|   | |
|---|---|
| 1 | THE PROSPECTIVE JUROR:  I was just working there to |
| 2 | make money. |
| 3 | MR. JARAMILLO:  Okay.  Have you held any other |
| 4 | jobs? |
| 11:38AM 5 | THE PROSPECTIVE JUROR:  No. |
| 6 | MR. JARAMILLO:  You said you were at OCC.  Are you |
| 7 | planning to transfer to another school? |
| 8 | THE PROSPECTIVE JUROR:  Yes. |
| 9 | MR. JARAMILLO:  Where are you planning to transfer |
| 11:38AM 10 | to? |
| 11 | THE PROSPECTIVE JUROR:  Hopefully I can transfer to |
| 12 | UCI. |
| 13 | MR. JARAMILLO:  And you're going to continue with |
| 14 | computer science at UCI? |
| 11:38AM 15 | THE PROSPECTIVE JUROR:  Yes. |
| 16 | MR. JARAMILLO:  Good program.  Is there any |
| 17 | particular area of computer science that you're interested |
| 18 | in? |
| 19 | THE PROSPECTIVE JUROR:  No, not yet.  I'm exploring |
| 11:38AM 20 | still. |
| 21 | MR. JARAMILLO:  Do you ever do coding? |
| 22 | THE PROSPECTIVE JUROR:  Yes. |
| 23 | MR. JARAMILLO:  Do you like coding? |
| 24 | THE PROSPECTIVE JUROR:  I do. |
| 11:39AM 25 | MR. JARAMILLO:  What about it appeals to you? |

|  | 1 | THE PROSPECTIVE JUROR:  I like writing the language |
|---|---|---|
|  | 2 | and solving the puzzles. |
|  | 3 | MR. JARAMILLO:  In a process-oriented manner, |
|  | 4 | method? |
| 11:39AM | 5 | THE PROSPECTIVE JUROR:  Yes. |
|  | 6 | MR. JARAMILLO:  I know you said you don't really |
|  | 7 | read.  Do you watch videos or YouTube, anything like that? |
|  | 8 | THE PROSPECTIVE JUROR:  Sometimes. |
|  | 9 | MR. JARAMILLO:  Is there any particular social |
| 11:39AM | 10 | media that you follow? |
|  | 11 | THE PROSPECTIVE JUROR:  I usually would use |
|  | 12 | Instagram or Tik-Tok. |
|  | 13 | MR. JARAMILLO:  And do you ever pay attention to |
|  | 14 | the news? |
| 11:39AM | 15 | THE PROSPECTIVE JUROR:  No, not really. |
|  | 16 | MR. JARAMILLO:  So no current events, things like |
|  | 17 | that? |
|  | 18 | THE PROSPECTIVE JUROR:  No, but I know like, for |
|  | 19 | instance, sometimes Tik-Tok shows news, but I feel like it's |
| 11:39AM | 20 | on, like, a bias standpoint. |
|  | 21 | MR. JARAMILLO:  You feel that it's biased?  What do |
|  | 22 | you mean by that? |
|  | 23 | THE PROSPECTIVE JUROR:  Sometimes it's not, like, |
|  | 24 | really true.  Like a video would say one thing, but sometimes |
| 11:40AM | 25 | the comments will, like, say another thing.  It's really hard |

         1    to differentiate.

         2              MR. JARAMILLO:  Do you feel that sometimes it's

         3    hard to get to the truth when people are saying different

         4    things?

11:40AM  5              THE PROSPECTIVE JUROR:  Yes.

         6              MR. JARAMILLO:  And do you have a particular way of

         7    going about getting to the truth when there are conflicting

         8    views?

         9              THE PROSPECTIVE JUROR:  I would usually, like,

11:40AM 10    search online and do my own research.

        11              MR. JARAMILLO:  Do your own research?

        12              THE PROSPECTIVE JUROR:  Yeah.  Just, like, search

        13    it up.  I would go on, like, a website or two.

        14              MR. JARAMILLO:  Does that fall into that

11:40AM 15    problem-solving skill that you enjoy?

        16              THE PROSPECTIVE JUROR:  No.

        17              MR. JARAMILLO:  Okay.  Understood.

        18              In computer science do you do any kind of

        19    statistics?

11:40AM 20              THE PROSPECTIVE JUROR:  No, I don't think so.

        21              MR. JARAMILLO:  Okay.  And have you ever had any

        22    sort of experience with clinical trials as a participant or

        23    otherwise?

        24              THE PROSPECTIVE JUROR:  No.

11:40AM 25              MR. JARAMILLO:  Do you live at home with your

```
 1   parents?

 2            THE PROSPECTIVE JUROR:  Yes.

 3            MR. JARAMILLO:  And what do they do for a living?

 4   I'm sorry.  I'm assuming that there's two.  Tell me what your

 5   parents do.

 6            THE PROSPECTIVE JUROR:  My dad is also a computer

 7   scientist.  I don't know what my mom does.

 8            MR. JARAMILLO:  How do you feel about the number of

 9   lawsuits in this country?  Do you have an opinion on that one

10   way or another?

11            THE PROSPECTIVE JUROR:  No, I don't have an

12   opinion.

13            MR. JARAMILLO:  Do you have any opinion about jury

14   awards to plaintiffs that you sometimes read about?

15            THE PROSPECTIVE JUROR:  No.

16            MR. JARAMILLO:  Okay.  Thank you very much for your

17   time.

18            THE COURT:  Counsel.

19            MR. CROSNER:  Hello, Mr. BC.  Do you think that

20   businesses and people should be treated differently in court?

21            THE PROSPECTIVE JUROR:  Yes.

22            MR. CROSNER:  In what way?

23            THE PROSPECTIVE JUROR:  After hearing what he

24   said -- I don't know his name.  I agree on, like, how

25   businesses should get more fined.
```

1          MR. CROSNER:  Okay.  Do you know anyone who has

2     been a party to a lawsuit before?

3          THE PROSPECTIVE JUROR:  No.

4          MR. CROSNER:  Okay.  Do you know anyone who has

11:42AM  5     ever been a witness to a lawsuit?

6          THE PROSPECTIVE JUROR:  No.

7          MR. CROSNER:  Okay.  Do you have any opinions one

8     way the other on drug companies?

9          THE PROSPECTIVE JUROR:  No, not really.

11:42AM  10         MR. CROSNER:  What do you do on -- if you're on

11    break right now, what does your break look like?

12         THE PROSPECTIVE JUROR:  I just hang out with my

13    girlfriend.

14         MR. CROSNER:  No further questions.

11:42AM  15         THE COURT:  The peremptory would now pass to the

16    defense.  This would be the third peremptory if you exercise

17    it.

18         MR. CROSNER:  One second.

19         Your Honor, we'd like to thank and excuse Juror

11:43AM  20    No. 4.

21         THE COURT:  I want to be certain by name.  Mr. JN,

22    thank you very much, sir.  If you go back and see Terri, I'm

23    pretty certain that they're going to send you right home.

24         THE PROSPECTIVE JUROR:  Thank you.

11:43AM  25         THE COURT:  Karlen, at your convenience, then.

1              THE CLERK:  Ms. RV.

2              THE COURT:  We've got you clear at that last seat

3    all the way down in the first row.  Once again, the very

4    simple question from me.  Have you heard all of the prior

11:43AM  5    questions, Ms. RV?

6              THE PROSPECTIVE JUROR:  Yes.

7              THE COURT:  Any questions that you care to respond

8    to?

9              THE PROSPECTIVE JUROR:  No.

11:44AM  10             THE COURT:  Your occupation?

11             THE PROSPECTIVE JUROR:  I'm a student and a nursing

12   assistant.

13             THE COURT:  Okay.  Have you ever been a juror

14   before?

11:44AM  15             THE PROSPECTIVE JUROR:  No.

16             THE COURT:  Do you believe you'd be fair and

17   impartial to both sides?

18             THE PROSPECTIVE JUROR:  Yes.

19             THE COURT:  We understand everybody has some bias

11:44AM  20   in life.  I don't know what that could possibly be in this

21   case, but there might be something that comes up.  If you

22   recognize that, put that aside and be fair to both sides.

23             Will you follow the law in this case?

24             THE PROSPECTIVE JUROR:  Yes.

11:44AM  25             THE COURT:  If you had leisure time, what would you

| | | |
|---|---|---|
| | 1 | like to read? |
| | 2 | THE PROSPECTIVE JUROR:  Horror books or mysteries. |
| | 3 | THE COURT:  Okay.  Any questions of me? |
| | 4 | THE PROSPECTIVE JUROR:  No. |
| 11:44AM | 5 | THE COURT:  Let me turn you over to counsel. |
| | 6 | Mr. Jaramillo. |
| | 7 | MR. JARAMILLO:  Thank you, Your Honor. |
| | 8 | Hello, Ms. RV.  Did I hear you correctly that you |
| | 9 | are both a student and a nursing assistant? |
| 11:44AM | 10 | THE PROSPECTIVE JUROR:  Uh-huh. |
| | 11 | MR. JARAMILLO:  And where are you a student? |
| | 12 | THE PROSPECTIVE JUROR:  At Saddleback College. |
| | 13 | MR. JARAMILLO:  And what are you studying? |
| | 14 | THE PROSPECTIVE JUROR:  I'm taking prerequisites so |
| 11:45AM | 15 | I can get into a nursing program. |
| | 16 | MR. JARAMILLO:  And you plan to get an R.N. degree. |
| | 17 | THE PROSPECTIVE JUROR:  Yes, my bachelor in R.N. |
| | 18 | MR. JARAMILLO:  Do you plan to do that at |
| | 19 | Saddleback, or are you going to transfer to another school? |
| 11:45AM | 20 | THE PROSPECTIVE JUROR:  I would like to get into |
| | 21 | Saddleback's program.  I'm just going to apply everywhere. |
| | 22 | MR. JARAMILLO:  Understood.  How long have you been |
| | 23 | a nursing assistant? |
| | 24 | THE PROSPECTIVE JUROR:  Just a few months, about |
| 11:45AM | 25 | five months. |

1          MR. JARAMILLO:  How do you like it?

2          THE PROSPECTIVE JUROR:  I'm excited when I get to

3    get out of it.  It's a tough job.

4          MR. JARAMILLO:  And yet you want to go into

11:45AM  5    nursing?

6          THE PROSPECTIVE JUROR:  Yes.

7          MR. JARAMILLO:  Why is that?

8          THE PROSPECTIVE JUROR:  I -- right now my job is

9    mostly about kind of just cleaning people up and just feeding

11:45AM 10    people.  But in nursing I'd like to specialize in pediatrics

11    or work with kids.  It's a little bit more than just doing

12    their cleaning and feeding.

13          MR. JARAMILLO:  What is it about pediatrics that

14    attracts you to that area?

11:46AM 15          THE PROSPECTIVE JUROR:  I just really like

16    children, working with children.  That's what I'm thinking

17    I'd like to get into, but I'm open if I find something else

18    that's more interesting once I'm actually in a program.

19          MR. JARAMILLO:  Understood.  You heard the

11:46AM 20    questions that we've all been asking up here, correct?

21          THE PROSPECTIVE JUROR:  Uh-huh.

22          MR. JARAMILLO:  Are there any questions that have

23    been asked either by Judge Carter, Mr. Crosner, or myself

24    where you thought to yourself you have a strong opinion about

11:46AM 25    any of those?

1            THE PROSPECTIVE JUROR:  No.

2            MR. JARAMILLO:  Okay.  Have you ever worked in an

3   area where you need to participate in clinical trials?

4            THE PROSPECTIVE JUROR:  No.

11:46AM  5            MR. JARAMILLO:  Are you familiar with the term?

6            THE PROSPECTIVE JUROR:  Yes.

7            MR. JARAMILLO:  What does it mean to you?

8            THE PROSPECTIVE JUROR:  It's a scientific study

9   that's done with a group of people to see how effective

11:46AM  10  something like a vaccine or something is.

11           MR. JARAMILLO:  Okay.  And have you taken any

12  courses on statistics?

13           THE PROSPECTIVE JUROR:  Not yet.

14           MR. JARAMILLO:  You plan to?

11:47AM  15           THE PROSPECTIVE JUROR:  Yeah.  I have to.

16           MR. JARAMILLO:  It's a requisite of your program?

17           THE PROSPECTIVE JUROR:  Yes.

18           MR. JARAMILLO:  Understood.  I didn't catch when

19  Judge Carter asked you what you read in your leisure time.

11:47AM  20  I'm sorry.  Horror novels, did you say?

21           THE PROSPECTIVE JUROR:  Like mystery or horror

22  novels.

23           MR. JARAMILLO:  Any author in particular that you

24  like?

11:47AM  25           THE PROSPECTIVE JUROR:  Steven King.  And I just --

1    I don't have too many favorites.  It's just whatever I find

2    interesting.

3          MR. JARAMILLO:  As far as jury awards go, you heard

4    me ask about that.  Do you have any strong opinions about the

11:47AM  5    jury awards that you sometimes read about in the paper?

6          THE PROSPECTIVE JUROR:  Not really.  I don't really

7    pay attention to the news or any of that stuff.  So, no, no

8    really strong opinions.

9          MR. JARAMILLO:  Okay.  So you said you don't really

11:47AM  10   pay attention to the news.  Do you follow any news source at

11   all?

12         THE PROSPECTIVE JUROR:  I should but I don't.  I

13   may see it pop up on, like, Facebook or Instagram, but I

14   don't necessarily pay attention to it.  So, no.

11:48AM  15         MR. JARAMILLO:  You mentioned Instagram and

16   Facebook.  Do you follow any other social media?

17         THE PROSPECTIVE JUROR:  No.  I'm not really too

18   much on social media as much actually, so that's only the two

19   that I would use.

11:48AM  20         MR. JARAMILLO:  Do you ever go onto any chat

21   threads, things like Reddit or anything of that nature?

22         THE PROSPECTIVE JUROR:  No.

23         MR. JARAMILLO:  Okay.  Do you watch TV?

24         THE PROSPECTIVE JUROR:  Uh-huh.

11:48AM  25         MR. JARAMILLO:  What type of shows do you like?

1       THE PROSPECTIVE JUROR:  I don't really watch, like,

2   reality TV.  I probably watch, like, Criminal Minds or Bones,

3   those kind of shows.

4       MR. JARAMILLO:  What do you like about those?

11:48AM   5       THE PROSPECTIVE JUROR:  They're like a mystery and

6   solving crimes.

7       MR. JARAMILLO:  You're attracted to the idea of

8   solving crimes?

9       THE PROSPECTIVE JUROR:  I guess so, yeah.

11:48AM  10       MR. JARAMILLO:  You like participating along and

11   trying to figure it out at home?

12       THE PROSPECTIVE JUROR:  Yeah.

13       MR. JARAMILLO:  And do you feel that individuals,

14   when they're compared to companies, there's any kind of power

11:49AM  15   imbalance when it's an individual against a company?

16       THE PROSPECTIVE JUROR:  I mean, I guess a little

17   bit of what people were saying is how a company might have

18   more power just because of their resources.  I guess that's

19   my only opinion.

11:49AM  20       MR. JARAMILLO:  Okay.  Thank you for your time.

21       THE COURT:  Thank you, counsel.

22       Counsel.

23       MR. CROSNER:  Ms. RV, what have you been doing over

24   the break?

11:49AM  25       THE PROSPECTIVE JUROR:  I'm either working or just

1    kind of hanging out with my fiance and pretty much home.

2              MR. CROSNER:  What do you and your fiance do?

3              THE PROSPECTIVE JUROR:  Either focus on planning

4    our wedding or go on hikes.  Nothing really crazy.

11:50AM  5              MR. CROSNER:  Do you have any opinions one way or

6    the other on drug companies?

7              THE PROSPECTIVE JUROR:  No.

8              MR. CROSNER:  What about publicly traded companies?

9              THE PROSPECTIVE JUROR:  Huh-uh.

11:50AM  10             MR. CROSNER:  Okay.  Do you think you could treat a

11   business and a person both fairly in this case?

12             THE PROSPECTIVE JUROR:  I think so, yeah.

13             MR. CROSNER:  Okay.  No further questions.

14             THE COURT:  All right.

11:50AM  15             Counsel, I have the count at three and three.  Is

16   that your count as well?

17             MR. JARAMILLO:  No.  We've only exercised two, Your

18   Honor.

19             THE COURT:  The pass is the use.

11:50AM  20             MR. JARAMILLO:  We didn't get to our third.

21             THE COURT:  Pardon me?

22             MR. JARAMILLO:  I'm sorry.

23             You passed on the second.  That's the use of the

24   peremptory, counsel.

11:50AM  25             MR. JARAMILLO:  Correct.

1          THE COURT:  So it's three and three.

2          I'm going to ask the six of you to stand, and if

3     you will raise your right hand, please, Karlen will

4     administer an oath.

11:50AM  5          (Jury sworn).

6          THE COURT:  Please be seated.  Thank you.  I'll be

7     right with you.  If you would bear with us, if you would work

8     with us a little bit into the lunch hour, I promise we won't

9     take the lunch hour.  We need to get four alternates.

11:51AM  10          Instead of bringing you back at 1:30, if you will

11     work with us, then I think we can give you the normal lunch

12     hour.  So if we could call four prospective alternates,

13     please.  And just call the first name, Karlen, and I'll

14     direct that person to their seat.

11:51AM  15          THE CLERK:  Mr. RG.

16          THE COURT:  Mr. RG, if you would come forward, sir.

17     Would you be kind enough to seat yourself up in the top row.

18     If I get you seated, everything will go smoothly.

19          Just take the -- either one of the two seats up

11:51AM  20     there, sir.  It doesn't matter in the top row.

21          If you'd call the next prospective juror, please.

22          THE CLERK:  Ms. ML.

23          THE COURT:  Take the seat in the first row, and you

24     can take either one of those seats.

11:52AM  25          If you would call the next prospective juror,

1    please.

2              THE CLERK:  Ms. TXB.

3              THE COURT:  Ms. TXB, if you would seat yourself in

4    either one of the black chairs, please.

11:53AM    5              And one more juror, please.

6              THE CLERK:  Ms. KAC.

7              THE COURT:  If you would take the remaining seat,

8    please.  All right.  For the four alternates -- and just for

9    the sitting jurors -- you're our safety valve.  That means

11:53AM    10    that if one of the jurors became sick, ill, or there was a

11    good legal excuse for not serving, then you'd take their

12    place.

13              That could even happen during jury deliberations.

14    Let's say they were deliberating and one of the jurors got

11:53AM    15    the flu.  Instead of bringing you back, we would probably

16    replace that juror and then go on with the deliberations.

17    Hopefully none of you are used.

18              Unfortunately, probably -- well, you can't predict,

19    but oftentimes an alternate is used.  If that's the case,

11:54AM    20    Mr. RG, you were brought up as the first potential alternate,

21    but it doesn't mean you're the first one called.  We take the

22    four names, we put them in a hat, spin it around, and we pull

23    out a name.

24              So it could be, Ms. TXB, you could be the person

11:54AM    25    pulled out of the hat.  It kind of keeps you guessing as to

```
 1   who the alternate is so you all have to pay attention.  So

 2   you can't count one, two, three, four, and think you're never

 3   going to serve.  Quite the opposite.

 4            So you keep the same hours.  You listen to the same

 5   evidence.  The only difference is when the jury deliberates,

 6   if you're not part of that sitting group, then bring a book

 7   and you read during that period of time.

 8            Let me start with you, Mr. RG, the same questions.

 9   Have you heard all the prior questions, sir?

10            THE PROSPECTIVE JUROR:  Yeah.

11            THE COURT:  Let's give you a microphone if it's

12   down there.  Any questions that you have heard that you care

13   to comment upon?  I'm not going to reask all the same

14   questions.

15            THE PROSPECTIVE JUROR:  No.

16            THE COURT:  Do you think you would be fair and

17   impartial to both sides?

18            THE PROSPECTIVE JUROR:  Yeah.

19            THE COURT:  Would you follow the law?

20            THE PROSPECTIVE JUROR:  Yeah.

21            THE COURT:  What's your profession, sir?  What do

22   you do for a living?

23            THE PROSPECTIVE JUROR:  Technician.

24            THE COURT:  Have you ever been a juror before?

25            THE PROSPECTIVE JUROR:  Yeah.
```

```
 1              THE COURT:  Over in superior court?

 2              THE PROSPECTIVE JUROR:  Yeah.

 3              THE COURT:  Yeah, just so you know, 95 percent of

 4      all the nation's jurisprudence takes place in our state

 5      courts, not the federal court.  About five percent of all the

 6      cases end up in federal court.

 7              Do you have any questions of me?

 8              THE PROSPECTIVE JUROR:  No.

 9              THE COURT:  Pleasure meeting you.  If you'd pass

10      the microphone down.

11              Ms. ML, I may go by first name here.  Just joking.

12      I'll try to pronounce your name correctly.  Same question,

13      have you heard all the prior questions?

14              THE PROSPECTIVE JUROR:  Yes.

15              THE COURT:  Any questions you'd comment upon?

16              THE PROSPECTIVE JUROR:  No.

17              THE COURT:  Do you think you would be fair and

18      impartial to both sides?

19              THE PROSPECTIVE JUROR:  Yes.

20              THE COURT:  Will you follow the law?

21              THE PROSPECTIVE JUROR:  Yes.

22              THE COURT:  Reading material.  What would you like

23      to read in your spare time?

24              THE PROSPECTIVE JUROR:  Self help, meditation.

25              THE COURT:  Ever been a juror before?
```

|   |   |
|---|---|
| 1 | THE PROSPECTIVE JUROR:  No. |
| 2 | THE COURT:  Any questions of me? |
| 3 | THE PROSPECTIVE JUROR:  No. |
| 4 | THE COURT:  Okay.  If you'd pass the microphone |
| 11:55AM 5 | down to Ms. TXB.  Ms. TXB, we'll go this way and same |
| 6 | question.  Have you heard all the prior questions? |
| 7 | THE PROSPECTIVE JUROR:  No. |
| 8 | THE COURT:  You haven't heard the prior questions? |
| 9 | THE PROSPECTIVE JUROR:  Oh, yeah, yeah, yeah.  I |
| 11:56AM 10 | have. |
| 11 | THE COURT:  Okay.  Otherwise I'd have to reask all |
| 12 | those again. |
| 13 | Any questions that we've asked that would cause a |
| 14 | response or an answer on your part? |
| 11:56AM 15 | THE PROSPECTIVE JUROR:  No. |
| 16 | THE COURT:  Do you think you would be fair and |
| 17 | impartial to both sides? |
| 18 | THE PROSPECTIVE JUROR:  Yes. |
| 19 | THE COURT:  Would you follow the law? |
| 11:56AM 20 | THE PROSPECTIVE JUROR:  Yes. |
| 21 | THE COURT:  What's your profession? |
| 22 | THE PROSPECTIVE JUROR:  I'm a full-time student and |
| 23 | an admitting representative at the hospital. |
| 24 | THE COURT:  If you had reading material and time |
| 11:56AM 25 | what would you like to read? |

1          THE PROSPECTIVE JUROR:  Self development and

2    business.

3          THE COURT:  Have you ever been a juror before?  I

4    just want to make sure.

11:56AM  5          THE PROSPECTIVE JUROR:  No.

6          THE COURT:  Okay.  Any questions of me?

7          THE PROSPECTIVE JUROR:  No.

8          THE COURT:  Thank you.  Nice meeting you.  If you

9    would pass the microphone to Ms. KAC.

11:56AM  10          Same question.  Have you heard all the prior

11    questions?

12          THE PROSPECTIVE JUROR:  Yes, but I do have a

13    comment.  I am out of town from the 14th to the 23rd.

14          THE COURT:  That's when -- I think we've got a

11:57AM  15    chance of being done by this Friday, but I want to be

16    cautious, because given 20 hours, we could just finish the

17    evidence, and I don't want one party arguing for an hour and

18    then we come back.  I want them arguing the same day in case

19    we have to come back the following Tuesday.  I think you're

11:57AM  20    right.  That would be the -- that's a Saturday.  You would be

21    out on the 14th?  And you will be out how long?

22          THE PROSPECTIVE JUROR:  Until the 23rd.

23          THE COURT:  Counsel, will you stipulate?

24          MR. CROSNER:  Yes.

11:57AM  25          THE COURT:  We're going to thank and excuse you.

1    Thank you very much.

2         If you would call another juror, please.  We have

3    got a chance of finishing, by the way.  I just don't want to

4    guarantee that.  I want to be cautious.

11:57AM  5         THE CLERK:  Ms. JMM.

6         THE COURT:  How are you today?  Are you related to

7    Johnny Moeller by any chance?

8         THE PROSPECTIVE JUROR:  Not that I know of.

9         THE COURT:  Okay.  Great.  Have a seat.  I just

11:58AM  10   want to make sure.  Have you heard all of the prior

11   questions?

12        THE PROSPECTIVE JUROR:  I have.

13        THE COURT:  Any questions you would care to respond

14   to?

11:58AM  15        THE PROSPECTIVE JUROR:  No.

16        THE COURT:  Anything that we've asked that you

17   would want to answer?

18        THE PROSPECTIVE JUROR:  No.

19        THE COURT:  Well, let's say -- have you ever been a

11:58AM  20   juror before?

21        THE PROSPECTIVE JUROR:  I have not.

22        THE COURT:  Okay.  Anything else?

23        THE PROSPECTIVE JUROR:  No.  I mean, I'm a behavior

24   analyst.  I work for Anthem reviewing funding for kids with

11:58AM  25   autism.

```
 1              THE COURT:  Okay.  And it's the mask.  Keep the
 2     mask on.  It's just muffling for me.  That's all.  My
 3     apologies.  Once again, have you ever been a juror before?
 4              THE PROSPECTIVE JUROR:  No.
11:58AM    5    THE COURT:  Would you be fair and impartial to both
 6     sides?
 7              THE PROSPECTIVE JUROR:  I would.
 8              THE COURT:  And would you follow the law?
 9              THE PROSPECTIVE JUROR:  Yes.
11:59AM   10    THE COURT:  Reading material.  If you had time,
11     what would you like to read?
12              THE PROSPECTIVE JUROR:  I like historical fiction.
13              THE COURT:  Okay.  Do you have any questions for
14     me?
11:59AM   15    THE PROSPECTIVE JUROR:  No.
16              THE COURT:  Let me turn you over to counsel.
17              Counsel, you have ten minutes.  You have four
18     jurors to speak to.
19              MR. JARAMILLO:  Ms. JMM, I didn't catch your
11:59AM   20    profession.  I'm sorry.
21              THE PROSPECTIVE JUROR:  I'm a behavior analyst.  I
22     do case management for children with autism and their
23     programs.
24              MR. JARAMILLO:  And you do that for Anthem?
11:59AM   25    THE PROSPECTIVE JUROR:  I do, yes.
```

1          MR. JARAMILLO:  So you work for the insurance

2     company?

3          THE PROSPECTIVE JUROR:  I do.

4          MR. JARAMILLO:  And what does a behavior analyst do

11:59AM  5     for autistic children?  What does that entail?

6          THE PROSPECTIVE JUROR:  We work on reducing

7     nonfunctional behaviors and increasing functional behaviors.

8     So we analyze the data based on what we're teaching and how

9     they're responding.

11:59AM  10          MR. JARAMILLO:  So Anthem is an insurance company,

11    right?

12          THE PROSPECTIVE JUROR:  It is, yes.

13          MR. JARAMILLO:  So do you work directly for them as

14    a behavioral...

12:00PM  15          THE PROSPECTIVE JUROR:  I do now, yes.  I used to

16    work in the field, and I now work for Anthem.

17          MR. JARAMILLO:  What's the difference between

18    working for an insurance company and in the field in that

19    area?

12:00PM  20          THE PROSPECTIVE JUROR:  In the field I'm working

21    directly one on one with the children and their families.

22    Here I'm just reviewing data and reports and determining the

23    medical necessity of the program.

24          MR. JARAMILLO:  Do you prefer that to working in

12:00PM  25    the field?

1          THE PROSPECTIVE JUROR:  No, but it's -- it's nice

2    for having a family.

3          MR. JARAMILLO:  All right.  Thank you.

4          Mr. RG, I notice that you have been a juror before.

12:00PM  5    Can you tell us a little bit about the case that you served

6    on.

7          THE PROSPECTIVE JUROR:  I think a client was suing

8    a dentist for her teeth.

9          MR. JARAMILLO:  So it was a civil case?

12:00PM  10         THE PROSPECTIVE JUROR:  Yeah.

11         MR. JARAMILLO:  What was the result of that case?

12         THE PROSPECTIVE JUROR:  The doctor won.  The

13   dentist won.

14         MR. JARAMILLO:  Did you agree with that result?

12:01PM  15         THE PROSPECTIVE JUROR:  Yeah.

16         MR. JARAMILLO:  Did you find that that was a

17   frivolous case?

18         THE PROSPECTIVE JUROR:  What do you mean?

19         MR. JARAMILLO:  So did you find that the case --

12:01PM  20   you know what?  Let me withdraw the question.  Did you have

21   any strong opinion about that case one way or the other?

22         THE PROSPECTIVE JUROR:  No.

23         MR. JARAMILLO:  You said you're a technician.  What

24   does that mean?

12:01PM  25         THE PROSPECTIVE JUROR:  I work for Caliber

|     |     |
| --- | --- |
| 1 | Collision.  It's a big company that fixes cars. |
| 2 | MR. JARAMILLO:  Got it.  So when cars get in |
| 3 | accidents, they bring their car in and you work on the car? |
| 4 | THE PROSPECTIVE JUROR:  Yes. |
| 12:01PM 5 | MR. JARAMILLO:  How long have you been doing that? |
| 6 | THE PROSPECTIVE JUROR:  Probably, like, over seven |
| 7 | years. |
| 8 | MR. JARAMILLO:  Have you had any careers besides |
| 9 | that? |
| 12:01PM 10 | THE PROSPECTIVE JUROR:  No. |
| 11 | MR. JARAMILLO:  Have you or anyone close to you |
| 12 | ever been involved in a civil lawsuit? |
| 13 | THE PROSPECTIVE JUROR:  No. |
| 14 | MR. JARAMILLO:  Is there -- are you close to |
| 12:02PM 15 | anybody, dating somebody, or married, anything of that sort? |
| 16 | THE PROSPECTIVE JUROR:  Married, yeah. |
| 17 | MR. JARAMILLO:  What does your spouse do? |
| 18 | THE PROSPECTIVE JUROR:  She works for my |
| 19 | father-in-law. |
| 12:02PM 20 | THE COURT:  Repeat that.  You work for your |
| 21 | father-in-law? |
| 22 | THE PROSPECTIVE JUROR:  My wife does. |
| 23 | THE COURT:  Speak louder.  Maybe we don't need that |
| 24 | microphone. |
| 12:02PM 25 | MR. JARAMILLO:  And what does she do for your |

1   father-in-law?

2          THE PROSPECTIVE JUROR:  She works from home.  My

3   father-in-law owns a mortuary home.

4          MR. JARAMILLO:  Which mortuary?

12:02PM 5          THE PROSPECTIVE JUROR:  Reflections, based in

6   Anaheim.

7          MR. JARAMILLO:  Ms. ML.  Did I get that correct?

8          THE PROSPECTIVE JUROR:  Yes.

9          THE COURT:  Try to speak with a loud voice just so

12:03PM 10  we don't have to struggle with this microphone.  It

11  consistently fails on us.

12          THE PROSPECTIVE JUROR:  I'm going to try.

13          THE COURT:  Go ahead, counsel.

14          MR. JARAMILLO:  You are a nurse practitioner?

12:03PM 15          THE PROSPECTIVE JUROR:  I am.

