ALTUS LAW FIRM
Andrew J. Jaramillo (CA State Bar No. 198303)
andrew.jaramillo@altuslawfirm.com
Sean T. Nguyen (CA State Bar No. 206245)
sean.nguyen@altuslawfirm.com
5 Park Plaza, Suite 200, Irvine California 92614
Tel: (949) 346-3391

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wendy Cunning | **CASE NUMBER**<br>8:21-cv-00710-DOC-KES |
| v.      PLAINTIFF(S), | |
| Skye Bioscience, Inc. | **APPLICATION TO THE CLERK**<br>**TO TAX COSTS** |
| DEFENDANT(S) | |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways:  (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov.  See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| | |
|---|---|
| Name(s) of party or parties claiming costs: | Wendy Cunning |
| Judgment entered on: | February 14, 2023    Docket #:   165 |
| Names of party(ies) against whom judgment was entered: | Skye Bioscience, Inc. |

## DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: February 28, 2023     Signature:         /S/ Andrew J. Jaramillo

                       Name:         Andrew J. Jaramillo

                       ☒ Attorney of      Wendy Cunning
                        Record for:

| **COURT USE ONLY** |
|---|
| ☒ Application GRANTED in whole/part; costs are taxed in the amount of $ 5,101.23 |
| ☐ Application DENIED because:    ☐ Not timely filed (L.R. 54-2.1). |
|                                ☐ Insufficient supporting documentation provided (L.R. 54-2.1). |
|                                ☐ Filer is not prevailing party (L.R. 54-1). |
| Date: 06/29/2023          **Kiry K. Gray, District Court Executive/Clerk of Court** |
|                  By:     D. Estrada |
|                     Deputy Clerk |

**Case Title:** <u>Cunning v. Skye Bioscience, Inc.</u>; **Case No:** 8:21-cv-00710-DOC-KES

# BILL OF COSTS

### *The Clerk does not have discretion to tax any item*
### *not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | |
| 1 | | *L.R. 54-3.1 Clerk's Fees (only if in <u>28 USC § 1914</u> or <u>www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule</u>)* | | | | |
| | $402.00 | <u>Tab 1</u> -- receipt for filing fees for new civil action | $402.00 | | | |
| 2 | | *L.R. 54-3.2 Fees for Service of Process* | | | | |
| | $1,610.54 | <u>Tab 2A</u> -- invoice for process server for service of summons and complaint ($146.50)<br><br><u>Tab 2B</u> -- invoice for process server for service of subpoena on witness Doug Cesario ($194.80)<br><br><u>Tab 2C</u> -- invoice for process server for first attempted service of subpoena on witness Glauconix ($137.00)<br><br><u>Tab 2D</u> -- invoice for process server for second service of subpoena on witness Glauconix ($521.00)<br><br><u>Tab 2E</u>-- invoice for process server for service of trial subpoena on witness Avtar Dhillon ($262.30)<br><br><u>Tab 2F</u> -- invoice for process server for service of second deposition subpoena on Avtar Dhillon ($236.97)<br><br><u>Tab 2G</u> -- invoice for process server for service of second trial subpoena on Avtar Dhillon ($111.97) | $1,610.54 | | | |
| 3 | | *L.R. 54-3.3 United States Marshal's Fees* | | | | |
| | | | | | | |
| 4 | | *L.R. 54-3.4 Transcripts of Court Proceedings (order or stipulation required and must be attached)* | | | | |
| | | | | | | |
| 5 | | *L.R. 54-3.5 Depositions (if order or stipulation required by rule, it must be attached)* | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ *IF ANY AMOUNT DISALLOWED* ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| | | $18,949.52 | Tab 5A -- invoice for reporting services for deposition of witness Brian Murphy, Day 1 ($2,961.25)<br><br>Tab 5B -- invoice for reporting services for deposition of witness Brian Murphy, Day 2 ($1,575.80)<br><br>Tab 5C -- invoice for reporting services for deposition of witness Avtar Dhillon, Day 1 ($945.00)<br><br>Tab 5D -- invoice for reporting services for deposition of witness Avtar Dhillon, Day 2 ($1,198.30)<br><br>Tab 5E -- invoice for reporting services for deposition of witness Avtar Dhillon, Day 3 ($1,222.90)<br><br>Tab 5F -- invoice for reporting services for deposition of witness Doug Cesario ($1,994.82)<br><br>Tab 5G -- invoice for reporting services for deposition of witness Punit Dhillon ($3,437.95)<br><br>Tab 5H -- invoice for reporting services for deposition of witness Jim Heppell ($2,831.10)<br><br>Tab 5I -- invoice for reporting services for deposition of witness Judith Scanlon ($514.45)<br><br>Tab 5J -- invoice for reporting services for deposition of 30(b)(6) witness at Glauconix ($1,795.10)<br><br>Tab 5K -- invoice for reporging services for deposition of witness Wendy Cunning, day 2 ($472.85) | $877.30 | $18,072.22 | E | |
| 6 | | *L.R. 54-3.6 Witness Fees (TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | | |
| 7 | | *L.R. 54-3.7 Interpreter's Fees (document translation costs are not taxable)* | | | | | |
| 8 | | *L.R. 54-3.8 Docket Fees (only as provided by 28 U.S.C. § 1823)* | | | | | |
| 9 | | *L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers (attach appointment order)* | | | | | |
| 10 | (a) | *L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents (if order or stip required, it must be attached)* | | | | | |
| | | *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* | | | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS *(Shaded columns for Court use only.)* |
| (b) | | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* | | | | |
| | $2,211.39 | <u>Tab 10</u> - invoice for cost of copies for use as trial exhibits | $2,211.39 | | | |
| (c) | | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"* | | | | |
| (d) | | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"* | | | | |
| (e) | | *L.R. 54-3.10(e): "Notary fees" of taxable documents* | | | | |
| (f) | | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | |
| (g) | | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | |
| 11 | | *L.R. 54-3.11 Premiums on Undertakings and Bonds* | | | | |
| 12 | | *L.R. 54-3.12 Other Costs (Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | |
| 13 | | *L.R. 54-3.13 State Court Costs (taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | |
| 14 | | *L.R. 54-4 Items Taxable as Costs on Appeal (only items taxable under <u>Fed. R. App. P. 39(e)</u>)* | | | | |
| 15 | | *L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court* | | | | |
| TOTAL | $23,173.45 | | $5,101.23 | $18,072.22 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.

**Case Title:** <u>Cunning v. Skye Bioscience, Inc.</u>; **Case No:** 8:21-cv-00710-DOC-KES

# WITNESS FEES

**WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS**

- Attendance fees taxable only at statutory rate.  <u>28 U.S.C. § 1821(b)</u>.
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit <u>gsa.gov</u> for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. <u>View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates</u>

| WITNESS FEES (computation, *see* <u>28 U.S.C. § 1821</u> for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| **NAME, CITY AND STATE** | **ATTENDANCE** | | **SUBSISTENCE** | | **MILEAGE** | | **Total Cost Each Witness** |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |