KOTCHEN & LOW LLP
DANIEL LOW (218387)
dlow@kotchen.com
DANIEL KOTCHEN (*pro hac vice application pending*)
dkotchen@kotchen.com
1918 New Hampshire Ave. NW
Washington, DC 20009
Telephone: 202.471.1995
Facsimile: 202.280.1128

Attorneys for Plaintiff
WENDY CUNNING

MANTEAU DOWNES LLP
Patrick Downes (186461)
1901 Avenue of the Stars
Suite 200
Los Angeles, CA 90067
Telephone: 310.497.1780

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| WENDY CUNNING, an individual,<br><br>             Plaintiff,<br><br>    v.<br><br>SKYE BIOSCIENCE, INC.,<br><br>             Defendant. | Case No.: 8:21-cv-00710-DOC-KES<br><br>**PLAINTIFF'S WITNESS LIST**<br><br><u>Final Pretrial Conf</u>:<br>Date:        August 11, 2025<br>Time:        9:30 a.m.<br>Judge:       Hon. David O. Carter<br>Courtroom: 10A<br><br>Complaint Filed: April 16, 2021<br>Trial Date: September 8, 2025 |

Pursuant to Central District of California Local Rule 16-5, the following is a list of witnesses expected to be called at trial by Plaintiff, other than those contemplated to be used for impeachment:

1. Wendy Cunning

2. Brian Murphy (via deposition transcript)

3. Punit Dhillon

4. Avtar Dhillon

5. Douglas Cesario

6. Dr. Feryan Ahmed (via videotaped deposition) - Glauconix, Inc.'s Rule 30(b)(6)'s Witness

7. James Heppell (via videotaped deposition) - Emerald Health Sciences, Inc.'s Rule 30(b)(6) Witness

8. Tu Diep

DATED: August 4, 2025                        **KOTCHEN & LOW LLP**

By: /s/Daniel Low
Daniel Low, SBN 218387
Daniel Kotchen (*pro hac vice application pending*)

Attorneys for Plaintiff Wendy Cunning

PL.'S WITNESS LIST
Case No.: 8:21-cv-00710-DOC-KES