KOTCHEN & LOW LLP
DANIEL LOW (218387)
dlow@kotchen.com
DANIEL KOTCHEN (*pro hac vice*)
dkotchen@kotchen.com
1918 New Hampshire Ave. NW
Washington, DC 20009
Telephone:  202.471.1995
Facsimile:  202.280.1128

Attorneys for Plaintiff
WENDY CUNNING

MANTEAU DOWNES LLP
Patrick Downes (186461)
1901 Avenue of the Stars
Suite 200
Los Angeles, CA 90067
Telephone:  310.497.1780

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| WENDY CUNNING, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SKYE BIOSCIENCE, INC.,<br><br>Defendant. | Case No.: 8:21-cv-00710-DOC-KES<br><br>**PLAINTIFF'S SECOND AMENDED WITNESS LIST**<br><br>Trial Date:  July 9, 2026<br>Time:         8:30 a.m.<br>Judge:        Hon. David O. Carter<br>Courtroom:  10A<br><br>Complaint Filed: April 16, 2021 |

Pursuant to Central District of California Local Rule 16-5, the following is a list of witnesses expected to be called at trial by Plaintiff, other than those contemplated to be used for impeachment. Witnesses whom Plaintiff may call only if the need arises are marked with an asterisk (*).

1. Wendy Cunning

2. Brian Murphy (via deposition transcript)

3. Punit Dhillon

4. Avtar Dhillon

5. Douglas Cesario

6. Dr. Feryan Ahmed (via videotaped deposition) - Glauconix, Inc.'s Rule 30(b)(6)'s Witness

7. James Heppell (via videotaped deposition) - Emerald Health Sciences, Inc.'s Rule 30(b)(6) Witness

8. Tu Diep

9. Kaitlyn Arsenault

10. Dr. Anthony Reading

11. Frank Romeo*

DATED: July 2, 2026                    **KOTCHEN & LOW LLP**

                                       By: /s/Daniel Low
                                       Daniel Low, SBN 218387
                                       Daniel Kotchen (*pro hac vice*)

                                       Attorneys for Plaintiff Wendy Cunning

PL.'S SECOND AMENDED WITNESS LIST
Case No.: 8:21-cv-00710-DOC-KES