KOTCHEN & LOW LLP
Daniel Low (218387)
dlow@kotchen.com
Daniel Kotchen (*pro hac vice*)
dkotchen@kotchen.com
Lindsey Grunert (*pro hac vice*)
lgrunert@kotchen.com
1918 New Hampshire Ave. NW
Washington, DC 20009
(202) 471-1995

MANTEAU DOWNES LLP
Patrick Downes (186461)
pdownes@manteaudownes.com
1901 Avenue of the Stars
Suite 200
Los Angeles, CA 90067
(310) 497-1780

Attorneys for Plaintiff
WENDY CUNNING

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| WENDY CUNNING, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SKYE BIOSCIENCE, INC., a Nevada Corporation,<br><br>Defendant. | Case No. 8:21-cv-00710-DOC-KES<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT SKYE BIOSCIENCE, INC.'S REQUEST FOR RECONSIDERATION OF TRIAL TIME ALLOCATION**<br><br>Judge:    Hon. David O. Carter<br>Courtroom:  10A<br><br>Complaint Filed: April 16, 2021<br>Trial Date: July 9, 2026 |

-1-

Plaintiff has no objection to the Court allotting each side 12 hours, as requested by Skye, provided that this change does not impact the scheduled trial date and both sides are given the same amount of time. Should the requested change necessitate a changed trial date, Plaintiff believes that both sides can effectively present their cases in 10 hours.

Dated: July 6, 2026                             /s/ Daniel Kotchen

                                                KOTCHEN & LOW LLP
                                                Daniel Low
                                                Daniel Kotchen (*pro hac vice*)

                                                MANTAEU DOWNES LLP
                                                Patrick Downes

                                                Attorneys for Plaintiff
                                                WENDY CUNNING

PLAINTIFF'S RESPONSE TO DEFENDANT SKYE BIOSCIENCE, INC.'S REQUEST FOR RECONSIDERATION OF TRIAL TIME ALLOCATION