Daniel F. Fears, Bar No. 110573
dff@paynefears.com
Erika M. Rasch, Bar No. 275815
emr@paynefears.com
Tyler B. Runge, Bar No. 310697
tbr@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant SKYE
BIOSCIENCE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WENDY CUNNING, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SKYE BIOSCIENCE, INC., a Nevada Corporation,<br><br>Defendant. | Lead Case No. 8:21-cv-00710-DOC-KES<br><br>Member Case No. 8:25-mc-00023-DOC-KES<br><br>The Hon. David O. Carter<br>Courtroom 10A Santa Ana<br><br>**SKYE BIOSCIENCE, INC.'S NOTICE OF LODGING PROPOSED ORDER GRANTING *EX PARTE* APPLICATION FOR USE OF LOADING DOCK FOR TECHNICAL EQUIPMENT AND TRIAL MATERIALS, INCLUDING BOXES OF EXHIBIT BINDERS**<br><br>Judge: The Honorable David O. Carter<br>Date: July 8, 2026<br>Time: 9:30 a.m.<br>Dept.: 10A<br><br>Trial Date: July 9, 2026 |

PAYNE & FEARS LLP
Attorneys at Law
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

SKYE BIOSCIENCE, INC.'S NOTICE OF LODGING OF PROPOSED ORDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Defendant, Skye Bioscience, Inc. hereby lodges the following [Proposed] Order, attached hereto:

1.      [Proposed] Order Granting *Ex Parte* Application for Use of Loading Dock for Technical Equipment and Trial Materials, Including Boxes of Exhibit Binders, two laptops, a table, and peripherals.

DATED:  July 6, 2026

PAYNE & FEARS LLP
Attorneys at Law


By:   _/s/ Tyler B. Runge_
         DANIEL F. FEARS
         ERIKA M. RASCH
         TYLER B. RUNGE

Attorneys for Defendant SKYE BIOSCIENCE, INC.

4932-8988-5883.1

PAYNE & FEARS LLP
Attorneys at Law
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

SKYE BIOSCIENCE, INC.'S NOTICE OF LODGING OF PROPOSED ORDER

PAYNE & FEARS LLP
Attorneys at Law
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| WENDY CUNNING, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SKYE BIOSCIENCE, INC., a Nevada Corporation,<br><br>Defendant. | Lead Case No. 8:21-cv-00710-DOC-KES<br><br>Member Case No. 8:25-mc-00023-DOC-KES<br><br>The Hon. David O. Carter<br>Courtroom 10A Santa Ana<br><br>**PROPOSED ORDER GRANTING *EX PARTE* APPLICATION FOR USE OF LOADING DOCK FOR TECHNICAL EQUIPMENT AND TRIAL MATERIALS, INCLUDING BOXES OF EXHIBIT BINDERS**<br><br>Judge: The Honorable David O. Carter<br>Date: July 8, 2026<br>Time: 9:30 a.m.<br>Dept.: 10A<br><br>Trial Date: July 9, 2026 |

Skye Bioscience, Inc. presented its *Ex Parte* Application for use of the loading dock for technical equipment and trial materials, including boxes of exhibit binders to be used at trial. Skye Bioscience, Inc. will need access to the loading dock for the purpose of delivering materials for trial to Courtroom 10A commencing

on July 8, 2026 for the Final Pretrial Conference.  The trial is set for July 9, 2026 at 8:30 a.m.

The persons delivering the materials will be from one or more of the following: Payne & Fears, LLP; Evidence Technologies, Array; and/or First Legal Attorney Service.

Having considered Skye Bioscience, Inc.'s application, and good cause therefor appearing, it is ordered:

1.      Representatives of Skye Bioscience, Inc. may deliver technical equipment and trial materials, including boxes of Exhibit binders, two laptops, a table, and peripherals, to Courtroom 10A on July 8, 2026.

2.      This Order shall permit such access to the loading dock for purposes of delivering materials needed for trial in Courtroom 10A each day of the trial of this action, beginning at 7:30 a.m., or on days when trial does not commence at 8:30 a.m., one hour before that day's court session.

IT IS SO ORDERED.

Dated:   July __, 2026 _____        _____
                                                 Hon. The Honorable David O. Carter
                                                 Judge, United States District Court

PAYNE & FEARS LLP
Attorneys at Law
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

2

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR USE OF LOADING DOCK FOR TECHNICAL EQUIPMENT AND TRIAL MATERIALS, INCLUDING BOXES OF EXHIBIT BINDERS

**PROOF OF SERVICE**

**Wendy Cunning v. Skye Bioscience, Inc.**
**USDC, Central District**
**Case No. 8:21-cv-00710-DOC-KES**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 4 Park Plaza, Suite 1100, Irvine, CA 92614.

On July 6, 2026, I served true copies of the following document(s) described as **NOTICE OF LODGING PROPOSED ORDER GRANTING EX PARTE APPLICATION FOR USE OF LOADING DOCK FOR TECHNICAL EQUIPMENT AND TRIAL MATERIALS, INCLUDING BOXES OF EXHIBIT BINDERS** on the interested parties in this action as follows:

Daniel Low, Esq.                    *Attorney for Plaintiff Wendy Cunning*
Daniel A. Kotchen, Esq.
Lindsey Grunert, Esq.
Amanda Burns, Esq.
Kotchen and Low LLP
1918 New Hampshire Avenue NW
Washington, DC 20009
Email: dlow@kotchen.com
       dkotchen@kotchen.com
       lgrunert@kotchen.com
       aburns@kotchen.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address cvansteenbergen@paynefears.com to the persons at the e-mail addresses listed in the Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 6, 2026, at Irvine, California.

/s/ Chris Van Steenbergen
Chris Van Steenbergen

PAYNE & FEARS LLP
Attorneys at Law
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

SKYE BIOSCIENCE, INC.'S NOTICE OF LODGING OF PROPOSED ORDER