Daniel F. Fears, Bar No. 110573
dff@paynefears.com
Erika M. Rasch, Bar No. 275815
emr@paynefears.com
Tyler B. Runge, Bar No. 310697
tbr@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant SKYE
BIOSCIENCE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| WENDY CUNNING, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SKYE BIOSCIENCE, INC., a Nevada Corporation,<br><br>Defendant. | Lead Case No. 8:21-cv-00710-DOC-KES<br><br>Member Case No. 8:25-mc-00023-DOC-KES<br><br>The Hon. David O. Carter<br>Courtroom 10A Santa Ana<br><br>**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**<br><br>Trial Date:   July 9, 2026 |

PAYNE & FEARS LLP
Attorneys at Law
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

Defendant Skye Bioscience, Inc. respectfully proposes the following special voir dire questions.

1.  Have you ever been terminated from a prior job?

2.  Have you ever worked for start-up?

3.  Have you ever reported what you believed to be illegal or improper conduct by your employer or supervisor?

4.  I have a concern to share. My client Skye is a company and the Plaintiff, Ms. Cunning, is an individual. So, we have a person vs. a company in this lawsuit. Do you believe that individuals are at a disadvantage when trying to protect their interests against companies?

5.  In this case, we have a former employee suing her former employer or place of work for terminating her in retaliation. Would you, even if slightly, tend to favor the former employee in that scenario?

6.  Have you ever been in a serious dispute with your employer over money, maybe compensation, bonus, benefits, or something else?

7.  Have you ever held a job doing sales or marketing work?

8.  Have you ever thought about taking legal action against an employer for any reason or else suggested to someone else that he or she do so?

DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

9. Have you ever worked in HR or Human Resources or otherwise acted as a counselor or an investigator in an employment dispute involving other employees in the workplace?

10. Have you ever had any work experience or training in psychology, mental health, or counseling?

DATED:  July 8, 2026

PAYNE & FEARS LLP
Attorneys at Law


By:  ___/s/ Tyler B. Runge___
           DANIEL F. FEARS
           ERIKA M. RASCH
           TYLER B. RUNGE

Attorneys for Defendant SKYE BIOSCIENCE, INC.

PAYNE & FEARS LLP
Attorneys at Law
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

3