Daniel F. Fears, Bar No. 110573
dff@paynefears.com
Erika M. Rasch, Bar No. 275815
emr@paynefears.com
Tyler B. Runge, Bar No. 310697
tbr@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant SKYE BIOSCIENCE, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

WENDY CUNNING, an individual,

Plaintiff,

v.

SKYE BIOSCIENCE, INC., a Nevada Corporation,

Defendant.

Lead Case No. 8:21-cv-00710-DOC-KES

Member Case No. 8:25-mc-00023-DOC-KES

The Hon. David O. Carter
Courtroom 10A Santa Ana

**SKYE BIOSCIENCE, INC.'S REQUEST FOR ORDER RE MANDATORY ADR**

Trial Date: October 16, 2026

Pursuant to C.D. Cal. Local Rule 16-15 and 16-15.1, Defendant Skye Bioscience, Inc. ("Skye") requests an Order from this Court either setting a Mandatory Settlement Conference before a Magistrate Judge, or directing the parties to submit a Request: ADR Procedure Selection (Form ADR-001) within five (5) days of the date of the Court's Order on Skye's request.

The parties are engaging in settlement discussions in earnest, and Skye believes that discussions would be aided through a formal ADR process—in particular a settlement conference before a Magistrate Judge. The recently-continued



PAYNE & FEARS LLP
Attorneys at Law
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

PAYNE & FEARS LLP
Attorneys at Law
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

trial provides sufficient time for this process to occur. Skye therefore respectfully requests that the Court order the parties to engage in ADR, consistent with the policy to "encourage disposition of civil litigation by settlement when such is in the best interest of the parties." C.D. Cal. L.R. 16-15.

DATED: July 14, 2026

PAYNE & FEARS LLP
Attorneys at Law

By: */s/ Erika M. Rasch*
DANIEL F. FEARS
ERIKA M. RASCH
TYLER B. RUNGE

Attorneys for Defendant SKYE BIOSCIENCE, INC.

4909-4614-4956.4