FILED
CLERK, U.S. DISTRICT COURT
11/10/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: kdu DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

WENDY CUNNING, an individual,

Plaintiff,

v.

SKYE BIOSCIENCE, INC.,

Defendant.

Case No.: 8:21-cv-00710-DOC-KES

**JURY NOTE (REDACTED)**

Trial Date: November 3, 2026

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. SA CV 21-00710-DOC-(KESx)

Title: Wendy Cunning v. Skye Bioscience, Inc.

Date: 11/10/26
Time: 9:56 am

**JURY NOTE NUMBER** 1

YES THE JURY HAS REACHED A UNANIMOUS VERDICT

______ THE JURY REQUESTS THE FOLLOWING:

DATE: 11/10/26

SIGNED: [redacted]
FOREPERSON OF THE JURY