FILED
CLERK, U.S. DISTRICT COURT
11/10/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: kdu DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| WENDY CUNNING, an individual,<br>Plaintiff,<br>v.<br>SKYE BIOSCIENCE, INC.,<br>Defendant. | Case No.: 8:21-cv-00710-DOC-KES<br>**VERDICT (REDACTED)**<br>Trial Date: November 3, 2026 |

PLAINTIFF'S FIRST CLAIM FOR RELIEF

RETALIATION IN VIOLATION OF THE SARBANES-OXLEY ACT

1. Did Ms. Cunning engage in protected activity under Sarbanes Oxley ("SOX")? No (Yes/No).

   If you answered "Yes," proceed to question No. 2. If you answered "No," stop here and proceed to the section titled "Plaintiff's Second Claim for Relief."

2. Did Ms. Cunning prove that her protected activity was a contributing factor in Skye's decision to take adverse employment action(s) against her? _______ (Yes/No)

   If you answered "Yes," proceed to question No. 3. If you answered "No," stop here and proceed to the section titled "Plaintiff's Second Claim for Relief."

3. Did Skye prove by clear and convincing evidence that it would have taken the adverse employment action(s) against Ms. Cunning regardless of whether she engaged in protected activity? _______ (Yes/No).

   If you answered "No," proceed to question No. 4. If you answered "Yes," stop here and proceed to the section titled "Plaintiff's Second Claim for Relief."

4. Was Ms. Cunning harmed (e.g., suffered lost wages and/or emotional distress) by Skye's adverse employment action(s)? _______ (Yes/No).

Proceed to Plaintiff's Second Claim for Relief.

If you answered "Yes," proceed to the section titled "Plaintiff's Economic Damages." If you answered "No," stop here, proceed to the last page, and have the foreperson date and sign the document.

PLAINTIFF'S SECOND CLAIM FOR RELIEF

RETALIATION IN VIOLATION OF THE WHISTLEBLOWER PROTECTION ACT

1. Did Ms. Cunning engage in protected activity under the Whistleblower Protection Act? __No__ (Yes/No).

   If you answered "Yes," proceed to question No. 2. If you answered "No," proceed to question No. 5.

2. Did Ms. Cunning prove that her protected activity was a contributing factor in Skye's decision to take adverse employment action(s) against her? _______ (Yes/No).

   If you answered "Yes," proceed to question No. 3. If you answered "No," proceed to question No. 5.

3. Did Skye prove by clear and convincing evidence that it would have taken the adverse employment action(s) against Ms. Cunning's employment regardless of whether she engaged in protected activity? _______ (Yes/No).

   If you answered "No," proceed to question No. 4. If you answered "Yes," proceed to question No. 5.

4. Was Ms. Cunning harmed (e.g. suffered lost wages and/or emotional distress) by Skye's adverse employment action(s)? _______ (Yes/No).

   Proceed to question No. 5.

5. Did you find in favor of Plaintiff on her First or Second Claim for Relief? __No__ (Yes/No).

PLAINTIFF'S ECONOMIC DAMAGES

1. What amount of economic damages (e.g., past and future lost earnings) do you award Ms. Cunning?

   a. Lost earnings (including benefits and pay increases) that Ms. Cunning would have earned up to today:

      $ 0 ______________________.

   b. Future lost earnings that Ms. Cunning would have earned for the length of time her employment with Skye was reasonably certain to continue:

      $ 0 ______________________.

   c. What is the total amount of the amounts listed above?

      $ 0 ______________________.

Proceed to the section titled "Plaintiff's Non-Economic Damages."

PLAINTIFF'S NON-ECONOMIC DAMAGES

1. What amount of non-economic damages (e.g. damages for emotional distress) do you award to Ms. Cunning?

   $ Ø ______________________________.

Proceed to the section titled "Punitive Damages."

PUNITIVE DAMAGES

1. Did Ms. Cunning prove by clear and convincing evidence that one or more officers, directors, or managing agents of Skye Bioscience, Inc. engage in conduct constituting malice, oppression, or fraud? ________ (Yes/No).

   If you answered "Yes," proceed to question No. 2. If you answered "No," stop here, proceed to the last page, and have the foreperson date and sign the document.

2. What amount of punitive damages, if any, do you award Ms. Cunning?

$________________________________________.

Proceed to the last page and have the foreperson date and sign the document.

SO SAY WE ALL.

DATED: 11/10/26

[redacted]

FOREPERSON OF THE JURY

*After all verdict forms have been signed, notify the court attendant that you are ready to present your verdict in the courtroom.*