16          MR. JARAMILLO:  How long have you been doing that?

17          THE PROSPECTIVE JUROR:  Ten years.

18          MR. JARAMILLO:  And did I see correctly you're also

19  a student?

12:03PM 20          THE PROSPECTIVE JUROR:  I am, in a doctorate

21  program.

22          MR. JARAMILLO:  What are you getting your doctorate

23  in?

24          THE PROSPECTIVE JUROR:  Still in nursing.  I'm a

12:03PM 25  nurse practitioner in pediatrics now.  It's kind of more

120 of 168

leadership and research based.

        MR. JARAMILLO:  As a nurse practitioner, you work with doctors, medical doctors?

        THE PROSPECTIVE JUROR:  I do.

12:03PM        MR. JARAMILLO:  Do you ever experience -- is there any tension between nurse practitioners and medical doctors? I see you smiling.

        THE PROSPECTIVE JUROR:  Always.

        MR. JARAMILLO:  Okay.  Tell me a little bit about that.

        THE PROSPECTIVE JUROR:  The nurse practitioner's role is newer.  I don't think it's well understood by a lot of medical doctors.  So there's a lot of kind of a power struggle.  I'm the doctor; you're the nurse.  Listen to me.

Here I can treat patients with antibiotics, manage my own patients.  It's just, you know, a careful kind of cat dance thing.

        MR. JARAMILLO:  Understood.  Do you feel you can be fair and impartial toward anybody in this case even if they might be a medical doctor?

        THE PROSPECTIVE JUROR:  Yes.

        MR. JARAMILLO:  Okay.  Any experience with clinical trials?

        THE PROSPECTIVE JUROR:  No.

        MR. JARAMILLO:  As part of your graduate studies,

```
 1    have you looked at statistics or studied statistics?

 2              THE PROSPECTIVE JUROR:  Yes.

 3              MR. JARAMILLO:  Extensively?

 4              THE PROSPECTIVE JUROR:  Yes.  I've had three

 5    different classes at every degree that I take.

 6              MR. JARAMILLO:  You feel you have a pretty good

 7    understanding of basic statistics?

 8              THE PROSPECTIVE JUROR:  Yes.

 9              MR. JARAMILLO:  All right.  When do you expect to

10    get your graduate degree?

11              THE PROSPECTIVE JUROR:  In May of this year.

12              MR. JARAMILLO:  Where are you attending?

13              THE PROSPECTIVE JUROR:  I'm doing a consortium

14    program, Cal State University consortium out of Fullerton.

15              MR. JARAMILLO:  You heard the questions that we've

16    asked before.  I'll ask you the same thing.  Was there

17    anything in particular, any question that was asked by any of

18    us -- Judge Carter, Mr. Crosner, or myself -- where you found

19    yourself with particular information or were nodding your

20    head in agreement?

21              THE PROSPECTIVE JUROR:  Nodding my head in

22    agreement that I agree with the question or --

23              MR. JARAMILLO:  Agreed with -- yes.  If someone

24    asked you about a particular attitude, for example,

25    toward something, that you were agreeing with the responses
```

1     from some of the prior jurors who answered?

2              THE PROSPECTIVE JUROR:  I think I'm indifferent.  I

3     don't know.  I have to hear the question in particular.

4              MR. JARAMILLO:  Understood.

12:06PM   5              Ms. TXB, you mentioned that you were a rep at a

6     hospital, but I didn't quite catch all of that.  Can you tell

7     me what you do again.

8              THE PROSPECTIVE JUROR:  Yeah.  I work as an

9     admitting representative at Hoag Hospital.

12:06PM  10              MR. JARAMILLO:  Oh, you work in admitting, when the

11    patient comes in?

12              THE PROSPECTIVE JUROR:  Yeah.

13              MR. JARAMILLO:  Okay.  How long have you done that?

14              THE PROSPECTIVE JUROR:  Two months.

12:06PM  15              MR. JARAMILLO:  How do you like it?

16              THE PROSPECTIVE JUROR:  I like it.

17              MR. JARAMILLO:  Have you ever worked in the medical

18    profession before that?

19              THE PROSPECTIVE JUROR:  I did.

12:06PM  20              MR. JARAMILLO:  What did you do?

21              THE PROSPECTIVE JUROR:  I work as a front office

22    assistant at a pediatrician office for three years.

23              MR. JARAMILLO:  Why did you move from that job into

24    the current one?

12:07PM  25              THE PROSPECTIVE JUROR:  Yeah.

1          MR. JARAMILLO:  Why?

2          THE PROSPECTIVE JUROR:  It was just after three

3    years, I feel like I've already gained all the experience I

4    needed in that small office, so I wanted to move to a bigger

12:07PM  5    environment to grow.

6          MR. JARAMILLO:  Ever have any conflicts at that

7    medical office with any of the other personnel?

8          THE PROSPECTIVE JUROR:  No.

9          MR. JARAMILLO:  You mentioned also, I think, that

12:07PM 10   you are a student; is that right?

11          THE PROSPECTIVE JUROR:  Yeah.

12          MR. JARAMILLO:  Where do you go to school?

13          THE PROSPECTIVE JUROR:  Cal State Long Beach.

14          MR. JARAMILLO:  What are you studying?

12:07PM 15          THE PROSPECTIVE JUROR:  Business management.

16          MR. JARAMILLO:  Are you looking to get a -- so

17   you're looking to get a bachelor's degree in that?

18          THE PROSPECTIVE JUROR:  Yeah.

19          MR. JARAMILLO:  Do you plan on going on for a

12:07PM 20   graduate degree after that?

21          THE PROSPECTIVE JUROR:  No.

22          MR. JARAMILLO:  Is there anything in particular

23   that you plan to do with this business management degree?

24          THE PROSPECTIVE JUROR:  I want to do management

12:07PM 25   within healthcare.

|       |    |                                                                            |
|-------|----|----------------------------------------------------------------------------|
|       | 1  | MR. JARAMILLO:  Within healthcare.                                         |
|       | 2  | THE PROSPECTIVE JUROR:  Uh-huh.                                            |
|       | 3  | MR. JARAMILLO:  Pharmaceutical industry?                                   |
|       | 4  | THE PROSPECTIVE JUROR:  Just like hospital wise.                          |
| 12:07PM | 5  | MR. JARAMILLO:  So any interest in                                       |
|       | 6  | biopharmaceutical?                                                          |
|       | 7  | THE PROSPECTIVE JUROR:  No.                                                |
|       | 8  | MR. JARAMILLO:  Okay.  You want to get into                               |
|       | 9  | administration for hospitals basically?                                    |
| 12:07PM | 10 | THE PROSPECTIVE JUROR:  Yeah.                                             |
|       | 11 | MR. JARAMILLO:  Do you follow any particular news                         |
|       | 12 | sources?                                                                    |
|       | 13 | THE PROSPECTIVE JUROR:  No.                                                |
|       | 14 | MR. JARAMILLO:  How about any of the other                                |
| 12:08PM | 15 | alternate jurors that have been called?  Does anyone follow               |
|       | 16 | news from any particular source?                                           |
|       | 17 | THE PROSPECTIVE JUROR:  Google news.                                       |
|       | 18 | MR. JARAMILLO:  You read Google news, you said?                           |
|       | 19 | THE PROSPECTIVE JUROR:  I do.  I read Google news,                        |
| 12:08PM | 20 | yeah.                                                                       |
|       | 21 | MR. JARAMILLO:  Any other news source?                                     |
|       | 22 | THE PROSPECTIVE JUROR:  That's it.                                         |
|       | 23 | MR. JARAMILLO:  Do any of you have any particularly                       |
|       | 24 | strong feelings about litigation in this country with too                  |
| 12:08PM | 25 | many lawsuits filed?  You can raise your hand or nod your                 |

1    head.  Just give me some indication if you feel that that's

2    the case.

3                Earlier I asked about clinical trials.  Have any of

4    you had experience with clinical trials, if I didn't ask you

12:08PM  5    already?

6                Okay.  Anyone else have an understanding of

7    statistics in any way?  You do, Ms. JMM?  Go ahead.

8                THE PROSPECTIVE JUROR:  Just in terms of ABA

9    programs for autism, we do analyze the data and kind of base

12:09PM 10    decisions on it.

11               MR. JARAMILLO:  Okay.  So you have a fairly decent

12    working understanding of how statistics work?

13               THE PROSPECTIVE JUROR:  Uh-huh.

14               MR. JARAMILLO:  Okay.  Thank you.

12:09PM 15               Thank you, Your Honor.

16               THE COURT:  Counsel, about ten minutes as well.

17               MR. CROSNER:  Now I can say good afternoon.  We've

18    crossed the threshold.

19               Ms. ML, is it fair to say you've had some science

12:09PM 20    background in your studies?

21               THE PROSPECTIVE JUROR:  Yes.

22               MR. CROSNER:  Okay.  What type of background?

23               THE PROSPECTIVE JUROR:  Well, the nursing program

24    has a lot of sciences.  Then the master's program is another

12:10PM 25    three years of sciences, and the doctorate is another two and

1    a half years.

2             MR. CROSNER:  Does -- and I'm speaking to the

3    alternate group.  Does anyone else have any science courses

4    in their background?

12:10PM    5             THE PROSPECTIVE JUROR:  Behavioral science.

6             MR. CROSNER:  Can you explain what you mean by

7    behavioral science.

8             THE PROSPECTIVE JUROR:  Again, just looking at

9    functions of behavior and analyzing data.  I don't know how

12:10PM   10    to describe it in a few words.

11             MR. CROSNER:  That's perfect.  Anyone in this group

12    ever made any complaints at work?  Ms. ML?

13             THE PROSPECTIVE JUROR:  Yes.  Oftentimes I've

14    worked a lot of private practices, different kinds of

12:11PM   15    practices, and nurse practitioners, sometimes physicians,

16    want to overbook or have us stay a little longer.

17             So, yes, you know, kind of advocating for myself to

18    have a normal ratio for an eight-hour day as opposed to a

19    ten-hour day.

12:11PM   20             MR. CROSNER:  Okay.  Do you see any reason why

21    these issues you've raised would impact your ability to be

22    fair in this case?

23             THE PROSPECTIVE JUROR:  No.

24             MR. CROSNER:  I'll stick with you for a moment,

12:11PM   25    Ms. ML.  Do you see any reason why persons and businesses

1    should be treated differently in court?

2         THE PROSPECTIVE JUROR:  No.

3         MR. CROSNER:  If you pass it back to Mr. RG.  Same

4    question for you.

12:11PM  5         THE PROSPECTIVE JUROR:  What was that?

6         MR. CROSNER:  I'll repeat it.  If businesses -- do

7    you believe that businesses and persons should be treated

8    differently in court?

9         THE PROSPECTIVE JUROR:  Yeah.

12:12PM 10         MR. CROSNER:  In what way?

11         THE PROSPECTIVE JUROR:  The businesses have more

12    power and more people than an individual.

13         MR. CROSNER:  If you could pass it down to Ms. TXB.

14    Do you believe that businesses and persons should be treated

12:12PM 15    differently in court?

16         THE PROSPECTIVE JUROR:  No.

17         MR. CROSNER:  If you could pass it to Ms. JMM.

18         THE PROSPECTIVE JUROR:  No.

19         MR. CROSNER:  Okay.  Thank you.

12:12PM 20         No further questions.

21         THE COURT:  The first peremptory would pass to the

22    plaintiff if you choose to exercise a peremptory.

23         MR. JARAMILLO:  One second, Your Honor.

24         Your Honor, plaintiff would like to thank and

12:13PM 25    excuse Juror No. 9, Ms. TXB.

1          THE COURT:  Ms. TXB, thank you very much.  If you

2     would go back to the jury room, I think Terri is going to

3     send you right home.  Appreciate it.  Nice meeting you.

4          Call a prospective alternate, please.

12:13PM  5          THE CLERK:  Mr. EC.

6          THE COURT:  Have a seat in that chair.  Help me

7     with the pronunciation.  Is it EC?

8          THE PROSPECTIVE JUROR:  EC.

9          THE COURT:  EC.  Thank you.

12:13PM 10          Have you heard all of the prior questions?

11          THE PROSPECTIVE JUROR:  Yes.

12          THE COURT:  Any questions that you care to respond

13     to or to answer?

14          THE PROSPECTIVE JUROR:  No.

12:13PM 15          THE COURT:  Can I ask your profession.

16          THE PROSPECTIVE JUROR:  I'm a full-time student.

17          THE COURT:  Have you ever been a juror before?

18          THE PROSPECTIVE JUROR:  No.

19          THE COURT:  If you had leisure reading time outside

12:14PM 20     your studies as a student, what would you like to read?

21          THE PROSPECTIVE JUROR:  Anything having to do with

22     computer graphics.

23          THE COURT:  Are you a computer major?

24          THE PROSPECTIVE JUROR:  Yes.

12:14PM 25          THE COURT:  Okay.  Do you think you would be fair

```
 1   and impartial to both sides in this case?
 2              THE PROSPECTIVE JUROR:  Yes.
 3              THE COURT:  Will you follow the law?
 4              THE PROSPECTIVE JUROR:  Yes.
 5              THE COURT:  Do you have any questions of me?
 6              THE PROSPECTIVE JUROR:  No.
 7              THE COURT:  Counsel, please.
 8              MR. JARAMILLO:  Mr. EC, where do you go to school?
 9              THE PROSPECTIVE JUROR:  Cal State Fullerton.
10              MR. JARAMILLO:  And did I hear you correctly that
11   you're studying computer graphics?
12              THE PROSPECTIVE JUROR:  Computer major.  Computer
13   science.
14              MR. JARAMILLO:  But you have a particular interest
15   in graphics?
16              THE PROSPECTIVE JUROR:  Yes.
17              MR. JARAMILLO:  What is it about that that appeals
18   to you?
19              THE PROSPECTIVE JUROR:  Just working with 3D models
20   and, you know, just graphics, making video games.
21              MR. JARAMILLO:  Do you live at home with your
22   parents?
23              THE PROSPECTIVE JUROR:  Yes.
24              MR. JARAMILLO:  And do both parents live with you?
25              THE PROSPECTIVE JUROR:  Yes.
```

12:14PM  (line 5)
12:14PM  (line 10)
12:14PM  (line 15)
12:14PM  (line 20)
12:15PM  (line 25)

```
 1                    MR. JARAMILLO:  What do they do for a living?

 2                    THE PROSPECTIVE JUROR:  My mother works in the air

 3        industry.

 4                    MR. JARAMILLO:  Airline?

 5                    THE PROSPECTIVE JUROR:  Yeah.  She's, like,

 6        somebody in the assembly line.  And my father is unemployed.

 7                    MR. JARAMILLO:  Did he have a career before he

 8        became unemployed?

 9                    THE PROSPECTIVE JUROR:  Yes.

10                    MR. JARAMILLO:  What did he do?

11                    THE PROSPECTIVE JUROR:  I really can't remember.

12        It was more like landscaping, I believe.

13                    MR. JARAMILLO:  Do you know why he became

14        unemployed?

15                    THE PROSPECTIVE JUROR:  He messed up his foot.

16                    MR. JARAMILLO:  Do you know if he -- so he's

17        receiving disability?

18                    THE PROSPECTIVE JUROR:  No, he's not.

19                    MR. JARAMILLO:  Do you know if that was a worker's

20        compensation accident?

21                    THE PROSPECTIVE JUROR:  I don't know about that.

22                    MR. JARAMILLO:  Did he get injured at work?

23                    THE PROSPECTIVE JUROR:  Yes.  I don't know much

24        about that.

25                    MR. JARAMILLO:  I'm sorry?
```

1    THE PROSPECTIVE JUROR:  I don't know much about

2    that.

3    MR. JARAMILLO:  Understood.  Do you have any

4    siblings?

12:15PM    5    THE PROSPECTIVE JUROR:  Yes.

6    MR. JARAMILLO:  How many?

7    THE PROSPECTIVE JUROR:  Three.

8    MR. JARAMILLO:  Where do you fit in the scheme of

9    the four kids -- in the order, I should say?

12:15PM    10    THE PROSPECTIVE JUROR:  I'm the second.

11    MR. JARAMILLO:  When do you expect to graduate?

12    THE PROSPECTIVE JUROR:  Next year, during the fall.

13    MR. JARAMILLO:  Fall of '23?

14    THE PROSPECTIVE JUROR:  Yes.

12:16PM    15    MR. JARAMILLO:  And do you have any plans after

16    that?

17    THE PROSPECTIVE JUROR:  Get a job.  Career.

18    MR. JARAMILLO:  Are you -- any particular place

19    you'd like to get a job if you had your druthers?

12:16PM    20    THE PROSPECTIVE JUROR:  Well, anywhere related to

21    gaming, you know, like EA or Activision.

22    MR. JARAMILLO:  Do you like gaming in your spare

23    time?

24    THE PROSPECTIVE JUROR:  Yeah.

12:16PM    25    MR. JARAMILLO:  What games do you like to play?

```
 1                THE PROSPECTIVE JUROR:  League of Legends.

 2                MR. JARAMILLO:  Anything else?

 3                THE PROSPECTIVE JUROR:  Well, there's a lot of

 4     games.  Death Stranding.  That's pretty much it, you know.

 5                MR. JARAMILLO:  And you said League of Legends,

 6     right?

 7                THE PROSPECTIVE JUROR:  Yes.

 8                MR. JARAMILLO:  That's a multi-player game?

 9                THE PROSPECTIVE JUROR:  Yes.

10                MR. JARAMILLO:  Do you typically play with groups

11     of other people?

12                THE PROSPECTIVE JUROR:  Yes.

13                MR. JARAMILLO:  How do you like doing that?

14                THE PROSPECTIVE JUROR:  I enjoy it.

15                MR. JARAMILLO:  Do you have a group of friends that

16     you do that with typically?

17                THE PROSPECTIVE JUROR:  No.  Nobody plays League of

18     Legends.

19                MR. JARAMILLO:  Does that game involve strategy,

20     problem solving, things like that?

21                THE PROSPECTIVE JUROR:  Yes.

22                MR. JARAMILLO:  And you enjoy that part of the

23     game?

24                THE PROSPECTIVE JUROR:  Yes.

25                MR. JARAMILLO:  I assume you don't have any
```

12:16PM (line 5)
12:16PM (line 10)
12:17PM (line 15)
12:17PM (line 20)
12:17PM (line 25)

1    experience with clinical trials just based on the background

2    you've given me so far?

3              THE PROSPECTIVE JUROR:  No.

4              MR. JARAMILLO:  Have you done any sort of -- any

5    study of statistics?

6              THE PROSPECTIVE JUROR:  No.

7              MR. JARAMILLO:  And did you -- have you worked for

8    another employer or any employer?

9              THE PROSPECTIVE JUROR:  Just Walmart*.

10             MR. JARAMILLO:  Okay.  When did you work for

11   Walmart*?

12             THE PROSPECTIVE JUROR:  Before the pandemic

13   happened.

14             MR. JARAMILLO:  And what happened there?

15             THE PROSPECTIVE JUROR:  It was -- the pandemic

16   happened.  Well, I kind of got scared for it, so I took a

17   leave of absence and then they terminated me.  Then I just

18   went to school after that.

19             MR. JARAMILLO:  They terminated you while you were

20   on a leave of absence?

21             THE PROSPECTIVE JUROR:  Well, yeah, but I didn't

22   show up again after they told me to come back in.

23             MR. JARAMILLO:  Okay.  So that was your choice?

24             THE PROSPECTIVE JUROR:  Yeah.

25             MR. JARAMILLO:  All right.  So you don't have any

```
 1    hard feelings toward Walmart*?
 2              THE PROSPECTIVE JUROR:  Oh, no.  No.
 3              MR. JARAMILLO:  Gotcha.
 4              THE COURT:  Thank you, counsel.
 5              MR. JARAMILLO:  Thank you, Your Honor.
 6              THE COURT:  Counsel.
 7              MR. CROSNER:  When you worked for Walmart*, did you
 8    ever make any complaints?
 9              THE PROSPECTIVE JUROR:  No.
10              MR. CROSNER:  Do you have any issues with drug
11    companies?
12              THE PROSPECTIVE JUROR:  No.
13              MR. CROSNER:  What about publicly traded companies?
14              THE PROSPECTIVE JUROR:  No.
15              MR. CROSNER:  Okay.  And do you have any kind of
16    strong opinions one way or the other as to whether businesses
17    and persons should be treated the same or differently in
18    court?
19              THE PROSPECTIVE JUROR:  No.
20              MR. CROSNER:  And you're on break right now, I
21    presume.  What did your break look like?
22              THE PROSPECTIVE JUROR:  Catching a cold.
23              MR. CROSNER:  Anything else other than that?
24              THE PROSPECTIVE JUROR:  No.  Well, just, you know,
25    celebrating Christmas with my family.  That's pretty much it.
```

12:18PM (5)
12:18PM (10)
12:18PM (15)
12:18PM (20)
12:19PM (25)

1          MR. CROSNER:  Great.  Thank you.

2          THE COURT:  Thank you.  The peremptory would now

3     pass to the defense.  This would be your first peremptory if

4     you decide to exercise it.

12:19PM  5          MR. CROSNER:  We'd like to thank and excuse Ms. ML.

6          THE COURT:  Thank you very much.  If you'd go back

7     down to the jury room, I think Terri is going to send you

8     right home.

9          Just one moment.  I'll be right with you.  Ms. JYH

12:19PM  10    had her hand up in the air.  If there's a microphone so we

11    can hear you?

12          THE PROSPECTIVE JUROR:  First of all, I apologize

13    for not making this comment earlier, but I won't be in Orange

14    County starting this weekend because of school.  I was

12:19PM  15    wondering if that would affect my attendance here, because I

16    thought it was just, like, the four days, and I would be here

17    until Friday.

18          If it continues to go -- if the trial continues to

19    go past Friday, I don't think I'll be able to make it to the

12:20PM  20    following days out there.

21          THE COURT:  I see.  Thank you very much.  Counsel,

22    you've excused now Ms. ML; is that correct?

23          MR. CROSNER:  Yes.

24          THE COURT:  All right.  If you would call another

12:20PM  25    alternate.  We'll come back to you in a minute.

```
 1                    THE CLERK:  Mr. FK.
 2                    THE COURT:  If you'd be kind enough to take that
 3        vacant seat down in the first row just in front.
 4                    Have you heard all of the prior questions that
 5        we've asked?
 6                    THE PROSPECTIVE JUROR:  Yes.
 7                    THE COURT:  Any questions that you care to comment
 8        upon or answer?
 9                    THE PROSPECTIVE JUROR:  No.
10                    THE COURT:  We won't reask them, then.
11                    Your occupation, sir?
12                    THE PROSPECTIVE JUROR:  Filmmaker.
13                    THE COURT:  Have you ever been a juror before?
14                    THE PROSPECTIVE JUROR:  No.
15                    THE COURT:  Do you think you'd be fair to both
16        sides in this matter?
17                    THE PROSPECTIVE JUROR:  Yes.
18                    THE COURT:  I think we all have biases in some way,
19        conscious or subconscious.  If you recognize those, we ask
20        you to put those aside and be fair to both sides.  Would you
21        follow the law?
22                    THE PROSPECTIVE JUROR:  Yes.
23                    THE COURT:  Such a simple question but sometimes
24        needed.  Filmmaker, but in your spare time what would you
25        like to read, or is it all connected with film?
```

1           THE PROSPECTIVE JUROR:  I read filmmaking books.

2           THE COURT:  Okay -- that leads to film.

3           THE PROSPECTIVE JUROR:  Yeah.

4           THE COURT:  Any questions of me, sir?

12:21PM  5           THE PROSPECTIVE JUROR:  No.

6           THE COURT:  Thank you very much.

7           Counsel.

8           MR. JARAMILLO:  Thank you.  I've heard your name

9    pronounced differently, so how do you pronounce it?

12:21PM 10           THE PROSPECTIVE JUROR:  FK.

11           MR. JARAMILLO:  Mr. FK, have you worked on anything

12    we would have seen as a filmmaker?

13           THE PROSPECTIVE JUROR:  No.

14           MR. JARAMILLO:  Okay.  And do you specialize in

12:22PM 15    working on particular types of films?  Documentaries, for

16    example, or other sorts?

17           THE PROSPECTIVE JUROR:  No.

18           MR. JARAMILLO:  How long have you been a filmmaker?

19           THE PROSPECTIVE JUROR:  Four years.

12:22PM 20           MR. JARAMILLO:  Did you go to school for that?

21           THE PROSPECTIVE JUROR:  Yes.  I'm still in college.

22           MR. JARAMILLO:  Okay.  Where do you go to school?

23           THE PROSPECTIVE JUROR:  OCC, and I'm -- this

24    upcoming semester I'm going to Long Beach.

12:22PM 25           MR. JARAMILLO:  You're transferring?

1           THE PROSPECTIVE JUROR:  Yes.

2           MR. JARAMILLO:  And what are you majoring in there?

3           THE PROSPECTIVE JUROR:  Film.

4           MR. JARAMILLO:  Of course.  Is there any particular

5    genre of film that you like?

6           THE PROSPECTIVE JUROR:  No.

7           MR. JARAMILLO:  And are you -- do you work as a

8    freelancer, or are you actually employed by somebody?

9           THE PROSPECTIVE JUROR:  I am interning for a

10   company up in L.A.  I am doing photography as a job for a car

11   dealership in Costa Mesa.  I am a freelance editor.  I am

12   also a freelance IT tech.  And I'm currently being hired for

13   a teacher's assistant job in the film department.

14          MR. JARAMILLO:  And where is that?

15          THE PROSPECTIVE JUROR:  Newport Harbor High School.

16          MR. JARAMILLO:  You wear a lot of hats.  Is there

17   -- I know that filmmaking is your -- would you consider that

18   your passion?

19          THE PROSPECTIVE JUROR:  A hundred percent.

20          MR. JARAMILLO:  And you said you're doing

21   photography work?

22          THE PROSPECTIVE JUROR:  Yes.

23          MR. JARAMILLO:  What type of photography work, like

24   wedding portraits and things like that?

25          THE PROSPECTIVE JUROR:  It's car photography for a

| | |
|---|---|
| 1 | car dealership. |
| 2 | MR. JARAMILLO:  You did say that.  I'm sorry. |
| 3 | So do you take photos of cars that are for sale? |
| 4 | THE PROSPECTIVE JUROR:  Yeah.  They're used cars. |
| 12:23PM  5 | MR. JARAMILLO:  Got it. |
| 6 | What's the car dealership? |
| 7 | THE PROSPECTIVE JUROR:  It's called Nash Auto, |
| 8 | N-a-s-h. |
| 9 | MR. JARAMILLO:  I know you're transferring to Long |
| 12:24PM  10 | Beach in the fall.  When do you expect to graduate? |
| 11 | THE PROSPECTIVE JUROR:  2025. |
| 12 | MR. JARAMILLO:  Do you have plans after that? |
| 13 | THE PROSPECTIVE JUROR:  Yes. |
| 14 | MR. JARAMILLO:  What are your plans? |
| 12:24PM  15 | THE PROSPECTIVE JUROR:  Keep doing film.  Get a |
| 16 | job.  Keep doing my jobs.  Maybe start a business in film. |
| 17 | MR. JARAMILLO:  Do you have any interest in working |
| 18 | in the film industry in Hollywood? |
| 19 | THE PROSPECTIVE JUROR:  Yes, or having people work |
| 12:24PM  20 | for me, yes. |
| 21 | MR. JARAMILLO:  Good plan.  Do you follow any |
| 22 | particular news source? |
| 23 | THE PROSPECTIVE JUROR:  I consume my news through |
| 24 | social media such as Instagram, Snapchat, Reddit, others. |
| 12:24PM  25 | And I can fact check that information via CNN, Fox News, and |

```
  1    anywhere else that -- you know.
  2              MR. JARAMILLO:  Ever had a dispute with an
  3    employer?
  4              THE PROSPECTIVE JUROR:  No.
12:25PM  5              MR. JARAMILLO:  Have you ever had anybody accuse
  6    you of any wrongdoing or have a conflict with somebody else
  7    at any of your jobs?
  8              THE PROSPECTIVE JUROR:  Not that I can remember,
  9    no.
12:25PM 10              MR. JARAMILLO:  Anybody close to you work in the
 11    legal industry?
 12              THE PROSPECTIVE JUROR:  No.
 13              MR. JARAMILLO:  How about in pharmaceuticals?
 14              THE PROSPECTIVE JUROR:  No.
12:25PM 15              MR. JARAMILLO:  And do you have any experience with
 16    clinical trials?
 17              THE PROSPECTIVE JUROR:  No.  I've done research
 18    into how clinical trials work for trading stocks, for that
 19    reason.
12:25PM 20              MR. JARAMILLO:  You're a stock trader.
 21              THE PROSPECTIVE JUROR:  Yeah -- crypto stocks, all
 22    of that.
 23              MR. JARAMILLO:  So as part of your stock trading
 24    activities, you do research into companies?
12:26PM 25              THE PROSPECTIVE JUROR:  Yes.  I've looked into how
```

| | |
|---|---|
| 1 | pharmaceutical companies work, and I've -- I feel like |
| 2 | there's too much risk to invest into ones that are in |
| 3 | clinical trials due to, you know, the failure rate of how |
| 4 | clinical trials work.  They can just crash.  So I decided |
| 12:26PM 5 | against going into pharma stuff.  I invest in tech. |
| 6 | MR. JARAMILLO:  Okay.  So when you say you decided |
| 7 | against going into pharma, you mean investing in |
| 8 | pharmaceutical companies? |
| 9 | THE PROSPECTIVE JUROR:  Yes. |
| 12:26PM 10 | MR. JARAMILLO:  Okay.  And that's because of the |
| 11 | high failure rate of clinical trials? |
| 12 | THE PROSPECTIVE JUROR:  Yeah.  I just don't see a |
| 13 | -- I am better off going into tech, places where I know my |
| 14 | research well. |
| 12:26PM 15 | MR. JARAMILLO:  Understood.  Do you feel that you |
| 16 | have a pretty good understanding of the biopharmaceutical |
| 17 | industry based on your previous time researching it? |
| 18 | THE PROSPECTIVE JUROR:  Some but not everything, |
| 19 | no. |
| 12:27PM 20 | MR. JARAMILLO:  Any experience when you were |
| 21 | researching biopharma, any experience in companies that |
| 22 | specialize in derivatives of cannabis? |
| 23 | THE PROSPECTIVE JUROR:  Yes.  I've looked into it. |
| 24 | I've looked into companies that do happen to deal with |
| 12:27PM 25 | cannabis, sure. |

         1          MR. JARAMILLO:  And did you ever form any

         2    conclusions about the failure rate of clinical trials with

         3    those companies?

         4          THE PROSPECTIVE JUROR:  No.

12:27PM  5          MR. JARAMILLO:  Okay.  Thank you for your time.

         6          MR. CROSNER:  Good afternoon, Mr. FK.  It looks

         7    like you do research on a lot of things online.  Is it fair

         8    to say that you'll come into this case, though, with a clean

         9    slate?

12:27PM 10          THE PROSPECTIVE JUROR:  Yes.  Like I go into most

        11    news, researching for myself, I'm going to take the evidence

        12    that is given and form my bias off of that.

        13          MR. CROSNER:  Perfect.  You're on break right now?

        14          THE PROSPECTIVE JUROR:  Yes.

12:27PM 15          MR. CROSNER:  Okay.  What does your day on a break

        16    look like?

        17          THE PROSPECTIVE JUROR:  Wake up early.  Go on a

        18    run.  Edit.  Go take car pictures at 9:00 a.m. to 1:00.  Go

        19    back home.  Keep building websites and edit.  I don't know.

12:28PM 20    Just filmmaking stuff all the time.

        21          MR. CROSNER:  Have you ever made any complaints

        22    while you were working for someone else?

        23          THE PROSPECTIVE JUROR:  No.

        24          MR. CROSNER:  Do you think that businesses and

12:28PM 25    people should be treated differently in court?

|       |       |
|-------|-------|
| 1 | THE PROSPECTIVE JUROR:  I don't feel like they |
| 2 | should be treated differently.  I feel like they might have |
| 3 | more money than individuals or maybe better lawyers.  But in |
| 4 | the court, there shouldn't be any issues between two lawyers. |
| 12:29PM  5 | MR. CROSNER:  Okay.  No further questions. |
| 6 | THE COURT:  The peremptory would now pass back to |
| 7 | the plaintiff.  This would be the second, plaintiff, if you |
| 8 | decide to exercise it. |
| 9 | MR. JARAMILLO:  We're going to pass, Your Honor. |
| 12:29PM  10 | THE COURT:  The peremptory would now pass back to |
| 11 | the defense.  This would be the second peremptory if you |
| 12 | decide to exercise it. |
| 13 | MR. CROSNER:  Pass as well. |
| 14 | THE COURT:  All right.  Then my count is, even with |
| 12:29PM  15 | the passes, two and two.  If the four of you would stand for |
| 16 | a moment and if you would raise your right hand. |
| 17 | (Alternate jurors sworn) |
| 18 | THE COURT:  Please be seated. |
| 19 | First of all, for you folks outside in the audience |
| 12:30PM  20 | who we didn't select, this has been the most wasted day of |
| 21 | your lives, and I apologize.  I sit where you do every time, |
| 22 | and they kick me off and I go home.  I just apologize for |
| 23 | bringing you down and not having you serve. |
| 24 | If you serve, it's an amazing experience.  It |
| 12:30PM  25 | really is.  It's democracy in action.  So go about your |

business.  Thank you very much for your attendance.  I would

leave the courthouse as quickly as I could if I was you.

Okay?  We'll see you soon.

          Okay.  For the six jurors and four alternates, go

to lunch.  I'm going to read you a simple admonition.  It

simply says please don't form or express any opinion about

this case.  Okay?  Don't talk to each other about the case.

          Talk about anything else you want to, and just be a

fair judge in the sense of letting the plaintiff and

defendant present their cases.  Let them argue to you, and

then your deliberations begin.  Fair enough?

          Don't reach out to anybody at home to get their

input.  Don't go to any social media.  The case hasn't had

any notoriety that I know about.  Sometimes we have cases

that have tremendous notoriety, and it's hard for jurors.

They're bombarded by the press.

          Here I don't think that will occur, but please

don't reach out.  Fair enough?  Occasionally I'll joke with

you.  I'll say:  Has anybody talked to anybody about the

case?  If you raise your hand, we'll start all over again.

          Now, we move pretty quickly here.  You'll be amazed

at the hours that we can keep but we'll try not to.  We'll

see you at 1:30.

          Ms. JYH, if you will stay for just a moment.

          (Open court - jury not present)

```
 1              THE COURT:  Ms. JYH, have a seat for a moment.
 2      This will just take a minute.
 3              Counsel, if you would be seated.  Ms. JYH raised
 4      her hand after we've impaneled the jury.
 5              Ms. JYH, you said you could sit this week, but if
 6      it went over until -- you know, if we weren't available the
 7      next week and then it went over to the following Tuesday, you
 8      said that there was a problem.
 9              THE JUROR:  Yes.
10              THE COURT:  Speak -- I need to really hear you now
11      with the microphone and -- well, somebody has probably taken
12      our microphone.
13              THE JUROR:  I'll try my best to speak up.  Yes, I
14      would be in a different city, like, still in Southern
15      California, but I --
16              THE COURT:  What city would you be in?
17              THE JUROR:  In Los Angeles.
18              THE COURT:  Are you moving there?
19              THE JUROR:  I have an apartment in L.A.
20              THE COURT:  Okay.  I don't know what's going to
21      happen.  We're going to have you serve until Friday.  We'll
22      see how we're doing at that time.  We may have to
23      inconvenience you, but we'll try not to.
24              Meanwhile we've impaneled the six jurors.  Okay?
25      I'm going to open the door.  I want you to go with Karlen.
```

12:32PM (lines 5, 10, 15, 20, 25)

     1    Have a nice lunch and come back at 1:30.

     2              Counsel, have a seat.  There are so many options,

     3    but once the jury is impaneled, it's inappropriate for me to

     4    excuse for cause.  I don't know how quickly we'll move.

12:33PM  5    Let's resolve that problem with Ms. JYH and maybe other

     6    jurors when we get to Friday.

     7              There's a number of options.  Frankly if you were

     8    prepared to argue on Monday and you stipulated the following

     9    Monday to another judge sitting here and listening to your

12:33PM 10    arguments and then instructing, they could do that.

    11              I could preinstruct if we had enough time on Friday

    12    so they're just listening to arguments.  Or you know that I

    13    was unavailable that week, and it has -- if the worst that I

    14    want you arguing and instructing on that Tuesday afternoon so

12:34PM 15    that arguments come at one time.

    16              Let's resolve that plate of horribles if it occurs,

    17    you know, later on.  I think we'll have a good shot at

    18    Friday.  Okay?

    19              Go have a nice lunch.  We'll see you at 1:30.

12:34PM 20              MR. JARAMILLO:  Thank you, Your Honor.

    21              (Lunch recess taken at 12:34 p.m.)

    22

    23

    24

    25

```
1                          CERTIFICATE

2    I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT

3    TRANSCRIPT OF THE STENOGRAPHICALLY RECORDED PROCEEDINGS IN

4    THE ABOVE MATTER.

5    FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE

6    REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE

7    REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

8

9    /s/ Miriam V. Baird            01/03/2023

10   MIRIAM V. BAIRD                       DATE
     OFFICIAL REPORTER
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**'**

**'23** [1] - 131:13

**/**

**/s** [1] - 147:9

**0**

**01/03/2023** [1] - 147:9

**1**

**1** [2] - 1:17, 77:19
**10** [1] - 24:8
**100** [1] - 5:25
**1099** [1] - 63:13
**10:30** [2] - 43:2, 43:4
**111** [1] - 8:23
**113** [1] - 8:6
**115** [2] - 7:9, 7:13
**117** [1] - 9:1
**11893** [1] - 1:23
**11:12** [1] - 86:4
**11:27** [1] - 86:4
**11th** [1] - 6:1
**1200** [1] - 2:12
**12:34** [1] - 146:21
**13** [1] - 7:18
**134** [1] - 21:1
**13th** [1] - 5:7
**14** [4] - 4:25, 31:13, 35:1, 38:8
**14th** [2] - 113:13, 113:21
**15** [6] - 7:20, 8:13, 8:18, 43:1, 43:5, 54:17
**16-hour** [1] - 6:13
**16th** [2] - 5:13, 6:11
**17** [1] - 30:23
**17-hour** [1] - 6:13
**17th** [5] - 5:13, 6:2, 6:6, 6:10, 6:16
**18** [1] - 76:8
**180** [1] - 30:4
**1835** [1] - 30:5
**18th** [2] - 6:1, 6:3
**19** [1] - 50:19
**19th** [1] - 6:18
**1:00** [4] - 4:15, 16:25, 17:8, 142:18
**1:30** [4] - 108:10, 144:23, 146:1, 146:19

**2**

**20** [6] - 5:4, 5:20, 24:9, 54:22, 59:4, 113:16
**200** [1] - 2:4
**2020** [2] - 65:16, 80:25

**2022** [1] - 7:15
**2023** [2] - 1:20, 3:1
**2025** [1] - 139:11
**21** [1] - 7:18
**23rd** [2] - 113:13, 113:22
**24** [2] - 12:20, 42:24
**25th** [1] - 7:15

**3**

**3** [4] - 1:20, 3:1, 86:16, 93:19
**350** [1] - 1:24
**3:00** [1] - 5:2
**3D** [1] - 129:19
**3rd** [2] - 4:6, 62:10

**4**

**4** [2] - 68:6, 100:20
**400** [1] - 2:12
**4:30** [3] - 34:25, 35:2, 35:19

**5**

**5** [2] - 2:4, 87:2
**50** [1] - 31:7
**5:00** [1] - 35:21

**6**

**6** [1] - 40:15

**7**

**70** [1] - 11:12
**75** [1] - 50:18
**7:30** [1] - 35:14

**8**

**8:00** [3] - 4:13, 35:13, 35:15
**8:09** [1] - 3:1
**8:30** [1] - 35:16
**8:31** [1] - 16:15

**9**

**9** [1] - 127:25
**90012** [1] - 1:25
**90071** [1] - 2:13
**91614** [1] - 2:5
**95** [1] - 111:3
**9:00** [1] - 142:18
**9:37** [1] - 16:15
**9th** [1] - 5:7

**A**

**A.M** [1] - 3:1
**a.m** [5] - 16:15, 86:4, 142:18

**ABA** [1] - 125:8
**ability** [4] - 52:3, 62:23, 63:4, 126:21
**able** [3] - 13:23, 60:25, 135:19
**ABOVE** [1] - 147:4
**absence** [2] - 133:17, 133:20
**absolutely** [10] - 8:17, 8:23, 14:7, 14:8, 33:15, 34:9, 34:22, 42:15, 87:22, 88:8
**absorb** [1] - 31:24
**abuse** [1] - 45:22
**accelerated** [1] - 79:21
**accept** [1] - 30:18
**acceptable** [2] - 18:7, 37:15
**accident** [1] - 130:20
**accidents** [1] - 118:3
**accomplish** [1] - 35:22
**according** [1] - 11:12
**accountant** [1] - 81:9
**accounting** [1] - 41:13
**accuracy** [2] - 31:16, 31:21
**accuse** [1] - 140:5
**accused** [1] - 33:4
**acquired** [2] - 13:5, 13:20
**acting** [2] - 31:14, 49:3
**action** [3] - 15:24, 43:18, 143:25
**actions** [1] - 26:18
**Activision** [1] - 131:21
**activities** [1] - 140:24
**activity** [1] - 39:16
**adding** [1] - 7:2
**additional** [1] - 59:23
**address** [1] - 11:9
**adherence** [1] - 90:9
**administer** [2] - 22:5, 108:4
**administration** [1] - 124:9
**admissibility** [3] - 9:10, 9:13, 20:17
**admit** [1] - 9:12
**admitted** [1] - 20:17
**admitting** [3] - 112:23, 122:9, 122:10
**admonition** [1] - 144:5
**adults** [1] - 73:6
**advantage** [3] - 46:7, 76:9, 76:12
**advertise** [1] - 58:24
**advertising** [1] - 58:22
**advised** [1] - 10:7
**advocating** [1] - 126:17
**affairs** [1] - 71:23
**affect** [1] - 135:15
**affiliated** [1] - 57:10
**afford** [1] - 89:15
**Afghanistan** [2] - 29:10, 35:5
**after-acquired** [2] - 13:5, 13:20

**afternoon** [10] - 4:16, 5:16, 5:24, 6:2, 6:7, 6:16, 35:20, 125:17, 142:6, 146:14
**afterwards** [1] - 33:9
**age** [3] - 50:21, 51:24
**agents** [2] - 49:2, 62:22
**ago** [11] - 10:1, 30:4, 38:9, 39:14, 44:18, 49:18, 59:17, 62:14, 63:3, 63:6, 70:1
**agree** [11] - 9:16, 18:24, 18:25, 19:7, 37:2, 55:19, 73:8, 83:10, 99:24, 117:14, 121:22
**agreeable** [1] - 15:15
**agreed** [6] - 9:9, 15:13, 16:1, 19:9, 36:14, 121:23
**agreeing** [1] - 121:25
**agreement** [5] - 9:18, 20:15, 73:17, 121:20, 121:22
**AGRIESTI** [2] - 2:10, 25:25
**Agriesti** [2] - 3:19, 26:1
**ahead** [5] - 49:12, 54:1, 74:11, 119:13, 125:7
**Ahmed** [1] - 11:12
**aid** [1] - 18:6
**air** [4] - 53:6, 53:16, 130:2, 135:10
**airline** [1] - 130:4
**AJL** [4] - 86:23, 86:24, 88:15, 92:20
**al** [1] - 21:23
**AL** [2] - 1:10, 2:10
**Alexander** [2] - 30:4, 30:9
**alleged** [1] - 6:4
**allotted** [1] - 7:6
**allow** [1] - 7:9
**allowed** [3] - 7:16, 11:23, 51:2
**almost** [3] - 27:13, 42:24, 59:21
**alongside** [1] - 61:13
**alternate** [7] - 109:19, 109:20, 110:1, 124:15, 126:3, 128:4, 135:25
**Alternate** [1] - 143:17
**alternates** [5] - 28:5, 108:9, 108:12, 109:8, 144:4
**ALTUS** [1] - 2:4
**amazed** [3] - 30:13, 38:6, 144:21
**amazing** [1] - 143:24
**ambitious** [1] - 4:10
**amended** [1] - 6:22
**Amendment** [5] - 10:9, 10:20, 11:1, 11:8, 11:10
**America** [4] - 30:6, 30:7, 34:12, 36:23
**American** [3] - 29:21, 30:9, 30:12
**Americans** [1] - 34:4

**ANA** [2] - 1:19, 3:1
**Anaheim** [1] - 119:6
**analyst** [3] - 114:24, 115:21, 116:4
**analytics** [1] - 58:14
**analyze** [2] - 116:8, 125:9
**analyzing** [2] - 58:8, 126:9
**AND** [2] - 2:11, 147:2
**AND/OR** [1] - 147:6
**ANDREW** [1] - 2:3
**Andrew** [3] - 3:5, 25:5, 43:7
**Angeles** [2] - 5:14, 145:17
**ANGELES** [2] - 1:25, 2:13
**anomaly** [1] - 58:10
**answer** [7] - 78:6, 78:9, 94:7, 112:14, 114:17, 128:13, 136:8
**answered** [2] - 47:12, 122:1
**answering** [1] - 69:21
**answers** [1] - 44:6
**antennas** [1] - 38:13
**Anthem** [4] - 114:24, 115:24, 116:10, 116:16
**antibiotics** [1] - 120:15
**ANY** [1] - 147:5
**anyway** [1] - 10:22
**apartment** [2] - 65:4, 145:19
**apologies** [5] - 8:2, 24:1, 24:3, 41:11, 115:3
**apologize** [6] - 38:25, 50:14, 95:13, 135:12, 143:21, 143:22
**appeals** [2] - 96:25, 129:17
**appear** [1] - 10:2
**appearances** [1] - 3:4
**appeared** [1] - 16:23
**applicable** [1] - 32:2
**applied** [1] - 48:13
**apply** [1] - 102:21
**appreciate** [3] - 17:14, 57:22, 128:3
**approach** [1] - 14:21
**appropriate** [1] - 44:8
**apt** [1] - 30:18
**ARE** [1] - 147:6
**area** [7] - 29:9, 35:21, 80:8, 96:17, 103:14, 104:3, 116:19
**areas** [1] - 29:10
**argue** [3] - 6:6, 144:10, 146:8
**arguing** [4] - 6:10, 113:17, 113:18, 146:14
**argument** [3] - 3:23, 5:17, 26:10
**arguments** [4] - 24:17, 146:10, 146:12, 146:15
**arising** [1] - 26:13
**arrived** [1] - 55:2
**articles** [4] - 42:19, 66:1,

77:7, 77:10
**aside** [6] - 37:14, 53:18, 71:15, 88:7, 101:22, 136:20
**aspects** [1] - 90:2
**assembly** [1] - 130:6
**assert** [2] - 10:8, 11:10
**assertion** [1] - 11:8
**assessment** [1] - 55:5
**assignments** [1] - 65:3
**assistant** [5] - 101:12, 102:9, 102:23, 122:22, 138:13
**assume** [4] - 4:9, 4:23, 5:1, 132:25
**assuming** [2] - 52:19, 99:4
**attain** [1] - 61:22
**attempt** [1] - 33:12
**attendance** [2] - 135:15, 144:1
**attending** [1] - 121:12
**attention** [6] - 20:22, 97:13, 105:7, 105:10, 105:14, 110:1
**attitude** [3] - 56:25, 74:25, 121:24
**attitudes** [2] - 58:18, 73:21
**attorney** [3] - 14:22, 25:5, 27:20
**attorneys** [3] - 51:10, 68:18, 88:5
**attracted** [1] - 106:7
**attracts** [2] - 79:23, 103:14
**audience** [4] - 22:17, 23:13, 32:6, 143:19
**Australian** [1] - 64:23
**author** [1] - 104:23
**autism** [3] - 114:25, 115:22, 125:9
**autistic** [1] - 116:5
**Auto** [1] - 139:7
**available** [4] - 17:9, 24:14, 26:7, 145:6
**avenue** [1] - 55:7
**average** [1] - 4:17
**avoid** [2] - 5:2, 35:21
**Avtar** [1] - 9:22
**awards** [5] - 46:16, 74:1, 99:14, 105:3, 105:5
**awful** [1] - 35:22

## B

**BA** [1] - 84:17
**bachelor** [1] - 102:17
**bachelor's** [2] - 79:21, 123:17
**background** [7] - 66:3, 69:24, 125:20, 125:22, 126:4, 133:1
**backwards** [1] - 40:14

**bad** [1] - 36:12
**Baird** [1] - 147:9
**BAIRD** [2] - 1:23, 147:10
**balanced** [1] - 72:19
**bamboozled** [1] - 59:21
**Bar** [2] - 81:3, 81:20
**base** [1] - 125:9
**based** [11] - 10:5, 39:18, 51:1, 51:24, 58:9, 70:11, 116:8, 119:5, 120:1, 133:1, 141:17
**basic** [2] - 36:15, 121:7
**BC** [4] - 94:1, 94:2, 95:6, 99:19
**beach** [1] - 63:23
**Beach** [3] - 123:13, 137:24, 139:10
**bear** [2] - 35:16, 108:7
**became** [4] - 31:11, 109:10, 130:8, 130:13
**become** [1] - 79:21
**becoming** [1] - 92:8
**begin** [5] - 11:5, 24:17, 27:7, 68:24, 144:11
**beginning** [4] - 9:11, 45:10, 57:16, 67:14
**BEHALF** [2] - 2:3, 2:9
**behalf** [8] - 3:6, 3:7, 3:10, 3:16, 3:19, 14:2, 26:1, 84:1
**behavior** [9] - 49:1, 55:21, 56:4, 56:12, 56:17, 114:23, 115:21, 116:4, 126:9
**behavioral** [2] - 126:5, 126:7
**behavioral..** [1] - 116:14
**behaviors** [2] - 116:7
**behind** [3] - 33:14, 62:6, 64:3
**beliefs** [2] - 67:16
**believes** [1] - 26:19
**belongings** [1] - 22:25
**bench** [1] - 31:1
**benefit** [3] - 27:19, 31:19, 90:1
**benefits** [1] - 26:21
**berated** [3] - 81:24, 81:25, 82:8
**Berkeley** [1] - 30:25
**best** [5] - 5:10, 14:21, 30:3, 30:21, 39:12, 41:3, 60:23, 145:13
**better** [3] - 43:10, 141:13, 143:3
**between** [8] - 12:1, 12:18, 19:14, 19:24, 23:17, 116:17, 120:6, 143:4
**beyond** [3] - 33:24, 59:23
**bias** [5] - 60:22, 61:1, 97:20, 101:19, 142:12
**biased** [1] - 97:21
**biases** [4] - 37:11, 37:12, 88:2, 136:18

**bickering** [1] - 12:21
**Biden** [1] - 33:22
**bifurcate** [1] - 6:23
**big** [2] - 58:14, 118:1
**bigger** [2] - 75:16, 123:4
**binder** [1] - 20:24
**Biola** [1] - 70:5
**biopharma** [1] - 141:21
**biopharmaceutical** [3] - 92:16, 124:6, 141:16
**Bioscience** [6] - 21:22, 25:22, 25:24, 26:1, 26:16, 59:6
**BIOSCIENCE** [2] - 1:10, 2:10
**Biosciences'** [1] - 7:2
**bit** [20] - 17:2, 17:10, 24:7, 33:10, 48:22, 55:10, 58:25, 59:11, 60:2, 63:18, 63:21, 63:25, 75:21, 76:4, 80:4, 103:11, 106:17, 108:8, 117:5, 120:9
**black** [1] - 109:4
**blood** [1] - 65:16
**board** [1] - 67:1
**Bolt** [1] - 30:25
**bombarded** [1] - 144:16
**Bones** [1] - 106:2
**book** [4] - 30:7, 30:9, 38:11, 110:6
**books** [13] - 36:12, 39:8, 39:9, 40:24, 41:19, 65:8, 65:13, 65:23, 80:6, 87:20, 102:2, 137:1
**Boss** [1] - 95:21
**boss** [5] - 39:21, 56:16, 56:17, 59:22, 60:10
**bosses** [1] - 56:21
**bottom** [5] - 12:4, 23:12, 23:17, 23:22, 34:16
**bottom-up** [1] - 34:16
**box** [3] - 22:9, 22:15, 88:7
**boyfriend** [1] - 85:12
**break** [15] - 4:13, 20:6, 64:25, 85:7, 85:8, 85:10, 85:16, 85:21, 100:11, 106:24, 134:20, 134:21, 142:13, 142:15
**breakdown** [1] - 46:10
**breaks** [1] - 59:24
**Brian** [1] - 14:9
**brief** [3] - 16:18, 32:21, 83:7
**bring** [10] - 6:18, 6:24, 20:25, 21:2, 22:25, 28:15, 49:15, 50:8, 110:6, 118:3
**bringing** [3] - 108:10, 109:15, 143:23
**broker** [4] - 42:6, 47:10, 47:17, 47:22
**brokerage** [1] - 49:19
**brought** [11] - 11:5, 13:4,

13:6, 30:25, 50:1, 54:7, 63:11, 76:15, 84:13, 92:21, 109:20
**building** [2] - 33:19, 142:19
**built** [3] - 33:17, 34:3, 34:12
**bunch** [1] - 80:11
**bush** [1] - 33:23
**Bush** [1] - 33:24
**business** [13] - 26:24, 66:7, 75:22, 76:2, 76:24, 89:25, 90:3, 107:11, 113:2, 123:15, 123:23, 139:16, 144:1
**businesses** [17] - 75:11, 75:15, 76:19, 77:1, 84:2, 84:5, 93:2, 93:4, 99:20, 99:25, 126:25, 127:6, 127:7, 127:11, 127:14, 134:16, 142:24
**busy** [2] - 82:4, 82:6
**but..** [1] - 82:14

## C

**CA** [2] - 2:5, 2:13
**CACI** [1] - 13:20
**Cal** [3] - 121:14, 123:13, 129:9
**calendars** [1] - 5:6
**Caliber** [1] - 117:25
**California** [1] - 145:15
**CALIFORNIA** [4] - 1:2, 1:19, 1:25, 3:1
**Canada** [1] - 12:13
**cannabis** [2] - 141:22, 141:25
**capacity** [3] - 47:15, 48:24, 63:12
**car** [7] - 118:3, 138:10, 138:25, 139:1, 139:6, 142:18
**care** [14] - 20:9, 29:6, 68:4, 68:20, 77:16, 78:6, 87:10, 89:20, 94:6, 101:7, 110:12, 114:13, 128:12, 136:7
**career** [5] - 31:4, 79:18, 92:4, 130:7, 131:17
**careers** [1] - 118:8
**careful** [1] - 120:16
**carefully** [1] - 4:10
**cars** [4] - 118:1, 118:2, 139:3, 139:4
**Carter** [11] - 21:21, 44:11, 45:7, 48:9, 57:3, 80:2, 80:12, 83:7, 103:23, 104:19, 121:18
**CARTER** [1] - 1:3
**Carter's** [1] - 28:24
**case** [73] - 5:9, 5:17, 6:4, 7:23, 8:22, 9:12, 13:10,

13:15, 13:23, 15:19, 20:22, 24:19, 24:20, 24:21, 24:24, 26:4, 26:13, 27:2, 28:11, 29:1, 29:3, 29:4, 33:9, 35:3, 36:14, 38:24, 39:11, 40:11, 41:2, 41:20, 42:23, 42:24, 44:3, 52:11, 55:16, 56:24, 57:4, 62:15, 63:4, 74:16, 74:21, 77:22, 78:23, 87:22, 87:23, 87:24, 88:3, 93:22, 94:22, 101:21, 101:23, 107:11, 109:19, 113:18, 115:22, 117:5, 117:9, 117:11, 117:17, 117:19, 117:21, 120:19, 125:2, 126:22, 129:1, 142:8, 144:7, 144:13, 144:20
**case-in-chief** [3] - 9:12, 13:10, 13:23
**cases** [10] - 5:15, 29:7, 46:6, 74:3, 74:17, 75:3, 76:25, 111:6, 144:10, 144:14
**cash** [3] - 45:22, 89:13, 89:15
**cashier** [1] - 95:18
**cat** [1] - 120:16
**catch** [5] - 31:3, 65:2, 104:18, 115:19, 122:6
**catching** [1] - 134:22
**cater** [1] - 89:12
**cautious** [2] - 113:16, 114:4
**CCRA** [1] - 1:23
**celebrating** [1] - 134:25
**center** [3] - 21:13, 35:20, 72:25
**CENTRAL** [1] - 1:2
**CEO** [1] - 17:3
**certain** [5] - 8:18, 57:25, 88:6, 100:21, 100:23
**certainly** [1] - 93:17
**CERTIFICATE** [1] - 147:1
**CERTIFY** [1] - 147:2
**Cesario** [3] - 16:19, 16:24, 17:3
**CESARIO** [4] - 17:4, 17:7, 17:12, 17:15
**cetera** [2] - 7:23, 35:6
**CFO** [1] - 17:4
**chair** [1] - 128:6
**chairs** [1] - 109:4
**challenges** [1] - 32:10
**chance** [6] - 24:16, 27:8, 51:3, 113:15, 114:3, 114:7
**CHANG** [4] - 2:10, 3:15, 3:18, 25:23
**Chang** [2] - 3:15, 25:23
**change** [3] - 37:5, 56:13, 56:19
**changed** [1] - 44:13

**changes** [2] - 8:25, 18:1
**channels** [2] - 53:24, 70:22
**charge** [1] - 56:2
**CHARGED** [1] - 147:5
**chat** [1] - 105:20
**Check** [1] - 68:8
**check** [3] - 72:11, 139:25
**chemistry** [4] - 69:25, 70:6, 70:11, 71:8
**chief** [3] - 9:12, 13:10, 13:23
**children** [9] - 64:5, 66:18, 67:23, 73:6, 103:16, 115:22, 116:5, 116:21
**chilling** [1] - 65:1
**CHLOE** [1] - 2:10
**Chloe** [2] - 3:15, 25:23
**choice** [2] - 67:17, 133:23
**choose** [1] - 127:22
**chooses** [2] - 86:8, 86:14
**Christmas** [1] - 134:25
**CIRCUIT** [1] - 147:5
**circumstance** [3] - 47:20, 53:1, 56:15
**circumstances** [3] - 44:3, 49:2, 56:18
**citizens** [2] - 34:13, 34:16
**city** [2] - 145:14, 145:16
**civic** [1] - 35:20
**civil** [12] - 3:25, 5:10, 24:8, 26:3, 27:6, 29:3, 32:4, 47:3, 48:7, 74:12, 117:9, 118:12
**claimed** [1] - 27:1
**clarification** [1] - 47:8
**clarify** [4] - 13:12, 47:13, 54:20, 89:24
**clarifying** [1] - 48:3
**clarity** [1] - 67:20
**class** [1] - 77:11
**classes** [2] - 82:20, 121:5
**classified** [1] - 89:3
**clean** [1] - 142:8
**cleaning** [2] - 103:9, 103:12
**clear** [3] - 48:19, 57:3, 101:2
**clerk** [3] - 22:5, 38:22, 41:13
**CLERK** [18] - 22:11, 22:23, 23:5, 23:10, 23:15, 23:20, 68:13, 77:25, 86:23, 94:1, 101:1, 108:15, 108:22, 109:2, 109:6, 114:5, 128:5, 136:1
**client** [6] - 25:5, 25:9, 25:12, 25:19, 76:2, 117:7
**clinical** [37] - 32:19, 32:21, 32:23, 48:10, 48:13, 48:14, 48:15, 48:17, 48:18, 48:11, 67:13, 70:11, 82:17, 82:24, 83:2, 88:15, 89:17, 89:19, 90:5, 90:11, 90:14, 91:2, 91:8, 91:11, 91:14, 98:22,

104:3, 120:22, 125:3, 125:4, 133:1, 140:16, 140:18, 141:3, 141:4, 141:11, 142:2
**Clinton** [2] - 33:23, 33:24
**close** [10] - 32:3, 45:10, 45:13, 47:5, 48:5, 48:6, 118:11, 118:14, 140:10
**closed** [1] - 5:11
**closer** [1] - 43:9
**closest** [3] - 22:17, 23:13, 24:4
**closing** [1] - 3:23
**clots** [1] - 65:16
**CLR** [6] - 22:11, 22:19, 36:1, 64:3, 65:11, 77:20
**CNN** [3] - 72:17, 81:18, 139:25
**co** [5] - 15:1, 53:8, 60:4, 60:6, 61:13
**co-equal** [1] - 15:1
**co-worker** [1] - 53:8
**co-workers** [3] - 60:4, 60:6, 61:13
**coaching** [1] - 90:8
**coding** [2] - 96:21, 96:23
**cold** [1] - 134:22
**colleague** [1] - 14:24
**colleagues** [1] - 34:14
**collection** [1] - 75:16
**College** [1] - 102:12
**college** [2] - 82:13, 137:21
**Collision** [1] - 118:1
**combining** [1] - 5:19
**coming** [11] - 5:25, 6:3, 8:11, 9:6, 9:20, 16:8, 18:17, 18:20, 36:16, 63:2, 68:11
**comment** [7] - 9:21, 68:21, 110:13, 111:15, 113:13, 135:13, 136:7
**comments** [2] - 10:5, 97:25
**Commission** [2] - 33:1, 33:3
**commissioner** [2] - 21:19, 85:19
**common** [5] - 8:11, 20:15, 27:17, 29:23, 31:23
**community** [6] - 29:24, 30:16, 30:17, 31:23, 62:12, 82:12
**companies** [20] - 32:25, 58:23, 59:8, 59:10, 84:20, 84:22, 85:1, 92:16, 100:8, 106:14, 107:6, 107:8, 134:11, 134:13, 140:24, 141:1, 141:8, 141:21, 141:24, 142:3
**company** [46] - 32:17, 33:5, 42:7, 47:11, 47:22, 48:25, 49:1, 49:16, 49:17, 49:21, 50:3, 50:18, 51:5, 51:12,

54:6, 54:10, 54:12, 55:1, 55:9, 55:12, 55:16, 56:1, 57:2, 57:5, 57:10, 58:14, 59:17, 60:10, 61:13, 61:18, 62:8, 62:9, 62:13, 62:18, 63:13, 63:14, 73:13, 84:9, 95:19, 106:15, 106:17, 116:2, 116:10, 116:18, 118:1, 138:10
**compared** [2] - 76:24, 106:14
**comparison** [1] - 77:1
**compensated** [1] - 39:20
**compensation** [3] - 40:2, 46:20, 130:20
**complain** [7] - 53:25, 55:7, 55:17, 55:20, 56:3, 56:9, 56:12
**complained** [1] - 26:18
**complaining** [1] - 56:16
**complaint** [2] - 39:15, 76:15
**complaints** [4] - 56:19, 126:12, 134:8, 142:21
**compliment** [1] - 8:24
**compromise** [1] - 76:15
**computer** [13] - 9:7, 94:12, 94:14, 95:11, 96:14, 96:17, 98:18, 99:6, 128:22, 128:23, 129:11, 129:12
**concern** [1] - 57:15
**concerned** [1] - 28:21
**concerning** [3] - 9:1, 14:11, 39:15
**concerns** [1] - 55:11
**conclude** [4] - 24:10, 43:2, 43:3, 43:4
**conclusions** [1] - 142:2
**CONFERENCE** [1] - 147:7
**conference** [3] - 17:23, 19:16, 20:16
**confident** [1] - 61:19
**conflict** [1] - 140:6
**conflicting** [1] - 98:7
**conflicts** [1] - 123:6
**CONFORMANCE** [1] - 147:6
**confronted** [2] - 54:4, 54:8
**confusion** [1] - 22:10
**Congress** [1] - 37:5
**connected** [1] - 136:25
**conscious** [1] - 136:19
**consider** [2] - 62:3, 138:17
**consisted** [1] - 64:14
**consistently** [1] - 119:11
**consortium** [2] - 121:13, 121:14
**construction** [1] - 49:21
**consume** [1] - 139:23
**consumptive** [1] - 7:18
**contacting** [1] - 90:6
**contends** [2] - 26:16, 26:23

**continent** [1] - 30:11
**continue** [4] - 5:8, 10:8, 34:17, 96:13
**continues** [1] - 135:18
**contracts** [1] - 42:19
**convenience** [1] - 100:25
**conversation** [2] - 27:16, 55:9
**cooperate** [1] - 12:15
**coordinator** [1] - 44:17
**corporate** [2] - 39:18, 47:16
**corporation** [2] - 47:14, 49:4
**CORRECT** [1] - 147:2
**correct** [16] - 9:24, 10:18, 11:18, 14:9, 14:10, 50:12, 52:24, 53:22, 70:8, 86:24, 88:17, 95:14, 103:20, 107:25, 119:7, 135:22
**correctly** [7] - 22:13, 53:14, 62:1, 102:8, 111:12, 119:18, 129:10
**cost** [1] - 89:2
**Costa** [1] - 138:11
**costs** [1] - 15:25
**Counsel** [2] - 3:4, 86:5
**counsel** [79] - 10:8, 10:17, 11:9, 12:10, 12:23, 12:25, 13:6, 13:10, 13:16, 13:18, 13:25, 14:2, 14:17, 14:22, 14:25, 15:12, 15:14, 15:22, 16:3, 16:16, 17:1, 17:21, 19:9, 21:15, 21:24, 25:1, 25:3, 25:8, 25:11, 25:18, 26:15, 27:7, 27:9, 27:18, 28:7, 36:14, 40:7, 43:1, 43:5, 54:16, 57:15, 57:19, 58:19, 59:1, 59:4, 59:6, 69:16, 75:7, 75:10, 77:3, 77:14, 79:11, 79:12, 83:24, 84:1, 85:14, 85:20, 86:3, 88:12, 92:19, 95:4, 99:18, 102:5, 106:21, 106:22, 107:15, 107:24, 113:23, 115:16, 115:17, 119:13, 125:16, 129:7, 134:4, 134:6, 135:21, 137:7, 145:3, 146:2
**counseling** [2] - 89:19, 90:5
**count** [5] - 3:22, 107:15, 107:16, 110:2, 143:14
**counterterrorism** [1] - 29:9
**countries** [1] - 29:11
**country** [9] - 34:3, 34:15, 37:2, 45:17, 45:19, 73:23, 83:9, 99:9, 124:24
**County** [2] - 41:15, 135:14
**couple** [10] - 6:5, 9:19, 13:19, 16:9, 24:20, 28:5, 58:19, 62:14, 63:2, 66:16
**course** [7] - 10:25, 25:14,

38:12, 44:1, 65:5, 87:1, 138:4
**courses** [6] - 82:11, 84:16, 84:18, 85:4, 104:12, 126:3
**COURT** [305] - 1:1, 1:23, 3:3, 3:7, 3:11, 3:14, 3:17, 3:20, 4:22, 5:1, 5:5, 7:8, 7:13, 7:15, 8:5, 9:14, 9:19, 9:25, 10:3, 10:10, 10:14, 10:16, 10:19, 10:22, 10:24, 11:11, 11:19, 11:22, 12:3, 12:8, 12:10, 12:14, 12:17, 12:23, 13:9, 13:18, 13:25, 14:7, 14:11, 14:19, 14:25, 15:3, 15:8, 15:14, 15:17, 16:2, 16:7, 16:11, 16:14, 16:16, 16:21, 17:1, 17:5, 17:8, 17:13, 17:18, 17:22, 18:5, 18:7, 18:10, 18:20, 18:22, 19:5, 19:11, 19:13, 19:17, 19:20, 19:23, 20:9, 20:13, 20:19, 21:5, 21:8, 22:3, 22:8, 22:12, 22:20, 22:24, 23:6, 23:11, 23:16, 23:21, 25:10, 25:13, 25:16, 26:2, 36:3, 36:6, 36:9, 36:13, 36:19, 36:21, 37:11, 37:17, 37:19, 37:23, 37:25, 38:2, 38:6, 38:15, 38:19, 38:21, 39:4, 39:6, 39:10, 39:13, 39:23, 40:1, 40:4, 40:7, 40:13, 40:18, 40:20, 40:25, 41:4, 41:6, 41:8, 41:10, 41:14, 41:17, 41:20, 41:23, 42:1, 42:3, 42:8, 42:11, 42:14, 42:16, 42:21, 43:4, 43:9, 54:16, 54:22, 57:15, 57:18, 58:19, 59:1, 59:3, 68:3, 68:7, 68:14, 68:20, 68:23, 69:2, 69:4, 69:8, 69:11, 69:13, 69:15, 75:7, 75:9, 77:3, 77:14, 77:20, 78:1, 78:5, 78:8, 78:12, 78:15, 78:17, 78:20, 78:22, 78:25, 79:2, 79:6, 79:9, 79:11, 83:24, 84:1, 85:14, 86:5, 86:12, 86:17, 86:24, 87:1, 87:4, 87:6, 87:10, 87:13, 87:15, 87:17, 87:21, 88:1, 88:9, 88:12, 92:19, 93:12, 93:17, 93:20, 94:2, 94:6, 94:9, 94:11, 94:13, 94:15, 94:18, 94:21, 94:24, 95:1, 95:3, 99:18, 100:15, 100:21, 100:25, 101:2, 101:7, 101:10, 101:13, 101:16, 101:19, 101:25, 102:3, 102:5, 106:21, 107:14, 107:19, 107:21, 108:1, 108:6, 108:16, 108:23, 109:3, 109:7,

110:11, 110:16, 110:19, 110:21, 110:24, 111:1, 111:3, 111:9, 111:15, 111:17, 111:20, 111:22, 111:25, 112:2, 112:4, 112:8, 112:11, 112:16, 112:19, 112:21, 112:24, 113:3, 113:6, 113:8, 113:14, 113:23, 113:25, 114:6, 114:9, 114:13, 114:16, 114:19, 114:22, 115:1, 115:5, 115:8, 115:10, 115:13, 115:16, 118:20, 118:23, 119:9, 119:13, 125:16, 127:21, 128:1, 128:6, 128:9, 128:12, 128:15, 128:17, 128:19, 128:23, 128:25, 129:3, 129:5, 129:7, 134:4, 134:6, 135:2, 135:6, 135:21, 135:24, 136:2, 136:7, 136:10, 136:13, 136:15, 136:18, 136:23, 137:2, 137:4, 137:6, 143:6, 143:10, 143:14, 143:18, 145:1, 145:10, 145:16, 145:18, 145:20
**court** [35] - 8:16, 10:14, 10:15, 21:21, 23:2, 24:24, 26:5, 26:9, 28:23, 28:25, 30:23, 33:18, 34:24, 38:21, 38:23, 42:22, 42:25, 74:16, 75:12, 83:13, 84:3, 86:19, 99:20, 111:1, 111:5, 111:6, 127:1, 127:8, 127:15, 134:18, 142:25, 143:4, 144:25
**Court** [16] - 5:18, 9:8, 13:7, 13:8, 13:22, 14:21, 15:11, 21:24, 24:14, 37:4, 37:5, 37:6, 60:17, 61:7, 75:25, 78:3
**Court's** [1] - 10:5
**courthouse** [4] - 33:11, 33:14, 33:21, 144:2
**courtroom** [2] - 21:7, 21:14
**Courts** [1] - 12:20
**courts** [2] - 5:12, 111:5
**cover** [1] - 89:8
**covered** [1] - 89:6
**COVID** [8] - 32:20, 50:17, 50:20, 61:15, 66:15, 66:20, 67:22, 80:24
**crash** [1] - 141:4
**crazy** [1] - 107:4
**created** [1] - 67:2
**credibility** [2] - 34:3, 34:12
**credible** [1] - 34:9
**creep** [1] - 60:22
**crimes** [2] - 106:6, 106:8

**criminal** [11] - 4:1, 5:10, 6:4, 6:8, 6:19, 26:3, 27:6, 29:4, 31:6, 47:4, 47:5
**Criminal** [1] - 106:2
**critical** [1] - 34:21
**CROSNER** [121] - 2:9, 3:12, 5:4, 8:4, 9:9, 11:18, 11:21, 12:2, 12:22, 13:19, 14:13, 14:15, 15:15, 15:18, 16:4, 16:18, 16:23, 18:8, 18:19, 18:21, 18:23, 20:8, 20:14, 21:4, 22:2, 25:21, 59:5, 60:1, 60:12, 60:16, 60:25, 61:4, 61:23, 62:1, 62:5, 62:13, 62:25, 63:9, 63:15, 63:17, 64:2, 64:9, 64:17, 64:22, 64:24, 65:5, 65:8, 65:11, 65:22, 66:2, 66:7, 67:19, 67:25, 75:11, 75:14, 75:18, 75:24, 76:4, 76:18, 77:4, 77:18, 84:2, 84:7, 84:12, 84:15, 84:19, 84:24, 85:1, 85:3, 85:6, 85:9, 86:15, 92:20, 92:23, 93:1, 93:6, 93:10, 99:19, 99:22, 100:1, 100:4, 100:7, 100:10, 100:14, 100:18, 106:23, 107:2, 107:5, 107:8, 107:10, 107:13, 113:24, 125:17, 125:22, 126:2, 126:6, 126:11, 126:20, 126:24, 127:3, 127:6, 127:10, 127:13, 127:17, 127:19, 134:7, 134:10, 134:13, 134:15, 134:20, 134:23, 135:1, 135:5, 135:23, 142:6, 142:13, 142:15, 142:21, 142:24, 143:5, 143:13
**Crosner** [6] - 3:13, 25:22, 59:6, 80:12, 103:23, 121:18
**cross** [5] - 12:1, 12:5, 12:18, 14:12, 35:9
**cross-designations** [4] - 12:1, 12:5, 12:18, 14:12
**cross-section** [1] - 35:9
**crossed** [1] - 125:18
**crowd** [1] - 21:13
**crypto** [1] - 140:21
**CSR** [1] - 1:23
**Cunning** [9] - 7:5, 13:5, 21:22, 25:6, 25:9, 25:15, 26:14, 26:16, 27:1
**CUNNING** [2] - 1:4, 2:3
**Cunning's** [2] - 15:21, 26:22
**current** [3] - 62:7, 97:16, 122:24
**customer** [2] - 95:14, 95:16
**cut** [2] - 5:21, 8:17

**D**

**dad** [1] - 99:6
**damages** [1] - 26:25
**dance** [1] - 120:17
**dark** [1] - 11:6
**data** [5] - 58:9, 116:8, 116:22, 125:9, 126:9
**date** [1] - 17:9
**DATE** [1] - 147:10
**dating** [1] - 118:15
**DAVID** [1] - 1:3
**DAY** [1] - 1:17
**days** [7] - 26:5, 26:6, 28:12, 28:17, 42:22, 135:16, 135:20
**de** [1] - 30:4
**DEAKINS** [1] - 2:11
**deal** [2] - 32:25, 141:24
**dealership** [3] - 138:11, 139:1, 139:6
**dealing** [2] - 34:8, 60:21
**dealt** [1] - 70:10
**death** [1] - 132:4
**deceased** [2] - 14:5, 15:10
**decent** [2] - 27:9, 125:11
**decide** [6] - 12:10, 44:4, 93:13, 135:4, 143:8, 143:12
**decided** [9] - 28:14, 28:15, 31:12, 49:15, 50:4, 73:9, 76:17, 141:4, 141:6
**decision** [4] - 6:20, 30:12, 30:24, 51:20
**decision-making** [1] - 30:24
**decisions** [2] - 60:24, 125:10
**defendant** [20] - 3:13, 3:16, 3:19, 7:2, 17:25, 22:2, 25:22, 25:24, 26:1, 26:16, 32:4, 47:3, 47:4, 47:6, 47:20, 47:24, 48:2, 48:8, 59:6, 144:10
**defendant's** [1] - 8:5
**defendants** [2] - 1:12, 15:19
**DEFENDANTS** [1] - 2:9
**defense** [16] - 3:8, 8:8, 13:6, 13:7, 13:16, 13:21, 14:22, 15:14, 77:15, 84:1, 86:13, 86:14, 100:16, 135:3, 143:11
**defense's** [1] - 38:12
**define** [1] - 57:13
**definite** [2] - 17:9, 69:15
**definitely** [3] - 73:24, 74:5, 75:13
**definition** [1] - 8:11
**degree** [7] - 84:16, 102:16, 121:5, 121:10, 123:17, 123:20, 123:23
**deliberates** [1] - 110:5

**deliberating** [1] - 109:14
**deliberations** [5] - 6:7, 24:18, 109:13, 109:16, 144:11
**delved** [1] - 67:8
**demanding** [1] - 38:16
**democracy** [1] - 143:25
**denied** [1] - 13:25
**denies** [1] - 26:22
**dental** [1] - 81:10
**dentist** [2] - 117:8, 117:13
**department** [2] - 58:14, 138:13
**DEPOSIT** [1] - 147:6
**deposition** [6] - 9:23, 10:2, 11:12, 11:14, 14:6, 14:12
**derivatives** [1] - 141:22
**describe** [2] - 39:16, 126:10
**deserve** [1] - 46:20
**deserved** [1] - 45:23
**design** [1] - 94:13
**designated** [4] - 42:6, 47:10, 47:17, 47:22
**designations** [8] - 11:25, 12:1, 12:5, 12:18, 14:12
**designer** [1] - 44:17
**determination** [1] - 44:9
**determine** [5] - 29:13, 43:16, 43:24, 58:9, 91:13
**determining** [1] - 116:22
**development** [1] - 113:1
**develops** [1] - 32:18
**Dhillon** [1] - 9:22
**dictate** [1] - 60:24
**dictator** [1] - 29:19
**dictatorship** [1] - 34:18
**Diego** [1] - 63:24
**difference** [2] - 110:5, 116:17
**different** [13] - 7:1, 12:16, 30:2, 30:12, 45:3, 51:23, 59:20, 65:20, 93:3, 98:3, 121:5, 126:14, 145:14
**differentiate** [1] - 98:1
**differently** [10] - 75:12, 84:3, 99:20, 127:1, 127:8, 127:15, 134:17, 137:9, 142:25, 143:2
**difficult** [1] - 44:4
**difficulty** [6] - 24:13, 57:7, 57:8, 57:9, 57:11, 57:14
**dire** [5] - 7:8, 7:12, 8:5, 43:11, 43:12
**direct** [2] - 89:20, 108:14
**directly** [10] - 43:16, 55:12, 55:20, 56:3, 56:8, 56:12, 90:14, 91:4, 116:13, 116:21
**director** [1] - 54:9

**disability** [1] - 130:17
**disagree** [1] - 20:4
**disagreement** [1] - 20:25
**disciplined** [2] - 73:2, 76:5
**discuss** [3] - 27:16, 31:25, 85:23
**discussed** [3] - 15:21, 16:24, 31:15
**discussion** [1] - 9:17
**dismissed** [2] - 15:21, 15:23
**disobey** [1] - 36:22
**dispense** [1] - 90:13
**display** [1] - 9:4
**dispute** [2] - 13:21, 140:2
**disputes** [1] - 26:25
**distance** [1] - 58:13
**distress** [2] - 26:20, 46:20
**DISTRICT** [3] - 1:1, 1:2, 1:23
**division** [2] - 54:8, 67:2
**doctor** [5] - 81:24, 82:4, 117:12, 120:14, 120:20
**doctor's** [1] - 51:14
**Doctorate** [1] - 90:18
**doctorate** [3] - 119:20, 119:22, 125:25
**doctors** [5] - 65:21, 120:3, 120:6, 120:13
**document** [14] - 7:9, 7:13, 8:6, 8:22, 9:1, 9:4, 9:5, 9:8, 11:12, 18:3, 20:2, 20:21, 20:25, 21:1
**documentaries** [1] - 137:15
**documents** [1] - 9:10
**dog** [3] - 64:19, 64:22, 91:20
**dogs** [1] - 63:23
**dollars** [1] - 28:14
**done** [11] - 14:16, 20:9, 51:25, 56:4, 59:24, 60:7, 104:9, 113:15, 122:13, 133:4, 140:17
**donkey** [1] - 30:5
**door** [3] - 54:14, 54:15, 145:25
**doors** [2] - 22:14, 85:25
**double** [2] - 22:14, 72:11
**double-check** [1] - 72:11
**doubting** [1] - 44:2
**down** [33] - 4:11, 9:3, 21:10, 22:15, 22:17, 22:24, 23:6, 23:12, 23:16, 23:21, 23:22, 23:23, 23:25, 27:20, 29:19, 34:18, 34:23, 34:24, 39:1, 40:13, 57:23, 63:23, 63:24, 85:18, 85:24, 101:3, 110:12, 111:10, 112:5, 127:13, 135:7, 136:3, 143:23
**downstairs** [2] - 6:18, 21:20
**Dr** [5] - 11:12, 14:4, 14:5, 14:23, 15:6

**draft** [1] - 15:10
**draw** [1] - 35:9
**drive** [1] - 63:24
**drug** [5] - 59:8, 84:20, 100:8, 107:6, 134:10
**drugs** [2] - 32:18, 89:2
**druthers** [1] - 131:19
**dubious** [1] - 45:21
**due** [5] - 50:20, 51:24, 59:24, 62:17, 141:3
**during** [9] - 38:10, 50:17, 50:19, 82:7, 85:10, 88:3, 109:13, 110:7, 131:12
**duty** [3] - 35:5, 35:6, 61:1

**E**

**EA** [1] - 131:21
**ear** [2] - 28:13, 65:17
**earbuds** [2] - 28:12, 28:16
**early** [4] - 20:12, 21:18, 93:9, 142:17
**Eastern** [1] - 65:19
**eat** [1] - 91:21
**EC** [5] - 128:5, 128:7, 128:8, 128:9, 129:8
**edit** [2] - 142:18, 142:19
**editor** [1] - 138:11
**educate** [1] - 7:24
**educational** [2] - 71:2, 71:15
**effective** [3] - 53:21, 53:25, 104:9
**effectively** [2] - 50:11, 90:21
**effects** [1] - 90:8
**efficacy** [1] - 91:13
**efficient** [1] - 31:20
**eight** [5] - 4:21, 7:17, 38:7, 59:23, 126:18
**eight-hour** [1] - 126:18
**eight-month** [1] - 38:7
**either** [13] - 15:11, 22:2, 32:9, 47:6, 51:20, 57:8, 88:4, 103:23, 106:25, 107:3, 108:19, 108:24, 109:4
**elaboration** [1] - 59:14
**elect** [1] - 34:17
**elevator** [2] - 27:11
**EME** [1] - 38:11
**Emerald** [2] - 15:19, 15:23
**emotional** [3] - 26:20, 39:9, 46:20
**emotionally** [1] - 39:21
**employed** [4] - 61:11, 61:13, 62:4, 138:8
**employee** [3] - 48:22, 61:18, 62:2
**employee's** [1] - 49:9
**employees** [7] - 26:19, 49:15, 50:4, 50:9, 54:1,

63:13, 82:5
**employer** [3] - 133:8, 140:3
**employment** [7] - 26:14, 26:17, 26:22, 26:24, 49:9, 62:10, 63:11
**empowers** [1] - 30:15
**encourage** [1] - 8:14
**end** [7] - 3:24, 6:9, 21:9, 21:10, 22:15, 39:23, 111:6
**engaged** [1] - 55:18
**enjoy** [5] - 27:9, 27:18, 98:15, 132:14, 132:22
**entail** [1] - 116:5
**enter** [1] - 21:7
**entire** [1] - 43:15
**entitled** [1] - 21:22
**enumerated** [1] - 8:7
**envelope** [1] - 58:24
**environment** [1] - 123:5
**equal** [1] - 15:1
**equitable** [2] - 13:7, 13:21
**equivalent** [1] - 90:20
**errands** [3] - 64:7, 64:15, 85:12
**especially** [4] - 29:9, 33:18, 61:15, 77:10
**essential** [1] - 35:8
**estate** [3] - 42:7, 49:19, 66:5
**estimate** [2] - 7:3, 7:4
**ET** [2] - 1:10, 2:10
**et** [3] - 7:22, 21:23, 35:6
**ethically** [1] - 49:3
**ethics** [1] - 42:19
**European** [1] - 30:11
**evening** [2] - 8:1, 8:3
**events** [1] - 97:16
**eventually** [4] - 18:10, 27:4, 27:24, 76:11
**everyday** [1] - 64:16
**everywhere** [1] - 102:21
**evidence** [21] - 7:23, 9:6, 9:13, 13:5, 13:6, 13:21, 14:1, 19:25, 20:1, 20:2, 24:10, 24:13, 27:3, 27:23, 28:9, 36:15, 87:23, 110:5, 113:17, 142:11
**example** [9] - 34:9, 56:16, 71:5, 72:5, 73:12, 76:25, 77:6, 121:24, 137:16
**excellent** [4] - 4:22, 5:1, 8:24, 69:15
**except** [2] - 38:7, 50:7
**Exchange** [2] - 33:1, 33:3
**exchange** [1] - 15:24
**excited** [1] - 103:2
**excuse** [12] - 34:25, 50:20, 68:6, 77:18, 86:16, 93:19, 100:19, 109:11, 113:25, 127:25, 135:5, 146:4

**excused** [2] - 32:9, 135:22
**excuses** [1] - 35:7
**executive** [3] - 50:2, 54:7, 63:2
**executives** [1] - 53:4
**exercise** [13] - 32:11, 65:7, 68:4, 77:16, 86:9, 86:11, 86:14, 93:14, 100:16, 127:22, 135:4, 143:8, 143:12
**exercised** [1] - 107:17
**exhibits** [2] - 9:12, 20:15
**existing** [4] - 49:15, 50:4, 50:9, 90:3
**expand** [2] - 45:18, 80:3
**expect** [7] - 7:6, 24:10, 36:21, 37:3, 121:9, 131:11, 139:10
**expensive** [1] - 4:3
**experience** [21] - 48:10, 59:7, 59:12, 60:16, 61:12, 61:15, 61:24, 63:1, 63:3, 63:15, 70:11, 98:22, 120:5, 120:22, 123:3, 125:4, 133:1, 140:15, 141:20, 141:21, 143:24
**experiences** [1] - 60:23
**experiment** [1] - 28:16
**experiments** [1] - 70:24
**explain** [5] - 24:7, 24:18, 24:25, 34:14, 126:6
**explanation** [1] - 32:11
**exploring** [1] - 96:19
**exposure** [1] - 82:16
**express** [2] - 85:23, 144:6
**extend** [1] - 54:16
**extensively** [1] - 121:3
**extent** [1] - 26:25
**extra** [1] - 6:19
**extraordinarily** [1] - 31:16
**eyes** [1] - 67:12

**F**

**Facebook** [2] - 105:13, 105:16
**facetiously** [1] - 34:1
**fact** [7] - 4:8, 4:18, 8:23, 28:4, 30:24, 72:11, 139:25
**fact-finding** [1] - 30:24
**facts** [12] - 17:20, 17:22, 18:9, 18:11, 19:14, 19:15, 19:22, 19:24, 29:25, 31:24, 57:4, 59:3
**fail** [1] - 35:15
**failed** [1] - 31:13
**fails** [1] - 119:11
**failure** [3] - 141:3, 141:11, 142:2
**fair** [46] - 36:17, 37:9, 37:15,

38:17, 39:10, 40:4, 41:1, 41:4, 41:23, 42:11, 43:17, 43:25, 44:1, 49:22, 50:5, 50:9, 57:11, 60:17, 61:1, 61:7, 62:23, 63:4, 63:7, 69:8, 72:18, 76:1, 76:2, 78:22, 87:24, 94:21, 101:16, 101:22, 110:16, 111:17, 112:16, 115:5, 120:19, 125:19, 126:22, 128:25, 136:15, 136:20, 142:7, 144:9, 144:11, 144:18
**fairly** [6] - 33:9, 44:4, 47:13, 93:4, 107:11, 125:11
**faith** [1] - 28:8
**fall** [2] - 98:14, 131:12, 131:13, 139:10
**familiar** [3] - 70:13, 91:5, 104:5
**familiarity** [2] - 58:12, 78:17
**families** [2] - 66:19, 116:21
**family** [4] - 32:3, 48:6, 117:2, 134:25
**fancy** [1] - 43:12
**fantasy** [1] - 69:7
**far** [5] - 29:24, 33:23, 87:23, 105:3, 133:2
**fast** [1] - 26:11
**faster** [1] - 17:1
**father** [5] - 118:19, 118:21, 119:1, 119:3, 130:6
**father-in-law** [4] - 118:19, 118:21, 119:1, 119:3
**favoring** [1] - 50:10
**favorites** [1] - 105:1
**federal** [14] - 23:2, 24:24, 26:5, 26:9, 28:22, 33:11, 36:25, 42:22, 42:24, 74:14, 74:16, 74:20, 111:5, 111:6
**FEE** [1] - 147:5
**feeding** [2] - 103:9, 103:12
**feelings** [4] - 58:23, 92:16, 124:24, 134:1
**FEES** [1] - 147:5
**felt** [9] - 52:25, 59:16, 59:20, 60:22, 61:11, 73:8, 73:17, 76:16, 82:2
**Feryan** [1] - 11:12
**few** [12] - 9:10, 14:14, 35:23, 62:22, 69:16, 70:16, 70:22, 73:8, 75:10, 77:3, 102:24, 126:10
**fi** [1] - 69:6
**fiance** [3] - 64:19, 107:1, 107:2
**fiction** [2] - 79:5, 115:12
**field** [5] - 79:24, 116:16, 116:18, 116:20, 116:25
**fifth** [1] - 23:7

**Fifth** [6] - 9:25, 10:8, 10:19, 10:25, 11:8, 11:10
**fight** [2] - 35:6, 60:8
**fighting** [1] - 66:18
**figure** [2] - 35:2, 106:11
**figured** [1] - 31:1
**file** [1] - 63:14
**filed** [6] - 7:15, 45:17, 45:21, 73:23, 74:6, 124:25
**filing** [3] - 6:22, 46:9, 74:8
**film** [8] - 136:25, 137:2, 138:3, 138:5, 138:13, 139:15, 139:16, 139:18
**filmmaker** [4] - 136:12, 136:24, 137:12, 137:18
**filmmaking** [3] - 137:1, 138:17, 142:20
**films** [1] - 137:15
**final** [2] - 19:16, 20:14
**finance** [2] - 66:4, 66:6
**fine** [7] - 5:23, 14:25, 19:3, 19:7, 76:25, 77:1, 87:4
**fined** [1] - 99:25
**finish** [5] - 5:16, 5:20, 6:11, 24:16, 113:16
**finished** [1] - 24:20
**finishing** [1] - 114:3
**fire** [1] - 51:4
**firm** [2] - 14:23, 15:1
**FIRM** [1] - 2:4
**FIRST** [1] - 1:24
**first** [27] - 6:23, 18:12, 21:17, 22:21, 23:23, 24:6, 27:8, 30:15, 31:10, 31:14, 68:3, 77:16, 78:2, 82:3, 82:7, 101:3, 108:13, 108:23, 109:20, 109:21, 111:11, 127:21, 135:3, 135:12, 136:3, 143:19
**fit** [5] - 3:25, 40:9, 54:12, 55:1, 131:8
**fitness** [3] - 38:5, 65:23, 65:25
**five** [9] - 7:17, 24:21, 24:22, 42:22, 54:17, 54:18, 57:21, 102:25, 111:5
**five-month** [1] - 24:21
**fixes** [1] - 118:1
**FK** [4] - 136:1, 137:10, 137:11, 142:6
**FLOOR** [1] - 1:24
**flows** [1] - 34:19
**flu** [1] - 109:15
**focus** [2] - 57:24, 107:3
**focuses** [1] - 89:2
**folks** [4] - 32:6, 56:2, 93:2, 143:19
**Folks** [1] - 21:8
**follow** [32] - 8:19, 36:19, 37:4, 38:13, 41:6, 41:20,

42:14, 43:21, 69:11, 70:15, 70:16, 70:22, 71:16, 77:13, 78:25, 81:12, 88:9, 91:24, 94:24, 97:10, 101:23, 105:10, 105:16, 110:19, 111:20, 112:19, 115:8, 124:11, 124:15, 129:3, 136:21, 139:21
**following** [12] - 7:9, 24:14, 24:15, 26:7, 26:10, 31:13, 71:21, 77:10, 113:19, 135:20, 145:7, 146:8
**follows** [1] - 46:16
**food** [1] - 91:21
**foot** [1] - 130:15
**FOR** [1] - 147:5
**FOREGOING** [1] - 147:2
**forgot** [1] - 88:5
**form** [4] - 85:23, 142:1, 142:12, 144:6
**formally** [1] - 15:20
**former** [3] - 17:4, 26:13, 34:7
**forms** [1] - 8:3
**forth** [1] - 42:20
**fortune** [1] - 85:9
**forward** [3] - 22:13, 51:19, 108:16
**four** [21] - 5:9, 5:19, 6:12, 7:16, 24:21, 26:5, 42:21, 73:6, 91:1, 108:9, 108:12, 108:8, 109:22, 110:2, 115:17, 131:9, 135:16, 137:19, 143:15, 144:4
**FOURTH** [1] - 1:24
**Fox** [2] - 72:17, 139:25
**France** [1] - 30:6
**frankly** [4] - 4:2, 5:11, 63:19, 146:7
**fraudulent** [1] - 26:19
**free** [1] - 91:19
**freelance** [2] - 138:11, 138:12
**freelancer** [1] - 138:8
**french** [1] - 43:12
**French** [1] - 30:6
**freshly** [1] - 76:8
**Friday** [11] - 5:1, 6:11, 24:11, 24:12, 113:15, 135:17, 135:19, 145:21, 146:6, 146:11, 146:18
**friends** [5] - 32:3, 64:20, 74:13, 91:21, 132:15
**fringe** [1] - 74:3
**frivolous** [2] - 83:14, 83:20, 117:17
**front** [8] - 10:11, 13:17, 18:3, 31:7, 51:17, 61:5, 122:21, 136:3
**frustrating** [1] - 52:23
**fulfillment** [1] - 80:1

**full** [7] - 7:6, 69:1, 78:14, 94:10, 95:6, 112:22, 128:16
**full-time** [6] - 69:1, 78:14, 94:10, 95:6, 112:22, 128:16
**Fullerton** [2] - 121:14, 129:9
**functional** [1] - 116:7
**functions** [1] - 126:9
**funding** [1] - 114:24
**funny** [2] - 27:13, 66:22
**future** [1] - 4:3

**G**

**gained** [1] - 123:3
**game** [3] - 132:8, 132:19, 132:23
**games** [3] - 129:20, 131:25, 132:4
**gaming** [2] - 131:21, 131:22
**garden** [1] - 65:7
**gee** [1] - 88:4
**general** [3] - 27:23, 32:1, 43:20
**generalized** [2] - 7:21, 8:8
**generally** [2] - 28:20, 66:7
**genetics** [1] - 71:9
**genre** [1] - 138:5
**gentleman** [2] - 9:23, 16:21
**gentlemen** [3] - 21:17, 25:7, 85:15
**girlfriend** [1] - 100:13
**given** [6] - 3:22, 51:2, 65:21, 113:16, 133:2, 142:12
**glad** [1] - 3:25
**goal** [1] - 43:24
**goodness** [1] - 14:7
**Google** [3] - 124:17, 124:18, 124:19
**gotcha** [2] - 55:14, 134:3
**gotta** [2] - 60:7
**gouge** [1] - 84:23
**government** [2] - 37:1, 38:12
**grade** [1] - 64:21
**graduate** [7] - 70:1, 79:14, 120:25, 121:10, 123:20, 131:11, 139:10
**granted** [1] - 16:3
**graphic** [1] - 44:16
**graphics** [2] - 128:22, 129:11, 129:15, 129:20
**great** [5] - 5:22, 34:15, 43:10, 65:11, 65:22, 66:2, 93:10, 114:9, 135:1
**grew** [1] - 73:15
**grievance** [2] - 53:7, 53:16
**grieve** [1] - 53:16
**ground** [1] - 4:2
**group** [11] - 57:6, 63:10,

64:19, 66:8, 66:11, 67:14, 104:7, 110:6, 126:3, 126:11, 132:15
**groups** [1] - 132:10
**grow** [2] - 36:24, 123:5
**guarantee** [1] - 114:4
**guess** [13] - 28:16, 30:5, 40:23, 51:1, 60:20, 61:18, 67:3, 83:5, 84:10, 84:21, 106:9, 106:16, 106:18
**guessing** [1] - 109:25
**guilt** [1] - 29:13
**guilty** [1] - 75:22
**guy** [2] - 30:3, 30:8
**guys** [2] - 66:22, 67:10
**gym** [1] - 64:15

**H**

**haggling** [1] - 12:18
**half** [4] - 7:3, 24:17, 35:18, 126:1
**Hall** [1] - 30:25
**hallway** [1] - 27:20, 85:24
**hand** [17] - 9:3, 18:2, 22:4, 32:2, 32:5, 33:7, 39:13, 40:13, 45:25, 46:2, 52:10, 108:3, 124:25, 135:10, 143:16, 144:20, 145:4
**handed** [1] - 29:19
**handing** [1] - 44:23
**handle** [3] - 44:12, 50:25
**handled** [1] - 75:20
**hands** [6] - 45:16, 46:17, 47:2, 52:12, 55:23, 55:25
**handwritten** [1] - 20:23
**hang** [5] - 63:23, 64:18, 85:11, 91:21, 100:12
**hanging** [1] - 64:4, 64:20, 107:1
**harbor** [1] - 34:24
**Harbor** [1] - 138:15
**hard** [6] - 29:20, 51:23, 97:25, 98:3, 134:1, 144:15
**harsh** [1] - 35:7
**hat** [2] - 109:22, 109:25
**hats** [1] - 53:18, 138:16
**head** [8] - 55:22, 55:24, 58:3, 80:17, 121:20, 121:21, 125:1
**Health** [2] - 15:19, 15:23
**health** [8] - 38:5, 39:9, 41:19, 65:8, 65:15, 65:23, 67:4
**healthcare** [2] - 123:25, 124:1
**hear** [18] - 4:7, 19:5, 24:17, 27:3, 27:24, 28:9, 29:6, 31:24, 34:5, 43:10, 56:23, 68:16, 102:8, 122:3, 129:10, 135:11, 145:10

**heard** [26] - 31:16, 32:13, 33:5, 75:2, 75:5, 75:25, 78:2, 81:11, 87:6, 87:7, 93:1, 94:3, 101:4, 103:19, 105:3, 110:9, 110:12, 111:13, 112:6, 112:8, 113:10, 114:10, 121:15, 128:10, 136:4, 137:8
**hearing** [4] - 60:21, 62:1, 65:17, 99:23
**hears** [1] - 13:8
**heck** [1] - 74:9
**held** [1] - 96:3
**hello** [2] - 99:19, 102:8
**help** [13] - 18:17, 36:12, 39:8, 40:23, 40:24, 51:7, 65:13, 65:14, 80:6, 80:8, 87:20, 111:24, 128:6
**helped** [1] - 90:3
**helpful** [2] - 19:4, 54:1
**helping** [2] - 79:25, 90:8
**hence** [1] - 74:20
**Heppell** [1] - 11:13
**HEREBY** [1] - 147:2
**herself** [1] - 26:15
**hi** [1] - 40:16
**high** [6] - 31:16, 56:2, 69:7, 89:2, 141:11
**High** [1] - 138:15
**high-level** [1] - 56:2
**high-tech** [1] - 89:2
**hikes** [2] - 91:20, 107:4
**hired** [2] - 59:18, 138:12
**historical** [1] - 115:12
**history** [1] - 40:10
**Hoag** [1] - 122:9
**Hogg's** [1] - 95:21
**hold** [3] - 6:25, 9:22, 44:7
**holding** [1] - 4:19
**holiday** [4] - 4:5, 5:13, 24:15, 86:20
**Hollywood** [1] - 139:18
**home** [29] - 5:2, 28:17, 28:20, 37:24, 49:20, 50:23, 50:24, 62:7, 62:12, 64:13, 65:1, 65:20, 68:9, 77:22, 85:18, 86:19, 93:22, 98:25, 100:23, 106:11, 107:1, 119:2, 119:3, 128:3, 129:21, 135:8, 142:19, 143:22, 144:12
**homeless** [1] - 5:15
**honest** [3] - 46:18, 67:10, 67:15
**honestly** [1] - 93:8
**Honor** [50] - 3:5, 3:9, 3:12, 3:15, 3:18, 7:7, 7:11, 8:4, 9:9, 9:24, 11:17, 12:12, 12:22, 13:2, 13:19, 14:13, 16:1, 16:4, 16:5, 16:10,

16:12, 16:18, 17:16, 18:8, 20:14, 21:4, 22:1, 43:6, 54:19, 57:20, 58:20, 59:2, 68:5, 69:17, 74:24, 79:13, 86:10, 86:15, 88:14, 93:15, 95:5, 100:19, 102:7, 107:18, 125:15, 127:23, 127:24, 134:5, 143:9, 146:20
**HONORABLE** [1] - 1:3
**hope** [8] - 4:4, 4:6, 4:7, 4:12, 21:18, 33:10, 61:2
**HOPE** [1] - 2:12
**hopefully** [6] - 4:15, 6:20, 34:17, 35:17, 96:11, 109:17
**horribles** [1] - 146:16
**horror** [4] - 80:6, 102:2, 104:20, 104:21
**hospital** [3] - 112:23, 122:6, 124:4
**Hospital** [1] - 122:9
**hospitals** [1] - 124:9
**hour** [10] - 4:15, 35:16, 35:17, 59:23, 108:8, 108:9, 108:12, 113:17, 126:18, 126:19
**hours** [26] - 3:22, 4:9, 4:11, 4:12, 4:14, 4:16, 4:17, 4:24, 5:3, 5:19, 5:20, 6:12, 7:3, 7:4, 24:9, 24:11, 24:12, 28:18, 39:20, 40:2, 110:4, 113:16, 144:22
**house** [1] - 63:25
**housekeeping** [2] - 15:20, 17:17
**housework** [1] - 64:15
**HR** [2] - 53:4, 60:9
**human** [4] - 45:12, 45:13, 45:15, 88:1
**humble** [2] - 37:5, 37:6
**humblest** [1] - 34:4
**hundred** [6] - 6:3, 28:13, 138:19
**husband** [1] - 64:5
**hypothetical** [1] - 31:7

**I**

**idea** [4] - 8:19, 29:12, 56:17, 106:7
**identifying** [1] - 80:17
**idly** [1] - 5:8
**ill** [1] - 109:10
**illegal** [2] - 26:19, 26:23
**illustration** [1] - 30:3, 30:22
**imagine** [3] - 24:21, 27:20, 52:16
**imbalance** [1] - 106:15
**immediately** [2] - 8:17, 60:22

**immunizations** [1] - 66:17
**impact** [7] - 62:15, 62:21, 62:23, 63:3, 63:8, 77:13, 126:21
**impanel** [1] - 29:23
**impaneled** [3] - 145:4, 145:24, 146:3
**impartial** [26] - 36:17, 37:9, 38:17, 39:11, 40:4, 41:1, 42:12, 43:18, 43:25, 44:1, 57:11, 60:18, 61:1, 61:8, 69:9, 76:1, 76:2, 78:23, 94:22, 101:17, 110:17, 111:18, 112:17, 115:5, 120:19, 129:1
**importance** [1] - 74:17
**important** [5] - 13:22, 30:22, 49:11, 52:3, 56:24
**importantly** [1] - 31:24
**impossible** [1] - 55:19
**impressed** [1] - 33:22
**improve** [1] - 40:24
**IN** [2] - 147:3, 147:6
**inappropriate** [1] - 146:3
**INC** [2] - 1:10, 2:10
**Inc** [7] - 15:19, 15:23, 25:22, 25:24, 26:1, 26:16, 59:7
**including** [1] - 26:5
**inconsistent** [1] - 11:7
**inconvenience** [2] - 17:5, 145:23
**inconvenienced** [3] - 34:22, 35:4, 35:11
**increase** [1] - 62:17
**increasing** [1] - 116:7
**independent** [4] - 28:1, 28:15, 72:1, 72:9
**indicate** [1] - 15:11
**indicates** [2] - 46:10, 95:13
**indicating** [1] - 43:17
**indication** [2] - 87:23, 125:1
**indifferent** [1] - 122:2
**individual** [8] - 30:19, 75:23, 76:21, 76:24, 77:2, 84:5, 106:15, 127:12
**individually** [3] - 31:12, 40:11, 43:21
**individuals** [10] - 56:24, 57:1, 57:6, 57:7, 57:12, 75:17, 93:3, 93:4, 106:13, 143:3
**Indonesia** [1] - 29:10
**industry** [10] - 8:9, 42:18, 45:9, 67:4, 78:18, 124:3, 130:3, 139:18, 140:11, 141:17
**inefficient** [1] - 31:15
**inform** [1] - 15:9
**information** [28] - 28:6, 28:7, 43:23, 44:8, 121:19,

139:25
**injectables** [1] - 89:4
**injured** [1] - 130:22
**innocence** [1] - 29:13
**input** [1] - 144:13
**insider** [1] - 7:22
**Instagram** [5] - 92:3, 97:12, 105:13, 105:15, 139:24
**instance** [2] - 32:20, 97:19
**instead** [6] - 26:23, 46:24, 54:17, 76:13, 108:10, 109:15
**instruct** [6] - 6:6, 27:24, 37:4, 38:13, 41:21, 88:10
**instructing** [2] - 146:10, 146:14
**instruction** [5] - 5:18, 13:20, 14:20, 18:9, 27:16
**instructions** [1] - 8:21
**insurance** [5] - 89:6, 89:8, 116:1, 116:10, 116:18
**intended** [1] - 10:6
**intends** [2] - 11:9, 14:22
**interact** [1] - 58:15
**interest** [3] - 124:5, 129:14, 139:17
**interested** [4] - 44:9, 71:8, 71:22, 96:17
**interesting** [3] - 36:23, 103:18, 105:2
**internally** [1] - 49:4
**internet** [2] - 28:1, 28:14
**interning** [1] - 138:9
**internships** [1] - 61:16
**intimidation** [1] - 60:14
**introduce** [3] - 25:2, 25:13, 25:19
**introduced** [1] - 26:15
**invest** [2] - 141:2, 141:5
**investigate** [1] - 49:4
**investigating** [1] - 48:21
**investigation** [1] - 75:20
**investing** [1] - 141:7
**invisible** [1] - 27:12
**involve** [1] - 132:19
**involved** [9] - 30:16, 32:4, 32:19, 45:14, 47:5, 48:7, 48:12, 95:14, 118:12
**involving** [4] - 5:14, 28:12, 31:6, 38:8
**Irvine** [3] - 62:12, 79:17, 89:11
**IRVINE** [1] - 2:5
**IS** [1] - 147:2
**issue** [9] - 12:22, 13:14, 13:22, 14:2, 15:18, 15:20, 17:17, 20:14
**issues** [11] - 13:3, 14:11, 14:18, 15:17, 16:19, 46:11, 72:4, 84:20, 126:21,

134:10, 143:4
**IT** [1] - 138:12
**iterations** [1] - 18:1

# J

**JAMARILLO** [3] - 45:24, 46:2, 46:14
**James** [1] - 11:13
**January** [2] - 4:1, 4:6
**JANUARY** [2] - 1:20, 3:1
**Jaramillo** [6] - 3:6, 25:5, 43:8, 79:12, 88:13, 102:6
**JARAMILLO** [369] - 2:3, 3:5, 17:16, 17:19, 17:24, 18:6, 19:3, 19:7, 19:12, 19:15, 19:18, 19:21, 20:11, 21:3, 22:1, 25:4, 25:12, 25:14, 43:3, 43:6, 43:10, 44:18, 44:20, 44:22, 45:2, 46:8, 47:9, 47:15, 47:19, 47:23, 48:1, 48:4, 49:5, 49:8, 49:19, 49:22, 49:24, 50:10, 50:13, 51:9, 51:12, 51:16, 51:19, 52:2, 52:18, 52:21, 52:25, 53:5, 53:13, 53:20, 53:23, 54:19, 54:23, 55:3, 55:6, 55:14, 56:6, 56:8, 56:11, 56:15, 56:21, 56:23, 57:17, 57:20, 58:11, 58:16, 58:20, 59:2, 68:5, 69:17, 70:1, 70:4, 70:6, 70:10, 70:13, 70:15, 70:18, 70:20, 70:24, 71:2, 71:4, 71:7, 71:11, 71:13, 71:18, 71:21, 72:3, 72:8, 72:14, 72:18, 72:21, 73:1, 73:11, 73:19, 73:21, 73:25, 74:5, 74:10, 74:15, 74:20, 74:23, 75:5, 75:8, 79:13, 79:16, 79:18, 79:23, 80:2, 80:8, 80:11, 80:19, 80:22, 81:1, 81:4, 81:7, 81:11, 81:15, 81:19, 81:23, 82:2, 82:9, 82:15, 82:19, 82:23, 83:1, 83:6, 83:14, 83:16, 83:19, 83:25, 88:14, 88:18, 88:21, 88:24, 89:5, 89:10, 89:12, 89:16, 89:21, 90:4, 90:10, 90:16, 90:20, 90:23, 91:2, 91:7, 91:10, 91:14, 91:18, 91:22, 92:1, 92:4, 92:7, 92:11, 92:15, 92:18, 95:5, 95:8, 95:10, 95:12, 95:16, 95:19, 95:22, 95:24, 96:3, 96:6, 96:9, 96:13, 96:16, 96:21, 96:23, 96:25, 97:3, 97:6, 97:9, 97:13, 97:16, 97:21, 98:2, 98:6, 98:11, 98:14, 98:17, 98:21, 98:25, 99:3, 99:8, 99:13, 99:16, 102:7,

102:11, 102:13, 102:16, 102:18, 102:22, 103:1, 103:4, 103:7, 103:13, 103:19, 103:22, 104:2, 104:5, 104:7, 104:11, 104:14, 104:16, 104:18, 104:23, 105:3, 105:9, 105:15, 105:20, 105:23, 105:25, 106:4, 106:7, 106:10, 106:13, 106:20, 107:17, 107:20, 107:22, 107:25, 115:19, 115:24, 116:1, 116:4, 116:10, 116:13, 116:17, 116:24, 117:3, 117:9, 117:11, 117:14, 117:16, 117:19, 117:23, 118:2, 118:5, 118:8, 118:11, 118:14, 118:17, 118:25, 119:4, 119:7, 119:14, 119:16, 119:18, 119:22, 120:2, 120:5, 120:9, 120:18, 120:22, 120:25, 121:3, 121:6, 121:9, 121:12, 121:15, 121:23, 122:4, 122:10, 122:13, 122:15, 122:17, 122:20, 122:23, 123:1, 123:6, 123:9, 123:12, 123:14, 123:16, 123:19, 123:22, 124:1, 124:3, 124:5, 124:8, 124:11, 124:14, 124:18, 124:21, 124:23, 125:11, 125:14, 127:23, 129:8, 129:10, 129:14, 129:17, 129:21, 129:24, 130:1, 130:4, 130:7, 130:10, 130:13, 130:16, 130:19, 130:22, 130:25, 131:3, 131:6, 131:8, 131:11, 131:13, 131:15, 131:18, 131:22, 131:25, 132:2, 132:5, 132:8, 132:10, 132:13, 132:15, 132:19, 132:22, 132:25, 133:4, 133:7, 133:10, 133:14, 133:19, 133:23, 133:25, 134:3, 134:5, 137:8, 137:11, 137:14, 137:18, 137:20, 137:22, 137:25, 138:2, 138:4, 138:7, 138:14, 138:16, 138:20, 138:23, 139:2, 139:5, 139:9, 139:12, 139:14, 139:17, 139:21, 140:2, 140:5, 140:10, 140:13, 140:15, 140:20, 140:23, 141:6, 141:10, 141:15, 141:20, 142:1, 142:5, 143:9, 146:20
**jARAMILLO** [1] - 91:5

**JL** [4] - 77:25, 78:1, 79:14, 84:2
**JMM** [4] - 114:5, 115:19, 125:7, 127:17
**JN** [6] - 68:13, 68:14, 69:20, 75:11, 81:11, 100:21
**job** [16] - 34:6, 46:19, 49:10, 50:17, 59:20, 66:24, 81:19, 92:7, 103:3, 103:8, 122:23, 131:17, 131:19, 138:10, 138:13, 139:16
**jobs** [5] - 67:23, 67:24, 96:4, 139:16, 140:7
**Johnny** [1] - 114:7
**joint** [1] - 8:22
**joke** [1] - 144:18
**joking** [2] - 68:10, 111:11
**journals** [1] - 70:18
**Judge** [13] - 21:21, 28:24, 44:11, 45:7, 48:9, 57:3, 80:2, 80:12, 83:7, 86:21, 103:23, 104:19, 121:18
**judge** [13] - 28:8, 29:24, 30:6, 30:11, 30:23, 31:1, 31:3, 35:3, 40:11, 43:17, 46:25, 144:9, 146:9
**JUDGE** [1] - 1:3
**judge's** [1] - 28:25
**judges** [7] - 29:9, 29:13, 30:13, 30:24, 31:7, 31:9, 31:11
**JUDICIAL** [1] - 147:7
**Juice** [2] - 81:3, 81:19
**June** [1] - 79:15
**juries** [1] - 74:4
**jurisprudence** [1] - 111:4
**JUROR** [570] - 22:19, 36:2, 36:5, 36:8, 36:11, 36:18, 36:20, 37:10, 37:16, 37:18, 37:22, 37:24, 38:1, 38:4, 38:14, 38:18, 38:20, 39:3, 39:5, 39:8, 39:12, 39:17, 39:25, 40:3, 40:6, 40:12, 40:17, 40:19, 40:23, 41:3, 41:5, 41:7, 41:9, 41:13, 41:15, 41:19, 41:22, 41:25, 42:2, 42:6, 42:10, 42:13, 42:15, 42:18, 44:16, 44:19, 44:21, 44:25, 45:20, 46:1, 46:5, 46:13, 47:7, 47:10, 47:17, 47:21, 47:25, 48:2, 48:24, 49:7, 49:14, 49:20, 49:23, 49:25, 50:12, 50:15, 51:11, 51:14, 51:17, 51:22, 52:16, 52:19, 52:23, 53:2, 53:9, 53:15, 53:22, 54:2, 54:20, 54:25, 55:4, 55:8, 56:5, 56:7, 56:10, 56:14, 56:20, 56:22, 57:13, 58:8, 58:13, 59:16, 60:4, 60:13,

60:20, 61:2, 61:10, 61:25, 62:3, 62:9, 62:16, 63:5, 63:12, 63:16, 63:22, 64:4, 64:11, 64:18, 64:23, 64:25, 65:6, 65:10, 65:14, 65:24, 66:5, 66:14, 67:22, 68:19, 68:22, 69:1, 69:3, 69:6, 69:10, 69:12, 69:14, 69:23, 70:2, 70:5, 70:9, 70:12, 70:14, 70:16, 70:19, 70:21, 70:25, 71:3, 71:6, 71:9, 71:12, 71:17, 71:20, 71:25, 72:5, 72:10, 72:16, 72:20, 72:24, 73:4, 73:14, 73:20, 73:24, 74:2, 74:7, 74:12, 74:19, 74:22, 75:4, 75:13, 75:15, 75:19, 76:3, 76:6, 76:23, 77:9, 78:4, 78:7, 78:10, 78:14, 78:16, 78:19, 78:21, 78:24, 79:1, 79:4, 79:8, 79:10, 79:15, 79:17, 79:20, 79:25, 80:5, 80:9, 80:18, 80:21, 80:23, 81:2, 81:6, 81:9, 81:14, 81:17, 81:21, 81:24, 82:3, 82:12, 82:18, 82:20, 82:25, 83:2, 83:10, 83:15, 83:18, 83:21, 84:4, 84:8, 84:14, 84:17, 84:21, 84:25, 85:2, 85:5, 85:8, 85:11, 86:21, 86:25, 87:3, 87:5, 87:9, 87:12, 87:14, 87:16, 87:20, 87:25, 88:8, 88:11, 88:17, 88:20, 88:22, 89:1, 89:7, 89:11, 89:14, 89:18, 89:23, 90:6, 90:12, 90:18, 90:22, 90:25, 91:4, 91:6, 91:9, 91:12, 91:16, 91:20, 91:24, 92:3, 92:6, 92:9, 92:13, 92:17, 92:22, 92:25, 93:5, 93:8, 94:5, 94:8, 94:10, 94:12, 94:14, 94:17, 94:20, 94:23, 94:25, 95:2, 95:7, 95:9, 95:11, 95:15, 95:18, 95:20, 95:23, 96:1, 96:5, 96:8, 96:11, 96:15, 96:19, 96:22, 96:24, 97:1, 97:5, 97:8, 97:11, 97:15, 97:18, 97:23, 98:5, 98:9, 98:12, 98:16, 98:20, 98:24, 99:2, 99:6, 99:11, 99:15, 99:21, 99:23, 100:3, 100:6, 100:9, 100:12, 100:24, 101:6, 101:9, 101:11, 101:15, 101:18, 101:24, 102:2, 102:4, 102:10, 102:12, 102:14, 102:17, 102:20, 102:24, 103:2, 103:6, 103:8, 103:15, 103:21, 104:1, 104:4, 104:6, 104:8, 104:13, 104:15, 104:17,

104:21, 104:25, 105:6, 105:12, 105:17, 105:22, 105:24, 106:1, 106:5, 106:9, 106:12, 106:16, 106:25, 107:3, 107:7, 107:9, 107:12, 110:10, 110:15, 110:18, 110:20, 110:23, 110:25, 111:2, 111:8, 111:14, 111:16, 111:19, 111:21, 111:24, 112:1, 112:3, 112:7, 112:9, 112:15, 112:18, 112:20, 112:22, 113:1, 113:5, 113:7, 113:12, 113:22, 114:8, 114:12, 114:15, 114:18, 114:21, 114:23, 115:4, 115:7, 115:9, 115:12, 115:15, 115:21, 115:25, 116:3, 116:6, 116:12, 116:15, 116:20, 117:1, 117:7, 117:10, 117:12, 117:15, 117:18, 117:22, 117:25, 118:4, 118:6, 118:10, 118:13, 118:16, 118:18, 118:22, 119:2, 119:5, 119:8, 119:12, 119:15, 119:17, 119:20, 119:24, 120:4, 120:8, 120:11, 120:21, 120:24, 121:2, 121:4, 121:8, 121:11, 121:13, 121:21, 122:2, 122:8, 122:12, 122:14, 122:16, 122:19, 122:21, 122:25, 123:2, 123:8, 123:11, 123:13, 123:15, 123:18, 123:21, 123:24, 124:2, 124:4, 124:7, 124:10, 124:13, 124:17, 124:19, 124:22, 125:8, 125:13, 125:21, 125:23, 126:5, 126:8, 126:13, 126:23, 127:2, 127:5, 127:9, 127:11, 127:16, 127:18, 128:8, 128:11, 128:14, 128:16, 128:18, 128:21, 128:24, 129:2, 129:4, 129:6, 129:9, 129:12, 129:16, 129:19, 129:23, 129:25, 130:2, 130:5, 130:9, 130:11, 130:15, 130:18, 130:21, 130:23, 131:1, 131:5, 131:7, 131:10, 131:12, 131:14, 131:17, 131:20, 131:24, 132:1, 132:3, 132:7, 132:9, 132:12, 132:14, 132:17, 132:21, 132:24, 133:3, 133:6, 133:9, 133:12, 133:15, 133:21, 133:24, 134:2, 134:9, 134:12,

134:14, 134:19, 134:22, 134:24, 135:12, 136:6, 136:9, 136:12, 136:14, 136:17, 136:22, 137:1, 137:3, 137:5, 137:10, 137:13, 137:17, 137:19, 137:21, 137:23, 138:1, 138:3, 138:6, 138:9, 138:15, 138:19, 138:22, 138:25, 139:4, 139:7, 139:11, 139:13, 139:15, 139:19, 139:23, 140:4, 140:8, 140:12, 140:14, 140:17, 140:21, 140:25, 141:9, 141:12, 141:18, 141:23, 142:4, 142:10, 142:14, 142:17, 142:23, 143:1, 145:9, 145:13, 145:17, 145:19
**Juror** [8] - 40:14, 68:6, 77:18, 86:16, 87:2, 93:19, 100:19, 127:25
**juror** [39] - 22:22, 23:3, 23:9, 23:14, 23:19, 36:6, 37:25, 38:10, 39:4, 40:18, 41:14, 42:8, 43:18, 43:25, 68:12, 69:2, 75:25, 77:24, 78:15, 78:20, 86:8, 86:22, 87:15, 93:24, 94:16, 101:13, 108:21, 108:25, 109:5, 109:16, 110:24, 111:25, 113:3, 114:2, 114:20, 115:3, 117:4, 128:17, 136:13
**jurors** [19] - 5:25, 6:3, 21:7, 22:7, 30:19, 31:14, 32:8, 86:6, 109:9, 109:10, 109:14, 115:18, 122:1, 124:15, 143:17, 144:4, 144:15, 145:24, 146:6
**JURY** [1] - 1:17
**Jury** [1] - 108:5
**jury** [60] - 4:6, 5:2, 6:7, 6:15, 6:18, 6:24, 7:1, 7:25, 8:1, 8:14, 8:21, 9:15, 9:20, 10:11, 11:14, 13:10, 13:14, 13:17, 13:24, 15:6, 15:9, 16:8, 16:16, 18:9, 18:10, 19:4, 19:9, 19:17, 19:21, 21:19, 22:9, 22:15, 25:8, 28:17, 31:11, 37:3, 38:10, 46:16, 68:8, 73:25, 77:21, 83:11, 85:16, 85:18, 85:20, 85:22, 86:1, 86:18, 86:20, 93:21, 99:13, 105:3, 105:5, 109:13, 110:5, 128:2, 135:7, 144:25, 145:4, 146:3
**jury's** [1] - 18:2
**justice** [1] - 27:21

**JYH** [15] - 23:20, 23:21, 23:25, 24:4, 40:14, 61:5, 61:6, 62:5, 64:24, 135:9, 144:24, 145:1, 145:3, 145:5, 146:5

# K

**KAC** [2] - 109:6, 113:9
**Karlen** [10] - 6:17, 16:2, 16:17, 22:5, 38:21, 93:25, 100:25, 108:3, 108:13, 145:25
**Kazakhstan** [1] - 29:11
**keep** [12] - 4:10, 6:8, 20:19, 33:7, 68:16, 83:7, 110:4, 115:1, 139:15, 139:16, 142:19, 144:22
**keeps** [1] - 109:25
**key** [3] - 17:19, 17:25, 19:8
**kick** [2] - 35:3, 143:22
**kidding** [2] - 5:3, 30:8
**kids** [3] - 103:11, 114:24, 131:9
**kind** [45] - 22:12, 25:2, 25:18, 32:22, 38:22, 48:7, 50:16, 51:6, 51:12, 52:3, 53:18, 59:19, 59:20, 59:22, 60:6, 60:7, 60:11, 60:14, 60:20, 60:21, 60:22, 63:25, 66:9, 67:4, 67:8, 73:4, 82:13, 83:10, 83:12, 98:18, 103:9, 106:3, 106:14, 107:1, 108:17, 109:25, 119:25, 120:13, 120:16, 125:9, 126:17, 133:16, 134:15, 136:2
**kindergarten** [1] - 64:6
**kinds** [3] - 59:20, 65:10, 126:14
**King** [2] - 79:5, 104:25
**know..** [1] - 83:23
**knowledge** [3] - 57:25, 58:15, 87:5
**knowledgeable** [1] - 67:5
**known** [2] - 12:20, 84:12
**knows** [1] - 12:19

# L

**L.A** [3] - 39:18, 138:10, 145:19
**lab** [1] - 81:10
**laboriously** [1] - 18:13
**lack** [1] - 61:12
**ladies** [3] - 21:17, 25:7, 85:15
**lady** [1] - 25:10
**laid** [2] - 54:6, 62:23
**landscaping** [1] - 130:12

**language** [2] - 19:1, 97:1
**larger** [2] - 76:20, 77:1
**last** [12] - 20:8, 22:18, 35:13, 44:14, 44:20, 44:23, 44:25, 46:16, 62:10, 66:16, 83:6, 101:2
**law** [31] - 8:10, 27:25, 28:2, 36:19, 36:22, 37:4, 37:7, 38:13, 41:6, 41:20, 42:14, 42:19, 49:3, 57:7, 57:9, 57:14, 69:11, 78:25, 88:9, 94:24, 101:23, 110:19, 111:20, 112:19, 115:8, 118:19, 118:21, 119:1, 119:3, 129:3, 136:21
**LAW** [1] - 2:4
**laws** [1] - 37:6
**lawsuit** [15] - 32:4, 46:9, 47:3, 47:4, 47:6, 48:7, 51:20, 57:1, 63:11, 84:13, 92:21, 92:24, 100:2, 100:5, 118:12
**lawsuits** [17] - 45:17, 45:19, 45:21, 46:7, 63:14, 73:22, 74:6, 74:8, 74:10, 74:13, 75:6, 83:9, 83:12, 83:17, 99:9, 124:25
**lawyers** [2] - 143:3, 143:4
**lay** [1] - 49:15
**layoff** [3] - 62:9, 62:14, 62:16
**layoffs** [1] - 62:19
**lead** [1] - 34:5
**leadership** [1] - 120:1
**leads** [1] - 137:2
**league** [1] - 132:1
**League** [2] - 132:5, 132:17
**least** [1] - 26:4
**leave** [8] - 23:17, 73:9, 73:12, 73:18, 76:17, 133:17, 133:20, 144:2
**left** [3] - 65:17, 72:22, 82:8
**leg** [1] - 65:16
**legal** [4] - 45:8, 47:1, 109:11, 140:11
**Legends** [3] - 132:1, 132:5, 132:18
**legitimate** [1] - 26:24
**leisure** [7] - 69:4, 79:2, 87:17, 94:18, 101:25, 104:19, 128:19
**less** [1] - 95:23
**LESS** [1] - 147:5
**lesson** [1] - 64:21
**letting** [1] - 144:9
**level** [2] - 56:2, 74:14
**liability** [1] - 29:14
**licensees** [1] - 49:1
**life** [9] - 35:9, 61:24, 62:2, 62:4, 63:21, 88:1, 93:6, 93:7, 101:20

**limine** [4] - 9:2, 10:6, 11:5, 13:4
**limited** [3] - 32:12, 58:15, 69:18
**line** [2] - 12:4, 130:6
**lined** [1] - 5:11
**lines** [2] - 76:19, 76:21
**linguistics** [1] - 71:10
**list** [1] - 7:2
**listen** [3] - 56:18, 110:4, 120:14
**listened** [1] - 53:10
**listening** [2] - 146:9, 146:12
**literally** [2] - 28:12, 29:20
**literature** [1] - 91:14
**litigation** [3] - 46:24, 83:8, 124:24
**live** [6] - 10:6, 81:4, 81:6, 98:25, 129:21, 129:24
**lives** [4] - 34:5, 37:13, 46:24, 143:21
**living** [4] - 81:8, 99:3, 110:22, 130:1
**located** [1] - 89:10
**look** [10] - 19:9, 20:21, 28:24, 51:5, 72:2, 72:6, 72:21, 100:11, 134:21, 142:16
**looked** [5] - 72:10, 121:1, 140:25, 141:23, 141:24
**looking** [6] - 34:11, 45:22, 77:5, 123:16, 123:17, 126:8
**looks** [3] - 10:11, 27:22, 142:6
**loose** [1] - 6:7
**LOS** [2] - 1:25, 2:13
**Los** [2] - 5:14, 145:17
**losing** [1] - 46:19
**lost** [4] - 26:20, 50:17, 65:16, 67:24
**loud** [1] - 119:9
**louder** [1] - 118:23
**love** [3] - 28:23, 33:14, 33:15
**loves** [1] - 28:21
**low** [1] - 31:21
**lucky** [1] - 4:14
**Lunch** [1] - 146:21
**lunch** [12] - 4:15, 16:13, 35:16, 85:17, 85:22, 86:2, 108:8, 108:9, 108:11, 144:5, 146:1, 146:19

# M

**Mafia** [2] - 38:8, 38:11
**magazines** [1] - 65:25
**magnificent** [1] - 33:19
**major** [6] - 69:25, 72:16, 76:7, 79:6, 128:23, 129:12
**majoring** [3] - 79:7, 94:11, 138:2
**majority** [1] - 29:18
**manage** [2] - 90:15, 120:15
**management** [4] - 115:22, 123:15, 123:23, 123:24
**manager** [1] - 90:1
**managers** [1] - 53:3
**mandated** [1] - 66:21
**manipulate** [1] - 35:14
**manner** [1] - 97:3
**manufactures** [1] - 32:18
**March** [1] - 80:25
**marijuana** [2] - 36:24, 36:25
**marketing** [1] - 44:17
**markets** [1] - 32:25
**married** [3] - 63:22, 118:15, 118:16
**mask** [2] - 115:1, 115:2
**master's** [1] - 125:24
**material** [5] - 36:9, 38:5, 111:22, 112:24, 115:10
**materials** [1] - 42:16
**MATTER** [1] - 147:4
**matter** [28] - 3:25, 4:1, 4:2, 5:10, 6:4, 6:8, 6:19, 6:23, 21:9, 21:22, 24:8, 25:6, 25:15, 26:3, 26:4, 27:6, 28:5, 29:25, 31:12, 33:13, 36:17, 39:16, 39:24, 40:5, 85:23, 108:20, 136:16
**matters** [2] - 5:11, 31:25
**MCB** [16] - 23:10, 23:11, 23:18, 42:4, 42:5, 45:18, 47:9, 48:22, 56:4, 58:3, 58:6, 63:11, 63:19, 68:6, 68:7, 68:15
**mean** [24] - 17:5, 51:22, 57:14, 58:7, 72:8, 75:18, 76:22, 77:6, 77:8, 83:18, 84:7, 88:25, 89:16, 89:22, 90:5, 97:22, 104:7, 106:16, 109:21, 114:23, 117:18, 117:24, 126:6, 141:7
**means** [7] - 6:11, 28:5, 43:12, 48:18, 58:8, 82:24, 109:9
**meant** [3] - 29:22, 59:15, 60:3
**meanwhile** [1] - 145:24
**media** [10] - 71:19, 71:20, 74:8, 81:16, 92:1, 97:10, 105:16, 105:18, 139:24, 144:13
**medical** [8] - 81:22, 116:23, 120:3, 120:6, 120:13, 120:20, 122:17, 123:7
**medications** [10] - 84:23, 89:3, 89:4, 89:5, 89:9, 89:15, 90:7, 90:8, 90:12, 90:13
**medicine** [1] - 65:19
**meditation** [3] - 65:18, 80:10, 111:24
**meeting** [9] - 36:3, 37:19, 67:1, 77:23, 86:20, 93:23, 111:9, 113:8, 128:3
**mellow** [1] - 64:1
**members** [4] - 32:3, 48:6, 49:16, 50:2
**memory** [1] - 20:20
**mental** [1] - 39:9
**mention** [4] - 13:16, 13:24, 15:16, 53:7
**mentioned** [11] - 52:2, 59:12, 59:13, 60:1, 65:12, 65:23, 90:4, 95:6, 105:15, 122:5, 123:9
**merit** [1] - 83:19
**meritorious** [1] - 83:17
**Mesa** [1] - 138:11
**messed** [1] - 130:15
**met** [1] - 30:8
**method** [1] - 97:4
**Mexican** [1] - 38:8
**mic** [3] - 43:9, 44:23, 63:20
**microphone** [16] - 39:2, 40:13, 41:10, 42:3, 45:25, 87:7, 94:3, 110:11, 110:10, 112:4, 113:9, 118:24, 119:10, 135:10, 145:11, 145:12
**might** [17] - 19:3, 43:20, 43:25, 44:5, 46:11, 46:12, 46:22, 53:7, 55:18, 56:4, 58:18, 71:5, 83:22, 101:21, 106:17, 120:20, 143:2
**million** [1] - 28:13
**mind** [1] - 69:22
**mindfulness** [1] - 80:9
**Minds** [1] - 106:2
**minimally** [1] - 5:18
**minute** [5] - 57:19, 57:23, 85:16, 135:25, 145:2
**minutes** [17] - 7:20, 8:13, 8:18, 9:19, 16:9, 43:1, 43:5, 54:17, 54:18, 54:22, 57:21, 59:4, 75:10, 85:20, 86:1, 115:17, 125:16
**minutia** [1] - 21:6
**MIRIAM** [2] - 1:23, 147:10
**Miriam** [1] - 147:9
**miscalled** [1] - 24:2
**misconduct** [1] - 48:22
**mispronounce** [1] - 35:24
**mistreated** [2] - 39:21, 73:9
**mistreatment** [1] - 39:22
**ML** [8] - 108:22, 111:11, 119:7, 125:19, 126:12, 126:25, 135:5, 135:22
**models** [1] - 129:19
**Moderna** [1] - 32:21
**Moeller** [1] - 114:7
**mom** [4] - 51:6, 51:25, 81:6, 99:7
**moment** [17] - 3:24, 4:11, 5:6, 9:3, 9:20, 11:11, 12:24, 16:7, 22:4, 32:8, 40:14, 41:12, 126:24, 135:9, 143:16, 144:24, 145:1
**moments** [1] - 69:16
**monarch** [1] - 29:20
**Monday** [3] - 24:15, 146:8, 146:9
**money** [5] - 26:8, 28:17, 28:18, 96:2, 143:3
**month** [3] - 24:21, 38:7, 68:10
**monthly** [1] - 66:25
**months** [6] - 5:9, 24:22, 62:14, 102:24, 102:25, 122:14
**monumental** [1] - 53:19
**morning** [23] - 3:5, 3:9, 3:12, 3:15, 3:17, 3:18, 4:13, 5:14, 16:23, 21:17, 21:25, 22:21, 24:6, 25:4, 25:7, 25:21, 25:23, 25:25, 27:11, 43:7, 59:5, 61:6, 92:20
**mortuary** [2] - 119:3, 119:4
**most** [12] - 28:21, 29:18, 31:24, 56:18, 65:2, 74:3, 75:3, 75:6, 76:25, 89:14, 142:10, 143:20
**mostly** [2] - 9:18, 103:9
**mother** [2] - 50:17, 130:2
**motion** [4] - 9:2, 10:6, 11:5, 13:4
**motions** [1] - 9:2
**mouth** [1] - 33:25
**move** [9] - 9:12, 17:1, 17:10, 46:23, 73:19, 122:23, 123:4, 144:21, 146:4
**movies** [1] - 85:12
**moving** [3] - 50:22, 51:19, 145:18
**MR** [534] - 3:5, 3:9, 3:12, 4:21, 4:25, 5:4, 7:6, 7:11, 7:14, 8:4, 9:9, 9:17, 9:24, 10:1, 10:5, 10:13, 10:15, 10:18, 10:21, 10:23, 11:2, 11:16, 11:18, 11:21, 12:2, 12:7, 12:9, 12:12, 12:16, 12:22, 13:2, 13:11, 13:19, 14:4, 14:10, 14:13, 14:14, 14:15, 14:20, 15:2, 15:5, 15:13, 15:15, 15:18, 16:1, 16:4, 16:5, 16:10, 16:12, 16:18, 16:23, 17:4, 17:7, 17:12, 17:15, 17:16, 17:19,

17:24, 18:6, 18:8, 18:19, 18:21, 18:23, 19:3, 19:7, 19:12, 19:15, 19:18, 19:21, 20:8, 20:11, 20:14, 21:3, 21:4, 22:1, 22:2, 25:4, 25:7, 25:12, 25:14, 25:21, 43:3, 43:6, 43:10, 44:18, 44:20, 44:22, 45:2, 45:24, 46:2, 46:8, 46:14, 47:9, 47:15, 47:19, 47:23, 48:1, 48:4, 49:5, 49:8, 49:19, 49:22, 49:24, 50:10, 50:13, 51:9, 51:12, 51:16, 51:19, 52:2, 52:18, 52:21, 52:25, 53:5, 53:13, 53:20, 53:23, 54:19, 54:23, 55:3, 55:6, 55:14, 56:6, 56:8, 56:11, 56:15, 56:21, 56:23, 57:17, 57:20, 58:11, 58:16, 58:20, 59:2, 59:5, 60:1, 60:12, 60:16, 60:25, 61:4, 61:23, 62:1, 62:5, 62:13, 62:25, 63:9, 63:15, 63:17, 64:2, 64:9, 64:17, 64:22, 64:24, 65:5, 65:8, 65:11, 65:22, 66:2, 66:7, 67:19, 67:25, 68:5, 69:17, 70:1, 70:4, 70:6, 70:10, 70:13, 70:15, 70:18, 70:20, 70:24, 71:2, 71:4, 71:7, 71:11, 71:13, 71:18, 71:21, 72:3, 72:8, 72:14, 72:18, 72:21, 73:1, 73:11, 73:19, 73:21, 73:25, 74:5, 74:10, 74:15, 74:20, 74:23, 75:5, 75:8, 75:11, 75:14, 75:18, 75:24, 76:4, 76:18, 77:4, 77:18, 79:13, 79:16, 79:18, 79:23, 80:2, 80:8, 80:11, 80:19, 80:22, 81:1, 81:4, 81:7, 81:11, 81:15, 81:19, 81:23, 82:2, 82:9, 82:15, 82:19, 82:23, 83:1, 83:6, 83:14, 83:16, 83:19, 83:25, 84:2, 84:7, 84:12, 84:15, 84:19, 84:24, 85:1, 85:3, 85:6, 85:9, 86:10, 86:15, 88:14, 88:18, 88:21, 88:24, 89:5, 89:10, 89:12, 89:16, 89:21, 90:4, 90:10, 90:16, 90:20, 90:23, 91:2, 91:5, 91:7, 91:10, 91:14, 91:18, 91:22, 92:1, 92:4, 92:7, 92:11, 92:15, 92:18, 92:20, 92:23, 93:1, 93:6, 93:10, 93:15, 93:18, 95:5, 95:8, 95:10, 95:12, 95:16, 95:19, 95:22, 95:24, 96:3, 96:6, 96:9, 96:13, 96:16, 96:21, 96:23, 96:25, 97:3, 97:6, 97:9, 97:13, 97:16, 97:21, 98:2, 98:6,

98:11, 98:14, 98:17, 98:21, 98:25, 99:3, 99:8, 99:13, 99:16, 99:19, 99:22, 100:1, 100:4, 100:7, 100:10, 100:14, 100:18, 102:7, 102:11, 102:13, 102:16, 102:18, 102:22, 103:1, 103:4, 103:7, 103:13, 103:19, 103:22, 104:2, 104:5, 104:7, 104:11, 104:14, 104:16, 104:18, 104:23, 105:3, 105:9, 105:15, 105:20, 105:23, 105:25, 106:4, 106:7, 106:10, 106:13, 106:20, 106:23, 107:2, 107:5, 107:8, 107:10, 107:13, 107:17, 107:20, 107:22, 107:25, 113:24, 115:19, 115:24, 116:1, 116:4, 116:10, 116:13, 116:17, 116:24, 117:3, 117:9, 117:11, 117:14, 117:16, 117:19, 117:23, 118:2, 118:5, 118:8, 118:11, 118:14, 118:17, 118:25, 119:4, 119:7, 119:14, 119:16, 119:18, 119:22, 120:2, 120:5, 120:9, 120:18, 120:22, 120:25, 121:3, 121:6, 121:9, 121:12, 121:15, 121:23, 122:4, 122:10, 122:13, 122:15, 122:17, 122:20, 122:23, 123:1, 123:6, 123:9, 123:12, 123:14, 123:16, 123:19, 123:22, 124:1, 124:3, 124:5, 124:8, 124:11, 124:14, 124:18, 124:21, 124:23, 125:11, 125:14, 125:17, 125:22, 126:2, 126:6, 126:11, 126:20, 126:24, 127:3, 127:6, 127:10, 127:13, 127:17, 127:19, 127:23, 129:8, 129:10, 129:14, 129:17, 129:21, 129:24, 130:1, 130:4, 130:7, 130:10, 130:13, 130:16, 130:19, 130:22, 130:25, 131:3, 131:6, 131:8, 131:11, 131:13, 131:15, 131:18, 131:22, 131:25, 132:2, 132:5, 132:8, 132:10, 132:13, 132:15, 132:19, 132:22, 132:25, 133:4, 133:7, 133:10, 133:14, 133:19, 133:23, 133:25, 134:3, 134:5, 134:7, 134:10, 134:13, 134:15, 134:20, 134:23,

135:1, 135:5, 135:23, 137:8, 137:11, 137:14, 137:18, 137:20, 137:22, 137:25, 138:2, 138:4, 138:7, 138:14, 138:16, 138:20, 138:23, 139:2, 139:5, 139:9, 139:12, 139:14, 139:17, 139:21, 140:2, 140:5, 140:10, 140:13, 140:15, 140:20, 140:23, 141:6, 141:10, 141:15, 141:20, 142:1, 142:5, 142:6, 142:13, 142:15, 142:21, 142:24, 143:5, 143:9, 143:13, 146:20

**MS** [4] - 3:15, 3:18, 25:23, 25:25
**muffling** [1] - 115:2
**multi** [1] - 132:8
**multi-player** [1] - 132:8
**multiple** - 52:22, 84:9
**murders** [1] - 38:8
**Murphy** [3] - 14:5, 14:9, 14:23
**Murphy's** [2] - 14:4, 15:6
**music** [3] - 73:5, 73:15
**must** [1] - 70:6
**mutual** [1] - 15:25
**MVB11893@aol.com** [1] - 1:25
**mysteries** [1] - 102:2
**mystery** [3] - 80:6, 104:21, 106:5

## N

**N-a-s-h** [1] - 139:8
**naive** [1] - 59:25
**name** [19] - 18:1, 22:18, 22:24, 24:2, 25:4, 25:8, 25:21, 25:23, 29:11, 35:24, 43:7, 59:6, 99:24, 100:21, 108:13, 109:23, 111:11, 111:12, 137:8
**named** [4] - 30:4, 47:11, 47:13, 47:20
**names** [2] - 22:9, 109:22
**NASH** [1] - 2:11
**Nash** [1] - 139:7
**nation** [1] - 30:10
**nation's** [1] - 111:4
**natural** [1] - 28:23
**nature** [2] - 26:25, 105:21
**necessarily** [7] - 8:15, 18:24, 18:25, 30:12, 55:24, 74:2, 105:14
**necessity** [1] - 116:23
**need** [9] - 5:17, 6:15, 17:6, 18:5, 35:8, 104:3, 108:9,

118:23, 145:10
**needed** [2] - 123:4, 136:24
**negative** [1] - 59:8
**Nekter** [2] - 81:3, 81:19
**networks** [1] - 72:17
**never** [6] - 11:4, 31:13, 34:5, 41:16, 82:21, 110:2
**new** [17] - 11:7, 37:6, 37:24, 49:14, 49:16, 49:20, 50:1, 50:2, 54:7, 54:8, 62:7, 62:12, 63:2, 64:12, 64:13, 65:4
**new-home** [2] - 49:20, 62:12
**newer** [1] - 120:12
**newport** [1] - 138:15
**news** [30] - 29:7, 70:15, 70:17, 71:1, 71:14, 71:16, 71:18, 71:23, 72:16, 72:21, 81:12, 81:15, 91:22, 91:23, 91:25, 97:14, 97:19, 105:7, 105:10, 124:11, 124:16, 124:17, 124:18, 124:19, 124:21, 139:22, 139:23, 142:11
**News** [2] - 72:17, 139:25
**next** [12] - 14:2, 23:3, 23:9, 23:14, 25:9, 46:15, 50:13, 86:22, 108:21, 108:25, 131:12, 145:7
**NGUYEN** [39] - 2:3, 3:9, 4:21, 4:25, 7:6, 7:11, 7:14, 9:17, 9:24, 10:1, 10:5, 10:13, 10:15, 10:18, 10:21, 10:23, 11:2, 11:16, 12:7, 12:9, 12:12, 12:16, 13:2, 13:11, 14:4, 14:10, 14:14, 14:20, 15:2, 15:5, 15:13, 16:1, 16:5, 16:10, 16:12, 25:7, 86:10, 93:15, 93:18
**Nguyen** [2] - 3:9, 25:8
**nice** [12] - 27:10, 27:18, 30:8, 36:3, 37:19, 63:24, 86:20, 113:8, 117:1, 128:3, 146:1, 146:19
**night** [1] - 35:21
**nine** [3] - 7:17, 28:11, 28:16
**nobody** [2] - 44:2, 132:17
**none** [2] - 47:1, 109:17
**nonfunctional** [1] - 116:7
**normal** [5] - 60:5, 64:16, 74:4, 108:11, 126:18
**notes** [2] - 9:22, 20:23
**nothing** [3] - 50:6, 66:15, 107:4
**notice** [1] - 117:4
**noticed** [2] - 60:17, 61:7
**notoriety** [2] - 144:14, 144:15
**novels** [4] - 79:5, 80:6, 104:20, 104:22

**nowhere** [1] - 53:9
**nullification** [1] - 37:3
**number** [16] - 7:10, 7:16, 7:17, 7:18, 13:2, 20:20, 32:10, 45:19, 52:14, 99:8, 146:7
**numbers** [1] - 52:9
**numerous** [8] - 18:1
**nurse** [8] - 79:22, 119:14, 119:25, 120:2, 120:6, 120:11, 120:14, 126:15
**nursing** [10] - 79:21, 79:24, 101:11, 102:9, 102:15, 102:23, 103:5, 103:10, 119:24, 125:23

## O

**o'clock** [7] - 4:13, 4:15, 5:2, 17:8, 35:13, 35:15, 35:21
**oath** [3] - 22:5, 27:5, 108:4
**Obama** [1] - 33:22
**obey** [1] - 37:6
**objected** [1] - 20:18
**objection** [1] - 21:2
**objections** [2] - 12:2, 14:14
**obvious** [1] - 87:1
**obviously** [1] - 66:14
**OCC** [3] - 95:9, 96:6, 137:23
**occasionally** [1] - 144:18
**occupation** [4] - 78:10, 78:13, 101:10, 136:11
**occur** [1] - 144:17
**occurs** [3] - 18:13, 88:3, 146:16
**October** [2] - 7:15, 62:10
**oddity** [1] - 29:17
**OF** [1] - 1:2, 1:16, 2:3, 2:9, 147:3, 147:7
**offer** [1] - 55:10
**offers** [1] - 11:7
**office** [11] - 39:18, 50:23, 51:15, 51:18, 62:12, 81:22, 82:5, 122:21, 122:22, 123:4, 123:7
**officer** [1] - 47:18
**OFFICIAL** [2] - 1:23, 147:10
**official** [1] - 53:24
**often** [2] - 32:16, 52:5
**oftentimes** [6] - 29:14, 39:14, 45:22, 47:11, 109:19, 126:13
**OGLETREE** [1] - 2:11
**old** [1] - 50:18
**older** [2] - 51:7, 51:25
**ON** [2] - 2:3, 2:9
**once** [7] - 28:4, 38:24, 93:21, 101:3, 103:18, 115:3, 146:3
**oncology** [1] - 89:4

**One** [1] - 12:9
**one** [61] - 9:2, 12:4, 12:12, 12:22, 13:20, 15:18, 16:19, 17:16, 20:6, 20:8, 21:1, 23:17, 29:7, 30:19, 33:24, 38:10, 43:16, 45:3, 52:5, 52:6, 52:8, 52:14, 54:6, 57:10, 57:18, 58:23, 61:21, 62:21, 66:20, 67:13, 68:4, 82:12, 83:6, 84:5, 84:10, 89:23, 93:16, 97:24, 99:9, 100:7, 100:18, 107:5, 108:19, 108:24, 109:4, 109:5, 109:10, 109:14, 109:21, 110:2, 113:17, 116:21, 117:21, 122:24, 127:23, 134:16, 135:9, 141:2
**one-year** [1] - 89:23
**ones** [3] - 70:20, 89:2, 141:2
**online** [4] - 77:7, 77:10, 98:10, 142:7
**open** [5] - 33:25, 43:20, 85:25, 103:17, 145:25
**Open** [1] - 144:25
**opening** [7] - 3:23, 4:7, 13:3, 13:16, 13:24, 15:16, 16:13
**operating** [1] - 9:7
**opinion** [15] - 52:8, 54:5, 54:25, 55:11, 63:8, 72:19, 75:1, 85:24, 99:9, 99:12, 99:13, 103:24, 106:19, 117:21, 144:6
**opinions** [6] - 69:21, 100:7, 105:4, 105:8, 107:5, 134:16
**opportunity** [2] - 5:10, 43:15
**opposed** [6] - 58:10, 60:19, 61:9, 75:17, 75:22, 126:18
**opposing** [2] - 17:20, 19:9
**opposite** [1] - 110:3
**option** [1] - 73:12
**options** [2] - 146:2, 146:7
**Optum** [3] - 88:22, 89:10, 90:1
**Orange** [2] - 41:15, 135:13
**order** [4] - 17:23, 19:16, 20:16, 131:9
**ordered** [2] - 10:1, 12:11
**oriented** [1] - 97:3
**origin** [1] - 71:11
**otherwise** [5] - 11:6, 11:23, 12:11, 98:23, 112:17
**outrageous** [1] - 74:1
**outside** [7] - 9:14, 13:13, 28:10, 93:6, 94:18, 128:19, 143:19
**overall** [1] - 61:18
**overbook** [1] - 126:16
**overseas** [1] - 34:14

**overt** [1] - 88:3
**overview** [1] - 27:2
**own** [14] - 15:1, 50:11, 61:23, 66:24, 72:1, 72:9, 82:5, 82:6, 91:10, 91:16, 91:18, 98:10, 98:11, 120:16
**owner** [3] - 55:9, 55:12, 56:1
**owns** [2] - 55:16, 119:3

## P

**p.m** [2] - 16:25, 146:21
**page** [1] - 12:21
**paid** [2] - 32:22, 39:19
**pair** [1] - 28:15
**Pakistan** [1] - 29:10
**pandemic** [2] - 133:12, 133:15
**paper** [2] - 29:16, 105:5
**paraphrasing** [1] - 76:18
**pardon** [3] - 14:8, 43:4, 107:21
**parents** [5] - 81:5, 99:1, 99:5, 129:22, 129:24
**PARK** [1] - 2:4
**part** [13] - 14:23, 30:15, 43:11, 50:22, 51:24, 67:11, 69:16, 90:14, 110:6, 112:14, 120:25, 132:22, 140:23
**participant** [3] - 48:14, 48:15, 98:22
**participate** [3] - 26:18, 30:17, 104:3
**participating** [1] - 106:10
**participation** [1] - 32:22
**particular** [24] - 71:7, 71:16, 72:3, 72:14, 74:10, 80:8, 81:12, 92:17, 96:17, 97:9, 98:6, 104:23, 121:17, 121:19, 121:24, 122:3, 123:22, 124:11, 124:16, 129:14, 131:18, 137:15, 138:4, 139:22
**particularly** [4] - 80:17, 91:8, 92:15, 124:23
**parties** [8] - 3:22, 9:11, 11:20, 20:1, 32:9, 37:15, 57:10, 78:3
**partner** [3] - 62:11, 91:21
**partners** [1] - 45:5
**party** [4] - 47:11, 92:24, 100:2, 113:17
**pass** [24] - 37:6, 41:10, 42:3, 61:4, 62:6, 64:2, 86:7, 86:11, 86:12, 93:12, 100:15, 107:19, 111:9, 112:4, 113:9, 127:3, 127:13, 127:17, 127:21, 135:3, 143:6, 143:9,

143:10, 143:13
**passed** [2] - 82:14, 107:23
**passes** [3] - 68:3, 77:15, 143:15
**passion** [3] - 93:7, 93:8, 138:18
**past** [2] - 40:10, 135:19
**patent** [1] - 28:11
**patient** [2] - 89:20, 122:11
**patients** [7] - 89:12, 89:14, 89:19, 90:6, 90:10, 120:15, 120:16
**patriotic** [2] - 35:5, 35:6
**pay** [10] - 40:1, 76:25, 77:1, 89:13, 89:15, 97:13, 105:7, 105:10, 105:14, 110:1
**paying** [1] - 20:22
**payout** [1] - 46:7
**payouts** [1] - 45:23
**PC** [1] - 2:11
**pediatrician** [1] - 122:22
**pediatrics** [3] - 103:10, 103:13, 119:25
**peer** [1] - 70:22
**peer-reviewed** [1] - 70:22
**penalty** [1] - 76:25
**pending** [1] - 9:3
**People** [2] - 29:22, 34:13
**people** [51] - 21:10, 27:4, 27:10, 27:18, 29:20, 29:23, 30:3, 30:15, 30:19, 34:5, 34:17, 35:10, 35:11, 45:21, 46:12, 50:7, 51:23, 52:7, 52:9, 52:14, 52:22, 53:17, 54:5, 54:24, 56:2, 57:1, 67:2, 67:17, 67:18, 67:23, 74:4, 74:8, 75:12, 75:16, 77:12, 79:25, 83:3, 83:8, 84:3, 84:9, 84:10, 98:3, 99:20, 103:9, 103:10, 104:9, 106:17, 127:12, 132:11, 139:19, 142:25
**per** [3] - 3:22, 7:20, 8:13
**percent** [3] - 111:3, 111:5, 138:19
**peremptory** [22] - 32:10, 68:3, 77:15, 77:16, 77:17, 86:7, 86:9, 86:12, 86:13, 86:14, 93:12, 93:13, 100:15, 100:16, 107:24, 127:21, 127:22, 135:2, 135:3, 143:6, 143:10, 143:11
**perfect** [4] - 24:5, 65:8, 126:11, 142:13
**perfectly** [1] - 9:4
**performance** [2] - 50:7, 51:1
**perhaps** [1] - 11:9
**period** [3] - 6:25, 34:21, 110:7

**permissible** [1] - 9:5
**perplex** [1] - 30:10
**person** [22] - 12:14, 27:19, 30:20, 31:6, 33:4, 34:10, 34:11, 44:2, 52:5, 52:6, 52:8, 52:14, 55:18, 55:20, 61:5, 62:24, 63:7, 84:6, 84:11, 107:11, 108:14, 109:24
**personal** [3] - 22:25, 37:13, 60:23
**personally** [3] - 47:12, 47:21, 73:15
**personnel** [1] - 123:7
**persons** [5] - 11:13, 126:25, 127:7, 127:14, 134:17
**perspective** [2] - 15:4, 42:21
**petty** [1] - 74:9
**Pfizer** [1] - 32:21
**Ph.D** [2] - 90:17, 90:20
**Pharm.D** [1] - 90:18
**pharma** [2] - 141:5, 141:7
**pharmaceutical** [9] - 8:9, 32:17, 45:8, 78:17, 84:22, 93:6, 124:3, 141:1, 141:8
**pharmaceuticals** [1] - 140:13
**pharmacist** [5] - 87:14, 88:15, 89:17, 92:5, 92:8
**Pharmacy** [2] - 88:23, 90:19
**pharmacy** [6] - 88:24, 89:1, 89:25, 91:1, 92:9
**phone** [1] - 17:6
**photographic** [1] - 20:20
**photography** [4] - 138:10, 138:21, 138:23, 138:25
**photos** [1] - 139:3
**phrase** [1] - 33:5
**physicians** [1] - 126:15
**piano** [1] - 73:5
**pick** [1] - 41:16
**picking** [1] - 43:22
**pictures** [1] - 142:18
**piece** [1] - 29:15
**place** [7] - 32:8, 33:16, 53:6, 55:13, 109:12, 111:4, 131:18
**places** [1] - 141:13
**Plaintiff** [1] - 1:6
**plaintiff** [26] - 3:6, 3:10, 7:5, 13:1, 14:3, 22:1, 25:1, 25:6, 25:15, 26:14, 32:4, 43:2, 47:3, 47:13, 47:23, 48:8, 68:4, 86:7, 86:8, 93:13, 93:18, 127:22, 127:24, 143:7, 144:9
**PLAINTIFF** [1] - 2:3
**plaintiff's** [4] - 7:12, 14:17, 15:4, 44:10
**plaintiffs** [1] - 99:14

**plan** [7] - 64:21, 102:16, 102:18, 104:14, 123:19, 123:23, 139:21
**planning** [6] - 4:8, 64:5, 64:6, 96:7, 96:9, 107:3
**plans** [5] - 79:18, 79:19, 131:15, 139:12, 139:14
**plate** [1] - 146:16
**play** [2] - 131:25, 132:10
**player** [1] - 132:8
**plays** [1] - 132:17
**PLAZA** [1] - 2:4
**pleased** [1] - 4:4
**pleasure** [7] - 3:7, 24:23, 29:8, 33:15, 77:22, 93:23, 111:9
**plenty** [1] - 21:12
**podium** [1] - 69:19
**point** [9] - 40:9, 46:10, 51:9, 52:17, 52:20, 62:4, 66:20, 67:13, 75:2
**points** [2] - 7:23, 13:19
**political** [1] - 72:22
**Politics** [1] - 30:7
**politics** [1] - 71:24
**pop** [1] - 105:13
**portraits** [1] - 138:24
**position** [9] - 32:24, 33:6, 34:2, 34:10, 46:23, 59:18, 59:19, 59:21, 67:15
**positive** [1] - 59:7
**possible** [4] - 6:14, 20:12, 44:8, 85:22
**possibly** [1] - 101:20
**post** [1] - 29:11
**Post** [1] - 72:17
**post-Soviet** [1] - 29:11
**potential** [1] - 109:20
**power** [6] - 84:5, 84:7, 106:14, 106:18, 120:13, 127:12
**PPM** [1] - 89:25
**practices** [2] - 126:14, 126:15
**practitioner** [3] - 119:14, 119:25, 120:2
**practitioner's** [1] - 120:11
**practitioners** [2] - 120:6, 126:15
**pre** [2] - 17:23, 91:1
**pre-conference** [1] - 17:23
**pre-pharmacy** [1] - 91:1
**preclude** [1] - 8:12
**precondition** [1] - 8:16
**predict** [1] - 109:18
**prefer** [2] - 20:11, 116:24
**preinstruct** [1] - 146:11
**prejudice** [1] - 15:24
**prejudicial** [1] - 7:19

**preparation** [1] - 94:19
**prepared** [2] - 17:19, 146:8
**prerequisites** [1] - 102:14
**presence** [2] - 9:14, 13:13
**present** [5] - 13:24, 27:12, 86:6, 144:10, 144:25
**presented** [3] - 11:13, 11:16, 14:16
**preside** [1] - 28:4
**presided** [1] - 38:7
**president** [4] - 33:20, 34:7, 50:2, 54:8
**PRESIDING** [1] - 1:3
**press** [1] - 144:16
**presumably** [1] - 85:7
**presume** [2] - 61:22, 134:21
**pretrial** [2] - 19:16, 20:16
**pretty** [12] - 6:20, 36:2, 48:18, 58:1, 65:3, 100:23, 107:1, 121:6, 132:4, 134:25, 141:16, 144:21
**prevent** [1] - 61:1
**previous** [8] - 49:16, 50:3, 54:3, 54:10, 59:12, 62:20, 63:1, 141:17
**previously** [5] - 5:6, 5:12, 10:25, 13:4, 78:2
**price** [1] - 84:22
**printed** [1] - 19:18
**private** [1] - 126:14
**privilege** [1] - 11:8
**problem** [10] - 26:7, 27:10, 31:5, 53:7, 56:1, 98:15, 132:20, 145:8, 146:5
**problem-solving** [1] - 98:15
**problems** [2] - 65:16, 73:2
**proceed** [2] - 13:25, 21:25
**proceeding** [1] - 26:11
**PROCEEDINGS** [2] - 1:16, 147:3
**process** [3] - 21:20, 53:20, 97:3
**process-oriented** [1] - 97:3
**product** [1] - 91:13
**products** [1] - 58:24
**profession** [17] - 36:4, 37:23, 39:2, 40:16, 41:12, 42:5, 45:3, 45:8, 68:24, 87:13, 94:9, 110:21, 112:21, 115:20, 122:18, 128:15
**professional** [1] - 35:11
**professions** [4] - 44:12, 44:13, 45:7, 45:11
**program** [7] - 89:24, 96:16, 102:15, 102:21, 103:18, 104:16, 116:23, 119:21, 121:14, 125:23, 125:24
**programs** [2] - 115:23, 125:9
**projects** [1] - 90:3
**promise** [4] - 27:25, 37:7,

68:16, 108:8
**pronounce** [3] - 22:18, 111:12, 137:9
**pronounced** [2] - 35:24, 137:9
**pronunciation** [1] - 128:7
**propose** [1] - 10:3
**proposed** [4] - 7:8, 7:12, 8:2, 8:5
**PROSPECTIVE** [566] - 22:19, 36:2, 36:5, 36:8, 36:11, 36:18, 36:20, 37:10, 37:16, 37:18, 37:22, 37:24, 38:1, 38:4, 38:14, 38:18, 38:20, 39:3, 39:5, 39:8, 39:12, 39:17, 39:25, 40:3, 40:6, 40:12, 40:17, 40:19, 40:23, 41:3, 41:5, 41:7, 41:9, 41:13, 41:15, 41:19, 41:22, 41:25, 42:2, 42:6, 42:10, 42:13, 42:15, 42:18, 44:16, 44:19, 44:21, 44:25, 45:20, 46:1, 46:5, 46:13, 47:7, 47:10, 47:17, 47:21, 47:25, 48:2, 48:24, 49:7, 49:14, 49:20, 49:23, 49:25, 50:12, 50:15, 51:11, 51:14, 51:17, 51:22, 52:16, 52:19, 52:23, 53:2, 53:9, 53:15, 53:22, 54:2, 54:20, 54:25, 55:4, 55:8, 56:5, 56:7, 56:10, 56:14, 56:20, 56:22, 57:13, 58:8, 58:13, 59:16, 60:4, 60:13, 60:20, 61:2, 61:10, 61:25, 62:3, 62:9, 62:16, 63:5, 63:12, 63:16, 63:22, 64:4, 64:11, 64:18, 64:23, 64:25, 65:6, 65:10, 65:14, 65:24, 66:5, 66:14, 67:22, 68:19, 68:22, 69:1, 69:3, 69:6, 69:10, 69:12, 69:14, 69:23, 70:2, 70:5, 70:9, 70:12, 70:14, 70:16, 70:19, 70:21, 70:25, 71:3, 71:6, 71:9, 71:12, 71:17, 71:20, 71:25, 72:5, 72:10, 72:16, 72:20, 72:24, 73:4, 73:14, 73:20, 73:24, 74:2, 74:7, 74:12, 74:19, 74:22, 75:4, 75:13, 75:15, 75:19, 76:3, 76:6, 76:23, 77:9, 78:4, 78:7, 78:10, 78:14, 78:16, 78:19, 78:21, 78:24, 79:1, 79:4, 79:8, 79:10, 79:15, 79:17, 79:20, 79:25, 80:5, 80:9, 80:18, 80:21, 80:23, 81:2, 81:6, 81:9, 81:14, 81:17, 81:21, 81:24, 82:3, 82:12, 82:18, 82:20, 82:25, 83:2, 83:10, 83:15, 83:18,

83:21, 84:4, 84:8, 84:14,
84:17, 84:21, 84:25, 85:2,
85:5, 85:8, 85:11, 86:21,
86:25, 87:3, 87:5, 87:9,
87:12, 87:14, 87:16, 87:20,
87:25, 88:8, 88:11, 88:17,
88:20, 88:22, 89:1, 89:7,
89:11, 89:14, 89:18, 89:23,
90:6, 90:12, 90:18, 90:22,
90:25, 91:4, 91:6, 91:9,
91:12, 91:16, 91:20, 91:24,
92:3, 92:6, 92:9, 92:13,
92:17, 92:22, 92:25, 93:5,
93:8, 94:5, 94:8, 94:10,
94:12, 94:14, 94:17, 94:20,
94:23, 94:25, 95:2, 95:7,
95:9, 95:11, 95:15, 95:18,
95:20, 95:23, 96:1, 96:5,
96:8, 96:11, 96:15, 96:19,
96:22, 96:24, 97:1, 97:5,
97:8, 97:11, 97:15, 97:18,
97:23, 98:5, 98:9, 98:12,
98:16, 98:20, 98:24, 99:2,
99:6, 99:11, 99:15, 99:21,
99:23, 100:3, 100:6, 100:9,
100:12, 100:24, 101:6,
101:9, 101:11, 101:15,
101:18, 101:24, 102:2,
102:4, 102:10, 102:12,
102:14, 102:17, 102:20,
102:24, 103:2, 103:6,
103:8, 103:15, 103:21,
104:1, 104:4, 104:6, 104:8,
104:13, 104:15, 104:17,
104:21, 104:25, 105:6,
105:12, 105:17, 105:22,
105:24, 106:1, 106:5,
106:9, 106:12, 106:16,
106:25, 107:3, 107:7,
107:9, 107:12, 110:10,
110:15, 110:18, 110:20,
110:23, 110:25, 111:2,
111:8, 111:14, 111:16,
111:19, 111:21, 111:24,
112:1, 112:3, 112:7, 112:9,
112:15, 112:18, 112:20,
112:22, 113:1, 113:5,
113:7, 113:12, 113:22,
114:8, 114:12, 114:15,
114:18, 114:21, 114:23,
115:4, 115:7, 115:9,
115:12, 115:15, 115:21,
115:25, 116:3, 116:6,
116:12, 116:15, 116:20,
117:1, 117:7, 117:10,
117:12, 117:15, 117:18,
117:22, 117:25, 118:4,
118:6, 118:10, 118:13,
118:16, 118:18, 118:22,
119:2, 119:5, 119:8,
119:12, 119:15, 119:17,

119:20, 119:24, 120:4,
120:8, 120:11, 120:21,
120:24, 121:2, 121:4,
121:8, 121:11, 121:13,
121:21, 122:2, 122:8,
122:12, 122:14, 122:16,
122:19, 122:21, 122:25,
123:2, 123:8, 123:11,
123:13, 123:15, 123:18,
123:21, 123:24, 124:2,
124:4, 124:7, 124:10,
124:13, 124:17, 124:19,
124:22, 125:8, 125:13,
125:21, 125:23, 126:5,
126:8, 126:13, 126:23,
127:2, 127:5, 127:9,
127:11, 127:16, 127:18,
128:8, 128:11, 128:14,
128:16, 128:18, 128:21,
128:24, 129:2, 129:4,
129:6, 129:9, 129:12,
129:16, 129:19, 129:23,
129:25, 130:2, 130:5,
130:9, 130:11, 130:15,
130:18, 130:21, 130:23,
131:1, 131:5, 131:7,
131:10, 131:12, 131:14,
131:17, 131:20, 131:24,
132:1, 132:3, 132:7, 132:9,
132:12, 132:14, 132:17,
132:21, 132:24, 133:3,
133:6, 133:9, 133:12,
133:15, 133:21, 133:24,
134:2, 134:9, 134:12,
134:14, 134:19, 134:22,
134:24, 135:12, 136:6,
136:9, 136:12, 136:14,
136:17, 136:22, 137:1,
137:3, 137:5, 137:10,
137:13, 137:17, 137:19,
137:21, 137:23, 138:1,
138:3, 138:6, 138:9,
138:15, 138:19, 138:22,
138:25, 139:4, 139:7,
139:11, 139:13, 139:15,
139:19, 139:23, 140:4,
140:8, 140:12, 140:14,
140:17, 140:21, 140:25,
141:9, 141:12, 141:18,
141:23, 142:4, 142:10,
142:14, 142:17, 142:23,
143:1
**Prospective** [1] - 21:7
**prospective** [15] - 22:7,
22:22, 23:3, 23:9, 23:14,
23:19, 32:8, 77:24, 86:6,
86:22, 93:24, 108:12,
108:21, 108:25, 128:4
**prove** [3] - 51:23, 52:4
**provide** [2] - 44:7, 89:19

**psych** [1] - 84:17
**psychological** [1] - 82:16
**psychology** [2] - 79:8, 82:10
**public** [3] - 29:21, 30:18,
32:25
**publicly** [4] - 59:9, 85:1,
107:8, 134:13
**pull** [2] - 43:9, 109:22
**pulled** [2] - 17:24, 109:25
**punishments** [1] - 75:21
**purely** [1] - 13:21
**purpose** [1] - 43:16
**purposes** [1] - 71:2
**pursuant** [1] - 16:23
**push** [2] - 58:24, 76:12
**pushed** [1] - 53:18
**put** [13] - 8:6, 9:7, 16:20,
17:24, 18:16, 33:17, 37:14,
39:1, 61:21, 88:7, 101:22,
109:22, 136:20
**putting** [1] - 28:8
**puzzles** [1] - 97:2

## Q

**questioning** [1] - 10:25
**questionnaire** [1] - 95:13
**questionnaires** [1] - 8:1
**questions** [83] - 7:8, 7:21,
7:22, 8:6, 8:7, 8:8, 8:20,
10:7, 12:25, 32:1, 32:14,
32:16, 33:7, 35:23, 37:17,
38:19, 41:8, 42:1, 42:5,
43:1, 43:19, 43:20, 43:21,
45:9, 46:25, 58:19, 68:17,
68:20, 69:13, 69:20, 69:22,
75:10, 77:3, 78:1, 78:3,
78:5, 78:8, 79:9, 80:12,
80:14, 80:15, 87:6, 87:8,
87:10, 93:11, 94:4, 94:6,
95:1, 100:14, 101:5, 101:7,
102:3, 103:20, 103:22,
107:13, 110:8, 110:9,
110:12, 110:14, 111:7,
111:13, 111:15, 112:2,
112:6, 112:8, 112:13,
113:6, 113:11, 114:11,
114:13, 115:13, 121:15,
127:20, 128:10, 128:12,
129:5, 136:4, 136:7, 137:4,
143:5
**quicker** [1] - 17:10
**quickly** [10] - 6:20, 12:12,
26:11, 31:8, 31:9, 31:20,
42:23, 144:2, 144:21,
146:4
**quit** [3] - 60:15, 81:22, 81:23
**quite** [5] - 4:2, 5:11, 37:2,
110:3, 122:6

## R

**R.N** [2] - 102:16, 102:17
**rain** [1] - 5:3
**raise** [9] - 22:4, 32:2, 32:5,
52:10, 55:25, 108:3,
124:25, 143:16, 144:20
**raised** [5] - 38:12, 39:13,
47:1, 126:21, 145:3
**ran** [1] - 32:21
**random** [1] - 35:9
**rate** [5] - 31:16, 31:21, 141:3,
141:11, 142:2
**rates** [1] - 62:17
**ratio** [1] - 126:18
**reach** [10] - 15:8, 17:6, 28:6,
29:25, 30:12, 31:25, 33:12,
144:12, 144:18
**reached** [2] - 15:5, 31:20
**read** [50] - 14:23, 15:9, 18:13,
19:25, 31:7, 31:8, 36:10,
36:14, 38:2, 38:4, 39:6,
40:21, 41:17, 42:17, 42:18,
65:9, 65:12, 65:24, 67:4,
67:7, 69:5, 79:3, 79:4,
80:3, 82:19, 82:21, 87:18,
87:19, 91:14, 94:19, 94:20,
97:7, 99:14, 102:1, 104:19,
105:5, 110:7, 111:23,
112:25, 115:11, 124:18,
124:19, 128:20, 136:25,
137:1, 144:5
**reading** [13] - 36:9, 38:11,
42:16, 65:7, 69:4, 77:7,
77:9, 79:2, 87:17, 111:22,
112:24, 115:10, 128:19
**ready** [1] - 65:4
**real** [4] - 12:12, 42:7, 49:19,
66:5
**realistically** [1] - 6:10
**reality** [1] - 106:2
**realize** [1] - 57:21
**realized** [1] - 76:11
**really** [47] - 6:12, 6:16, 7:3,
12:19, 27:9, 29:22, 31:22,
33:18, 50:15, 51:23, 52:1,
53:10, 53:25, 61:10, 61:19,
61:20, 62:21, 65:1, 67:8,
67:10, 69:6, 72:7, 73:14,
80:18, 81:14, 82:1, 82:13,
84:18, 84:21, 86:18, 94:20,
97:6, 97:15, 97:24, 97:25,
100:9, 103:15, 105:6,
105:8, 105:9, 105:17,
106:1, 107:4, 130:11,
143:25, 145:10
**reask** [4] - 68:23, 110:13,
112:11, 136:10
**reason** [12] - 21:24, 26:23,
27:5, 27:17, 32:9, 36:15,

50:6, 60:18, 61:8, 126:20, 126:25, 140:19
**reasons** [3] - 26:24, 45:21, 74:9
**recalling** [1] - 31:17
**receive** [6] - 18:14, 18:15, 19:13, 20:1, 20:2, 28:6
**received** [4] - 9:6, 9:8, 11:4, 89:18
**receives** [1] - 34:18
**receiving** [1] - 130:17
**recent** [1] - 62:13
**recess** [1] - 146:21
**Recess** [2] - 16:15, 86:4
**recognize** [6] - 37:14, 40:10, 88:2, 88:6, 101:22, 136:19
**recognizing** [1] - 37:12
**record** [9] - 3:3, 8:18, 15:22, 16:17, 16:20, 18:13, 18:17, 20:17, 33:17
**RECORDED** [1] - 147:3
**Reddit** [4] - 91:25, 92:2, 105:21, 139:24
**reducing** [1] - 116:6
**REDUCTION** [1] - 147:6
**reference** [1] - 18:2
**referring** [1] - 7:11
**reflected** [1] - 20:16
**Reflections** [1] - 119:5
**refused** [1] - 26:18
**regarding** [1] - 13:5
**regards** [1] - 42:19
**regularly** [2] - 47:13, 72:15
**regulated** [1] - 33:1
**REGULATIONS** [1] - 147:7
**related** [4] - 71:22, 87:2, 114:6, 131:20
**relax** [1] - 16:7
**relevant** [1] - 13:9
**religion** [1] - 41:19
**religions** [1] - 65:10
**remain** [1] - 72:24
**remaining** [2] - 9:2, 109:7
**remains** [1] - 7:24
**remedies** [1] - 65:20
**remember** [3] - 42:24, 130:11, 140:8
**remind** [1] - 43:8
**remote** [1] - 61:17
**rendition** [1] - 8:24
**renew** [1] - 13:12
**rep** [2] - 53:11, 122:5
**repeat** [4] - 32:15, 75:4, 118:20, 127:6
**replace** [1] - 109:16
**report** [1] - 29:14
**REPORTER** [2] - 1:23, 147:10
**REPORTER'S** [1] - 1:16

**reports** [1] - 116:22
**represent** [2] - 25:22, 25:24
**representation** [1] - 47:14
**representative** [2] - 112:23, 122:9
**request** [4] - 13:12, 13:13, 13:15, 18:14
**require** [1] - 90:24
**required** [2] - 12:6, 32:24
**requisite** [1] - 104:16
**research** [12] - 28:2, 28:10, 28:15, 72:1, 72:9, 98:10, 98:11, 120:1, 140:17, 140:24, 141:14, 142:7
**researched** [1] - 82:21
**researcher** [1] - 82:22
**researching** [3] - 141:17, 141:21, 142:11
**residency** [3] - 89:18, 89:21, 89:24
**resolution** [4] - 15:5, 15:7, 15:8, 31:25
**resolve** [4] - 46:11, 73:13, 146:5, 146:16
**resorting** [1] - 46:24
**resorts** [1] - 46:9
**resources** [7] - 45:12, 45:13, 45:14, 45:15, 72:2, 76:24, 106:18
**respect** [6] - 13:3, 14:4, 16:19, 58:17, 58:22, 59:9
**respond** [9] - 32:15, 38:24, 78:6, 78:7, 87:11, 94:7, 101:7, 114:13, 128:12
**responding** [1] - 116:9
**response** [4] - 47:2, 54:12, 80:14, 112:14
**responses** [1] - 121:25
**responsible** [3] - 47:11, 48:25
**rest** [4] - 7:18, 29:12, 85:18, 85:24
**restaurant** [1] - 95:20
**restricting** [1] - 8:7
**result** [3] - 26:20, 117:11, 117:14
**results** [1] - 58:9
**retire** [1] - 93:9
**return** [2] - 16:25, 17:9
**returning** [1] - 24:16
**reviewed** [1] - 70:22
**reviewing** [2] - 114:24, 116:22
**RG** [6] - 108:15, 108:16, 109:20, 110:8, 117:4, 127:3
**rid** [1] - 50:20
**riding** [1] - 27:11
**risk** [1] - 141:2
**robbery** [1] - 31:8

**role** [2] - 62:7, 120:12
**room** [12] - 21:12, 31:6, 50:7, 65:2, 68:8, 77:21, 85:19, 85:24, 86:18, 93:21, 128:2, 135:7
**rotated** [1] - 90:2
**row** [14] - 22:16, 23:1, 23:7, 23:12, 23:17, 23:22, 23:23, 31:10, 31:12, 101:3, 108:17, 108:20, 108:23, 136:3
**rude** [1] - 27:15
**rule** [1] - 27:23
**rulings** [1] - 9:1
**run** [4] - 6:16, 17:20, 85:12, 142:18
**runaround** [1] - 59:19
**running** [2] - 64:7, 64:15
**runs** [1] - 38:22
**Russian** [1] - 77:11
**RV** [4] - 101:1, 101:5, 102:8, 106:23
**Rx** [1] - 90:1
**RYAN** [1] - 2:9
**Ryan** [3] - 3:12, 25:21, 59:6

## S

**SACV-21-00710** [1] - 3:3
**SACV21-00710-DOC** [1] - 1:8
**Saddleback** [2] - 102:12, 102:19
**Saddleback's** [1] - 102:21
**safety** [2] - 91:13, 109:9
**sake** [1] - 67:20
**sale** [1] - 139:3
**sales** [7] - 37:24, 62:7, 62:11, 62:12, 62:17, 62:22, 64:13
**sample** [1] - 58:12
**San** [1] - 63:24
**SANTA** [1] - 1:19, 3:1
**sat** [1] - 17:12
**satisfactory** [1] - 8:23
**Saturday** [1] - 113:20
**Saturdays** [1] - 64:12
**saw** [1] - 17:22
**scared** [2] - 51:6, 133:16
**scenario** [1] - 31:6
**scenes** [1] - 33:15
**schedule** [2] - 3:21, 6:21
**scheme** [1] - 131:8
**school** [14] - 65:2, 66:25, 70:2, 79:6, 94:19, 95:8, 96:7, 102:19, 123:12, 129:8, 133:18, 135:14, 137:20, 137:22
**School** [1] - 138:15
**schooling** [1] - 90:23
**sci** [1] - 69:6

**sci-fi** [1] - 69:6
**science** [20] - 66:3, 66:15, 70:23, 70:24, 71:1, 71:8, 71:22, 84:15, 84:18, 94:12, 94:14, 95:11, 96:14, 96:17, 98:18, 125:19, 126:3, 126:5, 126:7, 129:13
**science-related** [1] - 71:22
**Sciences** [2] - 15:19, 15:23
**sciences** [2] - 125:24, 125:25
**scientific** [4] - 69:24, 70:17, 91:12, 104:8
**scientist** [1] - 99:7
**scramble** [1] - 20:23
**scrutiny** [2] - 75:16, 75:18
**Sean** [2] - 3:9, 25:8
**SEAN** [1] - 2:3
**search** [5] - 18:23, 18:25, 80:15, 98:10, 98:12
**seat** [22] - 3:20, 21:5, 22:13, 22:17, 23:1, 23:7, 23:13, 23:17, 23:24, 24:4, 68:15, 101:2, 108:14, 108:17, 108:23, 109:3, 109:7, 114:9, 128:6, 136:3, 145:1, 146:2
**seated** [17] - 21:8, 21:9, 21:13, 21:15, 22:10, 22:20, 23:22, 23:24, 24:4, 25:17, 26:2, 26:14, 68:15, 108:6, 108:18, 143:18, 145:3
**seating** [1] - 21:14
**seats** [2] - 108:19, 108:24
**SEC** [1] - 33:2
**second** [15] - 22:22, 27:23, 29:17, 30:18, 46:1, 73:7, 86:8, 86:13, 93:16, 100:18, 107:23, 127:23, 131:10, 143:7, 143:11
**secretary** [1] - 34:7
**section** [1] - 35:9
**securities** [1] - 32:25
**Securities** [2] - 33:1, 33:3
**see** [37] - 4:4, 6:10, 18:4, 23:7, 24:23, 29:13, 31:14, 33:19, 36:23, 40:10, 43:12, 47:15, 55:22, 55:24, 58:3, 71:25, 72:12, 74:1, 74:7, 74:15, 83:4, 85:21, 86:1, 93:9, 100:22, 104:9, 105:13, 119:18, 120:7, 126:20, 126:25, 135:21, 141:12, 144:3, 144:23, 145:22, 146:19
**seeing** [1] - 5:16
**seeking** [1] - 14:20
**select** [1] - 143:20
**selected** [1] - 33:10
**selection** [1] - 38:10
**self** [10] - 36:12, 39:8, 40:23,

65:13, 65:14, 80:6, 80:8, 87:20, 111:24, 113:1
**self-help** [6] - 36:12, 39:8, 40:23, 65:13, 80:6, 87:20
**sell** [1] - 36:24
**selling** [1] - 62:12
**semester** [1] - 137:24
**send** [8] - 68:9, 77:21, 85:18, 86:19, 93:22, 100:23, 128:3, 135:7
**sending** [1] - 35:5
**sense** [7] - 27:17, 29:23, 31:23, 54:23, 80:1, 83:5, 144:9
**serve** [6] - 34:23, 35:10, 110:3, 143:23, 143:24, 145:21
**served** [1] - 117:5
**service** [3] - 24:22, 95:14, 95:17
**serving** [1] - 109:11
**session** [4] - 5:7, 6:8, 38:24, 86:5
**set** [1] - 16:8
**setting** [2] - 61:14, 61:19
**settle** [2] - 75:3, 75:6
**settled** [1] - 83:13
**settlement** [1] - 5:14
**seven** [5] - 7:17, 31:1, 31:4, 88:20, 118:6
**several** [3] - 72:2, 72:10, 90:2
**severance** [1] - 55:10
**severe** [1] - 75:22
**share** [1] - 50:16
**shared** [1] - 74:8
**sheet** [4] - 17:19, 17:25, 19:19, 95:13
**shepherd** [1] - 64:23
**shoes** [2] - 61:21, 66:13
**short** [6] - 6:12, 24:19, 26:4, 28:25, 33:9, 85:9
**shortest** [3] - 24:20, 24:24, 42:23
**shot** [1] - 146:17
**show** [13] - 10:11, 33:11, 33:14, 33:16, 36:22, 44:22, 45:16, 46:17, 52:12, 55:23, 71:5, 76:13, 133:22
**shows** [3] - 97:19, 105:25, 106:3
**siblings** [1] - 131:4
**sick** [1] - 109:10
**side** [9] - 3:22, 7:20, 8:13, 24:8, 44:10, 65:19, 88:4, 89:25, 90:8
**sides** [27] - 8:19, 21:1, 36:17, 37:9, 38:17, 39:11, 41:2, 41:24, 42:12, 44:9, 54:17, 54:22, 67:6, 69:9, 72:12,

78:23, 87:24, 94:22, 101:17, 101:22, 110:17, 111:18, 112:17, 115:6, 129:1, 136:16, 136:20
**significance** [3] - 58:5, 58:6, 70:8
**significant** [2] - 6:25, 45:6
**signing** [1] - 55:10
**silly** [1] - 38:7
**simple** [6] - 12:19, 34:6, 38:15, 101:4, 136:23, 144:5
**simpler** [1] - 19:23
**simply** [5] - 32:7, 43:22, 44:7, 53:6, 144:6
**single** [1] - 84:5
**sit** [8] - 5:8, 12:4, 30:19, 34:25, 57:22, 143:21, 145:5
**sitting** [7] - 31:18, 31:22, 46:12, 85:17, 109:9, 110:6, 146:9
**situation** [5] - 52:13, 55:6, 72:13, 76:5, 76:12
**six** [17] - 4:12, 4:17, 4:20, 4:24, 5:3, 22:8, 24:11, 24:12, 28:4, 31:22, 32:18, 62:18, 90:25, 108:2, 144:4, 145:24
**sixth** [1] - 64:21
**sizes** [1] - 58:12
**skill** [1] - 98:15
**skipped** [1] - 33:24
**SKY** [1] - 2:10
**SKYE** [1] - 1:10
**Skye** [12] - 7:2, 21:22, 25:22, 25:24, 26:1, 26:16, 26:17, 26:18, 26:22, 26:25, 57:1, 59:6
**slate** [1] - 142:9
**slew** [1] - 65:15
**small** [9] - 57:2, 57:5, 57:6, 60:10, 67:14, 73:14, 74:12, 95:20, 123:4
**smiling** [1] - 120:7
**SMOAK** [1] - 2:11
**smoothly** [2] - 22:14, 108:18
**Snapchat** [1] - 139:24
**so..** [1] - 19:19
**social** [10] - 71:18, 71:20, 74:8, 81:16, 92:1, 97:9, 105:16, 105:18, 139:24, 144:13
**society** [1] - 34:16
**solely** [1] - 29:13
**solving** [5] - 97:2, 98:15, 106:6, 106:8, 132:20
**someone** [5] - 46:9, 46:22, 56:12, 121:23, 142:22
**someplace** [1] - 87:7

**sometimes** [24] - 33:5, 34:3, 45:22, 49:3, 52:6, 53:5, 55:23, 58:24, 58:25, 80:6, 81:17, 88:2, 88:3, 89:8, 97:8, 97:19, 97:23, 97:24, 98:2, 99:14, 105:5, 126:15, 136:23, 144:14
**somewhere** [1] - 53:16
**soon** [1] - 144:3
**sorry** [16] - 6:1, 7:11, 18:24, 23:25, 24:2, 43:3, 50:14, 73:2, 83:19, 95:12, 99:4, 104:20, 107:22, 115:20, 130:25, 139:2
**sort** [9] - 46:16, 48:16, 61:12, 71:24, 75:1, 82:17, 98:22, 118:15, 133:4
**sorts** [1] - 137:16
**sound** [1] - 36:11
**source** [4] - 105:10, 124:16, 124:21, 139:22
**sources** [7] - 28:10, 71:16, 72:22, 81:12, 81:13, 91:23, 124:12
**SOUTH** [1] - 2:12
**Southern** [1] - 145:14
**Soviet** [1] - 29:11
**spare** [10] - 36:10, 38:3, 39:7, 40:21, 41:18, 42:16, 111:23, 131:22, 136:24
**speaking** [4] - 29:8, 52:10, 67:1, 67:21, 91:18, 126:2
**special** [1] - 8:2
**specialize** [3] - 103:10, 137:14, 141:22
**Specialty** [1] - 88:22
**specialty** [3] - 88:24, 89:3, 90:7
**specific** [2] - 52:17, 59:18
**spectrum** [1] - 72:22
**spend** [1] - 12:17
**spin** [1] - 109:22
**spoil** [1] - 33:18
**spouse** [1] - 118:17
**spouses** [3] - 45:5, 48:6, 74:13
**square** [3] - 20:6, 23:2, 23:8
**stalled** [1] - 62:17
**stand** [13] - 10:16, 22:3, 25:2, 25:19, 27:4, 27:24, 28:10, 33:21, 34:10, 69:18, 108:2, 143:15
**standing** [1] - 25:9
**standpoint** [2] - 9:5, 97:20
**start** [15] - 4:1, 4:12, 6:1, 7:1, 13:1, 28:2, 33:22, 35:13, 35:23, 63:19, 78:12, 110:8, 139:16, 144:20
**started** [4] - 21:6, 26:9, 73:7, 80:24

**starting** [2] - 35:14, 135:14
**state** [8] - 8:16, 30:23, 33:18, 34:8, 34:23, 36:24, 37:1, 111:4
**State** [3] - 121:14, 123:13, 129:9
**statement** [4] - 3:23, 8:22, 13:16, 15:16
**statements** [3] - 4:7, 13:4, 16:13
**States** [1] - 33:20
**STATES** [2] - 1:1, 147:7
**station** [1] - 34:2
**statistical** [2] - 58:5, 70:7
**statistics** [12] - 58:2, 70:7, 82:11, 82:13, 98:19, 104:12, 121:1, 121:7, 125:7, 125:12, 133:5
**status** [1] - 15:6
**stay** [2] - 126:16, 144:24
**STENOGRAPHICALLY** [1] - 147:3
**Steven** [2] - 79:5, 104:25
**STEWART** [1] - 2:11
**stick** [1] - 126:24
**still** [12] - 9:25, 61:11, 70:2, 76:7, 76:16, 82:13, 85:3, 85:8, 96:20, 119:24, 137:21, 145:14
**stipulate** [3] - 9:11, 11:23, 113:23
**stipulated** [17] - 9:13, 17:20, 17:22, 18:9, 18:11, 18:15, 18:22, 19:11, 19:12, 19:13, 19:15, 19:22, 19:24, 20:3, 20:5, 20:16, 146:8
**stipulation** [2] - 11:19, 36:14
**stock** [2] - 140:20, 140:23
**stocks** [2] - 140:18, 140:21
**stopped** [1] - 80:23
**story** [1] - 67:6
**Stranding** [1] - 132:4
**strategy** [1] - 132:19
**STREET** [2] - 1:24, 2:12
**strike** [1] - 8:2
**strong** [8] - 60:14, 92:16, 103:24, 105:4, 105:8, 117:21, 124:24, 134:16
**struggle** [2] - 119:10, 120:14
**student** [17] - 40:17, 40:20, 61:11, 69:1, 70:6, 78:14, 82:10, 94:10, 95:6, 101:11, 102:9, 102:11, 112:22, 119:19, 123:10, 128:16, 128:20
**students** [3] - 64:6, 66:19, 71:5
**studied** [1] - 121:1
**studies** [3] - 120:25, 125:20, 128:20

**studio** [2] - 73:5, 73:15
**study** [4] - 71:11, 91:12, 104:8, 133:5
**studying** [4] - 95:10, 102:13, 123:14, 129:11
**stuff** [9] - 61:16, 71:22, 78:11, 80:3, 80:10, 85:13, 105:7, 141:5, 142:20
**subconscious** [1] - 136:19
**submitted** [1] - 29:14
**subpoena** [2] - 16:24, 34:23
**subtle** [1] - 88:2
**sudden** [1] - 88:4
**suddenly** [1] - 11:7
**sue** [1] - 39:23
**suffered** [1] - 26:20
**sufficient** [3] - 18:9, 35:17, 82:6
**suggest** [1] - 14:15
**suggestion** [1] - 19:21
**SUH** [1] - 2:10
**SUH-YON** [1] - 2:10
**suing** [2] - 51:5, 117:7
**SUITE** [2] - 2:4, 2:12
**suited** [1] - 73:17
**summer** [1] - 25:25
**SUMMER** [1] - 2:10
**Summer** [1] - 3:18
**Sundays** [1] - 64:12
**superior** [1] - 111:1
**supervisor** [1] - 66:8
**supplants** [1] - 29:24
**Supreme** [1] - 37:4
**surprise** [1] - 11:4
**survived** [1] - 62:19
**switch** [1] - 57:24
**switched** [1] - 39:1
**sworn** [3] - 22:7, 28:4, 143:17
**sworn)** [1] - 108:5
**symbol** [1] - 23:2
**system** [11] - 29:5, 29:6, 29:7, 29:12, 30:2, 30:13, 30:16, 30:21, 34:20, 45:22, 47:1
**systems** [1] - 29:19

## T

**table** [3] - 25:3, 26:15, 39:20
**tables** [1] - 46:12
**Tajikistan** [1] - 29:11
**tasked** [1] - 48:21
**taught** [1] - 73:5
**taxpayer** [1] - 28:17
**taxpayers** [2] - 28:19, 33:17
**taxpayers'** [1] - 26:8
**teach** [4] - 30:24, 64:5, 64:21, 82:4

**teacher** [4] - 36:5, 39:3, 53:10, 66:16
**teacher's** [1] - 138:13
**teachers** [2] - 67:24, 73:15
**teaching** [2] - 90:7, 116:8
**team** [6] - 49:14, 49:16, 50:2, 54:7, 63:2
**tech** [5] - 9:6, 89:2, 138:12, 141:5, 141:13
**technically** [1] - 66:23
**technician** [2] - 92:10, 110:23, 117:23
**teeth** [1] - 117:8
**ten** [15] - 3:22, 7:2, 44:14, 44:19, 44:20, 44:23, 44:25, 59:17, 85:16, 85:20, 86:1, 115:17, 119:17, 125:16, 126:19
**ten-hour** [1] - 126:19
**ten-minute** [1] - 85:16
**tend** [1] - 42:18
**tension** [1] - 120:6
**term** [11] - 18:25, 43:12, 48:17, 48:18, 48:19, 58:5, 70:13, 74:20, 82:24, 104:5
**terminate** [2] - 49:5, 49:9
**terminated** [7] - 26:17, 26:23, 26:24, 46:23, 49:10, 133:17, 133:19
**terms** [16] - 5:21, 8:11, 8:15, 17:20, 17:25, 18:23, 19:8, 20:4, 31:17, 31:23, 34:11, 35:7, 75:19, 84:9, 125:8
**Terri** [8] - 6:17, 68:8, 77:21, 86:18, 93:21, 100:22, 128:2, 135:7
**terrorist** [1] - 6:4
**testify** [2] - 13:13, 29:15
**testimony** [10] - 4:9, 4:14, 4:16, 4:17, 11:4, 11:7, 13:17, 14:5, 19:2, 24:11
**thankfully** [1] - 47:22
**THAT** [1] - 147:2
**THE** [895] - 2:3, 2:9, 3:3, 3:7, 3:11, 3:14, 3:17, 3:20, 4:22, 5:1, 5:5, 7:8, 7:13, 7:15, 8:5, 9:14, 9:19, 9:25, 10:3, 10:10, 10:14, 10:16, 10:19, 10:22, 10:24, 11:11, 11:19, 11:22, 12:3, 12:8, 12:10, 12:14, 12:17, 12:23, 13:9, 13:18, 13:25, 14:7, 14:11, 14:19, 14:25, 15:3, 15:8, 15:14, 15:17, 16:2, 16:7, 16:11, 16:14, 16:16, 16:21, 17:1, 17:5, 17:8, 17:13, 17:18, 17:22, 18:5, 18:7, 18:10, 18:20, 18:22, 19:5, 19:11, 19:13, 19:17, 19:20, 19:23, 20:9, 20:13,

20:19, 21:5, 21:8, 22:3, 22:8, 22:11, 22:12, 22:19, 22:20, 22:23, 22:24, 23:5, 23:6, 23:10, 23:11, 23:15, 23:16, 23:20, 23:21, 25:10, 25:13, 25:16, 26:2, 36:2, 36:3, 36:5, 36:6, 36:8, 36:9, 36:11, 36:13, 36:18, 36:19, 36:20, 36:21, 37:10, 37:11, 37:16, 37:17, 37:19, 37:22, 37:23, 37:24, 37:25, 38:1, 38:2, 38:4, 38:6, 38:14, 38:15, 38:18, 38:19, 38:20, 38:21, 39:3, 39:4, 39:5, 39:6, 39:8, 39:10, 39:12, 39:13, 39:17, 39:23, 39:25, 40:1, 40:3, 40:4, 40:6, 40:7, 40:12, 40:13, 40:17, 40:18, 40:19, 40:20, 40:23, 40:25, 41:3, 41:4, 41:5, 41:6, 41:7, 41:8, 41:9, 41:10, 41:13, 41:14, 41:15, 41:17, 41:19, 41:20, 41:22, 41:23, 41:25, 42:1, 42:2, 42:3, 42:6, 42:8, 42:10, 42:11, 42:13, 42:14, 42:15, 42:16, 42:18, 42:21, 43:4, 43:9, 44:16, 44:19, 44:21, 44:25, 45:20, 46:1, 46:5, 46:13, 47:7, 47:10, 47:17, 47:21, 47:25, 48:2, 48:24, 49:7, 49:14, 49:20, 49:23, 49:25, 50:12, 50:15, 51:11, 51:14, 51:17, 51:22, 52:16, 52:19, 52:23, 53:2, 53:9, 53:22, 54:2, 54:16, 54:20, 54:22, 54:25, 55:4, 55:8, 56:5, 56:7, 56:10, 56:14, 56:20, 56:22, 57:13, 57:15, 57:18, 58:8, 58:13, 58:19, 59:1, 59:3, 59:16, 60:4, 60:13, 60:20, 61:2, 61:10, 61:25, 62:3, 62:9, 62:16, 63:5, 63:12, 63:16, 63:22, 64:4, 64:11, 64:18, 64:23, 64:25, 65:6, 65:10, 65:14, 65:24, 66:5, 66:14, 67:22, 68:3, 68:7, 68:13, 68:14, 68:19, 68:20, 68:22, 68:23, 69:1, 69:2, 69:3, 69:4, 69:6, 69:8, 69:10, 69:11, 69:12, 69:13, 69:14, 69:15, 69:23, 70:2, 70:5, 70:9, 70:12, 70:14, 70:16, 70:19, 70:21, 70:25, 71:3, 71:6, 71:9, 71:12, 71:17, 71:20, 71:25, 72:5, 72:10, 72:16, 72:20, 72:24, 73:4, 73:14, 73:20, 73:24, 74:2, 74:7, 74:12, 74:19, 74:22, 75:4, 75:7, 75:9, 75:13,

75:15, 75:19, 76:3, 76:6, 76:23, 77:3, 77:9, 77:14, 77:20, 77:25, 78:1, 78:4, 78:5, 78:7, 78:8, 78:10, 78:12, 78:14, 78:15, 78:16, 78:17, 78:19, 78:20, 78:21, 78:22, 78:24, 78:25, 79:1, 79:2, 79:4, 79:6, 79:8, 79:9, 79:10, 79:11, 79:15, 79:17, 79:20, 79:25, 80:5, 80:9, 80:18, 80:21, 80:23, 81:2, 81:6, 81:9, 81:14, 81:17, 81:21, 82:3, 82:12, 82:20, 82:25, 83:2, 83:10, 83:15, 83:18, 83:21, 83:24, 84:1, 84:4, 84:8, 84:14, 84:17, 84:21, 84:25, 85:2, 85:5, 85:8, 85:11, 85:14, 86:5, 86:12, 86:17, 86:21, 86:23, 86:24, 86:25, 87:1, 87:3, 87:4, 87:5, 87:6, 87:9, 87:10, 87:12, 87:13, 87:14, 87:15, 87:16, 87:17, 87:20, 87:21, 87:25, 88:1, 88:8, 88:9, 88:11, 88:12, 88:17, 88:20, 88:22, 89:1, 89:7, 89:11, 89:14, 89:18, 89:23, 90:6, 90:12, 90:18, 90:22, 90:25, 91:4, 91:6, 91:9, 91:12, 91:16, 91:20, 91:24, 92:3, 92:6, 92:9, 92:13, 92:17, 92:19, 92:22, 92:25, 93:5, 93:8, 93:12, 93:17, 93:20, 94:1, 94:2, 94:5, 94:6, 94:8, 94:9, 94:10, 94:11, 94:12, 94:13, 94:14, 94:15, 94:17, 94:18, 94:20, 94:21, 94:23, 94:24, 94:25, 95:1, 95:2, 95:3, 95:7, 95:9, 95:11, 95:15, 95:18, 95:20, 95:23, 96:1, 96:5, 96:8, 96:11, 96:15, 96:19, 96:22, 96:24, 97:1, 97:5, 97:8, 97:11, 97:15, 97:18, 97:23, 98:5, 98:9, 98:12, 98:16, 98:20, 98:24, 99:2, 99:6, 99:11, 99:15, 99:18, 99:21, 99:23, 100:3, 100:6, 100:9, 100:12, 100:15, 100:21, 100:24, 100:25, 101:1, 101:2, 101:6, 101:7, 101:9, 101:10, 101:11, 101:13, 101:15, 101:16, 101:18, 101:19, 101:24, 101:25, 102:2, 102:3, 102:4, 102:5, 102:10, 102:12, 102:14, 102:17, 102:20, 102:24, 103:2, 103:6, 103:8, 103:15, 103:21, 104:1, 104:4, 104:6, 104:8,

104:13, 104:15, 104:17, 104:21, 104:25, 105:6, 105:12, 105:17, 105:22, 105:24, 106:1, 106:5, 106:9, 106:12, 106:16, 106:21, 106:25, 107:3, 107:7, 107:9, 107:12, 107:14, 107:19, 107:21, 108:1, 108:6, 108:15, 108:16, 108:22, 108:23, 109:2, 109:3, 109:6, 109:7, 110:10, 110:11, 110:15, 110:16, 110:18, 110:19, 110:20, 110:21, 110:23, 110:24, 110:25, 111:1, 111:2, 111:3, 111:8, 111:9, 111:14, 111:15, 111:16, 111:17, 111:19, 111:20, 111:21, 111:22, 111:24, 111:25, 112:1, 112:2, 112:3, 112:4, 112:7, 112:8, 112:9, 112:11, 112:15, 112:16, 112:18, 112:19, 112:20, 112:21, 112:22, 112:24, 113:1, 113:3, 113:5, 113:6, 113:7, 113:8, 113:12, 113:14, 113:22, 113:23, 113:25, 114:5, 114:6, 114:8, 114:9, 114:12, 114:13, 114:15, 114:16, 114:18, 114:19, 114:21, 114:22, 114:23, 115:1, 115:4, 115:5, 115:7, 115:8, 115:9, 115:10, 115:12, 115:13, 115:15, 115:16, 115:21, 115:25, 116:3, 116:6, 116:12, 116:15, 116:20, 117:1, 117:7, 117:10, 117:12, 117:15, 117:18, 117:22, 117:25, 118:4, 118:6, 118:10, 118:13, 118:16, 118:18, 118:20, 118:22, 118:23, 119:2, 119:5, 119:8, 119:9, 119:12, 119:13, 119:15, 119:17, 119:20, 119:24, 120:4, 120:8, 120:11, 120:21, 120:24, 121:2, 121:4, 121:8, 121:11, 121:13, 121:21, 122:2, 122:8, 122:12, 122:14, 122:16, 122:19, 122:21, 122:25, 123:2, 123:8, 123:11, 123:13, 123:15, 123:18, 123:21, 123:24, 124:2, 124:4, 124:7, 124:10, 124:13, 124:17, 124:19, 124:22, 125:8, 125:13, 125:16, 125:21, 125:23, 126:5, 126:8, 126:13,

126:23, 127:2, 127:5, 127:9, 127:11, 127:16, 127:18, 127:21, 128:1, 128:5, 128:6, 128:8, 128:9, 128:11, 128:12, 128:14, 128:15, 128:16, 128:17, 128:18, 128:19, 128:21, 128:23, 128:24, 128:25, 129:2, 129:3, 129:4, 129:5, 129:6, 129:7, 129:9, 129:12, 129:16, 129:19, 129:23, 129:25, 130:2, 130:5, 130:9, 130:11, 130:15, 130:18, 130:21, 130:23, 131:1, 131:5, 131:7, 131:10, 131:12, 131:14, 131:17, 131:20, 131:24, 132:1, 132:3, 132:7, 132:9, 132:12, 132:14, 132:17, 132:21, 132:24, 133:3, 133:6, 133:9, 133:12, 133:15, 133:21, 133:24, 134:2, 134:4, 134:6, 134:9, 134:12, 134:14, 134:19, 134:22, 134:24, 135:2, 135:6, 135:12, 135:21, 135:24, 136:1, 136:2, 136:6, 136:7, 136:9, 136:10, 136:12, 136:13, 136:14, 136:15, 136:17, 136:18, 136:22, 136:23, 137:1, 137:2, 137:3, 137:4, 137:5, 137:6, 137:10, 137:13, 137:17, 137:19, 137:21, 137:23, 138:1, 138:3, 138:6, 138:9, 138:15, 138:19, 138:22, 138:25, 139:4, 139:7, 139:11, 139:13, 139:15, 139:19, 139:23, 140:4, 140:8, 140:12, 140:14, 140:17, 140:21, 140:25, 141:9, 141:12, 141:18, 141:23, 142:4, 142:10, 142:14, 142:17, 142:23, 143:1, 143:6, 143:10, 143:14, 143:18, 145:1, 145:9, 145:10, 145:13, 145:16, 145:17, 145:18, 145:19, 145:20, 147:2, 147:3, 147:4, 147:6, 147:7
**themselves** [1] - 46:21
**theory** [1] - 73:5
**therefore** [3] - 30:16, 35:9, 62:22
**they've** [2] - 8:8, 68:9
**thinking** [6] - 6:9, 43:25, 46:18, 46:21, 48:11, 103:16

**third** [6] - 4:1, 23:1, 28:20, 93:13, 100:16, 107:20
**THIS** [1] - 147:5
**thousand** [1] - 29:7
**threads** [1] - 105:21
**three** [32] - 4:14, 4:16, 5:9, 5:19, 6:12, 7:10, 7:16, 26:6, 31:10, 31:11, 31:14, 31:18, 49:18, 50:1, 52:7, 52:9, 52:13, 54:4, 54:13, 54:14, 55:2, 68:10, 107:15, 108:1, 110:2, 121:4, 122:22, 123:2, 125:25, 131:7
**three-month** [1] - 68:10
**threshold** [1] - 125:18
**Thursday** [5] - 4:23, 16:25, 17:9, 24:12, 26:12
**Tik** [2] - 97:12, 97:19
**Tik-Tok** [2] - 97:12, 97:19
**timing** [1] - 18:16
**titles** [2] - 34:2, 59:20
**TO** [14] - 23:5, 23:6, 23:22, 24:1, 24:3, 38:25, 44:15, 46:3, 46:4, 55:22, 59:11, 64:17, 86:16, 86:17
**Tocqueville** [1] - 30:4
**today** [10] - 3:14, 4:3, 4:8, 4:10, 14:16, 14:17, 24:11, 26:5, 68:11, 114:6
**together** [3] - 31:22, 49:17, 50:3
**Tok** [2] - 97:12, 97:19
**token** [1] - 37:7
**tomorrow** [1] - 24:12
**tonight** [2] - 8:22, 14:19
**took** [8] - 9:23, 10:25, 31:15, 33:21, 55:12, 67:12, 82:12, 133:16
**top** [8] - 21:11, 22:16, 23:1, 23:7, 24:1, 34:18, 108:17, 108:20
**top-down** [1] - 34:18
**topics** [1] - 58:1
**total** [3] - 8:14, 24:8, 91:1
**totally** [1] - 46:18
**touch** [1] - 54:2
**touches** [1] - 8:10
**tough** [1] - 103:3
**toward** [5] - 56:25, 57:11, 120:19, 121:25, 134:1
**town** [1] - 113:13
**track** [2] - 4:10, 20:19
**traded** [4] - 59:9, 85:1, 107:8, 134:13
**trader** [1] - 140:20
**trading** [3] - 7:22, 140:18, 140:23
**traffic** [1] - 35:21
**train** [1] - 81:25

**training** [6] - 82:7, 89:19, 89:21, 89:23, 89:24, 90:2
**TRANSCRIPT** [3] - 1:16, 147:3, 147:5
**transfer** [4] - 96:7, 96:9, 96:11, 102:19
**transferring** [2] - 137:25, 139:9
**travel** [1] - 93:9
**traveling** [1] - 29:8
**treat** [4] - 93:2, 93:4, 107:10, 120:15
**treated** [14] - 39:19, 59:13, 59:15, 59:16, 75:12, 76:16, 84:3, 99:20, 127:1, 127:7, 127:14, 134:17, 142:25, 143:2
**tremendous** [1] - 144:15
**trial** [28] - 4:18, 6:13, 24:8, 28:2, 28:12, 28:25, 37:5, 37:6, 38:8, 43:11, 43:15, 48:14, 48:16, 48:17, 48:20, 67:11, 67:13, 68:10, 75:3, 75:6, 82:24, 83:2, 83:3, 86:20, 90:14, 91:8, 91:11, 135:18
**TRIAL** [1] - 1:17
**trials** [24] - 8:10, 32:20, 32:21, 32:23, 48:10, 48:13, 52:5, 70:11, 82:17, 90:11, 91:3, 91:15, 98:22, 104:3, 120:23, 125:3, 125:4, 133:1, 140:16, 140:18, 141:3, 141:4, 141:11, 142:2
**tricky** [1] - 23:11
**tried** [5] - 13:7, 60:13, 65:21, 76:12, 76:15
**tries** [1] - 51:1
**trouble** [1] - 6:17
**TRUE** [1] - 147:2
**true** [2] - 72:19, 97:24
**truly** [3] - 28:7, 34:12, 50:19
**Trump** [1] - 33:22
**trust** [5] - 28:8, 29:5, 29:21, 30:3, 37:11
**truth** [3] - 52:10, 98:3, 98:7
**truthfully** [1] - 61:20
**try** [28] - 8:16, 14:19, 27:25, 29:25, 31:25, 35:14, 35:15, 35:20, 38:23, 39:12, 40:6, 41:3, 60:18, 60:19, 61:3, 61:8, 61:9, 72:18, 72:24, 73:12, 79:20, 85:16, 111:12, 119:9, 119:12, 144:22, 145:13, 145:23
**trying** [8] - 27:12, 43:22, 46:10, 57:5, 60:23, 65:19, 76:11, 106:11
**TUESDAY** [2] - 1:20, 3:1

**Tuesday** [5] - 4:6, 5:24, 113:19, 145:7, 146:14
**Tuesdays** [1] - 64:14
**turn** [6] - 6:7, 38:25, 79:11, 88:12, 102:5, 115:16
**turned** [1] - 41:11
**TV** [2] - 105:23, 106:2
**two** [44] - 4:9, 4:11, 4:13, 4:20, 5:19, 9:15, 10:1, 12:1, 12:10, 12:17, 16:18, 18:12, 19:8, 19:14, 19:24, 20:13, 20:20, 21:1, 24:11, 28:18, 30:10, 30:13, 46:11, 52:7, 52:9, 52:13, 54:4, 54:24, 65:16, 67:5, 73:7, 91:1, 98:13, 99:4, 105:18, 107:17, 108:19, 110:2, 122:14, 125:25, 143:4, 143:15
**TXB** [9] - 109:2, 109:3, 109:24, 112:5, 122:5, 127:13, 127:25, 128:1
**type** [15] - 64:22, 65:8, 65:13, 65:25, 71:7, 71:23, 74:10, 75:18, 84:7, 84:15, 85:13, 105:25, 125:22, 138:23
**types** [4] - 71:4, 89:4, 91:19, 137:15
**typical** [2] - 64:11, 64:16
**typically** [6] - 13:8, 48:2, 87:20, 89:6, 132:10, 132:16

## U

**U.S** [1] - 1:23
**UC** [1] - 79:17
**UCI** [3] - 82:10, 96:12, 96:14
**Ukraine** [2] - 72:6, 77:6
**Ukrainian** [1] - 77:12
**ultimate** [1] - 37:13
**unavailable** [3] - 12:15, 14:5, 146:13
**unceremonious** [1] - 73:10
**under** [7] - 27:4, 27:15, 39:19, 60:11, 61:13, 75:16, 90:1
**undergoing** [1] - 90:11
**undergone** [1] - 8:9
**undergraduate** [2] - 70:3, 92:12
**understood** [24] - 45:24, 46:8, 47:19, 48:1, 58:16, 63:15, 67:19, 67:25, 73:1, 75:24, 82:15, 82:23, 90:4, 90:16, 91:18, 98:17, 102:22, 103:19, 104:18, 120:12, 120:18, 122:4, 131:3, 141:15
**unduly** [1] - 7:18

**unemployed** [3] - 130:6, 130:8, 130:14
**unfair** [5] - 11:3, 27:22, 55:4, 82:2, 84:23
**unfairly** [5] - 39:19, 59:13, 59:15, 59:17, 76:16
**unfamiliar** [1] - 48:16
**unfortunately** [2] - 62:21, 109:18
**union** [2] - 53:11
**United** [1] - 33:20
**UNITED** [2] - 1:1, 147:7
**university** [2] - 77:12, 79:16
**University** [2] - 70:5, 121:14
**unlawfully** [1] - 26:17
**unless** [3] - 8:24, 9:8, 53:19
**unnecessary** [1] - 83:12
**unsure** [1] - 85:2
**up** [49] - 3:24, 4:19, 4:25, 5:11, 6:9, 8:11, 8:19, 9:7, 9:15, 9:20, 16:8, 16:16, 21:2, 22:16, 23:1, 24:1, 27:10, 32:7, 34:16, 36:23, 37:14, 39:23, 43:21, 57:5, 58:20, 60:7, 60:12, 65:2, 66:17, 73:15, 76:13, 76:15, 94:3, 98:13, 101:21, 103:9, 103:20, 105:13, 108:17, 108:19, 109:20, 111:6, 130:15, 133:22, 135:10, 138:10, 142:17, 145:13
**upcoming** [1] - 137:24
**upsetting** [1] - 46:19

## V

**vacant** [1] - 136:3
**vaccinated** [1] - 83:4
**vaccine** [7] - 32:20, 66:20, 67:12, 67:22, 67:24, 83:4, 104:10
**valid** [2] - 58:9, 61:22
**valuable** [1] - 26:9
**valve** [1] - 109:9
**verdict** [6] - 8:2, 30:1, 30:18, 31:20, 33:12
**verdicts** [1] - 76:20
**versus** [1] - 21:22
**via** [1] - 139:25
**video** [2] - 97:24, 129:20
**videos** [5] - 71:5, 71:15, 71:25, 74:7, 97:7
**videotape** [2] - 11:17, 14:6
**videotaped** [2] - 11:11, 11:14
**view** [1] - 62:15
**views** [1] - 98:8
**visit** [1] - 72:15
**voice** [2] - 55:11, 119:9
**voir** [5] - 7:8, 7:12, 8:5, 43:11
**VOLUME** [1] - 1:18

**volunteer** [2] - 32:22, 80:14, 83:3
**Vs** [1] - 1:8
**VSF** [9] - 22:23, 37:21, 49:12, 54:1, 58:2, 62:6, 62:7, 64:10, 65:23

## W

**wages** [1] - 26:20
**waiting** [1] - 68:10
**waiver** [1] - 15:25
**wake** [1] - 142:17
**walk** [2] - 3:23, 21:11
**walked** [4] - 31:6, 33:20, 54:14, 54:15
**Walmart** [3] - 133:11, 134:1, 134:7
**Walmart\*** [1] - 133:9
**wandering** [1] - 30:5
**wants** [2] - 5:2, 83:7
**war** [4] - 72:6, 77:6, 77:10, 77:12
**Washington** [3] - 36:24, 37:1, 72:17
**waste** [3] - 12:8, 12:20, 26:8
**wasted** [2] - 28:17, 143:20
**wasting** [1] - 20:7
**watch** [6] - 4:18, 27:13, 81:17, 85:12, 97:7, 105:23, 106:1, 106:2
**watching** [2] - 20:22, 71:15
**ways** [3] - 18:12, 19:25, 47:23
**wear** [1] - 138:16
**wearing** [1] - 53:18
**website** [1] - 98:13
**websites** [3] - 72:11, 72:14, 142:19
**wedding** [2] - 107:4, 138:24
**Wednesday** [2] - 4:12, 5:25
**Wednesdays** [1] - 64:14
**week** [12] - 4:1, 5:7, 24:14, 26:8, 26:10, 64:6, 65:4, 81:21, 82:8, 145:5, 145:7, 146:13
**weekend** [5] - 6:22, 63:21, 64:11, 65:3, 135:14
**weekends** [2] - 64:13
**weeks** [2] - 6:5, 10:1
**weigh** [1] - 29:25
**weight** [1] - 75:20
**weird** [1] - 65:17
**welcome** [1] - 21:21
**WENDY** [2] - 1:4, 2:3
**Wendy** [6] - 7:5, 21:22, 25:5, 25:9, 25:14, 26:14
**WEST** [1] - 1:24
**whistleblower** [3] - 33:6, 39:15, 66:24

**whistleblowers** [1] - 66:23
**white** [1] - 23:2
**whole** [4] - 55:10, 61:14, 61:18, 65:15
**wife** [2] - 63:23, 118:22
**willing** [2] - 56:18, 88:6
**winter** [3] - 85:7, 85:8, 85:10
**wisdom** [3] - 29:18, 29:24, 34:19
**wise** [1] - 124:4
**wiser** [1] - 30:17
**WITH** [1] - 147:6
**withdraw** [1] - 117:20
**witness** [14] - 4:8, 10:4, 16:19, 20:23, 27:4, 27:24, 28:9, 32:5, 47:4, 47:6, 48:8, 92:24, 100:5
**witnesses** [2] - 12:3, 29:15
**woman** [1] - 60:14
**women's** [1] - 65:24
**won** [2] - 117:12, 117:13
**wondering** [4] - 11:2, 11:3, 27:20, 135:15
**word** [9] - 27:14, 27:15, 52:5, 52:6, 52:8, 52:13, 52:22, 54:24, 83:18
**words** [10] - 5:17, 6:12, 8:10, 18:11, 29:22, 45:8, 54:11, 71:11, 91:10, 126:10
**worker** [1] - 53:8
**worker's** [1] - 130:19
**workers** [5] - 39:22, 60:4, 60:6, 61:13, 63:14
**works** [9] - 6:20, 29:6, 29:7, 30:21, 48:12, 83:4, 118:18, 119:2, 130:2
**world** [6] - 29:8, 29:12, 31:3, 46:19, 71:23, 93:9
**worst** [1] - 146:13
**worth** [1] - 28:13
**wrap** [1] - 58:20
**write** [1] - 4:11
**writing** [2] - 20:23, 97:1
**wrongdoing** [2] - 33:5, 140:6
**wrote** [2] - 30:6, 30:9

## Y

**yard** [1] - 65:6
**year** [9] - 34:23, 34:25, 73:7, 79:15, 89:23, 90:1, 95:23, 121:11, 131:12
**years** [41] - 12:20, 24:20, 30:4, 30:23, 31:1, 31:4, 44:14, 44:19, 44:20, 44:24, 45:1, 49:18, 50:1, 50:18, 50:19, 54:13, 54:14, 55:2, 59:17, 62:18, 62:20, 63:2, 63:6, 66:16, 73:7, 88:20,

90:25, 91:1, 118:7, 119:17, 122:22, 123:3, 125:25, 126:1, 137:19

**yelled** [1] - 82:8

**YL** [10] - 23:15, 23:16, 24:2, 39:1, 41:11, 56:6, 65:5, 87:2, 93:19, 93:20

**YON** [1] - 2:10

**young** [4] - 30:9, 59:25, 76:7, 76:8

**YOUNG** [2] - 2:10, 25:25

**Young** [2] - 3:19, 26:1

**YOUNG-AGRIESTI** [2] - 2:10, 25:25

**Young-Agriesti** [2] - 3:19, 26:1

**yourself** [11] - 31:18, 44:1, 45:14, 48:11, 62:8, 69:21, 80:16, 103:24, 108:17, 109:3, 121:19

**yourselves** [3] - 25:2, 25:19, 46:18

**YouTube** [4] - 70:22, 71:16, 72:1, 97:7

**YSF** [1] - 45:25